RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
LAILA RAIS, #311731
lrais@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Proposed Attorneys for Chapter 7 Trustee,
LARRY D. SIMONS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>DAVID ROBERT STONE, dba<br>CORNERSTONE FINANCIAL SERVICES,<br><br>    Debtor. | Case No. 6:25-bk-12353-SY<br><br>Chapter 7<br><br>CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO OPERATE DEBTOR'S BUSINESS UNDER 11 U.S.C. § 721; MEMORANDUM OF POINTS OF AUTHORITIES; DECLARATIONS OF LARRY D. SIMONS AND LAILA RAIS IN SUPPORT<br><br>Hearing to be set per Application for OST:<br>Date:      TBD<br>Time:      TBD<br>Courtroom: 302<br>Place:     3420 Twelfth Street<br>           Riverside, CA 92501 |

TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, THE

OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

      Larry D. Simons, in his capacity as the duly appointed and acting chapter 7 trustee

("Trustee") of the bankruptcy estate ("Estate") of David Robert Stone ("Debtor") dba Cornerstone

Financial Services, submits this motion for authority to operate the Debtor's business, Cornerstone

Financial Services ("Motion"), for a limited period of 180 days in order to allow the Trustee to

continue administering assets of the Estate. In support of the Motion, the Trustee respectfully

represents as follows:

## 1.    Summary of Argument

Under 11 U.S.C. § 721, a bankruptcy court may authorize a chapter 7 trustee to operate a debtor's business for a limited period, if doing so serves the best interests of the estate and is consistent with an orderly liquidation.

In this case, the Debtor operated a sole proprietorship known as Cornerstone Financial Services ("CFS"), which specialized in leasing and financing commercial trucks and equipment. As of the Petition Date (defined below), CFS held more than $12.6 million in outstanding lease receivables. These receivables represent the core value of the Estate and offer one of the most viable paths to recovery for unsecured creditors.

To preserve and maximize that value, the Trustee seeks authorization to continue limited business operations. This will enable the Trustee to collect lease payments, safeguard Estate funds, reconcile financial records, and evaluate and prepare the portfolio for sale or assignment. Further, upon any defaults, the Trustee can take actions to repossess the leased property. This request is modest in scope, as it is limited to a 180-day period, and does not involve extending credit or initiating new business activities. It merely allows the Trustee to efficiently marshal and administer Estate assets. Accordingly, the Trustee respectfully requests that the Court grant the Motion and authorize the continued operation of CFS for a period of 180 days from the date of the order granting this Motion.

## 2.    Factual Background

### a.    The Bankruptcy Filing and Trustee's Appointment

On April 14, 2025 ("Petition Date"), the Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code, commencing Case No. 6:25-bk-1253-SY ("Bankruptcy Case").[1]

On April 14, 2025, as Docket No. 5, Larry D. Simons was appointed as the chapter 7 trustee.

On April 16, 2025, as Dk. No 9, the Debtor filed a Notice of Errata re: Filing Scheduled H and I. In the Notice of Errata, Debtor attached a copy of Schedules H and I that were erroneously not scanned and uploaded with the Petition. On April 28, 2025, as Dk. No. 20, Trustee filed a Notice of

---

[1] A true and correct copy of the Debtor's petition ("Petition") and initial schedules ("Schedules") are attached to the Declaration of Larry D. Simons ("Simons Decl.") as **Exhibit "1."**

Assets.

The initial meeting of creditors is scheduled for May 20, 2025, at 8:00 a.m.

### b.  Cornerstone Financial Services (dba of Debtor): Summary of Accounts Receivable and Current Operational Status

Prior to the Petition Date, the Debtor operated CFS, a sole proprietorship primarily engaged in the financing and leasing of commercial trucks and equipment. According to the Schedules, the business[2] generates revenue through structured lease agreements with third parties, resulting in over $12.6 million in accounts receivable.[3] CFS maintains multiple business checking accounts across various banks and is identified as the lessor on numerous truck leases. A preliminary UCC-1 search confirmed that CFS holds dozens of recorded liens against lessees, demonstrating that it operated as a secured lender in numerous equipment financing transactions[4].

For the calendar year 2023, CFS reported gross income of $11,906,799.00. *See* Simons Decl., Ex. 1, pg. 274. In 2024, it reported $9,779,145.00 in gross income, and from January 1, 2025, through the Petition Date, CFS generated an additional $1,541,395.00 in income. *Id*., at pg. 273. CFS appears to function as an independent, non-institutional equipment finance company, with an online presence associated with truck and trailer financing services.

In Schedule D, Debtor disclosed several purportedly secured creditors with a security interest in "[b]alance owing to Debtor in leased trucks." *See* Simons Decl., Ex. 1, pgs. 68-93. After a preliminary UCC-1 search, it does not appear that any of these purportedly secured creditors filed a UCC-1 Financing Statement. *Id*., ¶8; *see also* Rais Decl., ¶8. In addition, as far as the Trustee is aware, these creditors did not notate their security interest on the certificate of title for the vehicles, either. *See* Simons Decl., ¶8; *see also* Rais Decl., ¶8.

---

[2] The Debtor disclosed his 100% ownership interest in the following entities: (i) Stoneway Capital with a schedule value of $0.00; (ii) Stone Motor Company, LLC with a scheduled value of "Unknown;" (iii) Calzona Truck Sales with a schedule value of $0.00; and (iv) Cornerstone Financial Services ("CFS") with a schedule value of $0.00. *See* Simons Decl., Ex. 1, pg. 20.

[3] In his Schedules A/B, the Debtor disclosed his ownership interest in accounts receivable described as "[b]alance owing to Debtor in leased trucks" with an estimated value of $12,692,311.60 ("Accounts Receivable"). *See* Simons Decl., Ex. 1, pg. 42. The Trustee is informed that amended schedules may be forthcoming and the value of the receivables may be closer to $25 million. *Id*., ¶8.

[4] See, Rais Decl., ¶7.

MOTION TO OPERATE

1      Given the nature of the Debtor's business and the substantial accounts receivable portfolio

2  tied to truck lease payments, limited operations are necessary to preserve and recover value for the

3  Estate. *See* Simons Decl., ¶11. Currently, the business phone line is inactive, and no individual is

4  monitoring incoming mail, even though the Trustee is informed that lease payments continue to be

5  mailed in by lessees. *Id.*, ¶12. Additionally, no one is currently reconciling the books and records or

6  tracking incoming payments.[5] *Id.* To stabilize and evaluate the portfolio for potential liquidation or

7  structured sale, the Trustee must implement basic operational oversight, including collection

8  procedures, mail monitoring, and financial reconciliation. *Id.*, ¶14. These limited measures are

9  essential to protect the Estate's interests and to ensure an orderly process that maximizes recovery for

10  creditors pending a broader determination of the receivables' value and marketability. *Id.* To be clear,

11  the Trustee will not be soliciting additional capital investments in the business from any investors or

12  purchasing any new equipment to be leased. *Id.*

13 **3.**    **Legal Argument**

14      **A.**    **The Motion is timely under Local Bankruptcy Rule 2070-1(b).**

15      Local Bankruptcy Rule ("LBR") 2070-1(b) requires that, if a trustee seeks to operate a

16  debtor's business for more than 30 days, the trustee must file and serve a motion for authorization

17  under 11 U.S.C. § 721 before the initial[6] 30-day period expires. *See* LBR 2070-1(b).

18      Here, the Trustee was appointed as the trustee in this case on April 14, 2025. Thus, the initial

19  30-day period expires on May 14, 2025. Accordingly, this Motion is timely under LBR 2070-1(b)

20  because it seeks approval to operate CFS prior to the expiration of the initial 30-day period.

21

---

22  [5] For now, the Trustee has sent correspondences to all lessees instructing that all future lease
    payments are payable to the bankruptcy Estate and must be remitted directly to the Trustee, to
23  safeguard Estate funds and ensure proper accounting. *See* Simons Decl., ¶13.

24  [6] Pursuant to LBR 2070-1(a), the Trustee is authorized to operate the Debtor's business for a period
    not exceeding 30 days from the date of Trustee's appointment without first obtaining court approval.
25  *See* LBR 2070-1(a). During this initial period, the Trustee may also pay actual and necessary
    expenses incurred in connection with the limited operation of the business using funds available
26  under the Authorized Allocation set forth in LBR 2016-2(a). This initial authority allows the Trustee
    to take immediate action to preserve estate value while evaluating whether continued operations are
27  warranted under 11 U.S.C. § 721. *Id.* Under LBR 2016-2(a), the Trustee may disburse up to $1,000
    from Estate funds without further court authorization to cover specific administrative expenses
28  inherent in the trustee's appointment, including costs such as noticing, travel, storage, utilities, and
    professional services. *Id.* at 2016-2(a).

MOTION TO OPERATE

**B.    The Court May Authorize the Trustee to Operate CFS for a Limited
Period.**

Under 11 U.S.C. § 721, a bankruptcy court may authorize a chapter 7 trustee to operate a
debtor's business for a limited period, if doing so serves the best interests of the estate and is
consistent with an orderly liquidation. 11 U.S.C. § 721. In addition, under LBR 2070-1(b), a motion
seeking approval to operate a debtor's business under 11 U.S.C. § 721 must state the approximate
length of time the trustee intends to operate the business and be supported by evidence that justifies
operation of the business and satisfies the requirements of 11 U.S.C. § 721. LBR 2070-1(b).

In a chapter 7 case, "the bankruptcy court can authorize only the trustee, and not the debtor,
to operate the debtor's business pursuant to section 721." *Nakhuda v. Mansdorf (In re Nakhuda)*,
2015 Bankr. LEXIS 649 at *6 (B.A.P. 9th Cir. 2015) (stating that a debtor who operated
laundromats had the obligation to shut down its business and turn over all property of the estate to
the trustee); *see also In re Patel*, 621 B.R. 245, 259 (Bankr. E.D. Cal. 2020) (suggesting that, upon
conversion from Chapter 11 to Chapter 7, it would be an appropriate exercise of the trustee's
business judgment to obtain authorization to operate under Section 721). "[T]he trustee may even
operate the debtor's business for a limited period . . . thereby allowing for the sale of the business as
a going concern." *Gumport v. Interstate Commerce Comm'n (In re Transcon Lines)*, 178 B.R. 228,
234 (Bankr. C.D. Cal. 1995).

Two basic requirements must be met before the court may authorize the trustee's continued
operation of the business: (1) the authorization must be restricted to a limited period of time; and
(2) the scope of the authorized operation must be consistent with the orderly liquidation of the estate.
*Walsh v. Diamond (In re Century City Doctors Hospital, LLC)*, 2010 Bankr. LEXIS 5048 at *26
(B.A.P. 9th Cir. 2010) (citing COLLER ON BANKRUPTCY ¶721.01). The United States Trustee,
pursuant to its authority under 28 U.S.C. § 586(a)(3), has mandated the consideration of the
following five factors when determining whether continued operation is in the best interests of the
estate:

1. Whether operating the business will result in an operating loss;
2. The tax consequences of operating the business;
3. The costs necessary to bring the business within compliance of local laws to the extent local laws do not conflict with the Bankruptcy Code;

4.  Potential liabilities and claims against the estate and the trustee which may arise from the operation of the business; and
5.  The length of time the business will be operated.

UNITED STATES DEPARTMENT OF JUSTICE, *Handbook for Chapter 7 Trustees* pp. 4-31 (eff. October 1, 2012).[7]

In this case, the Debtor's business, CFS, held more than $12.6 million of accounts receivables as of the Petition Date. *See* Simons Decl., Ex. 1, pg. 42. These receivables represent the core value of the Estate and offer one of the most viable paths to recovery for unsecured creditors. *Id.*, ¶15. In order to preserve and maximize that value, the Trustee seeks authorization to continue limited business operations for a period of 180-days. *Id*. This will enable Trustee to collect lease payments, safeguard Estate funds, reconcile financial records, and evaluate and prepare the portfolio for sale or assignment. *Id*. Further, upon any defaults, the Trustee can take actions to repossess the leased property. *Id*. This request is modest in scope, as it is limited to a 180-day period, and does not involve extending credit or initiating new business activities. *Id*. It merely allows the Trustee to efficiently marshal and administer Estate assets. *Id*. Accordingly, the Trustee's proposed operations are in the best interests of the estate and are consistent with an orderly liquidation.

Moreover, the Trustee has evaluated the proposed limited operation of CFS considering the five factors set forth by the UST under 28 U.S.C. § 586(a)(3) and believes continued operation is in the best interest of the estate. *See* Simons Decl., ¶16. First, CFS is not expected to generate an operating loss, as the limited scope of operations involves only passive collection of existing lease receivables without incurring material overhead or expansion costs. *Id.*, ¶17. Second, there are no anticipated adverse tax consequences during the 180-day operational period, as the Estate is not undertaking new business activity but merely recovering prepetition obligations. *Id.*, ¶18. Third, no substantial additional expenditures are required to bring the business into compliance with local regulatory requirements, given the passive nature of the operations. *Id.*, ¶19. Fourth, the Trustee will implement appropriate safeguards and insurance to mitigate any risk of claims or liabilities arising from the limited operation. *Id.*, ¶20. Finally, the Trustee seeks authority to operate for a defined period of 180 days from entry of an order approving this Motion, during which time the receivables

---

[7] https://www.justice.gov/ust/page/file/762521/dl

1   will be evaluated for liquidation or sale, ensuring a timely and value-maximizing administration of

2   estate assets. *Id.*, ¶21.

3       Generally, the limited operations for which the Trustee seeks approval include, but are not

4   limited to: (i) receiving revenue and income from CFS's operations; (ii) collecting debts; and

5   (iii) paying all reasonable expenses necessary or incidental to the continued operation, care,

6   preservation, repair, and maintenance, of the Accounts Receivable; (iv) serving any required

7   notices; (v) obtaining and/or maintaining insurance coverage; and (vi) performing any additional

8   management activities that are required and maximize any value to this Estate. Enabling the Trustee

9   to operate CFS is currently necessary and appropriate in this case. *See* Simons Decl., ¶22. At a

10  minimum, the Trustee requests approval from the Court to do the following:

11      (1) <u>Collection of Lease Payments</u>: The Trustee be authorized to receive and deposit all lease

12          payments associated with Accounts Receivable disclosed in the Schedules. All payments

13          shall be remitted directly to the Trustee at a designated address under Estate control. The

14          Trustee may communicate with lessees to confirm account status and payment terms.

15      (2) <u>Reconciliation and Accounting</u>: The Trustee be authorized to engage a bookkeeper,

16          accountant, or other financial professional, subject to court approval as needed, to assist

17          with reconciling lease receivable balances, reviewing prior transactions, and generating

18          accurate reports of payments received and outstanding.[8]

19      (3) <u>Banking and Record Management</u>[9]: All funds collected will be deposited into the

20          Estate's account or another Estate-controlled account. In the interim, to avoid disruption

21          in payments while lessees transition to using the Trustee's designated accounts and to

22          ensure that payments are not lost, the Trustee may maintain the Debtor's existing bank

23          accounts, including maintenance of an existing Zelle payment phone number and the

---

[8] The Trustee intends to retain Debtor's former CFO and administrative assistant, subject to court approval, due to their institutional knowledge and familiarity with the portfolio of Accounts Receivable. *See* Simons Decl., ¶23. Their engagement will be documented in a forthcoming management agreement and employment application, with appropriate disclosures under 11 U.S.C. § 327. *Id.*

[9] Trustee will take all necessary steps to redirect payment streams to estate-controlled accounts and implement safeguards to ensure that only the Trustee has authority to withdraw funds, thereby protecting estate assets from dissipation or unauthorized access.

MOTION TO OPERATE

associated accounts therein, solely for the purpose of capturing incoming payments. All of the Debtor's existing bank accounts shall be monitored and swept into the Estate account no less than every three business days. The Trustee, through his agents, shall maintain records of all transactions, and all financial activity shall be reported in accordance with standard Chapter 7 operating procedures. In addition, the Trustee will change the mailing address for the Debtor's existing bank accounts to his office.

(4) Mail and Communication Oversight: The Trustee and his agents may take possession of and monitor the Debtor's former business mail, email, and phone communications, including directing the USPS to forward all mail addressed to CFS to the Trustee's office. The Debtor's main business phone line shall remain active and monitored to ensure lessees can contact the estate regarding payment status or account issues during the transition period.

(5) Staffing or Contract Services: If necessary, the Trustee may retain, on a part-time or contract basis, an administrative assistant, servicer, or collections professional[10] solely to assist with locating lessees, tracking accounts, processing payments, or safeguarding property, subject to notice and court approval if compensation exceeds applicable limits.

(6) Ordinary Course Operating Expenses: The Trustee be authorized to pay necessary ordinary course expenses, including utilities, internet, and phone services associated with maintaining business continuity at the former CFS office, without further court order, provided that such expenses do not exceed $10,000 in the aggregate during the 180-day operating period.

(7) Insurance Coverage Review and Maintenance: The Trustee be authorized to review and, if necessary, maintain or renew existing business insurance policies (e.g., general liability, business property, or E&O), to ensure adequate protection of Estate assets and mitigate risks associated with continued operations. Any new policies or material changes shall be reported in the Trustee's operating reports.

---

[10] *See* fn 8.

MOTION TO OPERATE

(8) <u>No New Business or Extensions</u>: The Trustee will not enter into any new leases, extend existing agreements, incur new debt, or originate financing transactions, absent further court order.

(9) <u>Reporting and Review</u>: Within 180 days, or earlier if warranted, the Trustee will file a status report detailing all collections, expenditures, and status of operations. The Trustee may seek to extend or modify this authority depending on market conditions and pending any proposed sale, abandonment, or compromise of the Accounts Receivable.

(10)    <u>Compliance with Reporting Obligations</u>: The Trustee shall file monthly operating reports _____ forms provided by the U.S. Trustee and shall maintain all financial records in accordance with standard Chapter 7 practice, subject to audit or review upon request.[11]

For these reasons, the Trustee requests that the Court grant the Motion, and allow him to operate CFS for a period of 180 days from the date of the order granting this Motion.

## C.    Procedures for Requesting Continued Operations

"Trial courts are vested with ample discretion to control their own dockets." *Ng v. Farmer*, 477 B.R. 118, 130 (B.A.P. 9th Cir. 2012) (quoting *Medical Laboratory Management Consultants v. ABC*, 306 F.3d 806, 826 (9th Cir. 2002)). The Bankruptcy Code empowers the court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). A bankruptcy court even has discretion to vary a procedure implicated by a local bankruptcy rule. *Altick v. Green (In re Altick)*, 2012 Bankr. LEXIS 5291 at *12 (B.A.P. 9th Cir. 2012). The court's discretion to control its docket must not "nullify the procedural choices reserved to the parties under the applicable rules of procedure." *Highland Federal Bank v. Maynard (In re Maynard)*, 264 B.R. 209, 213 (B.A.P. 9th Cir. 2001).

---

[11] The Handbook for Chapter 7 Trustees[11] effective October 1, 2012, page 4-30 [Available electronically at https://www.justice.gov/file/795116/dl?inline=.], provides that in addition to obtaining a court order approving and authorizing operating the debtor's business, the trustee must consult with the U.S. Trustee to discuss the nature of the operation and cash management controls, and to obtain the appropriate monthly operating business report form. Accordingly, the Trustee has consulted, and will continue to consult, with the U.S. Trustee and he will continue to remain in compliance with all applicable requirements while operating. Simons Decl., ¶24.

To the extent that Trustee determines that the best interest of the estate is served by operating beyond the requested date, he requests that this Court establish the following procedure for extending the authorization date:

- Rather than filing a motion to extend authorization to operate, the Trustee may file a notice of intent to continue operations to request that the Court extend the authorized period for operations which substantially complies with Local Bankruptcy Rule ("LBR") 9013-1(o);

- The Trustee will serve notice on all creditors and parties-in-interest entitled to notice of a motion to operate; and

- After the notice period in LBR 9013-1(o) expires without objection, the Trustee may lodge a declaration of service and non-response and lodge a proposed order to further extend the operations period, in accordance with the procedure set forth in LBR 9013-1(o)(3).

**4.    Conclusion**

The Trustee respectfully requests that this Court enter an order:

(1)    Authorizing the Trustee to continue to operate CFS, as detailed above, for a period of 180 days after entry of an order granting this Motion;

(2)    Approving the requested procedure allowing the Trustee to seek an extension of the operating date by filing a notice and motion which substantially complies with LBR 9013-1(o); and

(3)    Granting such other and further relief as the court may deem just and proper.

DATED: May 2, 2025                    MARSHACK HAYS WOOD LLP


                                      By: */s/ Laila Rais*_____
                                          RICHARD A. MARSHACK
                                          LAILA RAIS
                                          SARAH R. HASSELBERGER
                                          Proposed Attorneys for Chapter 7 Trustee,
                                          LARRY D. SIMONS

MOTION TO OPERATE

# Declaration of Larry D. Simons

I, LARRY D. SIMONS, declare as follows:

1.      I am an individual over 18 years of age and competent to make this Declaration.

2.      I am the duly appointed chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of David Robert Stone ("Debtor") dba Cornerstone Financial Services ("CFS").

3.      I have personal knowledge of some of the terms set forth in this Declaration, and if called upon to do so, I could and would competently testify to these facts, as to other matters I have knowledge based on information and belief.

4.      I make this Declaration in support of my Emergency Motion for Authority to Operate Debtor's Business Under 11 U.S.C. § 721 ("Motion").

5.      All terms not defined herein are used as they are defined in the Motion.

6.      On April 14, 2025 ("Petition Date"), Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code.

7.      A true and correct copy of the Petition and Schedules are attached here as **Exhibit "1."**

8.      According to the Schedules, the Accounts Receivable had a value of more than $12.6 million as of the Petition Date. I am informed that amended schedules may be forthcoming and the value of the Accounts Receivable detailed in the Schedules is closer to $25 million. These receivables represent the core value of the Estate and offer one of the most viable paths for recovery for unsecured creditors.

9.      On April 14, 2025, as Dk No. 5, I was appointed as the chapter 7 trustee.

10.     Preliminary UCC-1 searches conducted by my counsel's office confirmed that (i) CFS holds dozens of recorded liens against lessees, demonstrating that it operated as a secured lender in numerous equipment financing transactions; and (ii) Debtor's purportedly secured creditors listed in Schedule D did not file UCC-1 financing statements. As far as I am aware, the purportedly secured creditors did not notate their security interest on the certificate of title for the vehicles, either.

MOTION TO OPERATE

11.     Given the nature of Debtor's business and the substantial accounts receivable portfolio tied to truck lease payments, limited operations are necessary to preserve and recover value for the Estate.

12.     Currently, the business phone line is inactive, and no individual is monitoring incoming mail, even though I am informed that lease payments continue to be mailed in by lessees. Additionally, no one is currently reconciling the books and records or tracking incoming payments.

13.     For now, I have sent correspondences to all lessees instructing that all future lease payments are payable to the bankruptcy Estate and must be remitted directly to me, to safeguard Estate funds and ensure proper accounting.

14.     To stabilize and evaluate the portfolio for potential liquidation or structured sale, I must implement basic operational oversight, including collection procedures, mail monitoring, and financial reconciliation. These limited measures are essential to protect the Estate's interests and to ensure an orderly process that maximizes recovery for creditors pending a broader determination of the receivables' value and marketability. To be clear, I will not be soliciting additional capital investments in the business from any investors or purchasing any new equipment to be leased.

15.     In order to maximize preserve and maximize the value of the Accounts Receivable, I seek authorization to continue limited business operations for a period of 180-days. This will enable me to collect lease payments, safeguard Estate funds, reconcile financial records, and evaluate and prepare the portfolio for sale or assignment. Further, upon any defaults, I can take actions to repossess the leased property. This request is modest in scope, as it is limited to a 180-day period, and does not involve extending credit or initiating new business activities. It merely allows me to efficiently marshal and administer Estate assets. I believe that the proposed operations are in the best interests of the estate and are consistent with an orderly liquidation.

16.     Moreover, I have evaluated the proposed limited operation of CFS considering the five factors set forth by the UST under 28 U.S.C. § 586(a)(3) and believes continued operation is in the best interest of the estate.

17.     First, CFS is not expected to generate an operating loss, as the limited scope of operations involves only passive collection of existing lease receivables without incurring material

MOTION TO OPERATE

overhead or expansion costs.

18.    Second, there are no anticipated adverse tax consequences during the 180-day operational period, as the Estate is not undertaking new business activity but merely recovering prepetition obligations.

19.    Third, no substantial additional expenditures are required to bring the business into compliance with local regulatory requirements, given the passive nature of the operations.

20.    Fourth, I will implement appropriate safeguards and insurance to mitigate any risk of claims or liabilities arising from the limited operation.

21.    Finally, as provided above, I seek authority to operate for a defined period of 180 days from entry of an order approving this Motion, during which time the receivables will be evaluated for liquidation or sale, ensuring a timely and value-maximizing administration of estate assets.

22.    Generally, the limited operations for which I seek approval include, but are not limited to: (i) receiving revenue and income from CFS's operations; (ii) collecting debts; and (iii) paying all reasonable expenses necessary or incidental to the continued operation, care, preservation, repair, and maintenance, of the Accounts Receivable; (iv) serving any required notices; (v) obtaining and/or maintaining insurance coverage; and (vi) performing any additional management activities that are required and maximize any value to this Estate. Enabling Trustee to operate CFS is currently necessary and appropriate in this case. At a minimum, I request approval from the Court to do the following:

(1) Collection of Lease Payments: I am authorized to receive and deposit all lease payments associated with Accounts Receivable disclosed in the Schedules. All payments shall be remitted directly to me at a designated address under Estate control. I may communicate with lessees to confirm account status and payment terms.

(2) Reconciliation and Accounting: I am authorized to engage a bookkeeper, accountant, or other financial professional, subject to court approval as needed, to assist with reconciling lease receivable balances, reviewing prior transactions, and generating accurate reports of payments received and outstanding.

MOTION TO OPERATE

(3) <u>Banking and Record Management</u>: All funds collected will be deposited into the Estate's account or another Estate-controlled account. In the interim, to avoid disruption in payments while lessees transition to using my designated accounts and to ensure that payments are not lost, I may maintain the Debtor's existing bank accounts, including maintenance of an existing Zelle payment phone number and the associated accounts therein, solely for the purpose of capturing incoming payments. All of the Debtor's existing bank accounts shall be monitored and swept into the Estate account no less than every three business days. Through my agents, I shall maintain records of all transactions, and all financial activity shall be reported in accordance with standard Chapter 7 operating procedures. In addition, I will change the mailing address for the Debtor's existing bank accounts to his office.

(4) <u>Mail and Communication Oversight</u>: Me and my agents may take possession of and monitor Debtor's former business mail, email, and phone communications, including directing the USPS to forward all mail addressed to CFS to my office. Debtor's main business phone line shall remain active and monitored to ensure lessees can contact the estate regarding payment status or account issues during the transition period.

(5) <u>Staffing or Contract Services</u>: If necessary, I may retain, on a part-time or contract basis, an administrative assistant, servicer, or collections professional solely to assist with locating lessees, tracking accounts, processing payments, or safeguarding property, subject to notice and court approval if compensation exceeds applicable limits.

(6) <u>Ordinary Course Operating Expenses</u>: I shall be authorized to pay necessary ordinary course expenses, including utilities, internet, and phone services associated with maintaining business continuity at the former CFS office, without further court order, provided that such expenses do not exceed $10,000 in the aggregate during the 180-day operating period.

(7) <u>Insurance Coverage Review and Maintenance</u>: I shall be authorized to review and, if necessary, maintain or renew existing business insurance policies (e.g., general liability, business property, or E&O), to ensure adequate protection of Estate assets and mitigate

MOTION TO OPERATE

risks associated with continued operations. Any new policies or material changes shall be reported in my operating reports.

(8) <u>No New Business or Extensions</u>: I shall not enter into any new leases, extend existing agreements, incur new debt, or originate financing transactions, absent further court order.

(9) <u>Reporting and Review</u>: Within 180 days, or earlier if warranted, I shall file a status report detailing all collections, expenditures and status of operations. I may seek to extend or modify this authority depending on market conditions and pending any proposed sale, abandonment, or compromise of the Accounts Receivable.

(10)  <u>Compliance with Reporting Obligations</u>: I shall file monthly operating reports using forms provided by the U.S. Trustee and shall maintain all financial records in accordance with standard Chapter 7 practice, subject to audit or review upon request.

23.    I intend to retain Debtor's former CFO and administrative assistant, subject to court approval, due to their institutional knowledge and familiarity with the portfolio of Accounts Receivable. Their engagement will be documented in a forthcoming management agreement and employment application, with appropriate disclosures under 11 U.S.C. § 327.

24.    I have consulted and will continue to consult with the U.S. Trustee regarding the operation of Debtor's business and I will continue to remain I compliance with all applicable requirements while operating.

25.    I request that this Court establish the following procedure for extending the authorization date:

- Rather than filing a motion to extend authorization to operate, I may file a notice of intent to continue operations to request that the Court extend the authorized period for operations which substantially complies with Local Bankruptcy Rule ("LBR") 9013-1(o);

- I will serve notice on all creditors and parties-in-interest entitled to notice of a motion to operate; and

/ / /

/ / /

MOTION TO OPERATE

- After the notice period in LBR 9013-1(o) expires without objection, I may lodge a declaration of service and non-response and lodge a proposed order to further extend the operations period, in accordance with the procedure set forth in LBR 9013-1(o)(3).

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 6, 2025.

_____
LARRY D. SIMONS

MOTION TO OPERATE

# Declaration of Laila Rais

I, LAILA RAIS, declare as follows:

1.     I am an individual over 18 years of age and competent to make this Declaration.

2.     If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3.     I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

4.     I am a partner in the law firm of Marshack Hays Wood LLP ("Firm") and maintain offices at 870 Roosevelt, Irvine, California 92620.

5.     The facts set forth below are true of my personal knowledge.

6.     I make this Declaration in support of the Emergency Motion for Authority to Operate Debtor's Business Under 11 U.S.C. § 721 ("Motion") filed by Larry D. Simons, chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of David Robert Stone ("Debtor") dba Cornerstone Financial Services ("CFS").

7.     Preliminary UCC-1 searches conducted by my office confirmed that (i) CFS holds dozens of recorded liens against lessees, demonstrating that it operated as a secured lender in numerous equipment financing transactions; and (ii) Debtor's purportedly secured creditors listed in Schedule D did not file UCC-1 financing statements. As far as I am aware, the purportedly secured creditors did not notate their security interest on the certificate of title for the vehicles, either.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 2, 2025.

*/s/ Laila Rais*
LAILA RAIS

4936-8539-3212, v. 3

MOTION TO OPERATE

**EXHIBIT 1**

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy          12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Identify Yourself**

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **David**<br>First name | First name |
| | | **Robert**<br>Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Stone**<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **DBA  Cornerstone Financial Services** | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-9299** | |

EXHIBIT 1, PAGE 18

Debtor 1    **David Robert Stone** _____    Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN _____ | EIN _____ |

**5. Where you live**

| | |
|---|---|
| **49841 Canyon View Drive**<br>**Palm Desert, CA 92260**<br>Number, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br>_____<br>Number, Street, City, State & ZIP Code |
| **Riverside**<br>County | _____<br>County |
| If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address. | If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address. |
| **4310 Redwood Hwy, Suite 100**<br>**San Rafael, CA 94903**<br>Number, P.O. Box, Street, City, State & ZIP Code | _____<br>Number, P.O. Box, Street, City, State & ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

EXHIBIT 1, PAGE 19

Debtor 1    **David Robert Stone**    Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
■ Yes.

| Debtor | **In re Calzona Truck Sales, Inc.** | Relationship to you | **Affiliate** |
| District | **Central District of California** | When | Case number, if known | **Pending** |
| Debtor | **In re Stoneway Capital Corporation** | Relationship to you | **Affiliate** |
| District | **Central District of California, Riverside Divison** | When | Case number, if known | **Pending** |

---

**11. Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

EXHIBIT 1, PAGE 20

Debtor 1    **David Robert Stone** _____    Case number *(if known)* _____

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.    Go to Part 4.

■ Yes.    Name and location of business

**Cornerstone Financial Services**
Name of business, if any

**4310 Redwood Hwy, Suite 100**
**San Rafael, CA 94903**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

EXHIBIT 1, PAGE 21

Debtor 1  **David Robert Stone** _____    Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

EXHIBIT 1, PAGE 22

Debtor 1   **David Robert Stone**

Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_David Robert Stone_
**David Robert Stone**
Signature of Debtor 1

Signature of Debtor 2

Executed on   **April 8, 2025**
                    MM / DD / YYYY

Executed on   _____
                      MM / DD / YYYY

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 6

Debtor 1   __David Robert Stone__                                    Case number *(if known)* _____

---

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

Date        **April 8, 2025**
_____
                MM / DD / YYYY

_____
Signature of Attorney for Debtor

**Michael G. Spector**
_____
Printed name

**Law Offices of Michael G. Spector**
_____
Firm name

**2122 N. Broadway**
**Santa Ana, CA 92706**
_____
Number, Street, City, State & ZIP Code

Contact phone   **714-835-3130** _____        Email address    **mgspector@aol.com** _____

**145035 CA**
_____
Bar number & State

---

EXHIBIT 1, PAGE 24

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
    against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any
    copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any
    corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number
    and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom
    assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property
    included in Schedule A/B that was filed with any such prior proceeding(s).)

    **In re Stoneway Capital Corporation**
    **Chapter 7**
    **Case No. Pending**
    **Central District of California, Riverside Division**

    **In re Calzona Truck Sales, Inc.**
    **Chapter 7**
    **Case No. Pending**
    **Central District of California, Riverside Division**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
    Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
    debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the
    debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the
    complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge
    and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list
    any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
    previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
    of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
    of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms
    or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each
    such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether
    still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule
    A/B that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has
    been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior
    proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still
    pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B
    that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Palm Desert                    , California.

Date:      **April 8, 2025**

**David Robert Stone**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

EXHIBIT 1, PAGE 25

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

EXHIBIT 1, PAGE 26

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

|   | $1,167 | filing fee |
|---|--------|------------|
| + | $571   | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

EXHIBIT 1, PAGE 27

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |        |                    |
|---|--------|--------------------|
|   | $200   | filing fee         |
| + | $78    | administrative fee |
|   | $278   | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |        |                    |
|---|--------|--------------------|
|   | $235   | filing fee         |
| + | $78    | administrative fee |
|   | $313   | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

EXHIBIT 1, PAGE 28

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

EXHIBIT 1, PAGE 29

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

| | | |
|---|---|---|
| In re    **David Robert Stone** | | Case No. _____ |
| | Debtor(s) | Chapter    **7** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 50,000.00 |
| Prior to the filing of this statement I have received | $ | 50,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April  8, 2025**
*Date*

Michael G. Spector
*Signature of Attorney*
**Law Offices of Michael G. Spector**
**2122 N. Broadway**
**Santa Ana, CA 92706**
**714-835-3130   Fax: 714-558-7435**
**mgspector@aol.com**
*Name of law firm*

---

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **David Robert Stone** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | Schedule A/B: Property (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $    11,000,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | $    13,907,713.60 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $    24,907,713.60 |

**Part 2:    Summarize Your Liabilities**

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $    62,868,342.05 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $    352,386.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*......................... | $    6,890,243.37 |
| | **Your total liabilities** | $    70,110,971.42 |

**Part 3:    Summarize Your Income and Expenses**

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................... | $    3,200.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.................................................. | $    41,785.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information                    page 1 of 2

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1    **David Robert Stone** _____    Case number *(if known)* _____

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
     122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.                                          $ _____

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** |  |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

EXHIBIT 1, PAGE 32

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **David Robert Stone** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

| 1.1 | | | |
|---|---|---|---|
| **170 Greenwood Ave** | **What is the property?** Check all that apply | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ■ Single-family home | | |
| | ☐ Duplex or multi-unit building | | |
| | ☐ Condominium or cooperative | | |
| | ☐ Manufactured or mobile home | | |
| **San Rafael    CA    94901-0000** | ☐ Land | | **Current value of the entire property?**     **Current value of the portion you own?** |
| City        State     ZIP Code | ☐ Investment property | | **$4,000,000.00**          **$4,000,000.00** |
| | ☐ Timeshare | | |
| | ☐ Other | | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | **Who has an interest in the property?** Check one | | **100%** |
| **Marin** | ■ Debtor 1 only | | |
| County | ☐ Debtor 2 only | | |
| | ☐ Debtor 1 and Debtor 2 only | | ☐ Check if this is community property (see instructions) |
| | ☐ At least one of the debtors and another | | |
| | **Other information you wish to add about this item, such as local property identification number:** | | |

EXHIBIT 1, PAGE 33

Debtor 1   **David Robert Stone**                                          Case number *(if known)* _____

---

**1.2**   **If you own or have more than one, list here:**

**49841 Canyon View Drive**
Street address, if available, or other description

| | **What is the property?** Check all that apply | | |
|---|---|---|---|
| | ■ Single-family home | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | ☐ Duplex or multi-unit building | | |
| | ☐ Condominium or cooperative | | |

**Palm Desert**   **CA**   **92260-0000**
City            State    ZIP Code

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Current value of the entire property?**    **Current value of the portion you own?**
$5,000,000.00                              $5,000,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
100%

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Riverside**
County

☐ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**1.3**   **If you own or have more than one, list here:**

**4310 Redwood Highway**
**Ste 100 and 200**
Street address, if available, or other description

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**San Rafael**   **CA**   **94903-0000**
City            State    ZIP Code

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Current value of the entire property?**    **Current value of the portion you own?**
$2,000,000.00                              $2,000,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
100%

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Marin**
County

☐ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**Commercial condo**

---

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................=>

| $11,000,000.00 |
|---|

**Part 2:   Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

EXHIBIT 1, PAGE 34

Debtor 1    __David Robert Stone__ _____    Case number *(if known)* _____

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| | | | |
|---|---|---|---|
| **3.1** Make: **Bentley** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: **V8 Mulliner** | ■ Debtor 1 only | | |
| Year: **2022** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | ☐ At least one of the debtors and another | | |
| Lease Palm Desert | ☐ Check if this is community property (see instructions) | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **3.2** Make: **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: **Pickup** | ■ Debtor 1 only | | |
| Year: **1993** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | ☐ At least one of the debtors and another | | |
| Located in San Rafael | ☐ Check if this is community property (see instructions) | $2,500.00 | $2,500.00 |

| | | | |
|---|---|---|---|
| **3.3** Make: **Harley Davidson** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | ■ Debtor 1 only | | |
| Year: **1996** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | ☐ At least one of the debtors and another | | |
| Located in San Rafael | ☐ Check if this is community property (see instructions) | $1,000.00 | $1,000.00 |

| | | | |
|---|---|---|---|
| **3.4** Make: **Harley Davidson** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: **Exotic** | ■ Debtor 1 only | | |
| Year: **2003** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | ☐ At least one of the debtors and another | | |
| Located in Palm Desert | ☐ Check if this is community property (see instructions) | $4,000.00 | $4,000.00 |

| | | | |
|---|---|---|---|
| **3.5** Make: **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: **C4500** | ■ Debtor 1 only | | |
| Year: **2004** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | ☐ At least one of the debtors and another | | |
| Located in San Rafael | ☐ Check if this is community property (see instructions) | $10,000.00 | $10,000.00 |

EXHIBIT 1, PAGE 35

Debtor 1    **David Robert Stone**

Case number *(if known)* _____

| 3.6 | Make: **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: **F550 Armored Vehicle** | ■ Debtor 1 only | |
| | Year: **2006** | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | **Located in Palm Desert** | ☐ Check if this is community property (see instructions) | **$150,000.00**          **$150,000.00** |

| 3.7 | Make: **Range Rover** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: _____ | ■ Debtor 1 only | |
| | Year: **2014** | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | **Located in San Rafael** | ☐ Check if this is community property (see instructions) | **$8,500.00**            **$8,500.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories*

☐ No
■ Yes

| 4.1 | Make: **Luxe** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: **Golfcart** | ■ Debtor 1 only | |
| | Year: **2013** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | **Located in Palm Desert** | ☐ Check if this is community property (see instructions) | **$5,000.00**            **$5,000.00** |

| 4.2 | Make: **Haulmark** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: **Trailer** | ■ Debtor 1 only | |
| | Year: **2014** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | **Located in Palm Desert** | ☐ Check if this is community property (see instructions) | **$4,000.00**            **$4,000.00** |

| 4.3 | Make: _____ | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: **Golfcart** | ■ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | **Palm Desert** | ☐ Check if this is community property (see instructions) | **$5,000.00**            **$5,000.00** |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>    **$190,000.00**

**Part 3:**  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Official Form 106A/B                    Schedule A/B: Property                                    page 4

EXHIBIT 1, PAGE 36

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document    Page 20 of 342

Debtor 1    **David Robert Stone**                                    Case number *(if known)* _____

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Household furniture, fixtures, refrigerator, freezer, washier and drier and effects San Rafael, California | $10,000.00 |
| Household, Furniture fixtures, patio furniture, washer, drier, refrigerator and freezer and effects Palm Desert | $10,000.00 |
| Piano located at San Rafael | $10,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| | |
|---|---|
| 11 TVs in Palm Desert | $1,000.00 |
| 8 TVs in San Rafael | $800.00 |
| Personal computer and printer | $100.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes. Describe.....

| | |
|---|---|
| 4 Pinball Machines | Unknown |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes. Describe.....

| | |
|---|---|
| 2 Sets of Golf Clubs | $1,000.00 |
| 3 Electric Bikes | $3,000.00 |
| 2 Home Gyms | $2,000.00 |

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Apprx 20,000 rounds of old ammunition in storage at 10355 Mogul Rd, Reno, NV | $4,000.00 |

EXHIBIT 1, PAGE 37

| Debtor 1 | **David Robert Stone** | | Case number *(if known)* |
|---|---|---|---|

| | | |
|---|---|---|
| | 10-15 long guns, 20,000 rounds of old ammunition, 3 safes and light protective equipment<br>**Havasu Sel Storage 4622 N. London Bridge Rd.**<br>**Lake Havasu City, AZ** | $11,000.00 |
| | Small number of long gun and hand guns, law enforcement protective gear and appx 30,000 rounds of ammunition used in law enforcement activities as a reserve sheriff<br>**San Rafael, California** | $6,000.00 |
| | 8-10 long guns, assortment of hand guns and appx. 40,000 rounds of ammunition<br>**Canyon Vies Drive** | $10,000.00 |

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| **Clothing** | $1,500.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| **Rolex Presidentials**<br>**(20 years old)** | **Unknown** |
| **H Stern watch** | $500.00 |
| **Wedding Band** | $1,000.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| **Outdoor Furniture**<br>**San Rafael** | $2,000.00 |

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
■ Yes.  Give specific information.....

| | |
|---|---|
| **Barbecue**<br>**San Rafael** | $1,000.00 |
| **Outdoor Funiture**<br>**Palm Desert** | $2,000.00 |

Debtor 1    **David Robert Stone**    Case number *(if known)*

---

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
     for Part 3. Write that number here ........................................................................................    $76,900.00

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?    Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

16.  **Cash**
     *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
     ☐ No
     ■ Yes...................................................................................................

                                                                                            Cash    $1,000.00

17.  **Deposits of money**
     *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
        institutions. If you have multiple accounts with the same institution, list each.
     ☐ No
     ■ Yes.........................    Institution name:

| | | Institution | Value |
|---|---|---|---|
| 17.1. | Business Checking | Bank of America<br>PO Box 25118<br>Tampa, FL 33622-5118<br>Acct 7496<br>Cornerstone Financial Services | $8,500.00 |
| 17.2. | Business Checking | Bank of America<br>PO Box 25118<br>Tampa, FL 33622-5118<br>Acct 6718<br>David Stone DBA Cornerstone Financial Services | $292.00 |
| 17.3. | Personal Checking | Bank of America<br>PO Box 25118<br>Tampa, FL 33622-3115<br>Acct 4953<br>David Stone | $65,161.00 |
| 17.4. | Commercial Checking | Wells Fargo<br>PO Box 6995<br>Portland, OR 97228-6995<br>Acct 1817 | $14,795.00 |
| 17.5. | Business Checking | Wells Fargo<br>PO Box 6995<br>Portland, OR 97228-6995<br>Acct 5133 | $4,053.00 |
| 17.6. | Business Checking | Westamerica<br>Westamerica<br>7333 Redwood Blvd<br>Novato, CA 94948<br>Acct 5991<br>David Stone Living Trust DBA Cornerstone Financial Services | $9,284.00 |

EXHIBIT 1, PAGE 39

| Debtor 1 | **David Robert Stone** | | | Case number *(if known)* | |

| | | | Westamerica | | |
| | | | Westamerica | | |
| | | | 7333 Redwood Blvd | | |
| | | | Novato, CA 94948 | | |
| | | | Acct 9731 | | |
| | | | **David Stone Living Trust DBA Cornerstone** | | |
| 17.7. | **Business Checking** | | **Financial Services** | | $4,117.00 |

| | | | Westamerica | | |
| | | | 7333 Redwood Blvd | | |
| | | | Novato, CA 94948 | | |
| | | | Acct 4210 | | |
| 17.8. | **Personal Checking** | | **David Stone Living Trust** | | $8,200.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes...................          Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Stoneway Capital** | 100 % | $0.00 |
| **Stone Motor Company LLC** | | |
| **(List of vehicles owned, consigned and belonging to others to be provided)** | 100 % | Unknown |
| **Calzona Truck Sales** | 100 % | $0.00 |
| **Cornerstone Financial Services (sole proprietorship)** | | |
| **All assets listed herein** | 100 % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
          Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **Charles Schwab** **Acct 5887** | $750,000.00 |

Debtor 1    **David Robert Stone** _____    Case number *(if known)* _____

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................              Institution name or individual:

**23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)**
   ■ No
   ☐ Yes.............      Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☐ No
   ■ Yes. Give specific information about them...

| David R. Stone Living Trust (Life Insurance policies and titles to real estate) | $0.00 |
|---|---|

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes. Give specific information about them...

**Money or property owed to you?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**
   ☐ No
   ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| $35,000 credit balance toward 2024 taxes | Overpayment | $35,000.00 |
|---|---|---|

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
           benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes. Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.
                           Company name:                   Beneficiary:                   Surrender or refund

Official Form 106A/B                    Schedule A/B: Property                                page 9

Debtor 1   **David Robert Stone**                                                    Case number *(if known)*

| | | value: |
|---|---|---|
| Nassau Re Policy 6489 Term | David Stone Living Trust | $0.00 |
| Nassau Re Policy 9538 Whole | David Stone Living Trust | $9,100.00 |
| Nassau Re Policy 2483 Term | David Stone Living Trust | $0.00 |
| State Farm Policy 8969 Term | David Stone Living Trust | $0.00 |

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
�■ No
☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
�■ No
☐ Yes.  Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
�■ No
☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**
�■ No
☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................**

| |
|---|
| $909,502.00 |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.

**37.  Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
�■ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38.  Accounts receivable or commissions you already earned**
☐ No
�■ Yes.  Describe.....

| | |
|---|---|
| Balance owing to Debtor in leased trucks | $12,692,311.60 |

EXHIBIT 1, PAGE 42

Debtor 1    **David Robert Stone**                                    Case number *(if known)*

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
■ Yes. Describe.....

| See attachment | $0.00 |
|---|---|

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No
■ Yes. Describe.....

| 2 Non-Working Forklifts | $1,000.00 |
|---|---|

| 6 55 Gallon Barrels of fuel | $1,000.00 |
|---|---|

**41. Inventory**
■ No
☐ Yes. Describe.....

**42. Interests in partnerships or joint ventures**
■ No
☐ Yes. Give specific information about them...................
      Name of entity:                          % of ownership:

**43. Customer lists, mailing lists, or other compilations**
■ No.
☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

      ■ No
      ☐ Yes. Describe.....

**44. Any business-related property you did not already list**
■ No
☐ Yes. Give specific information.........

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.....................................................................**

| $12,694,311.60 |
|---|

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |
|---|---|

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes. Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest In That You Did Not List Above** |
|---|---|

EXHIBIT 1, PAGE 43

| Debtor 1 | David Robert Stone | | | Case number *(if known)* | |
|---|---|---|---|---|---|

**53. Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☐ No
   ■ Yes. Give specific information.........

| | |
|---|---|
| Meadow Club membership | $30,000.00 |
| Plantation Golf Club | $0.00 |
| 150 Bottle of Wine at San Rafael
60 Bottles of Wine in Palm Desert | $7,000.00 |

**54. Add the dollar value of all of your entries from Part 7. Write that number here** .................................  **$37,000.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | Part 1: Total real estate, line 2 ............................................................................................... | | $11,000,000.00 |
| 56. | Part 2: Total vehicles, line 5 | $190,000.00 | |
| 57. | Part 3: Total personal and household items, line 15 | $76,900.00 | |
| 58. | Part 4: Total financial assets, line 36 | $909,502.00 | |
| 59. | Part 5: Total business-related property, line 45 | $12,694,311.60 | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. | Part 7: Total other property not listed, line 54 + | $37,000.00 | |
| 62. | Total personal property. Add lines 56 through 61... | $13,907,713.60 | Copy personal property total    $13,907,713.60 |
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | | $24,907,713.60 |

Official Form 106A/B                     Schedule A/B: Property                                    page 12

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 6/12/20 | Harold G. | Horace | 9510 Fossil Canyon | Humble | TX | 77396- | 4,695.60 |
| 8/20/20 | Eric | Rojas | 1312 Kayford Ave | S El Monte | CA | 91733- | 8,412.00 |
| 8/21/20 | Maria Del Carmen | Valdovinos Fuentes | 9500 Vanalden Ave | Northridge | CA | 91324- | 10,932.00 |
| 10/27/20 | Jose | Reyes Piedra | 4400 Isla Verde St Apt 7 | Bakersfield | CA | 93301- | 13,264.30 |
| 12/3/20 | Alson R. | Hall II | 13785 Whitesail Dr | Victorville | CA | 92395- | 22,585.00 |
| 12/7/20 | Feliciano | Cortez-Mendoza | 451 West D St | Brawley | CA | 92227- | 6,783.00 |
| 12/10/20 | Alejandro | Camacho | 250 N Linden Ave Sp 253 | Rialto | CA | 92376- | 5,650.00 |
| 12/11/20 | Naclinton M | Williams | 253 CR 3510 | Woodville | TX | 75979- | 25,189.00 |
| 12/16/20 | Robert D. | Marshall | 913 Glenn Heather Ct | Dacono | CO | 80514- | 16,152.00 |
| 12/16/20 | Jose W. | Figueroa Perez | 19039 Elaine Ave | Artesia | CA | 90701- | 4,512.00 |
| 12/17/20 | Luis A. | Vega Jr. | 9403 Meadow Falls Dr | Bakersfield | CA | 93311- | 19,468.00 |
| 12/22/20 | Matthew J. | Rhea | 5130 N. Mendelson Ave | Meridian | ID | 83646- | 4,359.00 |
| 12/30/20 | Dominga T. | Ramirez | 2815 Olive Ave | Schertz | TX | 78154- | 14,580.00 |
| 1/6/21 | Mario | Gonzalez Ayala | 224 W Tunnell St | Santa Maria | CA | 93458- | 21,959.00 |
| 1/15/21 | Edgar M. | Acosta Villarreal | 51702 La Ponderosa Dr. | Coachella | CA | 92236- | 20,489.00 |
| 1/18/21 | Fabricio Gustavo A. | Zarate | 123 N 4020 E | Rigby | ID | 83442- | 15,459.00 |
| 1/20/21 | Arnoldo | Berrones | 21212 N Skinner Rd | Edinburg | TX | 78542- | 19,477.00 |
| 1/21/21 | Donte J. | Mosley | 309 W Kimball Avenue | Hemet | CA | 92543- | 1,504.00 |
| 1/27/21 | Jose | Marin Jr | 10840 Nuevo Dr | Fontana | CA | 92337- | 3,106.00 |
| 2/1/21 | Gabriel A. | Echeverria | 959 Calle Dura | Rio Rico | AZ | 85648- | 14,874.00 |
| 2/19/21 | Larry D. | Hill Jr | 18490 Jennings Dr | Lathrop | CA | 95330- | 14,870.00 |
| 2/23/21 | Raul V. | Duarte | 2301 Victoria Ct | Imperial | CA | 92251- | 21,666.00 |
| 3/1/21 | Cory L. | Frew | 163 S 1450 W #5D | Clearfield | UT | 84015- | 4,786.00 |
| 3/4/21 | Dana M. | Mikes | 9905 Packwood Dr | Bakersfield | CA | 93313- | 54,336.00 |

EXHIBIT 1, PAGE 45

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 3/8/21 | Edy O. | Calderon Monzon | 3660 Regal Oaks Pl | Perris | CA | 92571- | 4,751.00 |
| 3/9/21 | Francsico | Cerda Garza | 1017 Ridgeland Ave | McAllen | TX | 78503- | 3,716.00 |
| 3/12/21 | Richard W. | Crear | 2134 Woodglen Dr | Garland | TX | 75040- | 1,689.00 |
| 3/12/21 | Samuel O. | Draper | 128 Flat Creek | Robinson | TX | 76706- | 1,512.00 |
| 3/16/21 | Carlos I. Lopez | Garcia | 627 Burnett Dr | Corcoran | CA | 93212- | 4,943.00 |
| 3/19/21 | Carlos A. | Martinez | 8121 Broadway Ave Apt 50 | Whittier | CA | 90606- | 1,652.00 |
| 4/1/21 | Juan E. | Herrera | 2705 N 88th Dr | Phoenix | AZ | 85037- | 20,814.00 |
| 4/1/21 | Blake J. | Reynolds | 8829 Spinning Wheel Ave | Las Vegas | NV | 89143- | 3,100.00 |
| 4/5/21 | Luis F. | Salazar Bobadilla | 8760 W Hammer Ln | Las Vegas | NV | 89149- | 17,097.00 |
| 4/9/21 | Ernie Reyes | Flores | 8207 S. Calle Azteca | Guadalupe | AZ | 85283- | 3,100.00 |
| 4/12/21 | Robert K. | Bair | 135 Braeburn | Boerne | TX | 78015- | 6,962.00 |
| 4/13/21 | Hector Lopez | Flores | 241 E Alexandria St | Calipatria | CA | 92233- | 5,977.00 |
| 4/13/21 | Juan Santos | Huerta | 23326 Dragon Rock Rd | Elmendorf | TX | 78112- | 5,544.00 |
| 4/16/21 | Francisco A. | Ordonez | 25980 Blueleaf St | Moreno Valley | CA | 92553- | 15,253.00 |
| 4/16/21 | Alexis | Delgadillo | 16120 Reed Ct | Fontana | CA | 92336- | 3,837.00 |
| 4/22/21 | Irma | Lozano | 3028 N Sierra Way | San Bernardino | CA | 92405- | 10,815.00 |
| 4/26/21 | Abraham | Guzman Martinez | 1268 Trask Dr | Holiister | CA | 95023- | 31,090.00 |
| 4/27/21 | Julio R. | Gonzalez | 1766 Rio Drive | Eagle Pass | TX | 78852- | 11,750.00 |
| 4/28/21 | James K. | Morgan | 421 Arroyo Dr | Big Bear Lake | CA | 92315- | 14,429.00 |
| 5/7/21 | Ishmael K. | Williams | 21400 Applewood Dr | California City | CA | 93505- | 16,710.00 |
| 5/11/21 | Andre M. | Mcclain | 13422 Banning St | Fontana | CA | 92336- | 10,538.00 |
| 5/13/21 | Brittany Raquel S. | Lambert | 7960 Rafael Rivera Way Unit 1101 | Las Vegas | NV | 89113- | 4,771.00 |

EXHIBIT 1, PAGE 46

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 5/14/21 | Tae H. | Lee | 1033 S Bronson Ave | Los Angeles | CA | 90019- | 16,857.00 |
| 5/14/21 | Desmond E. | Iwuagwu | 546 Winston St | Grand Prairie | TX | 75052- | 20,239.00 |
| 5/18/21 | Macario | Perez | 300 S Mile 2 W Apt 103 | Edcouch | TX | 78538- | 1,502.00 |
| 5/18/21 | Juan D. | Ruelas Lopez | 10825 Carbet Place | San Diego | CA | 92124- | 20,934.00 |
| 5/24/21 | Josue M. | Jimenez Caballero | 2150 21st Ave | San Francisco | CA | 94116- | 7,178.00 |
| 5/24/21 | Ismael | Lopez Rivera | 130 Taylor St | Lebanon | OR | 97355- | 4,851.00 |
| 5/26/21 | Jesus E. | Lopez Alcantara | 14334 Sierra Grande St | Adelanto | CA | 92301- | 16,802.00 |
| 5/28/21 | Marcus T. | Boyd | 9588 Brooks Lake Ave | Las Vegas | NV | 89148- | 26,704.00 |
| 6/7/21 | Luis A. | Robles | 17337 Malaga St | Fontana | CA | 92336- | 6,550.00 |
| 6/7/21 | Juan | Garcia Garcia | 8180 11th Ave | Hesperia | CA | 92345- | 15,449.00 |
| 6/9/21 | Alejandro J. | Colin | 44140 Camellia St | Lancaster | CA | 93535- | 6,854.00 |
| 6/15/21 | Jacqueline D. | Mims | 5701 Tupelo Dr | Sacramento | CA | 95842- | 7,627.00 |
| 6/16/21 | Timothy H. | Morris | 2256 N 850 W | Clinton | UT | 84015- | 7,649.00 |
| 6/18/21 | Joseph | T. Castro | 17482 Granada Ave | Fontana | CA | 92335- | 10,111.00 |
| 6/18/21 | Kevin L. | Mcilwain | 9100 Pepper Grass Ave | Odessa | TX | 79765- | 31,365.00 |
| 6/23/21 | Angel | Pelayo | 4186 South 4850 West | West Valley | UT | 84120- | 19,750.00 |
| 6/23/21 | German | Zertuche | 6409 County Rd 168 | Alvin | TX | 77511- | 24,031.00 |
| 6/29/21 | Faryad A. | Khan | 962 Skyline Dr | Yuba City | CA | 95991- | 37,105.00 |
| 7/2/21 | Roderick L. | Seals-Jones | 9111 Briar Forest Dr | Houston | TX | 77024- | 11,416.00 |
| 7/6/21 | Victor M. | Reyes Larios | 13358 Fern Hollow Way | Victorville | CA | 92392- | 31,379.00 |
| 7/20/21 | Etienne M. | Stinson | 1546 W 145th St Apt #5 | Gardenia | CA | 90247- | 28,963.00 |
| 7/21/21 | Marcus J. | Sanders | 27534 Autumn Cir | Moreno Valley | CA | 92555- | 10,934.00 |

EXHIBIT 1, PAGE 47

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 7/23/21 | Hector J. | Vasquez | 26201 Le Mans Dr | Moren Valley | CA | 92555- | 6,410.00 |
| 7/27/21 | Aseem | Indora | 2450 Peralta Blvd #100 | Fremont | CA | 94536- | 34,488.00 |
| 8/11/21 | Wool E. | Manyiel | 8427 W Lewis Ave | Phoenix | AZ | 85037- | 6,479.00 |
| 8/11/21 | Jose Martin | Lopez | 4222 N. 79th Ln | Phoenix | AZ | 85033- | 21,551.00 |
| 8/17/21 | Marcus C. | Triplett | 1705 Beacon Point Ln | Dickinson | TX | 77539- | 24,246.00 |
| 8/19/21 | Ricardo | Trejo | 4245 W 134th St Apt A | Hawthorne | CA | 90250- | 11,723.00 |
| 8/27/21 | Aldo A. | Cedillo | 3716 Santos Morales Dr | Laredo | TX | 78046- | 13,631.00 |
| 9/3/21 | Timothy K. | Stevenson | 16179 W Yavapai St | Goodyear | AZ | 85338- | 13,872.00 |
| 9/8/21 | Ali | Mansour | 804 Honey Dew Ln | Fort Worth | TX | 76120- | 28,448.00 |
| 9/13/21 | Francisco A. | Gomez Jr. | 15950 Ellington Way | Chino Hills | CA | 91709- | 34,499.00 |
| 9/14/21 | Juan G. | Mora | 414 Beaumont St | Las Vegas | NV | 89106- | 47,645.00 |
| 9/15/21 | Sergio | Diaz | 6247 Morton Ave | Riverside | CA | 92509- | 48,044.00 |
| 9/14/21 | Carlos J. | Cruz Rivas | 511 N Imperial Ave | Brawley | CA | 92227- | 17,110.00 |
| 9/23/21 | Pablo A. | Chinchilla | 24950 Via Florecer #157 | Mission Viejo | CA | 92692- | 32,271.00 |
| 9/24/21 | Basil | Mbuba | 726 East 46 Street | Brooklyn | NY | 11203- | 36,834.00 |
| 9/29/21 | Taye M. | Ayicheh | 4761 Carson St | Denver | CO | 80239- | 4,429.00 |
| 9/30/21 | Carlos O. | Torres | 5250 Colfax Ave | N Hollywood | CA | 91601- | 31,894.00 |
| 10/8/21 | Alonso | Ceniseros | 2001 S. Campus Ave Apt E | Ontario | CA | 91761- | 11,818.00 |
| 10/8/21 | Joshua | Mendez | 14950 Nokomis Rd | Apple Valley | CA | 92307 | 14,675.00 |
| 10/11/21 | Aaron M. | Henson | 610 N Oakland Ave Apt 1 | Pasadena | CA | 91101- | 7,950.00 |
| 10/12/21 | Ronnel T. | Hewitt | 5481 N Paramount Blvd 6 110 | Long Beach | CA | 90805- | 5,487.00 |
| 10/15/21 | Esteban R. | Huerta Cortes | 368 E Grove St | Pomona | CA | 91767- | 17,043.00 |
| 10/20/21 | Josue N. | Gonzalez Wong | 202 B St | Taft | CA | 93268- | 9,990.00 |

EXHIBIT 1, PAGE 48

Cornerstone Financial Services

Receivables

Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 10/20/21 | Terry L. | Hayward | 17585 Lombardy LN | Bloomington | CA | 92316- | 11,769.00 |
| 10/21/21 | Diego A. | Ugues Guevara | 14730 Shape Dr Unit B | El Paso | TX | 79928- | 7,003.00 |
| 10/21/21 | Jurrell D. | Brown | 13023 Ambrose St | Houston | TX | 77045- | 4,297.00 |
| 10/27/21 | Marcus D. | Addy | 503 S Flower St Apt 3 | Inglewood | CA | 90301- | 10,997.00 |
| 10/29/21 | William M. | Hernandez | 12361 Deborah | Victorville | CA | 92392- | 27,398.00 |
| 11/15/21 | Winston A. | Williams | 8004 Verde Springs Drive | Las Vegas | NV | 89128- | 40,099.00 |
| 11/17/21 | Kovan | White Sr. | 3477 Verde St | Riverside | CA | 92504- | 7,435.00 |
| 11/18/21 | Lilia V. | Garcia | 1675 Campbell Rd | Sidney | OH | 45365- | 10,217.00 |
| 11/22/21 | Daniel W. | Kerr | 2651 Reche Canyon Rd | Colton | CA | 89193- | 3,349.00 |
| 11/23/21 | Alvaro | Contreras Jr. | 3819 Finnigan Ct | Riverbank | CA | 95367- | 21,426.00 |
| 11/24/21 | Arturo | Garcia | 2325 Blake St | San Bernardino | CA | 92407- | 5,897.00 |
| 11/30/21 | Sam | Shahbazi | 3150 W Twain Ave #115 | Las Vegas | NV | 89103- | 18,959.00 |
| 11/30/21 | Audel | Rodriguez Morfin | 600 E Tulare St | Avenal | CA | 93204- | 17,964.00 |
| 12/7/21 | Luis A. | Robles | 17337 Malaga St | Fontana | CA | 92336- | 8,659.00 |
| 12/10/21 | Cesar M. | Sanchez | 201 S Pennsylvania Ave Spc 115 | San Bernardino | CA | 92410- | 31,912.00 |
| 12/14/21 | Jack C. | Boyd | 6601 Blue Oaks Blvd Apt 4303 | Rocklin | CA | 95765- | 12,547.00 |
| 12/17/21 | Taylor N. | Steadman | 2408 Brighton Dr | Louisville | KY | 40205- | 33,035.00 |
| 12/21/21 | Jorge | Lopez Mendieta | 10333 Via Pastoral | Moreno Valley | CA | 92557- | 48,678.00 |
| 12/22/21 | Adriana | Cervantes Cano | 27201 Vista Ave | Perris | CA | 92570- | 4,586.00 |
| 12/27/21 | Hrach | Hrantyan | 11657 Oxnard St #317 | N. Hollywood | CA | 91606- | 48,132.00 |
| 12/28/21 | Dung V. | Nguyen | 256 W. 2300 N | Ogden | UT | 84414- | 40,329.00 |
| 12/30/21 | Aniceto | Lopez Chavez | 449 White Cloud Rd | Horizon City | TX | 79928- | 10,439.00 |
| 1/7/22 | Jinetra L. | Bonner | 27169 Woodglen LN | Moreno Valley | CA | 92555- | 19,826.00 |

Cornerstone Financial Services

Receivables

Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 1/10/22 | Dominique M. | Howard | 1730 196th St SE Apt C309 | Bothell | WA | 98012- | 36,945.00 |
| 1/10/22 | Yesenia A. | Fernandez | 107 Orchard Ct | Laredo | TX | 78045- | 2,935.00 |
| 1/11/22 | Johnel P. | White | 1725 Perkwinkle Way | Antioch | CA | 94531- | 22,554.00 |
| 1/19/22 | Ricardo J. | Martinez | 2527 Barbwire Way | San Antonio | TX | 78244- | 21,562.00 |
| 1/19/22 | Bernardo | Romero Vasquez | 361 Ayrshire Way | Gonzales | CA | 93926- | 43,717.00 |
| 1/19/22 | Deonte J. | Colvin | 3043 Chamberlain Ave SE | Grand Rapids | MI | 49508- | 15,073.00 |
| 1/21/22 | Pedro | Sanchez | 12711 Branford St 105A | Pacoima | CA | 91331- | 26,517.00 |
| 1/25/22 | Mario | Arias Jr. | 5030 Crescent Bay Dr | San Diego | CA | 92154- | 48,257.00 |
| 1/27/22 | Carlos I. | Lopez Garcia | 627 Burnett Dr | Corcoran | CA | 93212- | 22,158.00 |
| 1/28/22 | Domingo V. | Calderon Cerna | 37142 Sabal Ave | Palmdale | CA | 93552- | 10,164.00 |
| 1/28/22 | Arnoldo | Ramos Romero | 14452 Stivers Rd | Victorville | CA | 92394- | 44,570.00 |
| 2/2/22 | Godwin S. | Fanuvi | 1301 E. Mockingbird Lane Apt2139 | Midland | TX | 79705- | 25,191.00 |
| 2/3/22 | Luis F. | Oliva Cabrera | 11681 8th Ave | Hesperia | CA | 92345- | 36,166.00 |
| 2/8/22 | Eunice | Silva | 7186 Second St | Canutillo | TX | 79835- | 17,481.00 |
| 2/9/22 | Cesar | Castillo | 606 Kensignton Dr | Duncanville | TX | 75137- | 15,917.00 |
| 2/11/22 | Juan C. | Alvarez | 820 Gondola Ln | El Paso | TX | 79912- | 6,789.00 |
| 2/17/22 | Monica Y. | Cordero | 508 Amber Dr | Weslaco | TX | 78596- | 4,757.00 |
| 3/2/22 | Ermelindo M. | Alva Alva | 10499 Worchester Dr | Commerce City | CO | 80022- | 32,645.00 |
| 3/8/22 | Mario A. | Gomez Cardona | 13065 Sycamore Ave Apt A | Chino | CA | 91710- | 26,783.00 |
| 3/10/22 | Guillermo D. | Macias Valenzuela | 636 Olive St | Brawley | CA | 92227- | 60,014.00 |
| 3/22/22 | Enver A. | Dauti | 3126 Legends Creek Dr | Spring | TX | 77386- | 3,609.00 |

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 3/23/22 | Demmmell J. | Reed | 3321 La Cascada Ave | North Las Vegas | NV | 89031- | 61,337.00 |
| 3/23/22 | Alfredo | Solis Hernandez | 10961 Larch Ave | Bloomington | CA | 92316- | 31,138.00 |
| 3/25/22 | Ovidio D. | Velasquez Garcia | 11120 Arminta St 215 | Sun Valley | CA | 91352- | 27,479.00 |
| 4/13/22 | Iris O. | Funez | 1622 W 259th St | Harbor City | CA | 90710- | 42,633.00 |
| 4/15/22 | Gabriel | Sepulveda Dominguez | 14833 Kingston Dr | Horizon City | TX | 79928- | 1,732.00 |
| 4/18/22 | Juan A. | Ramirez | 16521 Sheffield St | Delhi | CA | 95315- | 41,937.00 |
| 4/20/22 | Ismael | Rodriguez | 919 N Willow Ave | Rialto | CA | 92376- | 29,442.00 |
| 4/22/22 | Mack H. | Arthur Jr. | 1114 W 92nd St Apt 4 | Los Angeles | CA | 90044- | 12,670.00 |
| 4/25/22 | Bernardo | Romero Vasquez | 361 Ayrshire Way | Gonzalez | CA | 93926- | 19,073.00 |
| 4/26/22 | Carlos A. | Esparza Miramontes | 621 Valladolid | San Elizario | TX | 79849- | 7,141.00 |
| 4/27/22 | Maria G. | Diaz | 25129 Abbey LN | Moreno Valley | CA | 92557- | 39,045.00 |
| 4/29/22 | Carlos D. | Jackson | 11341 Loma Linda Cir | El Paso | TX | 79934- | 26,095.00 |
| 4/29/22 | Raul | Velazquez Hernandez | 911 W 113th St | Los Angeles | CA | 90059- | 31,344.00 |
| 5/2/22 | Mark A. | Grzegorczyk | 1832 Silvergate Rd | Fort Collins | CO | 80526- | 22,309.00 |
| 5/2/22 | Ricardo | Sanchez | 10106 Palomino Ave | Riverside | CA | 92509- | 3,637.00 |
| 5/6/22 | Phillip L. | Johnson | 1007 E Terrace Dr | Long Beach | CA | 90807- | 16,351.00 |
| 5/9/22 | Bobby | Evans Jr. | 28525 11th St | Lake Elsinore | CA | 92532- | 38,908.00 |
| 5/10/22 | Robert K. | Bair | 135 Braeburn | Boerne | TX | 78015- | 29,410.00 |
| 5/18/22 | Joaquan A. | Harvey | 631 E 105th St | Los Angeles | CA | 90002- | 32,216.00 |
| 5/18/22 | Lord B. | Ezell | 27907 Via De La Real | Moreno Valley | CA | 92555- | 35,677.00 |

EXHIBIT 1, PAGE 51

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 5/19/22 | Jose A. | Mendez | 2751 Monument Blvd Apt 81 | Concord | CA | 94520- | 20,011.00 |
| 5/21/22 | Maurice L. | Williams | 925 Heath Creek Dr | Desoto | TX | 75115- | 20,829.00 |
| 5/26/22 | Lorena P. | Orozco Ponce | 402 Newton St | Denver | CO | 80204- | 9,369.00 |
| 5/26/22 | Juan F. | Martinez Albino | 222 W El Segundo Blvd | Los Angeles | CA | 90061- | 34,768.00 |
| 6/16/22 | Jonathan | Valenzuela | 206 W Ave 37 | Los Angeles | CA | 90065- | 53,932.00 |
| 6/23/22 | Edwin | Sirin | 160 Friesian St | Norco | CA | 92860- | 34,848.00 |
| 7/19/22 | Williams F. | Cueto Favela | 9242 Hyssop Dr. | Rancho Cucamonga | CA | 91730- | 66,392.00 |
| 7/21/22 | Cameron J. | Edwards Jr. | 8010 Stutz Ct | Sacramento | CA | 95828- | 36,236.00 |
| 7/22/22 | Ernesto | Lopez | 16031 Pioneer Bl Apt C11 | Norwalk | CA | 90650- | 41,400.00 |
| 7/28/22 | Gabriela | Bataineh | 910 Ammons St | South Houston | TX | 77587- | 30,820.00 |
| 8/2/22 | Maria G. | Hernandez | 43500 Corte Logrono | Temecula | CA | 92592- | 36,165.00 |
| 8/5/22 | Eric R. | Macias Ortega | 3212 David Palacio Dr | El Paso | TX | 79938- | 5,676.00 |
| 8/9/22 | Kierra J. | Phillips | 6653 Hill Ave #8 | Toledo | OH | 43615- | 26,464.00 |
| 8/10/22 | Miguel A. | Bravo | 725 Eggleston Ave | Dos Palos | CA | 93620- | 42,479.00 |
| 8/12/22 | Jose A. | Bernal Jr. | 1170 Galapago St | Denver | CO | 80204- | 10,035.00 |
| 8/12/22 | Feliciano | Cortez-Mendoza | 451 West D St | Brawley | CA | 92227- | 86,131.00 |
| 8/17/22 | Derian | Soto Vaca | 303 Priest Rapids Dr | Mattawa | WA | 99349- | 18,452.00 |
| 8/19/22 | Erica P. | Vega | 5765 W Atlantic Pl #301 | Lakewood | CO | 80227- | 33,707.00 |
| 8/19/22 | Rayrone T. | Mcclinton | 7255 Texas Rangers Dr Apt 1336 | Frisco | TX | 75034- | 33,698.00 |
| 8/19/22 | Gerardo | Torres | 128 Archangel Way | Chaparral | NM | 88081- | 6,930.00 |
| 8/26/22 | Andy | Garcia | 30249 Goldenrain Dr | Menifee | CA | 92584- | 59,372.00 |
| 9/2/22 | Donovan F. | Williams | 11261 San Mateo Drive | Loma Linda | CA | 92354- | 28,152.00 |
| 9/14/22 | Marvin E. | Jackson III | 6434 Westward Wood Way | Humble | TX | 77338- | 17,877.00 |

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 9/16/22 | Luis E. | Ortiz Parada | 12718 De Foe Ave | Sylmar | CA | 91342- | 20,823.00 |
| 9/20/22 | Leticia | Lopez | 11862 Burgess Ave | Whittier | CA | 90604- | 38,862.00 |
| 9/20/22 | Raymond L. | Boulden III | 12338 Berts Way | Eastvale | CA | 92880- | 10,446.00 |
| 9/23/22 | Adriano | Da Silva | 3651 Prairie Waters Dr. #3108 | Dallas | TX | 75052- | 48,234.00 |
| 9/23/22 | Lizzy D. | Poveda Ordonez | 4567 Catalpa St. | Los Angeles | CA | 90032- | 9,537.00 |
| 9/28/22 | Julio A. | Marroquin Cordon | 16128 Orange St. Apt B | Hesperia | CA | 92345- | 19,634.00 |
| 10/5/22 | Heidy | Abreu Ramirez | 30523 Animation LN | Wesley Chapel | FL | 33545- | 8,571.00 |
| 10/6/22 | Andrion L. | Wilborn | 6118 Rockbourne Dr. | Humble | TX | 77396- | 40,927.00 |
| 10/12/22 | Jevis C. | Njofie | 850 Canal St. | Delaware | OH | 43015- | 41,340.00 |
| 10/14/22 | Efrain | Lara | 6522 Cerritos Ave. | Long Beach | CA | 90805- | 24,055.00 |
| 10/28/22 | Herson A. | Sanchez Villalobos | 13413 Rangoon St | Arleta | CA | 91331- | 17,361.00 |
| 11/9/22 | Kenneth H. | Fredericks Jr. | 8972 Virginia Ave | South Gate | CA | 90280- | 34,486.00 |
| 11/10/22 | Octavio | Nunez | 15676 Kadota Pl | Victorville | CA | 92395- | 16,976.00 |
| 11/17/22 | Michael T. | Armstrong | 7200 Somerset Unit 1642 | Paramount | CA | 90723- | 20,428.00 |
| 11/22/22 | Cynthia I. | Alvidrez Pacheco | 784 Brunswick Pl | El Paso | TX | 79928- | 38,618.00 |
| 11/29/22 | Marcos R. | Chia | 1309 Alameda Ave | Chowcilla | CA | 93610- | 29,018.00 |
| 11/29/22 | Elmer N. | Crespin Zamora | 1855 Griffin Dr | Vallejo | CA | 94589- | 45,552.00 |
| 11/30/22 | Jaime L. | Cordova Rico | 888 E Rialto Ave | San Bernardino | CA | 92408- | 44,011.00 |
| 12/5/22 | Maria D. | Real Garcia | 4337 N 53RD LN Apt 118 | Phoenix | AZ | 85031- | 39,988.00 |
| 12/8/22 | Makedon | Makarian | 6646 Ampere Ave | N Hollywood | CA | 91606- | 37,716.00 |
| 12/12/22 | Jose L. | Andrade | 5500 Quince St. | Odessa | TX | 79763- | 25,245.00 |
| 12/13/22 | Jesus | Maldonado Morales | 14224 Bluesky Point Ct | El Paso | TX | 79938- | 21,698.00 |
| 12/23/22 | Evaristo | Rodriguez Gonzalez | 762 E Pico Blvd | Los Angeles | CA | 90021- | 3,698.00 |

EXHIBIT 1, PAGE 53

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 12/23/22 | Alfred | Cerpa | 1389 Red Beaut Cir | Reedley | CA | 93654- | 25,790.00 |
| 1/4/23 | Walter J. | Guerra Sandoval | 29932 Fox Creek Dr. | Menifee | CA | 92586- | 17,982.00 |
| 1/10/23 | John P. | Gonzales Mendiola | 10952 Elena St. | Cerritos | CA | 90703- | 16,665.00 |
| 1/12/23 | Jose A. | Solis Lopez | 10336 Cavalier St. | El Paso | TX | 79924- | 22,041.00 |
| 1/19/23 | Dillon C. | Purnell | 206 North Lake Dr. Apt 2006 | Warner Robins | GA | 31093- | 29,989.00 |
| 1/25/23 | Jose J. | Elias Osorio | 142 N Date Ave. Apt C | Rialto | CA | 92376- | 12,964.00 |
| 1/30/23 | Roberto N. | Perez | 2233 Billing Ave. | Tulare | CA | 93274- | 55,352.00 |
| 2/2/23 | Yosmel | Fundora Mojena | 5751 Greenhouse Rd Apt 1432 | Katy | TX | 77449- | 21,681.00 |
| 2/10/23 | Jesus R. | Duarte | 1310 Daisy Ridge LN | Palmview | TX | 78574- | 8,198.00 |
| 2/13/23 | Elmer A. | Castillo | 12027 Santian Ct | Jurapa Valley | CA | 91752- | 16,467.00 |
| 2/14/23 | Jonathan | Molina | 1858 Old Pioneer Rd. | Eagle Pass | TX | 78852- | 36,059.00 |
| 2/17/23 | Daniel | De La Garza | 2429 Dakota Rd | Fort Mahave | AZ | 86426- | 31,473.00 |
| 2/21/23 | Victor M. | Osorio Betancourt | 1322 E Pacific Coast Hwy | Wilmington | CA | 90744- | 19,733.00 |
| 2/23/23 | Xavier | Martinez | 5805 Western Rd. | Mission | TX | 78574- | 68,253.00 |
| 2/24/23 | Allen P. | Henry | 1008 W. Cedar River Road | Montgomery | TX | 77316- | 26,115.00 |
| 2/27/23 | Syron K. | Collins | 9755 Clanton Pines Dr. | Humble | TX | 77396- | 18,430.00 |
| 3/2/23 | Harpreet S. | Randhawa | 3598 Macadamia LN | Ceres | CA | 95307- | 22,144.00 |
| 3/8/23 | Gerardo P. | Salinas | 216 W Court St Apt 55 | Woodland | CA | 95695- | 47,514.00 |
| 3/10/23 | Cayetano | Valenzuela Orozco | 5800 Aquamarine Peak Dr. | Bakersfield | CA | 93313- | 71,554.00 |
| 3/13/23 | Ignacio | Fuentes Garcia | 1457 N. Bellah | Lindsay | CA | 93247- | 34,791.00 |
| 3/27/23 | Ismael | Valadez | 234 Calle Pinuelas | Delano | CA | 93215- | 79,040.00 |
| 3/28/23 | Eduardo | Garcia | 3601 Crisantema St. | Mission | TX | 78573- | 45,532.00 |

EXHIBIT 1, PAGE 54

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 3/28/23 | Ignacio D. | Ruiz | 2006 Garvey Ave | Corcoran | CA | 93212- | 48,379.00 |
| 3/31/23 | Vicente | Moreno | 22401 Elaine Ave. | Hawaiian Gardens | CA | 90716- | 50,650.00 |
| 4/11/23 | Joseph J. | Jones | 11311 Blue Flax Trail | Houston | TX | 77044- | 25,568.00 |
| 4/13/23 | John B. | Blount | 12970 Springfield Rd | Denham Springs | LA | 70706- | 63,835.00 |
| 4/14/23 | Fernando D. | Inga | 5604 Julie St. | Bakersfield | CA | 93313- | 43,495.00 |
| 4/14/23 | Gerrcia V. | Wright | 1428 Kings Point Way SW | Coyers | GA | 30094- | 46,876.00 |
| 4/27/23 | Sheldon | Smalling | 13933 Garforth Ave. | El Paso | TX | 79928- | 28,771.00 |
| 4/28/23 | Pete | Cortez | 5130 Heatherbrook Dr | Houston | TX | 77045- | 39,393.00 |
| 4/28/23 | Armando | Godinez Varela | 950 E 5th St 404 | Holtville | CA | 92250- | 30,933.00 |
| 5/8/23 | Joe N. | Stewart | 34710 Lake Side Drive | Brookshire | TX | 77423- | 38,293.00 |
| 5/15/23 | Guillermo | Rodriguez Orozco | 306 E 7th St. | Calexico | CA | 92231- | 38,044.00 |
| 5/19/23 | Marialinet V. | Madrous | 14325 McNab Ave. Sp. 14 | Bellflower | CA | 90706- | 50,600.00 |
| 5/25/23 | Ever I. | Lopez Payes | 14611 Vincennes St 106 | Panorama City | CA | 91402- | 32,455.00 |
| 5/26/23 | Edmundo S. | Vega Mojica | 906 Mcfarland Ave | Wilmington | CA | 90744- | 105,692.00 |
| 6/9/23 | Arnold C. | Shivers Jr. | 5235 S 12th Way | Phoenix | AZ | 85040- | 30,802.00 |
| 6/16/23 | Alex D. | Cardenas | 1905 Montgomery Ln. | Delano | CA | 93215- | 11,370.00 |
| 6/23/23 | Marcio | Anaya Valdez | 3811 W Elowin Ave. | Visalia | CA | 93291- | 34,162.00 |
| 6/29/23 | Thomas C. | Rauda | 7925 Ventura Canyon Ave | Panorama City | CA | 91402- | 62,962.00 |
| 7/13/23 | Emilio | Villagomez Alcazar | 1842 N. Mae Carden St. | Visalia | CA | 93291- | 17,904.00 |
| 7/24/23 | Braswell D. | Tanksley | 4430 Castellon Way | Augusta | GA | 30906- | 9,885.00 |
| 8/1/23 | Wrendell R. | Chester | 1002 Suwanee Ln. | Houston | TX | 77090- | 12,668.00 |

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 8/3/23 | Burna C. | Catone | 16504 Halldale Ave. A | Gardena | CA | 90247- | 22,956.00 |
| 8/7/23 | Miguel A. | Delgadillo | 275 N. McArthur Ave. | Fresno | CA | 93727- | 21,709.00 |
| 8/9/23 | Albert M. | Barr | 19306 Temre Lane | Rowland Heights | CA | 91748- | 24,539.00 |
| 8/11/23 | Arun | Jaswal | 52 Palomino Ct | Roseville | CA | 95678- | 22,677.00 |
| 8/11/23 | Jorge H. | Fuentes | 926 S. 21st St. | El Centro | CA | 92243- | 36,127.00 |
| 8/22/23 | Keith | Taylor | 3406 Finney Rd | Modesto | CA | 95358 | 28,879.00 |
| 8/22/23 | Donyea | Trammel | 1076 N. Orange St. Apt 3 | Riverside | CA | 92501- | 21,784.00 |
| 8/22/23 | Armando S. | Montiel | 5171 Silk Pl. | San Diego | CA | 92105- | 24,483.00 |
| 8/24/23 | Manuel A. | Hernandez | 3086 Corbin Dr | West Valley City | UT | 84120- | 39,817.00 |
| 8/24/23 | Andres | Duarte | 1166 D St. Apt A | Merced | CA | 95341- | 20,873.00 |
| 8/31/23 | Tiana J. | Williamson | 16668 Hastings Pl | Victorville | CA | 92395- | 27,030.00 |
| 8/31/23 | Brian A. | Walls | 16515 E Nebraska Ave | Reedley | CA | 93654- | 25,906.00 |
| 8/31/23 | Jackson K. | Michael | 14050 Cherry Ave #R178 | Fontana | CA | 92337 | 42,410.00 |
| 9/5/23 | Julian J. | Gonzalez Jr. | 30369 Richland Ave | Shafter | CA | 93263- | 29,886.00 |
| 9/7/23 | Miguel A. | Jaimes Dominguez | 10843 S Reed Ave | Reedley | CA | 93654- | 15,086.00 |
| 9/8/23 | Roberto C. | Gonzalez Anaya | 1602 Brentwood Dr. Apt D | College Station | TX | 77840- | 30,099.00 |
| 9/18/23 | Orlando N. | Claybon | 2000 Cliffwood Dr. | Fairfield | CA | 94534- | 9,040.00 |
| 9/19/23 | Jitendra S. | Virck | 900 Alphine Way | Tracy | CA | 95376- | 25,994.00 |
| 9/22/23 | Francisco BJ | Solorio Barrera | 35053 Nicklaus Nook. | Beaumont | CA | 92223- | 16,219.00 |
| 9/26/23 | Jose M. | Aguirre | 8807 Baring Cross St | Los Angeles | CA | 90044- | 22,970.00 |
| 9/27/23 | Christopher S. | Hess | 4077 Hillside Drive | Banning | CA | 92220- | 64,710.00 |
| 9/27/23 | Martin | Rivera | 12912 S. Frailey Ave. | Compton | CA | 90221- | 16,187.00 |

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 9/28/23 | Logan S. | Faughn | 9170 Forest Dr | Fairview Heights | IL | 62208- | 23,919.00 |
| 9/28/23 | Brian K. | Evans | 268 Sandy Neck Way | Vallejo | CA | 94591- | 26,750.00 |
| 9/29/23 | Michael R. | Selma | 25810 Calle Agua | Moreno Valley | CA | 92551- | 25,458.00 |
| 9/29/23 | Rene | Ortiz Corona | 333 E Green Briar Ln | Dallas | TX | 75203- | 31,566.00 |
| 9/29/23 | Christopher | Johnson | 2903 Verde Valley Dr. | Manvel | TX | 77578- | 29,956.00 |
| 9/29/23 | Carlos A. | Cota Soto | 82250 Ocotillo Ave. | Indio | CA | 92201- | 18,512.00 |
| 10/2/23 | Jeffrey M. | Nail | 24405 Madison St. | Torrance | CA | 90505- | 27,227.00 |
| 10/4/23 | Joe H. | Mccall | 400 Madeleine Trl | Waxahachie | TX | 75167- | 81,745.00 |
| 10/5/23 | Anthony V. | Nguyen | 5821 Marquette St. | Arlington | TX | 76018- | 47,700.00 |
| 10/6/23 | Moises A. | Guevara | 1748 W 23rd St | Los Angeles | CA | 90018- | 29,057.00 |
| 10/9/23 | Stephen D. | Bloom | 34556 Crenshaw St | Beaumont | CA | 92223- | 28,042.00 |
| 10/10/23 | Nelson R. | Castellanos | 5008 Cocoa Ln | Laredo | TX | 78046- | 34,556.67 |
| 10/10/23 | Leonardo D. | Padilla Delgado | 11114 Reichling Ln. | Whitter | CA | 90606- | 34,925.00 |
| 10/12/23 | Kevin K. | Williams | 2879 Havenwood Dr. | Conyers | GA | 30094- | 22,672.00 |
| 10/16/23 | Jaime A. | Letona Lopez | 1952 W. Orange Grove Ave. Apt 25 | Pomona | CA | 91768- | 17,086.00 |
| 10/16/23 | Samuel | Zamora Jr. | 3101 Monterrey St | Laredo | TX | 78046- | 2,459.00 |
| 10/18/23 | Jorge | Chavez Garcia | 2408 Westbury Rd | Lansing | MI | 48090- | 45,627.00 |
| 10/20/23 | Von C. Jr. | Campbell | 559 Shark St. | Perris | CA | 92571- | 31,082.00 |
| 10/20/23 | Jose C. | Torres Villegas | 281 Santa Cruz St. | Mendota | CA | 93640- | 13,795.00 |
| 10/23/23 | Rodney B. | Barnes | 7602 Shadyside Way | Corona | CA | 92888-0 | 29,099.00 |
| 10/30/23 | Michael O. | Williams | 2464 Copeland Rd | Valdosta | GA | 31601- | 52,063.00 |
| 10/31/23 | Juan J. | Fernandez | 2045 Juanita Ct. | Modesto | CA | 95350- | 21,751.00 |

EXHIBIT 1, PAGE 57

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 11/1/23 | Leoney | Pelegrin Diaz | 6704 Fenway Dr. | Pasco | WA | 99301- | 44,923.00 |
| 11/6/23 | Santiago | Castellanos Munoz | 6321 Casitas Ave | Bell | CA | 90201- | 38,881.00 |
| 11/6/23 | Luis E. | Ojeda Campos | 22989 Pahute Rd. | Apple Valley | CA | 92308- | 23,769.00 |
| 11/10/23 | Francisco D. | Hernandez | 596 Elizabeth Ave | Sanger | CA | 93657- | 32,385.22 |
| 11/10/23 | John D. | Christy | 194 Alley Dr. | Aiken | SC | 29803- | 36,337.00 |
| 11/14/23 | Timothy H. | Morris | 1420 W. 1850 N. | Layton | UT | 84041- | 55,605.00 |
| 11/17/23 | Osman | Fuentes | 16849 Passage Ave. Apt 7 | Paramount | CA | 90723- | 107,910.00 |
| 11/20/23 | Johnpaul S. | Cisneros | 2900 S Highland St. | Amarillo | TX | 79103- | 28,455.00 |
| 11/21/23 | Elmo D. | Johnson | 1815 Clear Mist Ct. | Arcola | TX | 77583- | 26,785.00 |
| 11/29/23 | Matthew S. | Moore | 3572 Brody Way | Oceanside | CA | 92056- | 44,950.00 |
| 11/29/23 | Arturo | Solis Jr. | 405 Michoacan Loop | Laredo | TX | 78045- | 12,604.00 |
| 11/29/23 | Brandon T. | Smith | 3054 Summer Breeze Ave. | Rosamond | CA | 93560- | 30,869.00 |
| 11/30/23 | Martin | Moreno Rabago | 1021 Maple Ct. | Ontario | CA | 91762- | 22,500.00 |
| 12/5/23 | Ana C. | Zarate Andrade | 1097 Santiago Dr. | Calexico | CA | 92231- | 24,750.00 |
| 12/8/23 | Sean K. | Monet | 907 Grand Ave. Apt 5 | Long Beach | CA | 90804- | 61,132.00 |
| 12/11/23 | Jesus | Sandoval | 11461 2nd Ave. | Hesperian | CA | 92354- | 5,000.00 |
| 12/13/23 | Hector A. | Padilla Jr. | 11114 Reichling Ln | Whittier | CA | 90606- | 82,728.00 |
| 12/15/23 | Navor | Rodriguez Rojas | 461 Estudillo Ave. | Los Angeles | CA | 90063- | 71,332.00 |
| 12/20/23 | Mercedes | Marquez Osorio | 1467 River Dr. | Brawley | CA | 92227- | 68,908.00 |
| 12/20/23 | Luis | Avila Rivera | 8107 Cole St | Dowey | CA | 90242- | 27,258.00 |
| 12/21/23 | Julian G. | Cabrera | 4642 La Loma St. | San Antonio | TX | 78233- | 60,075.00 |
| 12/22/23 | Michael B. | Conway | 6601 Noah Ave. | Bakersfield | CA | 93308- | 32,450.00 |
| 12/28/23 | Eduardo | Melendez Paulin | 1123 E 28th St. | Los Angeles | CA | 90011- | 57,732.00 |

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 1/5/24 | Terrance | Tomlinson | 29 Hawser Way | Port Wentworth | GA | 31407- | 35,305.00 |
| 1/5/24 | Joseph L. | Taylor | 4285 Tomahawk Dr. | Enoch | UT | 84721- | 94,924.00 |
| 1/8/24 | Juan P. | Orellana Batres | 347 Martinez Ct. | Mendota | CA | 93640- | 21,740.00 |
| 1/8/24 | Albert | Abramov | 7333 188th St. | Fresh Meadows | NY | 11366- | 13,468.00 |
| 1/3/24 | Emmanuel G. | Schiazza | 14414 Uvalde Ave. | Lubbock | TX | 79423- | 38,125.00 |
| 1/16/24 | Hector J. | Elizaldi | 2067 Quito Loop | Laredo | TX | 78045- | 29,854.00 |
| 1/12/24 | Rosario | Meza Quintero | 14770 Rd 191 | Porterville | CA | 93258- | 54,332.00 |
| 1/17/24 | Hagos F. | Seyoum | 222 S. Newbern Way | Aurora | CO | 80018- | 40,300.00 |
| 1/24/24 | Bernabe | Chavez | 586 Wild Oak Dr. | Windsor | CA | 95492- | 68,250.00 |
| 1/25/24 | Frank S. | Acuna | 6128 Glenbrook Ln. | Stockton | CA | 95207- | 35,505.00 |
| 1/26/24 | Adrian | Luna Medina | 1850 Rogina Ct | Merced | CA | 95341- | 51,246.00 |
| 1/26/24 | Maria E. | Gonzalez | 614 W. I St. | Wilmington | CA | 90744- | 34,950.00 |
| 1/31/24 | Telisha A. | Jones | 5300 Mantanzas Ave. | Fort Pierce | FL | 34946- | 53,625.00 |
| 1/31/24 | Jarret N. | Brandt | 1206 W. Cheyenne Dr. | Chandler | AZ | 85224- | 35,996.00 |
| 2/2/24 | Carlos J. | Rosales Nunez | 686 La Lomas Ct. | Imperial | CA | 92251- | 37,356.00 |
| 2/6/24 | Alonso | Ceniseros | 2001 S. Campus Ave. Apt. E | Ontario | CA | 91761- | 51,246.00 |
| 2/9/24 | Rigoberto | Trevino | 1320 W. Gran Via St. | Pharr | TX | 78577- | 23,441.00 |
| 2/9/24 | Adan | Gomez | 2250 Darby St. Spc. 6 | San Bernardino | CA | 92407- | 32,173.00 |
| 2/9/24 | Christopher | Housey | 9333 Old Orangeburg Rd. | Estill | SC | 29918- | 14,220.00 |
| 2/12/24 | Jose I. | Arreola Jr. | 1142 Pandora Dr. SW | Los Lunas | NM | 87031- | 32,956.00 |
| 2/12/24 | Serge J. | Desouza | 209 Longley Green Dr. | Walkersville | MD | 21793- | 35,141.00 |
| 2/23/24 | Francisco J. | Guerra Jr. | 1714 Presidio Circle W | Alamo | TX | 78516- | 27,262.00 |

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 2/29/24 | Oscar A. | Ramirez Cruz | 25198 Leann Ct. | Moreno Valley | CA | 92553- | 19,462.00 |
| 3/1/24 | Gabriel | Andrade Jaurigui | 11866 Peach Tree Circle | Yucaipa | CA | 92399- | 38,750.00 |
| 3/5/24 | Jonathan M. | Diaz | 11129 Pope Ave. | Lynwood | CA | 90262- | 43,442.00 |
| 3/11/24 | Pedro A. | Santillana Jr. | 1407 Reagan Dr. | Laredo | TX | 78046- | 33,748.00 |
| 3/14/24 | Jose A. | Santillan Conejo | 1275 S. Sunset Dr. | Lodi | CA | 95240- | 43,442.00 |
| 3/18/24 | Francisco J. | Vargas Walker | 1102 Loma Mesa | San Antonio | TX | 78214- | 46,438.00 |
| 3/20/24 | Baljinder | Singh | 7445 E. Simpson Ave. | Fresno | CA | 93737- | 26,303.00 |
| 3/20/24 | Abel A. | Ramos Axume | 236 W. 93rd St. | Los Angeles | CA | 90003- | 67,830.00 |
| 3/20/24 | Walter U. | Ramirez Pena | 605 W. 99th Ave | Los Angeles | CA | 90044- | 25,228.00 |
| 3/27/24 | Satish | Kumar | 475 Dover Way Apt 16 | Campbell | CA | 95008- | 44,744.00 |
| 4/3/24 | Julian | Muniz | 131 Mangana Hein Rd. | Laredo | TX | 78046- | 38,948.00 |
| 4/4/24 | Daniel | Morfin Mancilla | 4147 Polaris Ave | Union City | CA | 94587- | 34,444.00 |
| 4/8/24 | Ana R. | Castillo | 23243 Conifer Dr. | Denham Springs | LA | 70726- | 55,738.00 |
| 4/11/24 | Kelly K. | Stewart | 5955 Linden Ave 2 | Long Beach | CA | 90805- | 12,884.00 |
| 4/15/24 | Jose F. | Gomez Jr. | 17908 Woodruff Ave. Apt. 51 | Bellflower | CA | 90706- | 44,940.00 |
| 4/17/24 | Darwin J. | Osorio | 2621 7th Ave. | Los Angeles | CA | 90018- | 70,870.00 |
| 4/19/24 | Billy W. | Alexander Jr. | 631 State Highway 67 | Graham | TX | 76450- | 27,900.00 |
| 4/19/24 | Hilario | Rodriguez Huerta | 440 Manzanita Dr | Delano | CA | 93215- | 26,446.00 |
| 4/22/24 | Marcus O. | Sanders | 2641 Channing Dr. | Grand Prairie | TX | 75052- | 37,125.00 |
| 4/23/24 | Santiago | Cruz Jr. | 2906 Laredo St. | Laredo | TX | 78043- | 37,254.00 |
| 4/24/24 | Carlton L. | Mattis | 5714 Barrington Run | Union City | GA | 30350- | 29,744.00 |

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 4/26/24 | Luis L. | Andrade Fernandez | 800 15th Ave. Apt. B203 | Longmont | CO | 80501- | 56,160.00 |
| 4/26/24 | Ernersto | Cota Davila | 6470 W. Illinois St. | Tucson | AZ | 85735- | 48,800.00 |
| 4/29/24 | Jodha | Singh | 12252 Chatum Ct. | Rancho Cordova | CA | 95724- | 40,614.00 |
| 5/2/24 | Daniel M. | Garcia | 9546 Mango Ave. | Fontana | CA | 92335- | 45,570.00 |
| 5/8/24 | Andre | Yanez | 8505 Mulberry Ave Apt O | Fontana | CA | 92335- | 26,259.00 |
| 5/14/24 | Satwant S. | Saini | 11824 58th Dr NE | Marysville | WA | 98271- | 25,818.00 |
| 5/17/24 | Pawandeep | Singh | 1414 June Ave. | San Jose | CA | 95122- | 26,957.00 |
| 5/17/24 | Yankiel | Caballero Linares | 4230 N. 72nd Ln. | Phoenix | AZ | 85033- | 26,795.00 |
| 5/22/24 | Parvinder | Singh | 1919 Quail Lakes Dr. Apt. 48 | Stockton | CA | 95212- | 51,726.00 |
| 5/22/24 | Nick E. | Warren | 6562 Caliente Rd. | Oakhills | CA | 92344- | 87,430.00 |
| 5/30/24 | Ronal E. | Portillo Arriola | 9425 Parkwood Manor Dr | Shafter | CA | 93263- | 19,950.00 |
| 5/31/24 | Gabriel | Sepulveda Dominguez | 14833 Kingston Dr | Horizon City | TX | 79928- | 70,400.00 |
| 6/3/24 | Oddiel | Gil Consuegra | 11653 Locust Ave | Hesperia | CA | 92345- | 17,154.00 |
| 6/12/24 | Roxanna A. | Romero | 8157 North 22nd Dr. | Phoenix | AZ | 85012- | 51,136.00 |
| 6/18/24 | Jose | Rodriguez | 12053 Walnut St. | Norwalk | CA | 90650- | 48,144.00 |
| 6/20/24 | Roberto J. | Hernandez Verduzco | 25275 Potrero Valley Rd Spc 73 | Potrero | CA | 91963- | 21,218.00 |
| 6/21/24 | David E. | Mbute | 6948 Nava | Grand Prairie | TX | 75054- | 34,306.00 |
| 6/21/24 | Jose G. | Manzano | 1004 N. Ditman Ave. #2 | Los Angeles | CA | 90063- | 56,940.00 |
| 6/26/24 | Victor M. | Arita Perdomo | 19933 Roscoe Apt 18 | Canoga Park | CA | 91306- | 39,999.00 |
| 6/26/24 | Jesus G. | Munoz | 137 E. Coronado Ln. | Tustin | CA | 92780- | 53,124.00 |

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 6/28/24 | Victor | Arreola Rodriguez | 1769 Ramirez Dr. | Firebaugh | CA | 93622- | 23,348.00 |
| 6/28/24 | Eber J. | Chavez Mercado | 2910 W 8th St. #201 | Los Angeles | CA | 90005- | 44,940.00 |
| 6/28/24 | Irvin M. | Alvarez Aguilar | 404 W. Lincoln Ave. | Earlimart | CA | 93219- | 44,940.00 |
| 6/28/24 | Jose A. | Martinez | 12526 Peachleaf St | Moreno Valley | CA | 92553- | 30,396.00 |
| 7/10/24 | Yasir K. | Hayee | 4202 Minden Ln | Stockton | CA | 95206- | 33,760.00 |
| 7/11/24 | Rafael | Villafana Jr. | 636 Lamoglia St. | Los Banos | CA | 93635- | 80,910.00 |
| 7/11/24 | Humberto J. | Montoya Reyes | 9219 Vista West Dr. #11302 | San Antonio | TX | 78245- | 37,605.00 |
| 7/12/24 | Abel De Jesus | Castillo | 3783 S La Salle Ave | Los Angeles | CA | 90018- | 40,155.00 |
| 7/12/24 | Dedrick A. | McGuire | 5005 Boeingshire Cove | Memphis | TN | 38116- | 40,800.00 |
| 7/15/24 | Julia | Losoya | 917 N McKinley St | Hobbs | NM | 88240- | 80,828.00 |
| 7/15/24 | Terrance G. | Beasley | 17622 Arcadia Point Ln | Humble | TX | 77346- | 36,928.00 |
| 7/17/24 | Andres | Ceballos | 11555 Culebra Rd Lot 418 | San Antonio | TX | 78253- | 59,465.00 |
| 7/18/24 | Karandeep | Singh | 4268 Soloman St | Jurupa Valley | CA | 92509- | 24,735.00 |
| 7/25/24 | Fernando M. | Paniagua-Smith | 427 Pelican Pl | Yuba City | CA | 95993- | 12,216.00 |
| 7/26/24 | Armund L. | Burns | 6007 Sandy Creek Dr. | Baytown | TX | 77523- | 31,625.00 |
| 7/29/24 | Romero A. | Lively | 14764 Santa Fe Trl. | Victorville | CA | 92392- | 53,928.00 |
| 7/30/24 | Darrius L. | Jenkins | 708 Oak St | Garland | TX | 75040- | 23,429.00 |
| 7/30/24 | Jaime | Rodriguez | 5117 Tomahawk Dr | Robstown | TX | 78380- | 32,303.00 |
| 7/31/24 | Victor A. | Rodriguez | 2109 9th Ave. | Oakland | CA | 94606- | 45,750.00 |
| 8/5/24 | Hilton A. | Hopkinson | 11407 Maple Falls Dr | Tomball | TX | 77377- | 24,180.00 |
| 8/5/24 | Bernardo R. | Garcia | 1045 Jason Dr. | Sparks | NV | 89434- | 37,560.00 |
| 8/15/24 | Irison L. | Jones | 42094 21st St. | Landcaster | CA | 93536- | 34,300.00 |
| 8/14/24 | Lawrence J. | Flowers | 8366 Joe Bryan St. | Damascus | GA | 39841- | 28,153.00 |
| 8/30/24 | Martha A. | Leyva | 9504 Lindsey Dr | El Paso | TX | 79924- | 28,450.00 |

EXHIBIT 1, PAGE 62

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 8/30/24 | Flavia V. | Salmeron Haro | 6826 Doriana St. #34 | San Diego | CA | 92154- | 24,705.00 |
| 8/30/24 | Richard G. | Mott Jr. | 1401 McKee Rd. | Bakersfield | CA | 93307- | 52,700.00 |
| 8/30/24 | Dhuntiqam E. | Hargrove | 11354 82nd Place North | Maple Grove | MN | 55369- | 31,784.00 |
| 9/16/24 | Miguel A. | Medina | 440 Gonzalez Drive | Donna | TX | 78537- | 15,886.00 |
| 9/18/24 | Alvin | Lewis Jr. | 36415 Gloria Road | Geismar | LA | 70734- | 24,170.00 |
| 9/24/24 | Armando | Lupercio Garcia | 14865 Totem Pole St | Victorville | CA | 92394- | 15,164.00 |
| 9/26/24 | Kareem R. | David | 444 All Seasons Dr. | Boiling Springs | SC | 29316- | 27,056.00 |
| 9/27/24 | Rafael | Diaz Velazquez | 2657 Chism Ct. | Fortuna | CA | 95540- | 106,575.00 |
| 10/4/24 | Jose F. | Torres Vega | 1649 Rigel St. | Beaumont | CA | 92223- | 57,750.00 |
| 10/4/24 | Kenneth | Milan | 15 Stonehenge Ln. 3A | Albany | NY | 12203- | 44,940.00 |
| 10/7/24 | Salvador | Gonzalez Ramirez | 440 Washington St. | Calexico | CA | 92231- | 59,090.00 |
| 10/7/24 | Michael T. | Dalco Jr | 2207 Peachwood Dr | Missouri City | TX | 77489- | 59,737.00 |
| 10/7/24 | Fernando | Gonzalez Acosta | 1512 W. 82nd St. | Los Angeles | CA | 90047- | 55,728.00 |
| 10/23/24 | Victor M. | Vera Caballero | 3810 Standing Oak Dr. | Ceres | CA | 95307- | 46,728.00 |
| 10/18/24 | Juan C. | Garibay Medina | 227 L St. NE | Quincy | WA | 98848- | 51,150.00 |
| 11/14/24 | Alfonso F. | Durazo | 1970 Columbia St Unit 508 | San Diego | CA | 92101- | 15,805.00 |
| 11/26/24 | Jose G. | Gomez | 2716 S. Bridge St. | Visalia | CA | 93277- | 54,332.00 |
| 11/27/24 | Miguel A. | Sanchez | 4326 N. Ellendale Ave. | Fresno | CA | 93722- | 83,512.00 |
| 12/6/24 | Hector D. | Estrada | 10632 Andalusian Ave SW | Albuquerque | NM | 87121- | 24,094.00 |
| 12/11/24 | Ulises De Jesus | Coreas-Umana | 11646 Blue Jay Ln | Fontana | CA | 92337- | 28,484.00 |
| 12/12/24 | Juan M. | Gonzalez | 9868 Elwood Ct. | Fontana | CA | 92335- | 43,430.00 |
| 12/13/24 | Myron S. | Gardner Sr. | 545 Chestnut Ave. 402 | Long Beach | CA | 90802- | 49,000.00 |
| 12/23/24 | Luis M. | Martinez | 14493 Welsh Ct | Hesperia | CA | 92345- | 15,506.81 |

EXHIBIT 1, PAGE 63

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 1/9/25 | Miguel A. | Lozano | 2248 W College Ave. | SN Bernardino | CA | 92407- | 66,222.00 |
| 1/15/25 | Brandon C. | Smith | 7600 N 15th St. Suite 150 | Phoenix | AZ | 85020- | 76,950.00 |

TOTAL RECEIVABLE                                              12,692,311.60

EXHIBIT 1, PAGE 64

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 6/12/2020 | Harold G. | Horace | 9510 Fossil Canyon | Humble | TX | 77396- | 4,695.60 |
| 8/20/2020 | Eric | Rojas | 1312 Kayford Ave | S El Monte | CA | 91733- | 8,412.00 |
| 8/21/2020 | Maria Del Carmen | Valdovinos Fuentes | 9500 Vanalden Ave | Northridge | CA | 91324- | 10,932.00 |
| 10/27/2020 | Jose | Reyes Piedra | 4400 Isla Verde St Apt 7 | Bakersfield | CA | 93301- | 13,264.30 |
| 12/3/2020 | Alson R. | Hall II | 13785 Whitesail Dr | Victorville | CA | 92395- | 22,585.00 |
| 12/7/2020 | Feliciano | Cortez-Mendoza | 451 West D St | Brawley | CA | 92227- | 6,783.00 |
| 12/10/2020 | Alejandro | Camacho | 250 N Linden Ave Sp 253 | Rialto | CA | 92376- | 5,650.00 |
| 12/11/2020 | Naclinton M | Williams | 253 CR 3510 | Woodville | TX | 75979- | 25,189.00 |
| 12/16/2020 | Robert D. | Marshall | 913 Glenn Heather Ct | Dacono | CO | 80514- | 16,152.00 |
| 12/16/2020 | Jose W. | Figueroa Perez | 19039 Elaine Ave | Artesia | CA | 90701- | 4,512.00 |
| 12/17/2020 | Luis A. | Vega Jr. | 9403 Meadow Falls Dr | Bakersfield | CA | 93311- | 19,468.00 |
| 12/22/2020 | Matthew J. | Rhea | 5130 N. Mendelson Ave | Meridian | ID | 83646- | 4,359.00 |
| 12/30/2020 | Dominga T. | Ramirez | 2815 Olive Ave | Schertz | TX | 78154- | 14,580.00 |
| 1/6/2021 | Mario | Gonzalez Ayala | 224 W Tunnell St | Santa Maria | CA | 93458- | 21,959.00 |
| 1/15/2021 | Edgar M. | Acosta Villarreal | 51702 La Ponderosa Dr. | Coachella | CA | 92236- | 20,489.00 |
| 1/18/2021 | Fabricio Gustavo A. | Zarate | 123 N 4020 E | Rigby | ID | 83442- | 15,459.00 |
| 1/20/2021 | Arnoldo | Berrones | 21212 N Skinner Rd | Edinburg | TX | 78542- | 19,477.00 |
| 1/21/2021 | Donte J. | Mosley | 309 W Kimball Avenue | Hemet | CA | 92543- | 1,504.00 |
| 1/27/2021 | Jose | Marin Jr | 10840 Nuevo Dr | Fontana | CA | 92337- | 3,106.00 |
| 2/1/2021 | Gabriel A. | Echeverria | 959 Calle Dura | Rio Rico | AZ | 85648- | 14,874.00 |
| 2/19/2021 | Larry D. | Hill Jr | 18490 Jennings Dr | Lathrop | CA | 95330- | 14,870.00 |
| 2/23/2021 | Raul V. | Duarte | 2301 Victoria Ct | Imperial | CA | 92251- | 21,666.00 |
| 3/1/2021 | Cory L. | Frew | 163 S 1450 W #5D | Clearfield | UT | 84015- | 4,786.00 |
| 3/4/2021 | Dana M. | Mikes | 9905 Packwood Dr | Bakersfield | CA | 93313- | 54,336.00 |
| 3/8/2021 | Edy O. | Calderon Monzon | 3660 Regal Oaks Pl | Perris | CA | 92571- | 4,751.00 |
| 3/9/2021 | Francisco | Cerda Garza | 1017 Ridgeland Ave | McAllen | TX | 78503- | 3,716.00 |
| 3/12/2021 | Richard W. | Crear | 2134 Woodglen Dr | Garland | TX | 75040- | 1,689.00 |
| 3/12/2021 | Samuel O. | Draper | 128 Flat Creek | Robinson | TX | 76706- | 1,512.00 |
| 3/16/2021 | Carlos I. Lopez | Garcia | 627 Burnett Dr | Corcoran | CA | 93212- | 4,943.00 |
| 3/19/2021 | Carlos A. | Martinez | 8121 Broadway Ave Apt 50 | Whittier | CA | 90606- | 1,652.00 |
| 4/1/2021 | Juan E. | Herrera | 2705 N 88th Dr | Phoenix | AZ | 85037- | 20,814.00 |
| 4/1/2021 | Blake J. | Reynolds | 8829 Spinning Wheel Ave | Las Vegas | NV | 89143- | 3,100.00 |
| 4/5/2021 | Luis F. | Salazar Bobadilla | 8760 W Hammer Ln | Las Vegas | NV | 89149- | 17,097.00 |
| 4/9/2021 | Ernie Reyes | Flores | 8207 S. Calle Azteca | Guadalupe | AZ | 85283- | 3,100.00 |
| 4/12/2021 | Robert K. | Bair | 135 Braeburn | Boerne | TX | 78015- | 6,962.00 |
| 4/13/2021 | Hector Lopez | Flores | 241 E Alexandria St | Calipatria | CA | 92233- | 5,977.00 |
| 4/13/2021 | Juan Santos | Huerta | 23326 Dragon Rock Rd | Elmendorf | TX | 78112- | 5,544.00 |
| 4/16/2021 | Francisco A. | Ordonez | 25980 Blueleaf St | Moreno Valley | CA | 92553- | 15,253.00 |
| 4/16/2021 | Alexis | Delgadillo | 16120 Reed Ct | Fontana | CA | 92336- | 3,837.00 |
| 4/22/2021 | Irma | Lozano | 3028 N Sierra Way | San Bernardino | CA | 92405- | 10,815.00 |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **David Robert Stone** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**   **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **49841 Canyon View Drive Palm Desert, CA 92260  Riverside County**  Line from *Schedule A/B*: 1.2 | $5,000,000.00 | ☐ _____  ■ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **2014 Range Rover Located in San Rafael**  Line from *Schedule A/B*: 3.7 | $8,500.00 | ■ $7,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **Household, Furniture fixtures, patio furniture, washer, drier, refrigerator and freezer and effects Palm Desert**  Line from *Schedule A/B*: 6.2 | $10,000.00 | ☐ _____  ■ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Personal computer and printer**  Line from *Schedule A/B*: 7.3 | $100.00 | ■ $100.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **2 Home Gyms**  Line from *Schedule A/B*: 9.3 | $2,000.00 | ■ $2,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

EXHIBIT 1, PAGE 66

Debtor 1    **David Robert Stone**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Small number of long gun and hand guns, law enforcement protective gear and appx 30,000 rounds of ammunition used in law enforcement activities as a reserve sheriff**<br>**San Rafael, California**<br>Line from *Schedule A/B*: **10.3** | $6,000.00 | ■   $6,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $1,500.00 | ■   $1,500.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Rolex Presidentials**<br>**(20 years old)**<br>Line from *Schedule A/B*: **12.1** | Unknown | ■   $0.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **H Stern watch**<br>Line from *Schedule A/B*: **12.2** | $500.00 | ■   $500.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Wedding Band**<br>Line from *Schedule A/B*: **12.3** | $1,000.00 | ■   $1,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Outdoor Funiture**<br>**Palm Desert**<br>Line from *Schedule A/B*: **14.2** | $2,000.00 | ■   $2,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **IRA: Charles Schwab**<br>**Acct 5887**<br>Line from *Schedule A/B*: **21.1** | $750,000.00 | ■   $750,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **Nassau Re**<br>**Policy 9538**<br>**Whole**<br>**Beneficiary: David Stone Living Trust**<br>Line from *Schedule A/B*: **31.2** | $9,100.00 | ■   $9,100.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100(b) |

3. Are you claiming a homestead exemption of more than $189,050?
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☐  No

■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ■  No

    ☐  Yes

EXHIBIT 1, PAGE 67

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David Robert Stone** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1   Alice Garrett Trust**
Creditor's Name

Describe the property that secures the claim:

**Balance owing to Debtor in leased trucks**

Column A: **$197,000.00**   Column B: **$12,692,311.60**   Column C: **Unknown**

450 E Strawberry #56
Mill Valley, CA 94941
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred   1/3/20      Last 4 digits of account number ____

**2.2   Andersen, Amy**
Creditor's Name

Describe the property that secures the claim:

**Balance owing to Debtor in leased trucks**

Column A: **$650,000.00**   Column B: **$12,692,311.60**   Column C: **Unknown**

1994 Valparaiso Ave
Menlo Park, CA 94025
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred   12/12/19      Last 4 digits of account number ____

Debtor 1    **David Robert Stone**
_____    Case number (if known) _____
First Name    Middle Name    Last Name

| | | |
|---|---|---|
| **2.3** **Andersen, Carsten** | Describe the property that secures the claim: | $1,750,000.00    $12,692,311.60    Unknown |

**Creditor's Name**

Describe the property that secures the claim:

**Balance owing to Debtor in leased trucks**

**22 Chapel Cove Drive**
**San Rafael, CA 94901**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **12/9/19**         Last 4 digits of account number _____

---

**2.4**    **Bambarelli Investments**
**LLC**
**Creditor's Name**

Describe the property that secures the claim:    $500,000.00    $12,692,311.60    Unknown

**Balance owing to Debtor in leased trucks**

**PO Box 1365**
**Crystal Bay, NV 89402**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **10/4/18**         Last 4 digits of account number _____

---

**2.5**    **Belleci Media**
**Productions LLC**
**Creditor's Name**

Describe the property that secures the claim:    $483,402.00    $12,692,311.60    Unknown

**Balance owing to Debtor in leased trucks**

**570 Guerrero Street #2**
**San Francisco, CA 94110**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **6/17/24**         Last 4 digits of account number _____

---

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 2 of 28

Debtor 1   **David Robert Stone**　　　　　　　　　　　　Case number (if known) _____

　　　　First Name　　Middle Name　　Last Name

| | | | | |
|---|---|---|---|---|

**2.6** | **Bentley Financial Services**

Creditor's Name

**One Porsche Drive
Atlanta, GA 30354**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** | **$221,654.24** | **$0.00** | **$221,654.24**

**2022 Bentley V8 Mulliner Lease
Palm Desert**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **11/22**　　Last 4 digits of account number **0944**

---

**2.7** | **Bruggenkamp, Linda**

Creditor's Name

**6372 Mormon Tea Way
Reno, NV 89511**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** | **$2,459,994.00** | **$12,692,311.60** | **Unknown**

**Balance owing to Debtor in leased trucks**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **9/2/21**　　Last 4 digits of account number _____

---

**2.8** | **Cavalli, Kevin**

Creditor's Name

**2129 W San Remo Drive
Meridian, ID 83646**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** | **$700,000.00** | **$12,692,311.60** | **Unknown**

**Balance owing to Debtor in leased trucks**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **4/13/23**　　Last 4 digits of account number _____

---

EXHIBIT 1, PAGE 70

Debtor 1    **David Robert Stone**                                                           Case number (if known) _____
　　　　　　　First Name　　Middle Name　　Last Name

| 2.9 | **Crispo, George** | Describe the property that secures the claim: | $6,500,000.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Balance owing to Debtor in leased trucks**

**98 Hillside Drive**
**Fairfax, CA 94930**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right of offset) _____

Date debt was incurred   **8/16/10**          Last 4 digits of account number _____

---

| 2.1 0 | **Cunningham, Scott** | Describe the property that secures the claim: | $750,000.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Chocolate Mountain Farms**
**PO Box 177**
**Molina, CO 81646**
Number, Street, City, State & Zip Code

**Balance owing to Debtor in leased trucks**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right of offset) _____

Date debt was incurred   **5/6/24**          Last 4 digits of account number _____

---

| 2.1 1 | **Desert Equity Group** | Describe the property that secures the claim: | $250,000.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Tom Hill**
**78291 Deacon Drive**
**San Antonio, TX 78291**
Number, Street, City, State & Zip Code

**Balance owing to Debtor in leased trucks**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right of offset) _____

Date debt was incurred   **4/16/24**          Last 4 digits of account number _____

---

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 4 of 28

EXHIBIT 1, PAGE 71

Debtor 1    David Robert Stone
_____    Case number (if known) _____
First Name    Middle Name    Last Name

| 2.1 2 | Dexter, Kathleen | Describe the property that secures the claim: | $177,156.00 | $12,692,311.60 | Unknown |

Creditor's Name

Describe the property that secures the claim:

**Balance owing to Debtor in leased trucks**

1177 Utopia Place
San Jose, CA 95127

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  2/15/19    Last 4 digits of account number _____

---

| 2.1 3 | Dimick, Charles | Describe the property that secures the claim: | $4,250,000.00 | $12,692,311.60 | Unknown |

Creditor's Name

Describe the property that secures the claim:

**Balance owing to Debtor in leased trucks**

PO Box 3656
Incline Village, NV 89450

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  5/5/20    Last 4 digits of account number _____

---

| 2.1 4 | Dimick, Danielle | Describe the property that secures the claim: | $1,000,000.00 | $12,692,311.60 | Unknown |

Creditor's Name

Describe the property that secures the claim:

**Balance owing to Debtor in leased trucks**

Irrevocable Trust
PO Box 3656
Incline Village, NV 89450

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  7/20/20    Last 4 digits of account number _____

---

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 5 of 28

Debtor 1    **David Robert Stone**                                                         Case number (if known) _____
             First Name    Middle Name    Last Name

| 2.1 5 | **Dimick, Danielle** | Describe the property that secures the claim: | $500,000.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Revocable Trust**
**PO Box 3656**
**Incline Village, NV 89450**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

Balance owing to Debtor in leased trucks

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **7/20/20**          Last 4 digits of account number _____

---

| 2.1 6 | **Duvall, William** | Describe the property that secures the claim: | $50,498.00 | $12,692,311.60 | Unknown |

Creditor's Name

**PO Box 294**
**Kentfield, CA 94914**

Number, Street, City, State & Zip Code

Balance owing to Debtor in leased trucks

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **12/6/19**          Last 4 digits of account number _____

---

| 2.1 7 | **Endsley, Pamela** | Describe the property that secures the claim: | $177,156.00 | $12,692,311.60 | Unknown |

Creditor's Name

**112 Tiburon Ct**
**Aptos, CA 95003**

Number, Street, City, State & Zip Code

Balance owing to Debtor in leased trucks

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2/13/19**          Last 4 digits of account number _____

---

EXHIBIT 1, PAGE 73

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document      Page 57 of 342

Debtor 1  **David Robert Stone**
_____
First Name    Middle Name    Last Name

Case number (if known) _____

---

| | | | | | |
|---|---|---|---|---|---|
| **2.18** | **Erenkov, Dmitry** | Describe the property that secures the claim: | $546,340.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Balance owing to Debtor in leased trucks**

PO Box 792
Bethel Island, CA
94511-0792

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  2/14/19        Last 4 digits of account number _____

---

| | | | | | |
|---|---|---|---|---|---|
| **2.19** | **Gillespie, James** | Describe the property that secures the claim: | $403,610.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Balance owing to Debtor in leased trucks**

11 Thornton Court
Novato, CA 94945

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  7/13/06        Last 4 digits of account number _____

---

| | | | | | |
|---|---|---|---|---|---|
| **2.20** | **Giorgi Sr, Frank** | Describe the property that secures the claim: | $2,335,863.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Balance owing to Debtor in leased trucks**

137 Goodhill Road
Greenbrae, CA 94904

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  1/1/02        Last 4 digits of account number _____

---

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 7 of 28

EXHIBIT 1, PAGE 74

Debtor 1   **David Robert Stone**                                    Case number (if known) _____
_____
First Name    Middle Name    Last Name

| 2.2 1 | **Gravitch, Mark** | Describe the property that secures the claim: | $675,741.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Balance owing to Debtor in leased trucks**

**213 Ridgewood**
**San Rafael, CA 94901**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   8/4/06           Last 4 digits of account number   _____

---

| 2.2 2 | **Hubely, Susan** | Describe the property that secures the claim: | $100,000.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Balance owing to Debtor in leased trucks**

**163 Starlite Drive**
**San Mateo, CA 94402**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   12/4/24          Last 4 digits of account number   _____

---

| 2.2 3 | **John Russi GST** | Describe the property that secures the claim: | $250,000.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Balance owing to Debtor in leased trucks**

**774 Mays Blvd #10-740**
**Incline Village, NV 89451**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   6/9/20           Last 4 digits of account number   _____

---

Official Form 106D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page 8 of 28

EXHIBIT 1, PAGE 75

Case 6:25-bk-12353-SY   Doc 1   Filed 04/14/25   Entered 04/14/25 15:51:10   Desc
Main Document      Page 59 of 342

Debtor 1 **David Robert Stone**
First Name   Middle Name   Last Name                    Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **2.24** | **John Russi GST** | | $550,000.00 | $12,692,311.60 | Unknown |

Creditor's Name

Describe the property that secures the claim:

**Balance owing to Debtor in leased trucks**

774 Mays Blvd #10-740
Incline Village, NV 89451
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  6/9/20        Last 4 digits of account number  _____

---

| | | | | | |
|---|---|---|---|---|---|
| **2.25** | **Klausen, Pia** | | $350,000.00 | $12,692,311.60 | Unknown |

Creditor's Name

Describe the property that secures the claim:

**Balance owing to Debtor in leased trucks**

629 Kohler Drive
West Bend, WI 53090
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  3/16/22        Last 4 digits of account number  _____

---

| | | | | | |
|---|---|---|---|---|---|
| **2.26** | **Ladrech, Gene** | | $1,300,000.00 | $12,692,311.60 | Unknown |

Creditor's Name

Describe the property that secures the claim:

**Balance owing to Debtor in leased trucks**

50545 Verano Drive
La Quinta, CA 92253
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  2/20/10        Last 4 digits of account number  _____

---

EXHIBIT 1, PAGE 76

Debtor 1    **David Robert Stone**
First Name    Middle Name    Last Name

Case number (if known) _____

---

| 2.27 | **Ladrech, Ronald** | Describe the property that secures the claim: | $1,300,000.00 | $12,692,311.60 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Balance owing to Debtor in leased trucks**

79800 Sandia Street
La Quinta, CA 92253
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    8/13/14    Last 4 digits of account number _____

---

| 2.28 | **Lateef, Kataab** | Describe the property that secures the claim: | $240,000.00 | $12,692,311.60 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Balance owing to Debtor in leased trucks**

8 Idlewood Road
Greenbrae, CA 94904
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    10/18/18    Last 4 digits of account number _____

---

| 2.29 | **Leachman Family Trust** | Describe the property that secures the claim: | $100,000.00 | $12,692,311.60 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Balance owing to Debtor in leased trucks**

121 Oak Ave
Greenbrae, CA 94904
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    1/27/21    Last 4 digits of account number _____

---

EXHIBIT 1, PAGE 77

Debtor 1   **David Robert Stone**
_____
First Name    Middle Name    Last Name

Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **2.30** | **Marin County Tax Collector** | Describe the property that secures the claim: | $10,882.10 | $4,000,000.00 | $0.00 |

Creditor's Name

**170 Greenwood Ave San Rafael, CA 94901  Marin County**

**3501 Civic Center Drive #202**
**San Rafael, CA 94903**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

| | | | | | |
|---|---|---|---|---|---|
| **2.31** | **Marin County Tax Collector** | Describe the property that secures the claim: | $5,184.00 | $2,000,000.00 | $0.00 |

Creditor's Name

**4310 Redwood Highway Ste 100 and 200 San Rafael, CA 94903  Marin County**
**Commercial condo**

**3501 Civic Center Drive #202**
**San Rafael, CA 94903**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   **e100**

EXHIBIT 1, PAGE 78

Debtor 1   **David Robert Stone**                                          Case number (if known) _____
           First Name      Middle Name      Last Name

| 2.3 2 | **Marin County Tax Collector** | Describe the property that secures the claim: | $5,818.00 | $2,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**4310 Redwood Highway Ste 100 and 200 San Rafael, CA 94903  Marin County Commercial condo**

**3501 Civic Center Drive #202**
**San Rafael, CA 94903**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **e200**

---

| 2.3 3 | **McGrath, Michael** | Describe the property that secures the claim: | $1,000,000.00 | $12,692,311.60 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Balance owing to Debtor in leased trucks**

**4830 Neal Ave**
**Stillwater, MN 55082**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **4/4/19**    Last 4 digits of account number    _____

---

EXHIBIT 1, PAGE 79

Debtor 1   **David Robert Stone**                                     Case number (if known) _____
_____
First Name    Middle Name    Last Name

| 2.4 0 | **Pacific Premier Trust** | Describe the property that secures the claim: | $155,045.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Dana Klussman**
**450 E Strawberry #56**
**Mill Valley, CA 94941**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred   **10/4/18**

**Describe the property that secures the claim:**
**Balance owing to Debtor in leased trucks**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

| 2.4 1 | **Pacific Premier Trust** | | $241,888.00 | $12,692,311.60 | Unknown |

Creditor's Name

**George Crispo**
**98 Hillside Drive**
**Fairfax, CA 94930**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred   **8/6/10**

**Describe the property that secures the claim:**
**Balance owing to Debtor in leased trucks**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

| 2.4 2 | **Pacific Premier Trust** | | $579,856.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Janet Simkins**
**1750 Avenida del Mundo #609**
**Coronado, CA 92118**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred   **7/13/06**

**Describe the property that secures the claim:**
**Balance owing to Debtor in leased trucks**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 15 of 28

EXHIBIT 1, PAGE 80

Debtor 1    David Robert Stone _____    Case number (if known) _____
First Name    Middle Name    Last Name

| 2.43 | Pacific Premier Trust | Describe the property that secures the claim: | $416,262.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Balance owing to Debtor in leased trucks**

John Mengarelli
PO Box 1365
Crystal Bay, NV 89402

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **10/4/18**    Last 4 digits of account number _____

---

| 2.44 | Pacific Premier Trust | Describe the property that secures the claim: | $244,586.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Balance owing to Debtor in leased trucks**

Kim McGuinness
26 Marin St
San Rafael, CA 94901

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **8/1/18**    Last 4 digits of account number _____

---

| 2.45 | Pacific Premier Trust | Describe the property that secures the claim: | $822,242.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Balance owing to Debtor in leased trucks**

Len Biss
38250 N 102nd Street
Scottsdale, AZ 85262

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **8/1/18**    Last 4 digits of account number _____

---

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 16 of 28

Debtor 1    **David Robert Stone**
   First Name     Middle Name     Last Name     Case number (if known) _____

---

| 2.4 6 | **Pacific Premier Trust** | Describe the property that secures the claim: | $173,109.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Pamela Endsley
112 Tiburon Ct
Aptos, CA 95003**

Number, Street, City, State & Zip Code

| | **Balance owing to Debtor in leased trucks** |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **2/13/19**      Last 4 digits of account number _____

---

| 2.4 7 | **Pacific Premier Trust** | Describe the property that secures the claim: | $1,317,365.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Richard Klussman
450 E Strawberry #56
Mill Valley, CA 94941**

Number, Street, City, State & Zip Code

| | **Balance owing to Debtor in leased trucks** |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **7/9/10**      Last 4 digits of account number   **ount** _____

---

| 2.4 8 | **Pacific Premier Trust** | Describe the property that secures the claim: | $1,189,346.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Richard Klussman
450 E Strawberry #56
Mill Valley, CA 94941**

Number, Street, City, State & Zip Code

| | **Balance owing to Debtor in leased trucks** |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **7/9/10**      Last 4 digits of account number   **ount** _____

---

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 17 of 28

Debtor 1    **David Robert Stone**
    First Name        Middle Name        Last Name             Case number (if known)

---

**2.49**    **Pizza, Jack**       Describe the property that secures the claim:     $100,000.00     $12,692,311.60     Unknown
      Creditor's Name

**Balance owing to Debtor in leased trucks**

    **4 Luzanne Circle**
    **San Anselmo, CA 94960**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  9/15/15      Last 4 digits of account number  _____

---

**2.50**    **Russi GST, Michelle**     Describe the property that secures the claim:     $250,000.00     $12,692,311.60     Unknown
      Creditor's Name

**Balance owing to Debtor in leased trucks**

    **774 Mays Blvd #10-710**
    **Incline Village, NV 89451**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  6/9/20      Last 4 digits of account number  _____

---

**2.51**    **Russi GST, Patrick**     Describe the property that secures the claim:     $250,000.00     $12,692,311.60     Unknown
      Creditor's Name

**Balance owing to Debtor in leased trucks**

    **774 Mays Blvd #10-710**
    **Incline Village, NV 89451**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  6/9/20      Last 4 digits of account number  _____

---

Official Form 106D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page 18 of 28

EXHIBIT 1, PAGE 83

Debtor 1   **David Robert Stone**
   First Name      Middle Name      Last Name              Case number (if known) _____

---

**2.52** **Russi GST, Timothy**
Creditor's Name

774 Mays Blvd #10-710
Incline Village, NV 89451
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred   6/9/20

Describe the property that secures the claim:   $250,000.00   $12,692,311.60   Unknown

**Balance owing to Debtor in leased trucks**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

**2.53** **Russi, John**
Creditor's Name

2006 Russi Family Trust
35 Grove Creek Court
Lafayette, CA 94549
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred   12/30/20

Describe the property that secures the claim:   $250,000.00   $12,692,311.60   Unknown

**Balance owing to Debtor in leased trucks**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

**2.54** **San Bernardino County Tax Collector**
Creditor's Name

268 W Hospitality Lane
San Bernardino, CA 92408
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred

Describe the property that secures the claim:   $19,283.71   $5,000,000.00   $0.00

**49841 Canyon View Drive Palm Desert, CA 92260  Riverside County**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ■ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 19 of 28

Debtor 1  **David Robert Stone** _____   Case number (if known) _____
First Name    Middle Name    Last Name

| 2.5 5 | **Sebastian, Marc** | Describe the property that secures the claim: | $500,000.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Balance owing to Debtor in leased trucks**

**607 Fairway Drive**
**Novato, CA 94949**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **10/5/23**      Last 4 digits of account number  _____

---

| 2.5 6 | **Sheila Volarvich Living Trust** | Describe the property that secures the claim: | $500,000.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Balance owing to Debtor in leased trucks**

**216 Johngalt Court**
**Roseville, CA 95678**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **9/1/17**      Last 4 digits of account number  _____

---

| 2.5 7 | **Simkins, Janet** | Describe the property that secures the claim: | $850,000.00 | $12,692,311.60 | Unknown |

Creditor's Name

**Balance owing to Debtor in leased trucks**

**1750 Avenida del Mundo #609**
**Coronado, CA 92118**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **7/13/06**      Last 4 digits of account number  _____

---

Official Form 106D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page 20 of 28

Debtor 1    **David Robert Stone**                               Case number (if known) _____

    First Name        Middle Name          Last Name

---

**2.58** | **Stanley, Dawn** | Describe the property that secures the claim: | $77,389.00 | $12,692,311.60 | $77,389.00
--- | --- | --- | --- | --- | ---

| Creditor's Name |

**Balance owing to Debtor in leased trucks**

**5897 Melita Rd**
**Santa Rosa, CA 95409**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **2011**     Last 4 digits of account number   _____

---

**2.59** | **Steinberg, Eric** | Describe the property that secures the claim: | $3,350,613.00 | $12,692,311.60 | Unknown
--- | --- | --- | --- | --- | ---

| Creditor's Name |

**Balance owing to Debtor in leased trucks**

**39 Geary Ave**
**Fairfax, CA 94930**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **1/1/02**     Last 4 digits of account number   _____

---

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 21 of 28

**EXHIBIT 1, PAGE 86**

Debtor 1    **David Robert Stone**          Case number (if known) _____
            First Name    Middle Name    Last Name

| | | | | | |
|---|---|---|---|---|---|
| **2.60** | **Steinberg, Eric**<br>Creditor's Name | Describe the property that secures the claim:<br>**4310 Redwood Highway Ste 100 and 200 San Rafael, CA 94903  Marin County**<br>**Commercial condo** | $2,076,857.00 | $2,000,000.00 | $2,076,857.00 |

**39 Geary Ave**
**Fairfax, CA 94930**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    **12/12**          Last 4 digits of account number    _____

---

| | | | | | |
|---|---|---|---|---|---|
| **2.61** | **Steinberg, Phillip**<br>Creditor's Name | Describe the property that secures the claim:<br>**Balance owing to Debtor in leased trucks** | $1,754,729.00 | $12,692,311.60 | Unknown |

**2190 Sky Drive**
**Clarkdale, AZ 86324**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    **6/18/04**          Last 4 digits of account number    _____

---

Debtor 1   **David Robert Stone** _____      Case number (if known) _____
            First Name    Middle Name    Last Name

| 2.6 2 | **Stenning, Barbara** | Describe the property that secures the claim: | $1,178,769.00 | $12,692,311.60 | Unknown |
|---|---|---|---|---|---|

**Stenning, Barbara**
Creditor's Name

| | Describe the property that secures the claim: | $1,178,769.00 | $12,692,311.60 | Unknown |
|---|---|---|---|---|

**82400 West McCarroll Drive**
**Indio, CA 92201**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

| **Balance owing to Debtor in leased trucks** |
|---|

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **7/12/21**       Last 4 digits of account number _____

---

| 2.6 3 | **Stone, Anna** |
|---|---|

**Stone, Anna**
Creditor's Name

Describe the property that secures the claim:   $1,600,000.00   $12,692,311.60   Unknown

**49841 Canyon View**
**Palm Desert, CA 92260**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

| **Balance owing to Debtor in leased trucks** |
|---|

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **1/1/07**       Last 4 digits of account number _____

---

| 2.6 4 | **Stone, Michael** |
|---|---|

**Stone, Michael**
Creditor's Name

Describe the property that secures the claim:   $1,682,844.00   $12,692,311.60   Unknown

**1499 Lucas Valley Road**
**San Rafael, CA 94903**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

| **Balance owing to Debtor in leased trucks** |
|---|

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **8/9/10**       Last 4 digits of account number _____

---

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 23 of 28

EXHIBIT 1, PAGE 88

Debtor 1   **David Robert Stone**                                      Case number (if known) _____
_____
First Name    Middle Name    Last Name

| | | | | |
|---|---|---|---|---|

**2.65** | **Svoboda, Deborah** | Describe the property that secures the claim: | $300,000.00 | $12,692,311.60 | Unknown
Creditor's Name

| Balance owing to Debtor in leased trucks |

157 Headlands Court
Sausalito, CA 94965
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   9/4/19          Last 4 digits of account number   _____

---

**2.66** | **Terheyden, Robert** | Describe the property that secures the claim: | $450,000.00 | $12,692,311.60 | Unknown
Creditor's Name

| Balance owing to Debtor in leased trucks |

9 Burning Tree Drive
Novato, CA 94949
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   6/24/24          Last 4 digits of account number   _____

---

**2.67** | **Thomas GST, Catherine** | Describe the property that secures the claim: | $250,000.00 | $12,692,311.60 | Unknown
Creditor's Name

| Balance owing to Debtor in leased trucks |

774 Mays Blvd
#10-710
Incline Village, NV 89451
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   6/9/20          Last 4 digits of account number   _____

---

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 24 of 28

EXHIBIT 1, PAGE 89

Debtor 1  **David Robert Stone**
_____    Case number (if known) _____
First Name    Middle Name    Last Name

---

| 2.6 8 | **Thomas, Alan** | | $350,000.00 | $12,692,311.60 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Balance owing to Debtor in leased trucks**

1360 High Street
Alameda, CA 94501

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **9/24/24**    Last 4 digits of account number _____

---

| 2.6 9 | **Thomas, Catherine** | | $1,000,000.00 | $12,692,311.60 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Balance owing to Debtor in leased trucks**

774 Mays Blvd
#10-710
Incline Village, NV 89451

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **6/9/20**    Last 4 digits of account number _____

---

| 2.7 0 | **Thomas, Ryan** | | Unknown | $12,692,311.60 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Balance owing to Debtor in leased trucks**

R & C NGU
79945 Double Eagle Way
La Quinta, CA 92253

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **6/9/20**    Last 4 digits of account number _____

---

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 25 of 28

Debtor 1    **David Robert Stone**                                          Case number (if known) _____
            First Name    Middle Name    Last Name

| 2.7 1 | **Thompson, Steve** | Describe the property that secures the claim: | Unknown | $12,692,311.60 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

> Balance owing to Debtor in leased trucks

PO Box 14568
Odessa, TX 79768

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   2/7/19          Last 4 digits of account number   _____

| 2.7 2 | **Vogl, Robert** | Describe the property that secures the claim: | $450,000.00 | $12,692,311.60 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

> Balance owing to Debtor in leased trucks

98 Hillside Drive
Fairfax, CA 94930

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   2/8/24          Last 4 digits of account number   _____

| 2.7 3 | **Volarvich, Brendt** | Describe the property that secures the claim: | $50,000.00 | $12,692,311.60 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

> Balance owing to Debtor in leased trucks

216 Johngalt Court
Roseville, CA 95678

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   9/1/17          Last 4 digits of account number   _____

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 26 of 28

Debtor 1    **David Robert Stone**
___First Name___ ___Middle Name___ ___Last Name___    Case number (if known) _____

| | | | |
|---|---|---|---|
| **2.74** | **Walsh, Vicki** | Describe the property that secures the claim: | $130,000.00 | $12,692,311.60 | Unknown |

**2.74**

**Walsh, Vicki**
Creditor's Name

**1740 Crocker Lane**
**Lincoln, CA 95648**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** 5/29/20

Describe the property that secures the claim:    $130,000.00    $12,692,311.60    Unknown

**Balance owing to Debtor in leased trucks**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

**2.75**

**Wells Fargo**
Creditor's Name

**PO Box 14111**
**Des Moines, IA**
**50306-3411**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** 7/21

Describe the property that secures the claim:    $1,385,869.00    $4,000,000.00    $0.00

**170 Greenwood Ave San Rafael, CA 94901  Marin County**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    0865

---

**2.76**

**Wells Fargo**
Creditor's Name

**PO Box 14411**
**Des Moines, IA**
**50306-3411**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** 7/18

Describe the property that secures the claim:    $2,000,000.00    $5,000,000.00    $0.00

**49841 Canyon View Drive Palm Desert, CA 92260  Riverside County**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    8771

---

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 27 of 28

EXHIBIT 1, PAGE 92

Debtor 1    **David Robert Stone**                                    Case number (if known) _____
     First Name     Middle Name     Last Name

| 2.7 7 | **Westamerica** | Describe the property that secures the claim: | $2,000,000.00 | $2,000,000.00 | $11,002.00 |
|---|---|---|---|---|---|

Creditor's Name

**4310 Redwood Highway Ste 100 and 200 San Rafael, CA 94903  Marin County**
**Commercial condo**

**PO Box 1200**
**Suisun City, CA**
**94585-1200**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **7/18**        Last 4 digits of account number   **8771**

| 2.7 8 | **Woods, Lavonne** | Describe the property that secures the claim: | $200,000.00 | $12,692,311.60 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Balance owing to Debtor in leased trucks**

**1177 Sunset Cliffs Blvd**
**San Diego, CA 92107**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **9/9/19**        Last 4 digits of account number   _____

Add the dollar value of your entries in Column A on this page. Write that number here:        | $62,868,342.05 |

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:        | $62,868,342.05 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

EXHIBIT 1, PAGE 93

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **David Robert Stone** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **CDTFA** | Last 4 digits of account number ____ | $10,500.00 | $0.00 | $10,500.00 |
| | Priority Creditor's Name | | | | |
| | **May Lee State Office Complex** | When was the debt incurred? _____ | | | |
| | **651 Bannon Street** | | | | |
| | **Ste 100** | | | | |
| | **Sacramento, CA 95811** | As of the date you file, the claim is: Check all that apply | | | |
| | Number Street City State Zip Code | | | | |

Who incurred the debt? Check one.
☐ Contingent
■ Debtor 1 only
☐ Unliquidated
☐ Debtor 2 only
☐ Disputed
☐ Debtor 1 and Debtor 2 only
**Type of PRIORITY unsecured claim:**
☐ At least one of the debtors and another
☐ Domestic support obligations
☐ Check if this claim is for a community debt
■ Taxes and certain other debts you owe the government
Is the claim subject to offset?
☐ Claims for death or personal injury while you were intoxicated
■ No
☐ Other. Specify
☐ Yes                                    **Sales Tax**

EXHIBIT 1, PAGE 94

Debtor 1   **David Robert Stone** _____   Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|

**2.2** | **Franchise Tax Board** | Last 4 digits of account number ____ ____ ____ ____ | **$60,886.00** | **$0.00** | **$60,886.00**

Priority Creditor's Name
**Bankruptcy Section, MS: A-340**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

When was the debt incurred?   **2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
■ No
☐ Yes

**State Income Tax**

---

**2.3** | **Internal Revenue Service** | Last 4 digits of account number ____ ____ ____ ____ | **$240,000.00** | **$0.00** | **$240,000.00**

Priority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?   **2024**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
■ No
☐ Yes

**Income Tax**

---

**2.4** | **Marin County Tax Collector** | Last 4 digits of account number ____ ____ ____ ____ | **$11,000.00** | **$0.00** | **$11,000.00**

Priority Creditor's Name
**1050 Andersen Drive**
**San Rafael, CA 94901**
Number Street City State Zip Code

When was the debt incurred?   ____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
■ No
☐ Yes

**County Tax**

---

EXHIBIT 1, PAGE 95

Debtor 1    **David Robert Stone**                                      Case number (if known) _____

| | | | | |
|---|---|---|---|---|

**2.5**    **Riverside County Tax**            Last 4 digits of account number _____    $20,000.00    $0.00    $20,000.00
Priority Creditor's Name

**40935 County Center Drive**        When was the debt incurred?    _____
**Suite C**
**Temecula, CA 92591**
Number Street City State Zip Code        **As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**
                                    ☐ Contingent
■ Debtor 1 only
                                    ☐ Unliquidated
☐ Debtor 2 only
                                    ☐ Disputed
☐ Debtor 1 and Debtor 2 only
                                    **Type of PRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                    ☐ Domestic support obligations
☐ Check if this claim is for a community debt
                                    ■ Taxes and certain other debts you owe the government
**Is the claim subject to offset?**
                                    ☐ Claims for death or personal injury while you were intoxicated
■ No
                                    ☐ Other. Specify _____
☐ Yes
                                                    **Taxes**

**2.6**    **State Board of Equalization**        Last 4 digits of account number _____    $10,000.00    $0.00    $10,000.00
Priority Creditor's Name

                                    When was the debt incurred?    _____

Number Street City State Zip Code        **As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**
                                    ☐ Contingent
■ Debtor 1 only
                                    ☐ Unliquidated
☐ Debtor 2 only
                                    ☐ Disputed
☐ Debtor 1 and Debtor 2 only
                                    **Type of PRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                    ☐ Domestic support obligations
☐ Check if this claim is for a  community debt
                                    ■ Taxes and certain other debts you owe the government
**Is the claim subject to offset?**
                                    ☐ Claims for death or personal injury while you were intoxicated
■ No
                                    ☐ Other. Specify _____
☐ Yes
                                                    **Use Tax**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority
unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more
than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of
Part 2.

                                                    **Total claim**

EXHIBIT 1, PAGE 96

Debtor 1    **David Robert Stone**                                    Case number (if known) _____

| 4.1 | **4300 Redwood Highway** | Last 4 digits of account number _____ _____ | $3,174.60 |

**4.1**   **4300 Redwood Highway**
Nonpriority Creditor's Name
**PO Box 45467**
**Calistoga, CA 94515**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____ _____            $3,174.60

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Homeowner dues**

---

**4.2**   **Abramov, Albert**
Nonpriority Creditor's Name
**7333 188th Street**
**Fresh Meadows, NY 11366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____ _____            Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

---

**4.3**   **Abreu Ramierz, Heidy**
Nonpriority Creditor's Name
**30523 Animation Ln**
**Wesley Chapel, FL 33545**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____ _____            Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  4 of 164

Debtor 1    **David Robert Stone**    Case number *(if known)* _____

---

**4.4**    **Acosta Villarreal, Edgar M.**
Nonpriority Creditor's Name
**51702 La Ponderosa Dr.**
**Coachella, CA 92236**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Notice Only**

---

**4.5**    **Acuna, Frank S**
Nonpriority Creditor's Name
**6128 Glenbrook Lane**
**Stockton, CA 95207**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Notice Only**

---

**4.6**    **Addy, Marcus D.**
Nonpriority Creditor's Name
**503 S Flower St**
**Apt 3**
**Inglewood, CA 90301**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 98

Debtor 1    **David Robert Stone**                                           Case number (if known) _____

---

| 4.7 | **ADP** | Last 4 digits of account number _____ | $250.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1 ADP Road**
**Roseland, NJ 07068**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Payroll**

---

| 4.8 | **Aguirre, Jose M** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**8807 Baring Cross Street**
**Los Angeles, CA 90044**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Notice Only**

---

| 4.9 | **Alexander Jr, Billy** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**631 State Highway 67**
**Graham, TX 76450**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 99

Debtor 1    **David Robert Stone**                                          Case number (if known) _____

---

**4.10**

**Allied Towing**
Nonpriority Creditor's Name
**4530 Riding Club Court**
**Hayward, CA 94542**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Towing**

---

**4.11**

**Alva Alva, Ermerlindo M.**
Nonpriority Creditor's Name
**10499 Worchester Dr**
**Commerce City, CO 80022**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only**

---

**4.12**

**Alvarez Aguilar, Irvin**
Nonpriority Creditor's Name
**404 W Lincoln Avenue**
**Earlimart, CA 93219**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only**

---

EXHIBIT 1, PAGE 100

Case 6:25-bk-12353-SY   Doc 1   Filed 04/14/25   Entered 04/14/25 15:51:10   Desc
Main Document    Page 84 of 342

Debtor 1   **David Robert Stone** _____   Case number (if known) _____

---

**4.1 3**

**Alvarez, Juan C.**
Nonpriority Creditor's Name
**820 Gondola Ln**
**El Paso, TX 79912**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.1 4**

**Alvidrez Pacheco, Cynthia I.**
Nonpriority Creditor's Name
**784 Brunswick Pl**
**El Paso, TX 79928**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.1 5**

**Anaya Valdez, Marcio**
Nonpriority Creditor's Name
**3811 W Elowin Avenue**
**Visalia, CA 93291**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 101

Debtor 1   **David Robert Stone**                                                                 Case number (if known) _____

---

**4.16**

| | |
|---|---|
| **Andrade Fernandez, Luis** | Last 4 digits of account number _____   _____       **Unknown** |
| Nonpriority Creditor's Name | |
| **800 15th Avenue** | When was the debt incurred?   _____ |
| **Apt B203** | |
| **Longmont, CO 80501** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

---

**4.17**

| | |
|---|---|
| **Andrade Jaurigui, Gabriel** | Last 4 digits of account number _____   _____       **Unknown** |
| Nonpriority Creditor's Name | |
| **11866 Peach Tree Circle** | When was the debt incurred?   _____ |
| **Yucaipa, CA 92399** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

---

**4.18**

| | |
|---|---|
| **Andrade, Jose L.** | Last 4 digits of account number _____   _____       **Unknown** |
| Nonpriority Creditor's Name | |
| **5500 Quince St** | When was the debt incurred?   _____ |
| **Odessa, TX 79763** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

---

Official Form 106 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page  9 of 164

**EXHIBIT 1, PAGE 102**

Debtor 1  **David Robert Stone**  _____  Case number (if known) _____

---

**4.1
9**

| **Andros, Blake** | Last 4 digits of account number _____ | $5,000,000.00 |

Nonpriority Creditor's Name
**6372 Mormon Tea Way
Reno, NV 89511**
Number Street City State Zip Code

When was the debt incurred?   **6/5/23**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

�True Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Loans Receivable**

---

**4.2
0**

| **Arias Jr., Mario** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**5030 Cresent Bay Dr
San Diego, CA 92154**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Notice Only**

---

**4.2
1**

| **Arita Perdomo, Victor** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**19933 Roscoe
Apt 18
Winnetka, CA 91306**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Notice Only**

---

Debtor 1    **David Robert Stone**                                          Case number *(if known)* _____

---

**4.2 2**

**Armstrog, Michael T.**
Nonpriority Creditor's Name

**7200 Somerset**
**Unit 1642**
**Paramount, CA 90723**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

**4.2 3**

**Arreola Jr, Jose**
Nonpriority Creditor's Name

**1142 Pandora Drive SW**
**Los Lunas, NM 87031**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

**4.2 4**

**Arreola Rodriguez, Victor**
Nonpriority Creditor's Name

**1769 Ramirez Drive**
**Firebaugh, CA 93622**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 104

Debtor 1    **David Robert Stone**                                           Case number (if known) _____

| 4.2 5 | **Arthur Jr., Mach H.** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**1114 W 92nd St**
**Apt 4**
**Los Angeles, CA 90044**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

| 4.2 6 | **AT&T** | Last 4 digits of account number _____ | **$450.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**208 S Akard Street**
**Dallas, TX 75202**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CFS**

---

| 4.2 7 | **AT&T** | Last 4 digits of account number _____ | **$439.04** |
|---|---|---|---|

Nonpriority Creditor's Name
**208 S Akard Street**
**Dallas, TX 75202**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Dave**

---

EXHIBIT 1, PAGE 105

Debtor 1  **David Robert Stone**                                                    Case number (if known) _____

---

**4.28**

**Avila Rivera, Luis**
Nonpriority Creditor's Name
**8107 Cole Street**
**Downey, CA 90242**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____    _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice Only** _____

---

**4.29**

**Ayala Holdings No. 10, LLC**
Nonpriority Creditor's Name
**10150 Poplar**
**Fontana, CA 92335**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____    _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice Only** _____

---

**4.30**

**Ayicheh, Taye M.**
Nonpriority Creditor's Name
**4761 Carson St.**
**Denver, CO 80239**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____    _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice Only** _____

---

EXHIBIT 1, PAGE 106

Debtor 1    **David Robert Stone**                                                                    Case number *(if known)* _____

| | | |
|---|---|---|
| **4.3 1** | **B&G Mobile Wash** | $6,500.00 |

Nonpriority Creditor's Name
**15777 Valley Blvd**
**Fontana, CA 92335**
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Vendor**

---

| | | |
|---|---|---|
| **4.3 2** | **Bair, Robert K.** | Unknown |

Nonpriority Creditor's Name
**135 Braeburn**
**Boerne, TX 78015**
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only**

---

| | | |
|---|---|---|
| **4.3 3** | **Bair, Robert K.** | Unknown |

Nonpriority Creditor's Name
**135 Braeburn**
**Boerne, TX 78015**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 14 of 164

EXHIBIT 1, PAGE 107

Debtor 1    **David Robert Stone**    Case number (if known) _____

| 4.3 4 | | | |
|---|---|---|---|

**Bank of America**
Nonpriority Creditor's Name
**PO Box 25118**
**Tampa, FL 33622-5118**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **9174** _____    **$45,862.99**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**
                    **Cornerstone Financial**

---

| 4.3 5 | | | |
|---|---|---|---|

**Bank of America**
Nonpriority Creditor's Name
**PO Box 25118**
**Tampa, FL 33622-5118**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **5163** _____    **$2,667.66**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.3 6 | | | |
|---|---|---|---|

**Bank of America**
Nonpriority Creditor's Name
**PO Box 25118**
**Tampa, FL 33622-5118**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **8099** _____    **$44,133.00**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Line of Credit**

---

Official Form 106 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 15 of 164

EXHIBIT 1, PAGE 108

Debtor 1   **David Robert Stone** _____    Case number (if known) _____

---

| 4.3 7 | **Barnes, Rodney B** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**7602 Shadyside Way**
**Corona, CA 92880**

When was the debt incurred?    _____

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only** _____

---

| 4.3 8 | **Barr, Albert M** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**19306 Temre Lane**
**Rowland Heights, CA 91748**

When was the debt incurred?    _____

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only** _____

---

| 4.3 9 | **Bataineh, Gabriela** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**910 Ammons St**
**South Houston, TX 77587**

When was the debt incurred?    _____

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only** _____

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 16 of 164

EXHIBIT 1, PAGE 109

Debtor 1    **David Robert Stone**                                                      Case number *(if known)* _____

---

**4.40**    **Bay Alarm Company**                        Last 4 digits of account number _____  _____                    $125.00
Nonpriority Creditor's Name
**491 Gianni Street**                                 When was the debt incurred?       _____
**Santa Clara, CA 95054**
Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
☐ At least one of the debtors and another             Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community             ☐ Student loans
debt                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims
■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify   **Utilities**

---

**4.41**    **Bay Computer System of America**           Last 4 digits of account number _____  _____                    Unknown
Nonpriority Creditor's Name
**384 Bel Marin Keys Blvd**                           When was the debt incurred?       _____
**#101**
**Novato, CA 94949**
Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
☐ At least one of the debtors and another             Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community             ☐ Student loans
debt                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims
■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify   **Utilities**

---

**4.42**    **Beasley, Terrance**                        Last 4 digits of account number _____  _____                    Unknown
Nonpriority Creditor's Name
**17622  Arcadia Point Lane**                         When was the debt incurred?       _____
**Humble, TX 77346**
Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ■ Disputed
☐ At least one of the debtors and another             Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community             ☐ Student loans
debt                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims
■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 110

Debtor 1   **David Robert Stone**                                                Case number *(if known)* _____

| 4.4 3 | **Bell & Williams Associates, Inc** | Last 4 digits of account number _____ | $2,975.00 |
|---|---|---|---|

**Bell & Williams Associates, Inc**
Nonpriority Creditor's Name
**7 Wall Street**
**Windham, NH 03087**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred?      _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Vendor**

---

| 4.4 4 | **Bernal Jr., Jose A** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

**Bernal Jr., Jose A**
Nonpriority Creditor's Name
**170 Galapago St**
**Denver, CO 80204**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred?      _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

| 4.4 5 | **Berrones, Arnoldo** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

**Berrones, Arnoldo**
Nonpriority Creditor's Name
**21212 N Skinner Rd**
**Edinburg, TX 78542**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred?      _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 111

Case 6:25-bk-12353-SY   Doc 1   Filed 04/14/25   Entered 04/14/25 15:51:10   Desc
Main Document      Page 95 of 342

Debtor 1  __David Robert Stone_____   Case number _(if known)_ _____

| 4.4 6 | **Bloom, Stephen D** | | | | **Unknown** |

| | Nonpriority Creditor's Name | | Last 4 digits of account number | _____ | |
| | **34556 Crenshaw Street** | | When was the debt incurred? | _____ | |
| | **Beaumont, CA 92223** | | | | |

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice Only**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 4.4 7 | **Blount, John B** | | | | **Unknown** |

Nonpriority Creditor's Name

**12970 Springfield Road**
**Denham Springs, LA 70706**

Number Street City State Zip Code

Who incurred the debt? Check one.

Last 4 digits of account number  _____
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice Only**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 4.4 8 | **Blue Shield of California** | | | | **$9,000.00** |

Nonpriority Creditor's Name

**601 12th Street**
**Oakland, CA 94607**

Number Street City State Zip Code

Who incurred the debt? Check one.

Last 4 digits of account number  _____
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **company medical**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

EXHIBIT 1, PAGE 112

Debtor 1  **David Robert Stone**
_____
Case number (if known) _____

| | | |
|---|---|---|
| **4.4 9** | | |

**Bonner, Jinetra L.**
Nonpriority Creditor's Name
**2769 Woodglen LN**
**Moreno Valley, CA 92555**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**  _____

---

| | | |
|---|---|---|
| **4.5 0** | | |

**Boyd, Jack C.**
Nonpriority Creditor's Name
**6601 Blue Oaks Blvd**
**Apt 4303**
**Rocklin, CA 95765**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**  _____

---

| | | |
|---|---|---|
| **4.5 1** | | |

**Boyd, Marcus T**
Nonpriority Creditor's Name
**9588 Brooks Lake Ave**
**Las Vegas, NV 89148**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**  _____

---

EXHIBIT 1, PAGE 113

Debtor 1    **David Robert Stone**
Case number *(if known)*

---

**4.5 2**

**Brandt, Jarret**
Nonpriority Creditor's Name

**1206 W Cheyenne Drive**
**Chandler, AZ 85224**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

**4.5 3**

**Bravo, Miguel A.**
Nonpriority Creditor's Name

**725 Eggleston Ave**
**Dos Palos, CA 93620**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

**4.5 4**

**Brown, Jurrell D.**
Nonpriority Creditor's Name

**13023 Ambrose St.**
**Houston, TX 77045**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

EXHIBIT 1, PAGE 114

Debtor 1   **David Robert Stone**                                                              Case number (if known) _____

| | | |
|---|---|---|

**4.5 5**

| | | |
|---|---|---|
| **Bruggenkamp, Linda** | Last 4 digits of account number _____  _____ | **Unknown** |
| Nonpriority Creditor's Name | | |
| **6372 Mormon Tea Way** | When was the debt incurred?         _____ | |
| **Reno, NV 89511** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| **Who incurred the debt? Check one.** | | |
| ■ Debtor 1 only | ☐ Contingent | |
| ☐ Debtor 2 only | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| ☐ Check if this claim is for a community debt | ☐ Student loans | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ Yes | ■ Other. Specify  **Notice Only** | |

**4.5 6**

| | | |
|---|---|---|
| **Burns, Armund** | Last 4 digits of account number _____  _____ | **Unknown** |
| Nonpriority Creditor's Name | | |
| **6007 Sandy Creek Drive** | When was the debt incurred?         _____ | |
| **Baytown, TX 77523** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| **Who incurred the debt? Check one.** | | |
| ■ Debtor 1 only | ☐ Contingent | |
| ☐ Debtor 2 only | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed | |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| ☐ Check if this claim is for a community debt | ☐ Student loans | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ Yes | ■ Other. Specify  **Notice Only** | |

**4.5 7**

| | | |
|---|---|---|
| **C&M Fleet Repair Service** | Last 4 digits of account number _____  _____ | **Unknown** |
| Nonpriority Creditor's Name | | |
| **3681 S Dixie Road** | When was the debt incurred?         _____ | |
| **Suite 4946** | | |
| **Dalton, GA 30721** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| **Who incurred the debt? Check one.** | | |
| ■ Debtor 1 only | ☐ Contingent | |
| ☐ Debtor 2 only | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| ☐ Check if this claim is for a community debt | ☐ Student loans | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ Yes | ■ Other. Specify  **Vendor** | |

EXHIBIT 1, PAGE 115

Debtor 1  **David Robert Stone** _____ Case number *(if known)* _____

---

**4.58**

| | |
|---|---|
| **Caballero Linares, Yankiel** | Last 4 digits of account number _____  _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **4230 N 72nd Lane** | When was the debt incurred? _____ |
| **Phoenix, AZ 85033** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **Notice Only** |

---

**4.59**

| | |
|---|---|
| **Cabrera, Julia G** | Last 4 digits of account number _____  _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **4642 La Loma Street** | When was the debt incurred? _____ |
| **San Antonio, TX 78233** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **Notice Only** |

---

**4.60**

| | |
|---|---|
| **Calderon Cerna, Domingo V.** | Last 4 digits of account number _____  _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **37142 Sabel Ave** | When was the debt incurred? _____ |
| **Palmdale, CA 93552** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **Notice Only** |

---

EXHIBIT 1, PAGE 116

Debtor 1  **David Robert Stone** _____    Case number (if known) _____

---

| 4.6 1 | **Calderon Monzon, Edy O.** | **Last 4 digits of account number** _____  _____ | **Unknown** |

Nonpriority Creditor's Name

**3660 Regal Oaks Pl**

**Perris, CA 92571**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

| 4.6 2 | **Camacho, Alejandro** | **Last 4 digits of account number** _____  _____ | **Unknown** |

Nonpriority Creditor's Name

**250 N Linden Ave**

**Sp 253**

**Rialto, CA 92376**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

| 4.6 3 | **Campbell, Von C** | **Last 4 digits of account number** _____  _____ | **Unknown** |

Nonpriority Creditor's Name

**559 Shark Street**

**Perris, CA 92571**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

EXHIBIT 1, PAGE 117

Case 6:25-bk-12353-SY   Doc 1   Filed 04/14/25   Entered 04/14/25 15:51:10   Desc
Main Document    Page 101 of 342

Debtor 1   **David Robert Stone**                                      Case number *(if known)* _____

| | |
|---|---|
| **4.6 4** | |

**Cardenas, Alex D**
Nonpriority Creditor's Name
**1905 Montgomery Lane**
**Delano, CA 93215**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____               **Unknown**

When was the debt incurred?        _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Notice Only**

---

| | |
|---|---|
| **4.6 5** | |

**Cardona, Gomez, Mario A.**
Nonpriority Creditor's Name
**13065 Sycamore Ave**
**Apt A**
**Chino, CA 91710**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____               **Unknown**

When was the debt incurred?        _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Notice Only**

---

| | |
|---|---|
| **4.6 6** | |

**Castellanos Munoz, Santiago**
Nonpriority Creditor's Name
**6321 Casitas Avenue**
**Bell Gardens, CA 90201**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____               **Unknown**

When was the debt incurred?        _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Notice Only**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 25 of 164

EXHIBIT 1, PAGE 118

Debtor 1  **David Robert Stone**                                                    Case number *(if known)* _____

| 4.6 7 | **Castellanos, Nelson R** | | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name
**5008 Cocoa Lane**
**Laredo, TX 78046**
Number Street City State Zip Code

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

| 4.6 8 | **Castillo, Abel De Jesus** | | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name
**3783 S La Salle Ave**
**Los Angeles, CA 90018**
Number Street City State Zip Code

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

| 4.6 9 | **Castillo, Ana** | | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name
**23243 Conifer Drive**
**Denham Springs, LA 70726**
Number Street City State Zip Code

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

EXHIBIT 1, PAGE 119

Debtor 1    **David Robert Stone**                                          Case number (if known) _____

---

**4.70**

**Castillo, Cesar**
Nonpriority Creditor's Name
**606 Kensington Dr**
**Duncanville, TX 75137**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the debt subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    _____                    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.71**

**Castillo, Elmer A.**
Nonpriority Creditor's Name
**12027 Santian Ct**
**Mira Loma, CA 91752**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    _____                    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.72**

**Catone, Burna C**
Nonpriority Creditor's Name
**16504 Halldale Ave A**
**Gardena, CA 90247**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    _____                    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 120

Debtor 1    **David Robert Stone**                                           Case number (if known) _____

| 4.7 3 | **Ceballos, Andres** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**11555 Culebra Road**
**Lot 418**
**San Antonio, TX 78253**

When was the debt incurred?    _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

| 4.7 4 | **Cedillo, Aldo A.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**3716 Santos Morales Dr**
**Laredo, TX 78046**

When was the debt incurred?    _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

| 4.7 5 | **Ceniseros, Alonso** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**2001 S. Campus Ave**
**Apt E**
**Ontario, CA 91761**

When was the debt incurred?    _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

EXHIBIT 1, PAGE 121

Debtor 1   **David Robert Stone** _____   Case number (if known) _____

---

**4.76**

| | |
|---|---|
| **Ceniseros, Alonso** | Last 4 digits of account number _____   **Unknown** |
| Nonpriority Creditor's Name | |
| **2001 S Campus Ave** | When was the debt incurred?   _____ |
| **Apt E** | |
| **Ontario, CA 91761** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify   **Notice Only** |

---

**4.77**

| | |
|---|---|
| **Cerda Garza, Francsico** | Last 4 digits of account number _____   **Unknown** |
| Nonpriority Creditor's Name | |
| **1017 Ridgeland Ave** | When was the debt incurred?   _____ |
| **McAllen, TX 78503** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify   **Notice Only** |

---

**4.78**

| | |
|---|---|
| **Cerpa, Alfred** | Last 4 digits of account number _____   **Unknown** |
| Nonpriority Creditor's Name | |
| **1389 Red Beaut Cir** | When was the debt incurred?   _____ |
| **Reedley, CA 93654** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify   **Notice Only** |

---

EXHIBIT 1, PAGE 122

Debtor 1    **David Robert Stone** _____    Case number (if known) _____

---

| 4.79 | **Cervantes Cano, Adriana** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**2720 Vista Ave**
**Perris, CA 92570**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Notice Only** _____

---

| 4.80 | **Chavez Garcia, Jorge** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**2408 Westbury Road**
**Warren, MI 48090**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Notice Only** _____

---

| 4.81 | **Chavez Mercado, Eber** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**2910 W 8th Street #201**
**Los Angeles, CA 90005**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **Notice Only** _____

---

EXHIBIT 1, PAGE 123

Debtor 1 __David Robert Stone_____     Case number (if known) _____

---

| 4.8.2 | | |
|---|---|---|

**Chavez, Bernabe**
Nonpriority Creditor's Name
**586 Wild Oak Drive**
**Windsor, CA 95492**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice only**

---

| 4.8.3 | | |
|---|---|---|

**Chester, Wrendell R**
Nonpriority Creditor's Name
**1002 Suwanee Lane**
**Houston, TX 77090**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only**

---

| 4.8.4 | | |
|---|---|---|

**Chia, Marcos R.**
Nonpriority Creditor's Name
**1309 Alameda Ave**
**Chowchilla, CA 93610**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only**

---

EXHIBIT 1, PAGE 124

Debtor 1   **David Robert Stone**                                                          Case number (if known) _____

| | |
|---|---|
| **4.8 5** | **Chinchilla, Pablo A.** |

Nonpriority Creditor's Name

**24950 Via Florecer
#157
Mission Viejo, CA 92692**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only** _____

---

| | |
|---|---|
| **4.8 6** | **Chirsty, John D** |

Nonpriority Creditor's Name

**194 Alley Drive
Aiken, SC 29803**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only** _____

---

| | |
|---|---|
| **4.8 7** | **Cisneros, Johnpaul S** |

Nonpriority Creditor's Name

**2900 S Highland St
Amarillo, TX 79103**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only** _____

---

EXHIBIT 1, PAGE 125

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document    Page 109 of 342

Debtor 1    **David Robert Stone**                                                    Case number (if known) _____

---

| 4.8 8 | | |
|---|---|---|

**City of San Rafael**

Last 4 digits of account number _____    _____    **Unknown**

Nonpriority Creditor's Name

**1400 Fifth Avenue**
**San Rafael, CA 94901**

When was the debt incurred?    _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
□ Yes

■ Other. Specify    **Company Utility**

---

| 4.8 9 | | |
|---|---|---|

**Claybon, Orlando N**

Last 4 digits of account number _____    _____    **Unknown**

Nonpriority Creditor's Name

**2000 Cliffwood Drive**
**Fairfield, CA 94534**

When was the debt incurred?    _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

□ Contingent
□ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
□ Yes

■ Other. Specify    **Notice Only**

---

| 4.9 0 | | |
|---|---|---|

**Colin, Alejandro J.**

Last 4 digits of account number _____    _____    **Unknown**

Nonpriority Creditor's Name

**44140 Camellia St**
**Lancaster, CA 93535**

When was the debt incurred?    _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

□ Contingent
□ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
□ Yes

■ Other. Specify    **Notice Only**

---

EXHIBIT 1, PAGE 126

Debtor 1    **David Robert Stone** _____    Case number (if known) _____

---

| 4.9 1 | **Collins, Syron K.** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name

**9755 Clanton Pines Dr**
**Humble, TX 77396**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only**

---

| 4.9 2 | **Colvin, Deonte J.** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name

**3043 Chamberlain Ave SE**
**Grand Rapids, MI 49508**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only**

---

| 4.9 3 | **Comcast** | | Last 4 digits of account number _____ | | **$562.78** |

Nonpriority Creditor's Name

**1701 JFK Blvd**
**Philadelphia, PA 19103**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Cable**

---

EXHIBIT 1, PAGE 127

Debtor 1    **David Robert Stone**                                                    Case number *(if known)* _____

---

**4.94**

**Contreras Jr., Alvaro**                          Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**3819 Finnigan Ct**                               When was the debt incurred? _____
**Riverbank, CA 95367**
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ■ Disputed
☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community           ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify  **Notice Only**

---

**4.95**

**Conway, Michael B**                              Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**6601 Noah Ave**                                  When was the debt incurred? _____
**Bakersfield, CA 93308**
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ■ Disputed
☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community           ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify  **Notice Only**

---

**4.96**

**Cordero, Monica Y.**                             Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**508 Amber Dr**                                   When was the debt incurred? _____
**Weslaco, TX 78596**
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ■ Disputed
☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community           ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 128

Debtor 1    **David Robert Stone** _____    Case number (if known) _____

---

**4.97**

| | |
|---|---|
| **Cordova Rico, Jaime L.** | Last 4 digits of account number _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **888 E Rialtto Ave** | When was the debt incurred? _____ |
| **San Bernardino, CA 92408** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a  community debt | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify **Notice Only** |
| ☐ Yes | |

---

**4.98**

| | |
|---|---|
| **Coreas Umana, Ulises De Jesus** | Last 4 digits of account number _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **11646 Blue Jay Lane** | When was the debt incurred? _____ |
| **Fontana, CA 92337** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a  community debt | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify **Notice Only** |
| ☐ Yes | |

---

**4.99**

| | |
|---|---|
| **Cortez, Pete** | Last 4 digits of account number _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **5130 Heatherbrook Drive** | When was the debt incurred? _____ |
| **Houston, TX 77045** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a  community debt | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify **Notice Only** |
| ☐ Yes | |

---

EXHIBIT 1, PAGE 129

Debtor 1   **David Robert Stone**                                          Case number (if known) _____

---

**4.1 00**

**Cortez-Mendoza, Feliciano**
Nonpriority Creditor's Name

Brawley, CA 92227
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                     **Unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.1 01**

**Cortez-Mendoza, Feliciano**
Nonpriority Creditor's Name
451 West D St
Brawley, CA 92227
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                     **Unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.1 02**

**Cota Davilla, Ernesto**
Nonpriority Creditor's Name
6470 W Illinois Street
Tucson, AZ 85735
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                     **Unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 130

Debtor 1   **David Robert Stone**                                                   Case number (if known) _____

---

**4.1 03**

**Cota Soto, Carlos A**                                          Last 4 digits of account number _____    **Unknown**
Nonpriority Creditor's Name
**82250 Ocotillo Ave**                                          When was the debt incurred?    _____
**Indio, CA 92201**
Number Street City State Zip Code                               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
■ Debtor 1 only                                                ☐ Contingent
☐ Debtor 2 only                                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                   ■ Disputed
☐ At least one of the debtors and another                      Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                      ☐ Student loans
debt                                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                                report as priority claims
■ No                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                          ■ Other. Specify   **Notice Only**

---

**4.1 04**

**Crear, Richard W.**                                           Last 4 digits of account number _____    **Unknown**
Nonpriority Creditor's Name
**2134 Woodglen Dr**                                            When was the debt incurred?    _____
**Garland, TX 75040**
Number Street City State Zip Code                               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
■ Debtor 1 only                                                ☐ Contingent
☐ Debtor 2 only                                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                   ■ Disputed
☐ At least one of the debtors and another                      Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                      ☐ Student loans
debt                                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                                report as priority claims
■ No                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                          ■ Other. Specify   **Notice Only**

---

**4.1 05**

**Crespin Zamora, Elmer N.**                                    Last 4 digits of account number _____    **Unknown**
Nonpriority Creditor's Name
**1855 Griffin Dr**                                             When was the debt incurred?    _____
**Vallejo, CA 94589**
Number Street City State Zip Code                               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                                ☐ Contingent
☐ Debtor 2 only                                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                   ■ Disputed
☐ At least one of the debtors and another                      Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                      ☐ Student loans
debt                                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                                report as priority claims
■ No                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                          ■ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 131

Debtor 1    **David Robert Stone**                                                  Case number (if known) _____

---

| 4.1 06 | **Cruz Rivas, Carlos J.** | | |

Nonpriority Creditor's Name

**5 N Imperial Ave**
**Brawley, CA 92227**

Number Street City State Zip Code

**Who Incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**    _____

---

| 4.1 07 | **Cruz, Santiago** | | |

Nonpriority Creditor's Name

**2906 Laredo Street**
**Laredo, TX 78043**

Number Street City State Zip Code

**Who Incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**    _____

---

| 4.1 08 | **Cueta Favela, Williams F.** | | |

Nonpriority Creditor's Name

**9242 Hyssop Dr.**
**Rancho Cucamonga, CA 91730**

Number Street City State Zip Code

**Who Incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**    _____

---

EXHIBIT 1, PAGE 132

Debtor 1    **David Robert Stone**                                              Case number (if known) _____

| | |
|---|---|
| **4.1 09** | |

**CVR**
Nonpriority Creditor's Name
**1137 North McDowell Blvd**
**Petaluma, CA 94954**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **$900.00**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Utility**

---

| | |
|---|---|
| **4.1 10** | |

**Da Silva, Adriano**
Nonpriority Creditor's Name
**3651 Prairie Waters Dr**
**#3108**
**Grand Prairie, TX 75052**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

| | |
|---|---|
| **4.1 11** | |

**Dalco Jr, Michael**
Nonpriority Creditor's Name
**2207 Peachwood Drive**
**Missouri City, TX 77489**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

**EXHIBIT 1, PAGE 133**

Debtor 1  **David Robert Stone**                                                  Case number (if known) _____

| | |
|---|---|
| **4.1**<br>**12** | **Dauti, Enver A.** |

| | |
|---|---|
| **Dauti, Enver A.** | Last 4 digits of account number _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **3126 Legends Creek Dr** | When was the debt incurred?    _____ |
| **Spring, TX 77386** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a  community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify _____ |

| | |
|---|---|
| **4.1**<br>**13** | **David, Kareem** |

| | |
|---|---|
| **David, Kareem** | Last 4 digits of account number _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **444 All Seasons Drive** | When was the debt incurred?    _____ |
| **Boiling Springs, SC 29316** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a  community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **Notice Only** _____ |

| | |
|---|---|
| **4.1**<br>**14** | **De La Garza, Daniel** |

| | |
|---|---|
| **De La Garza, Daniel** | Last 4 digits of account number _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **2429 Dakota Rd** | When was the debt incurred?    _____ |
| **Fort Mohave, AZ 86426** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a  community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **Notice Only** _____ |

EXHIBIT 1, PAGE 134

Debtor 1  **David Robert Stone**

Case number *(if known)* _____

---

**4.1 15**

**Delgadillo, Alexis**
Nonpriority Creditor's Name
**16120 Reed Ct**
**Fontana, CA 92336**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Notice Only**

---

**4.1 16**

**Delgadillo, Miguel A**
Nonpriority Creditor's Name
**275 N. McArthur Ave**
**Fresno, CA 93727**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Notice Only**

---

**4.1 17**

**Desouza, Serge**
Nonpriority Creditor's Name
**209 Longley Green drive**
**Walkersville, MD 21793**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 135

Debtor 1   **David Robert Stone**                                                    Case number *(if known)* _____

| | | |
|---|---|---|
| **4.1 30** | **Edwards Jr., Cameron J.** | Last 4 digits of account number _____   **Unknown** |

Nonpriority Creditor's Name
**8010 Stutz Ct**
**Sacramento, CA 95828**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify   **Notice Only**

---

| | | |
|---|---|---|
| **4.1 31** | **Elias Osorio, Jose J.** | Last 4 digits of account number _____   **Unknown** |

Nonpriority Creditor's Name
**142 N Date Ave**
**Apt C**
**Rialto, CA 92376**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify   **Notice Only**

---

| | | |
|---|---|---|
| **4.1 32** | **Elizaldi, Hector J** | Last 4 digits of account number _____   **Unknown** |

Nonpriority Creditor's Name
**2067 Quito Loop**
**Laredo, TX 78045**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify   **Notice Only**

---

Official Form 106 E/F              Schedule E/F: Creditors Who Have Unsecured Claims                    Page 47 of 164

EXHIBIT 1, PAGE 136

Case 6:25-bk-12353-SY   Doc 1   Filed 04/14/25   Entered 04/14/25 15:51:10   Desc
Main Document      Page 120 of 342

Debtor 1   **David Robert Stone** _____   Case number *(if known)* _____

---

**4.1 33**

| | | |
|---|---|---|
| **Empire Drive Away** | Last 4 digits of account number _____ | **$10,000.00** |
| Nonpriority Creditor's Name | | |
| **1577 Valley Blvd** | When was the debt incurred?   **2025** | |
| Number Street City State Zip Code | | |
| Who incurred the debt? Check one. | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Services**

---

**4.1 34**

**Esperanza Miramontes, Carlos A.**
Nonpriority Creditor's Name
**621 Valladold**
**San Elizario, TX 79849**
Number Street City State Zip Code

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

---

**4.1 35**

**Estrada, Hector**
Nonpriority Creditor's Name
**106323 Andlusian Ave SW**
**Albuquerque, NM 87121**
Number Street City State Zip Code

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 137

Debtor 1   **David Robert Stone**

Case number (if known) _____

| | | |
|---|---|---|
| **4.1 36** | **Evans Jr., Bobby** | Last 4 digits of account number _____   **Unknown** |

Nonpriority Creditor's Name
**28525 11th St**
**Lake Elsinore, CA 92532**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

| | | |
|---|---|---|
| **4.1 37** | **Evans, Brian K** | Last 4 digits of account number _____   **Unknown** |

Nonpriority Creditor's Name
**268 Sandy Neck Way**
**Vallejo, CA 94591**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

| | | |
|---|---|---|
| **4.1 38** | **Experian** | Last 4 digits of account number _____   **$2,083.00** |

Nonpriority Creditor's Name
**PO Box 4500**
**Allen, TX 75013**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 49 of 164

EXHIBIT 1, PAGE 138

Debtor 1    **David Robert Stone**
_____        Case number (if known) _____

| 4.1 39 | **Ezell, Lord B.** | | Last 4 digits of account number _____ | | **Unknown** |

**Ezell, Lord B.**
Nonpriority Creditor's Name
**27907 Via De La Real**
**Moreno Valley, CA 92555**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**

---

| 4.1 40 | **Fanuvi, Godwin S.** | | Last 4 digits of account number _____ | | **Unknown** |

**Fanuvi, Godwin S.**
Nonpriority Creditor's Name
**1301 E. Mockingbird Lane**
**Apt 2139**
**Midland, TX 79705**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**

---

| 4.1 41 | **Fast Lane Diesel** | | Last 4 digits of account number _____ | | **Unknown** |

**Fast Lane Diesel**
Nonpriority Creditor's Name
**2400 E Pacific Coast Hwy**
**Wilmington, CA 90744**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Vendor**

---

EXHIBIT 1, PAGE 139

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document    Page 123 of 342

Debtor 1    **David Robert Stone**                                                           Case number (if known)

---

**4.1
42**

| | |
|---|---|
| **Faughn, Logan S** | Last 4 digits of account number _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **9170 Forest Drive** | When was the debt incurred? _____ |
| **Fairview Heights, IL 62208** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

**4.1
43**

| | |
|---|---|
| **Fernandez, Juan** | Last 4 digits of account number _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **2045 Juanita Ct** | When was the debt incurred? _____ |
| **Modesto, CA 95350** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

**4.1
44**

| | |
|---|---|
| **Fernandez, Yesenia A.** | Last 4 digits of account number _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **107 Orchard Ct** | When was the debt incurred? _____ |
| **Laredo, TX 78045** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 140

Debtor 1  **David Robert Stone**                                                    Case number *(if known)* _____

---

| 4.1<br>45 | **Figueroa Perez, Jose W.** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**19039 Elaine Ave**
**Artesia, CA 90701**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

| 4.1<br>46 | **Flores, Ernie Reyes** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**8207 S. Calle Azteca**
**Tempe, AZ 85283**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

| 4.1<br>47 | **Flores, Hector Lopez** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**241 E Alexandria St**
**Calipatria, CA 92233**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 141

Case 6:25-bk-12353-SY   Doc 1   Filed 04/14/25   Entered 04/14/25 15:51:10   Desc
Main Document      Page 125 of 342

Debtor 1   **David Robert Stone**                                                        Case number (if known) _____

| | | |
|---|---|---|
| **4.1 48** | **Flowers, Lawrence** | Last 4 digits of account number _____  _____   **Unknown** |

Nonpriority Creditor's Name
**8366 Joe Bryan St**
**Damascus, GA 39841**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Notice Only** _____

| | | |
|---|---|---|
| **4.1 49** | **Fredericks Jr., Kenneth H.** | Last 4 digits of account number _____  _____   **Unknown** |

Nonpriority Creditor's Name
**8972 Virginia Ave**
**South Gate, CA 90280**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Notice Only** _____

| | | |
|---|---|---|
| **4.1 50** | **Frew, Corly L.** | Last 4 digits of account number _____  _____   **Unknown** |

Nonpriority Creditor's Name
**163 S 450 W**
**#5D**
**Clearfield, UT 84015**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Notice Only** _____

EXHIBIT 1, PAGE 142

Debtor 1    **David Robert Stone**                                                  Case number (if known) _____

| 4.1 51 | **Fuentes Garcia, Ignacio** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**1457 N. Bellah**
**Lindsay, CA 93247**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

| 4.1 52 | **Fuentes, Jorge H** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**926 S 21st Street**
**El Centro, CA 92243**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

| 4.1 53 | **Fuentes, Osman** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**16849 Passage Ave**
**A;pt 7**
**Paramount, CA 90723**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

EXHIBIT 1, PAGE 143

Debtor 1   **David Robert Stone**     Case number *(if known)* _____

---

**4.1 54**

**Fundora Mojena, Yosmel**
Nonpriority Creditor's Name

**5751 Greenhouse Rd**
**Apt 1432**
**Katy, TX 77449**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only** _____

---

**4.1 55**

**Funez, Iris O.**
Nonpriority Creditor's Name

**1622 W 259th St**
**Harbor City, CA 90710**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only** _____

---

**4.1 56**

**Garcia Garcia, Juan**
Nonpriority Creditor's Name

**8180 11th Ave**
**Hesperia, CA 92345**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only** _____

---

EXHIBIT 1, PAGE 144

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document        Page 128 of 342

Debtor 1    David Robert Stone                              Case number (if known) _____

---

**4.1 57**

**Garcia, Andy**
Nonpriority Creditor's Name

**30249 Goldenrain Dr**
**Menifee, CA 92584**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.1 58**

**Garcia, Arturo**
Nonpriority Creditor's Name

**2325 Blake St**
**San Bernardino, CA 92407**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.1 59**

**Garcia, Bernando**
Nonpriority Creditor's Name

**1045 Jason Drive**
**Sparks, NV 89434**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 145

Debtor 1   David Robert Stone _____    Case number (if known) _____

| 4.1 60 | **Garcia, Carlos I. Lopez** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**627 Burnett Dr**
**Corcoran, CA 93212**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
□ Yes

**As of the date you file, the claim is: Check all that apply**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only** _____

---

| 4.1 61 | **Garcia, Daniel** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**9546 Mango Ave**
**Fontana, CA 92335**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
□ Yes

**As of the date you file, the claim is: Check all that apply**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only** _____

---

| 4.1 62 | **Garcia, Eduardo** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**3601 Cristantema St.**
**Mission, TX 78573**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
□ Yes

**As of the date you file, the claim is: Check all that apply**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only** _____

---

EXHIBIT 1, PAGE 146

Debtor 1    **David Robert Stone**    Case number *(if known)*

---

**4.1 63**

| | |
|---|---|
| **Garcia, Lilia V.** | Last 4 digits of account number _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **1675 Campbell Rd** | When was the debt incurred?    _____ |
| **Sidney, OH 45365** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify    **Notice Only** |

---

**4.1 64**

| | |
|---|---|
| **Gardner Sr., Myron** | Last 4 digits of account number _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **545 Chestnut Ave 402** | When was the debt incurred?    _____ |
| **Long Beach, CA 90802** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify    **Notice Only** |

---

**4.1 65**

| | |
|---|---|
| **Garibay Medina, Juan** | Last 4 digits of account number _____    **Unknown** |
| Nonpriority Creditor's Name | |
| **227 L Street NE** | When was the debt incurred?    _____ |
| **Quincy, WA 98848** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify    **Notice Only** |

---

EXHIBIT 1, PAGE 147

Debtor 1   **David Robert Stone**                                   Case number (if known) _____

---

**4.1 66**

**Gil Consuegra, Oddiel**                          Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**11653 Locust Ave**                              When was the debt incurred?     _____
**Hesperia, CA 92345**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ■ Disputed
☐ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community          ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                             ■ Other. Specify   **Notice Only**

---

**4.1 67**

**Godinez  Varela, Armendo**                      Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**950 E 5th Street**                              When was the debt incurred?     _____
**404**
**Holtville, CA 92250**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community          ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                             ■ Other. Specify   **Notice Only**

---

**4.1 68**

**Golden Gate Office Solutions**                  Last 4 digits of account number _____        **$688.29**
Nonpriority Creditor's Name
**927 Howard Street**                             When was the debt incurred?     _____
**San Francisco, CA 94103**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community          ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                             ■ Other. Specify   **Uility**

---

EXHIBIT 1, PAGE 148

Debtor 1  **David Robert Stone**

Case number (if known) _____

---

**4.1 69**  **Gomez Jr, Jose**

Nonpriority Creditor's Name
**17908 Wodruff Ave**
**Bellflower, CA 90706**
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.1 70**  **Gomez Jr., Francisco A.**

Nonpriority Creditor's Name
**15950 Ellington Way**
**Chino Hills, CA 91709**
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.1 71**  **Gomez, Adan**

Nonpriority Creditor's Name
**2250 Darby Street**
**Space 6**
**San Bernardino, CA 92407**
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 149

Case 6:25-bk-12353-SY   Doc 1   Filed 04/14/25   Entered 04/14/25 15:51:10   Desc
Main Document    Page 133 of 342

Debtor 1   **David Robert Stone**

Case number *(if known)* _____

| | |
|---|---|
| **4.1 72** | |

**Gomez, Jose**
Nonpriority Creditor's Name
**2716 S Bridge Street**
**Visalia, CA 93277**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

| | |
|---|---|
| **4.1 73** | |

**Gonzalez Acosta, Fernando**
Nonpriority Creditor's Name
**1512 W 82nd Street**
**Los Angeles, CA 90047**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

| | |
|---|---|
| **4.1 74** | |

**Gonzalez Anaya, Roberto C**
Nonpriority Creditor's Name
**1602 Brentwood Dr**
**Apt D**
**College Station, TX 77840**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 150

Debtor 1   **David Robert Stone**                                          Case number (if known) _____

---

| 4.1 75 | **Gonzalez Ayala, Mario** | | Last 4 digits of account number _____ | | **Unknown** |

**224  Tunnel St**
**Santa Maria, CA 93458**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**  _____

---

| 4.1 76 | **Gonzalez Jr, Julian J** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name
**30369 Richland Ave**
**Shafter, CA 93263**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**  _____

---

| 4.1 77 | **Gonzalez Mendiol, John P.** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name
**10952 Elena St.**
**Cerritos, CA 90703**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**  _____

---

EXHIBIT 1, PAGE 151

Case 6:25-bk-12353-SY   Doc 1   Filed 04/14/25   Entered 04/14/25 15:51:10   Desc
Main Document      Page 135 of 342

Debtor 1   **David Robert Stone** _____   Case number (if known) _____

---

**4.1 78**

**Gonzalez Ramirez, Salvador**
Nonpriority Creditor's Name
**440 Washington Street**
**Calexico, CA 92231**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____      Unknown

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.1 79**

**Gonzalez Wong, Josue N.**
Nonpriority Creditor's Name
**202 B St**
**Taft, CA 93268**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____      Unknown

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.1 80**

**Gonzalez, Juan**
Nonpriority Creditor's Name
**9868 Elwood Court**
**Fontana, CA 92335**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____      Unknown

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 152

Debtor 1   **David Robert Stone**

Case number (if known) _____

| | |
|---|---|
| **4.1 81** | |

**Gonzalez, Julio R.**
Nonpriority Creditor's Name
**1766 Rio Drive**
**Eagle Pass, TX 78852**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

| | |
|---|---|
| **4.1 82** | |

**Gonzalez, Maria**
Nonpriority Creditor's Name
**614 W I Street**
**Wilmington, CA 90744**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

| | |
|---|---|
| **4.1 83** | |

**Grzegorczy, Mark A.**
Nonpriority Creditor's Name
**1832  Silvergate Rd**
**Fort Collins, CO 80526**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

EXHIBIT 1, PAGE 153

Debtor 1   **David Robert Stone**                                                Case number (if known) _____

| | |
|---|---|
| **4.1 84** | |

**Guerra Jr, Francisco**
Nonpriority Creditor's Name
**1714 Presidio Circle W**
**Alamo, TX 78516**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____         **Unknown**

When was the debt incurred?     _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

| | |
|---|---|
| **4.1 85** | |

**Guerra Sandoval, Walter J.**
Nonpriority Creditor's Name
**29932 Fox Creel Dr.**
**Sun City, CA 92586**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____         **Unknown**

When was the debt incurred?     _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

| | |
|---|---|
| **4.1 86** | |

**Guevara, Moises A**
Nonpriority Creditor's Name
**1748 W 23rd Street**
**Los Angeles, CA 90018**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____         **Unknown**

When was the debt incurred?     _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 154

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document      Page 138 of 342

Debtor 1    David Robert Stone                                    Case number (if known) _____

---

| 4.1 87 | | | |
|---|---|---|---|

**Guzman Martinez, Abraham**
Nonpriority Creditor's Name

**1268 Trask Dr**
**Hollister, CA 95023**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only** _____

---

| 4.1 88 | | | |
|---|---|---|---|

**H & S Transport and Recovery**
Nonpriority Creditor's Name

**4067 Hardwick Street**
**Apt 305**
**Lakewood, CA 90712**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **$900.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Vendor** _____

---

| 4.1 89 | | | |
|---|---|---|---|

**Hall II, Alson R.**
Nonpriority Creditor's Name

**13785 Whitesail Dr**
**Victorville, CA 92395**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only** _____

---

EXHIBIT 1, PAGE 155

Debtor 1   **David Robert Stone**

Case number (if known) _____

---

**4.1 90**

**Hargrove, Dhuntiqam**
Nonpriority Creditor's Name
**11354 82nd Place North**
**Osseo, MN 55369**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____ _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

**4.1 91**

**Harvey, Joaquan A.**
Nonpriority Creditor's Name
**631 E 105th St**
**Los Angeles, CA 90002**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____ _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

**4.1 92**

**Hayee, Yasir**
Nonpriority Creditor's Name
**4202 Minden Lane**
**Stockton, CA 95206**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____ _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 156

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document        Page 140 of 342

Debtor 1    **David Robert Stone**                                            Case number (if known) _____

---

| 4.1 93 | | |
|---|---|---|

**Hayward, Terry L.**
Nonpriority Creditor's Name

**17585 Lombardy Ln**
**Bloomington, CA 92316**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

| 4.1 94 | | |
|---|---|---|

**Henry, Allen P.**
Nonpriority Creditor's Name

**1008 W. Cedar River Road**
**Montgomery, TX 77316**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

| 4.1 95 | | |
|---|---|---|

**Henson, Aaron M.**
Nonpriority Creditor's Name

**610 N Oakland Ave**
**Apt 1**
**Pasadena, CA 91101**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 157

Debtor 1    **David Robert Stone** _____    Case number (if known) _____

---

**4.1 96**

**Hernandez Verduzco, Roberto**
Nonpriority Creditor's Name
**25275 Potero Valley Road**
**Space 73**
**Potrero, CA 91963**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only** _____

---

**4.1 97**

**Hernandez, Francisco D**
Nonpriority Creditor's Name
**596 Elizabeth Ave**
**Sanger, CA 93657**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only** _____

---

**4.1 98**

**Hernandez, Manuel A**
Nonpriority Creditor's Name
**3086 Corbin Drive**
**Salt Lake City, UT 84120**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only** _____

---

EXHIBIT 1, PAGE 158

Debtor 1  **David Robert Stone**                                                    Case number (if known) _____

---

| 4.1 99 | **Hernandez, Maria G.** | | | **Unknown** |

Nonpriority Creditor's Name

**43500 Corte Logrono**
**Temecula, CA 92592**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only** _____

---

| 4.2 00 | **Hernandez, William M.** | | | **Unknown** |

Nonpriority Creditor's Name

**12361 Deborah**
**Victorville, CA 92392**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only** _____

---

| 4.2 01 | **Herrera, Juan E.** | | | **Unknown** |

Nonpriority Creditor's Name

**2705 N 88th Dr**
**Phoenix, AZ 85037**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only** _____

---

EXHIBIT 1, PAGE 159

Debtor 1  David Robert Stone                                            Case number *(if known)* _____

| 4.2 02 | **Hess, Christoper S** | | | | Unknown |

Nonpriority Creditor's Name
**4077 Hillside Drive**
**Banning, CA 92220**
Number Street City State Zip Code

Last 4 digits of account number _____  _____

When was the debt incurred?  _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

| 4.2 03 | **Hewitt, Ronnel T.** | | | | Unknown |

Nonpriority Creditor's Name
**5481 N Paramount Blvd**
**6 110**
**Long Beach, CA 90805**
Number Street City State Zip Code

Last 4 digits of account number _____  _____

When was the debt incurred?  _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

| 4.2 04 | **Hill Jr, Larry D.** | | | | Unknown |

Nonpriority Creditor's Name
**18490 Jennings Dr**
**Lathrop, CA 95330**
Number Street City State Zip Code

Last 4 digits of account number _____  _____

When was the debt incurred?  _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 160

Debtor 1    **David Robert Stone**    Case number (if known) _____

---

| 4.2 05 | **Hopkinson, Hilton** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name

**11407 Maple Falls Drive**
**Tomball, TX 77377**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

| 4.2 06 | **Horace, Harold G.** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name

**9510 Fossil Canyon**
**Humble, TX 77396**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

| 4.2 07 | **Housey, Christopher** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name

**9333 Old Orangeburg**
**Estill, SC 29918**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 161

Debtor 1   **David Robert Stone** _____   Case number (if known) _____

| | |
|---|---|
| **4.2 08** | |

**Howard, Dominique M.**
Nonpriority Creditor's Name
**1730 196th St SE**
**Apt C309**
**Bothell, WA 98012**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

---

| | |
|---|---|
| **4.2 09** | |

**Hrantyan, Hrach**
Nonpriority Creditor's Name
**1657 Oxnard St**
**#317**
**North Hollywood, CA 91606**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

---

| | |
|---|---|
| **4.2 10** | |

**Huerta Cortes, Esteban R.**
Nonpriority Creditor's Name
**368 E Grove St**
**Pomona, CA 91767**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

---

Debtor 1  **David Robert Stone**

Case number (if known) _____

---

**4.2 11**

**Huerta, Juan Santos**
Nonpriority Creditor's Name
**23326 Dragon Rock Rd**
**Elmendorf, TX 78112**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.2 12**

**Indora, Aseem**
Nonpriority Creditor's Name
**2450 Peralta Blvd**
**#100**
**Fremont, CA 94536**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.2 13**

**Inga, Fernando D**
Nonpriority Creditor's Name
**5604 Julie Street**
**Bakersfield, CA 93313**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 163

Debtor 1    **David Robert Stone** _____    Case number (if known) _____

---

| 4.2<br>14 | **Iniguez, Fernando** | Last 4 digits of account number ____ ____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Raphael Hedwat**
**5170 Sepulveda Blvd Ste 350**
**CA 91400**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2<br>15 | **Iwuagwu, Desmond E.** | Last 4 digits of account number ____ ____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**546 Winston St**
**Grand Prairie, TX 75052**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

| 4.2<br>16 | **Jackson III, Marvin E.** | Last 4 digits of account number ____ ____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**6434 Westward Wood Way**
**Humble, TX 77338**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 164

Debtor 1   **David Robert Stone**                                        Case number *(if known)* _____

| 4.2 17 | **Jackson, Carlos D.** | | | **Unknown** |
|---|---|---|---|---|

**Jackson, Carlos D.**
Nonpriority Creditor's Name
**11341 Loma Linda Cir**
**El Paso, TX 79934**
Number Street City State Zip Code
Who incurred the debt? Check one.

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?          _____

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

| 4.2 18 | **Jackson, Michael** | | | **Unknown** |
|---|---|---|---|---|

**Jackson, Michael**
Nonpriority Creditor's Name
**14050 Cherry Ave**
**#R178**
**Fontana, CA 92337**
Number Street City State Zip Code
Who incurred the debt? Check one.

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?          _____

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

| 4.2 19 | **Jacquie Kay Solomon Trust** | | | **$500,000.00** |
|---|---|---|---|---|

**Jacquie Kay Solomon Trust**
Nonpriority Creditor's Name
**1922 Matzen Ranch Cirlle**
**Petaluma, CA 94954**
Number Street City State Zip Code
Who incurred the debt? Check one.

Last 4 digits of account number _____          **$500,000.00**

When was the debt incurred?          _____

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Guaranty of Calxzona Debt**

---

EXHIBIT 1, PAGE 165

Debtor 1    **David Robert Stone**                                                Case number (if known) _____

---

**4.2
20**    **Jaimes Dominguez, Miguel A**                    Last 4 digits of account number _____    _____    **Unknown**
Nonpriority Creditor's Name
**10843 S Reed Avenue**                                When was the debt incurred?    _____
**Reedley, CA 93654**
Number Street City State Zip Code
Who incurred the debt? Check one.                      As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☑ Disputed
☐ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community               ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
☑ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ☑ Other. Specify    **Notice Only**

---

**4.2
21**    **Jaswal, Arun**                                 Last 4 digits of account number _____    _____    **Unknown**
Nonpriority Creditor's Name
**52 Palomino Court**                                  When was the debt incurred?    _____
**Roseville, CA 95678**
Number Street City State Zip Code
Who incurred the debt? Check one.                      As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☑ Disputed
☐ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community               ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
☑ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ☑ Other. Specify    **Notice Only**

---

**4.2
22**    **Jenkins, Darrius**                             Last 4 digits of account number _____    _____    **Unknown**
Nonpriority Creditor's Name
**708 Oak Street**                                     When was the debt incurred?    _____
**Garland, TX 75040**
Number Street City State Zip Code
Who incurred the debt? Check one.                      As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☑ Disputed
☐ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community               ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
☑ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ☑ Other. Specify    **Notice Only**

---

EXHIBIT 1, PAGE 166

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document      Page 150 of 342

Debtor 1   **David Robert Stone**                                    Case number (if known) _____

---

**4.2 23**

**Jimenez Caballero, Josue M.**                                    Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**2150 21st Ave**                                                   When was the debt incurred? _____
**San Francisco, CA 94116**
Number Street City State Zip Code                                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
                                                                   ☐ Contingent
☑ Debtor 1 only
☐ Debtor 2 only                                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                       ☑ Disputed
☐ At least one of the debtors and another                          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                          ☐ Student loans
debt                                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                                       report as priority claims
☑ No                                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                              ☑ Other. Specify  **Notice Only**

---

**4.2 24**

**Johnson, Christopher**                                           Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**2903 Verde Valley Drive**                                        When was the debt incurred? _____
**Manvel, TX 77578**
Number Street City State Zip Code                                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
                                                                   ☐ Contingent
☑ Debtor 1 only
☐ Debtor 2 only                                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                       ☑ Disputed
☐ At least one of the debtors and another                          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                          ☐ Student loans
debt                                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                                       report as priority claims
☑ No                                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                              ☑ Other. Specify  **Notice Only**

---

**4.2 25**

**Johnson, Elmo D**                                                Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**1815 Clear Mist Ct**                                             When was the debt incurred? _____
**Rosharon, TX 77583**
Number Street City State Zip Code                                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
                                                                   ☐ Contingent
☑ Debtor 1 only
☐ Debtor 2 only                                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                       ☑ Disputed
☐ At least one of the debtors and another                          Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                          ☐ Student loans
debt                                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                                       report as priority claims
☑ No                                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                              ☑ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 167

Debtor 1  **David Robert Stone**

Case number (if known) _____

| 4.2 26 | **Johnson, Phillip L** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1007 E Terrace Dr**
**Long Beach, CA 90807**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

| 4.2 27 | **Jones, Irison** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**42094 21st Street**
**Lancaster, CA 93536**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

| 4.2 28 | **Jones, Joseph J** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**11311 Blue Flax Trail**
**Houston, TX 77044**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

EXHIBIT 1, PAGE 168

Debtor 1   **David Robert Stone**                                          Case number (if known) _____

---

**4.2
29**

**Jones, Telisha**
Nonpriority Creditor's Name
**5300 Mantanzas Ave**
**Fort Pierce, FL 34946**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    _____                                **Unknown**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

---

**4.2
30**

**Kaiser**
Nonpriority Creditor's Name
**1 Kaiser Plaza**
**Oakland, CA 94612**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    _____                                **$3,000.00**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical**

---

**4.2
31**

**Kerr, Daniel W.**
Nonpriority Creditor's Name
**2651 Reche Canyon Rd**
**Colton, CA 92324**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    _____                                **Unknown**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 169

Debtor 1    **David Robert Stone**                                         Case number (if known) _____

---

**4.2 32**

**Khan, Faryad A.**                               Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**962 Skyline Dr**                                When was the debt incurred?     _____
**Yuba City, CA 95991**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☑ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☑ Disputed
☐ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community         ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
☑ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ☑ Other. Specify   **Notice Only** _____

---

**4.2 33**

**Kumar, Satish**                                 Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**475 Dover Way**                                 When was the debt incurred?     _____
**Apt 16**
**Campbell, CA 95008**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☑ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☑ Disputed
☐ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community         ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
☑ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ☑ Other. Specify   **Notice only** _____

---

**4.2 34**

**Ladegaard, Thomas**                             Last 4 digits of account number _____          **$12,000.00**
Nonpriority Creditor's Name
**5927 Balfour Court**                            When was the debt incurred?     _____
**Ste 202**
**Carlsbad, CA 92008**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☑ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community         ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
☑ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ☑ Other. Specify   **Attorney** _____

---

EXHIBIT 1, PAGE 170

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document      Page 154 of 342

Debtor 1    **David Robert Stone**                                                Case number *(if known)* _____

---

| | |
|---|---|
| **4.2 35** | |

**Lambert, Brittany Raquel S.**
Nonpriority Creditor's Name
**7960 Rafael Rivera Way
Unit 1101
Las Vegas, NV 89113**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only** _____

---

| | |
|---|---|
| **4.2 36** | |

**Lara, Efrain**
Nonpriority Creditor's Name
**6522 Cerritos Ave
Long Beach, CA 90805**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only** _____

---

| | |
|---|---|
| **4.2 37** | |

**Lee, Tae H.**
Nonpriority Creditor's Name
**1033 S Bronson Ave
Los Angeles, CA 90019**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only** _____

---

EXHIBIT 1, PAGE 171

Debtor 1   **David Robert Stone**                                                    Case number *(if known)* _____

---

| 4.2 38 | **Letona Lopez, Jaime A** | | Last 4 digits of account number _____ _____ | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1952 W Orange Grove Ave
Apt 25
Pomona, CA 91768**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Only** _____

---

| 4.2 39 | **Lewis Jr, Alvin** | | Last 4 digits of account number _____ _____ | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**36415 Gloria Road
Geismar, LA 70734**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Only** _____

---

| 4.2 40 | **Leyva, Martha** | | Last 4 digits of account number _____ _____ | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**9504 Lindsey Drive
El Paso, TX 79924**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Only** _____

---

EXHIBIT 1, PAGE 172

Debtor 1    **David Robert Stone**                                          Case number *(if known)*

---

| 4.2 41 | **Lively, Romero** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**14764 Santa Fe Trail**
**Victorville, CA 92392**
When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                     ☐ Contingent
☐ Debtor 2 only                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only        ■ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community    ☐ Student loans
debt                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?         report as priority claims
■ No                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                               ■ Other. Specify    **Notice Only**

---

| 4.2 42 | **Locator Technologies** | Last 4 digits of account number _____ | **$978.00** |

Nonpriority Creditor's Name

**7582 Las Vegas Blvd South**
**Ste 307**
**Las Vegas, NV 89123**
When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                     ☐ Contingent
☐ Debtor 2 only                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only        ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community    ☐ Student loans
debt                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?         report as priority claims
■ No                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                               ■ Other. Specify    **Vendor**

---

| 4.2 43 | **Lopez Alcantara, Jesus E.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**14334 Sierra Grande St**
**Adelanto, CA 92301**
When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                     ☐ Contingent
☐ Debtor 2 only                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only        ■ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community    ☐ Student loans
debt                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?         report as priority claims
■ No                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                               ■ Other. Specify    **Notice Only**

---

Official Form 106 E/F               Schedule E/F: Creditors Who Have Unsecured Claims               Page 84 of 164

Debtor 1    **David Robert Stone**                                     Case number *(if known)* _____

| | | |
|---|---|---|
| **4.2 44** | **Lopez Chavez, Ancieto** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
**449 White Cload Road**
**El Paso, TX 79928**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**

---

| | | |
|---|---|---|
| **4.2 45** | **Lopez Garcia, Carlos I.** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
**627 Burnett Dr**
**Corcoran, CA 93212**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Noticre Only**

---

| | | |
|---|---|---|
| **4.2 46** | **Lopez Mendieta, Jorge** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
**10333 Via Pastoral**
**Moreno Valley, CA 92557**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**

---

EXHIBIT 1, PAGE 174

Debtor 1   **David Robert Stone** _____   Case number (if known) _____

| 4.2 47 | **Lopez Payes, Ever I** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**14611 Vincennes Street**
**#106**
**Panorama City, CA 91402**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only** _____

---

| 4.2 48 | **Lopez Rivera, Ismael** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**130 Taylor St**
**Lebanon, OR 97355**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only** _____

---

| 4.2 49 | **Lopez, Ernesto** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**16031 Pioneer Bl**
**Apt C11**
**Norwalk, CA 90650**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only** _____

---

EXHIBIT 1, PAGE 175

Debtor 1   **David Robert Stone**

Case number (if known) _____

| 4.2<br>50 | **Lopez, Jose Martin** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**4222 N. 79th Ln**
**Phoenix, AZ 85033**
Number Street City State Zip Code

When was the debt incurred?    _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

□ Contingent
□ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

■ No
□ Yes

■ Other. Specify   **Notice Only**

---

| 4.2<br>51 | **Lopez, Leticia** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**11862 Burgess Ave**
**Whittier, CA 90604**
Number Street City State Zip Code

When was the debt incurred?    _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

□ Contingent
□ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

■ No
□ Yes

■ Other. Specify   **Notice Only**

---

| 4.2<br>52 | **Losoya, Julia** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**917 N McKinley Street**
**Hobbs, NM 88240**
Number Street City State Zip Code

When was the debt incurred?    _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

□ Contingent
□ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

■ No
□ Yes

■ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 176

Debtor 1   **David Robert Stone** _____   Case number (if known) _____

---

**4.2 53**

**Lozano, Irma**
Nonpriority Creditor's Name
**3028 N Sierra Way**
**San Bernardino, CA 92405**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

**4.2 54**

**Lozano, Miguel**
Nonpriority Creditor's Name
**2248 W College Ave**
**San Bernardino, CA 92407**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

**4.2 55**

**Luna Medina, Adrian**
Nonpriority Creditor's Name
**1850 Rogina Court**
**Merced, CA 95341**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 177

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document        Page 161 of 342

Debtor 1   **David Robert Stone**                                                    Case number (if known) _____

| | | |
|---|---|---|
| **4.2 56** | **Lupercio Garcia, Armando** | Last 4 digits of account number _____    _____    **Unknown** |

Nonpriority Creditor's Name

**14865 Totem Pole Street**
**Victorville, CA 92394**
Number Street City State Zip Code

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ Check if this claim is for a  community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **Notice Only** _____

☐ Yes

---

| | | |
|---|---|---|
| **4.2 57** | **Macias Ortega, Eric R.** | Last 4 digits of account number _____    _____    **Unknown** |

Nonpriority Creditor's Name

**3212 David Palacio Dr**
**El Paso, TX 79938**
Number Street City State Zip Code

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ Check if this claim is for a  community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **Notice Only** _____

☐ Yes

---

| | | |
|---|---|---|
| **4.2 58** | **Macias Valenzuela, Guillermo D.** | Last 4 digits of account number _____    _____    **Unknown** |

Nonpriority Creditor's Name

**636 Olive St**
**Brawley, CA 92227**
Number Street City State Zip Code

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ Check if this claim is for a  community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **Notice Only** _____

☐ Yes

---

**EXHIBIT 1, PAGE 178**

Debtor 1    **David Robert Stone**    Case number (if known) _____

| | | |
|---|---|---|
| **4.2 59** | **Madrous, Marialinet V** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name

**14325 McNab Ave**
**Space 14**
**Bellflower, CA 90706**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Notice Only**

| | | |
|---|---|---|
| **4.2 60** | **Maldonado Morales, Jesus** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name

**14224 Bluesky Point Ct**
**El Paso, TX 79938**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Notice Only**

| | | |
|---|---|---|
| **4.2 61** | **Mansour, Ali** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name

**804 Honey Dew Ln**
**Fort Worth, TX 76120**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Notice Only**

EXHIBIT 1, PAGE 179

Debtor 1  **David Robert Stone**                                        Case number (if known) _____

| | | |
|---|---|---|
| **4.2 62** | **Manyiel, Wool E.**<br>Nonpriority Creditor's Name<br>**8427 W Lewis Ave**<br>**Phoenix, AZ 85037**<br>Number Street City State Zip Code | Last 4 digits of account number _____   _____   **Unknown** |

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

| | | |
|---|---|---|
| **4.2 63** | **Manzano, Jose**<br>Nonpriority Creditor's Name<br>**1004 N Ditman Ave #2**<br>**Los Angeles, CA 90063**<br>Number Street City State Zip Code | Last 4 digits of account number _____   _____   **Unknown** |

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

| | | |
|---|---|---|
| **4.2 64** | **Marin Jr, Jose**<br>Nonpriority Creditor's Name<br>**10840 Nuevo Dr**<br>**Fontana, CA 92337**<br>Number Street City State Zip Code | Last 4 digits of account number _____   _____   **Unknown** |

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 180

Debtor 1   **David Robert Stone**                                      Case number (if known) _____

| | | | |
|---|---|---|---|
| **4.2 65** | **Marin Sanitary Service** | Last 4 digits of account number _____ | **$688.64** |

Nonpriority Creditor's Name
**1050 Andersen Drive**
**San Rafael, CA 94901**
Number Street City State Zip Code

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility - CFS**

---

| | | | |
|---|---|---|---|
| **4.2 66** | **Marin Sanitary Service** | Last 4 digits of account number _____ | **$496.53** |

Nonpriority Creditor's Name
**1050 Andersen Drive**
**San Rafael, CA 94901**
Number Street City State Zip Code

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility - Dave**

---

| | | | |
|---|---|---|---|
| **4.2 67** | **Marquez Osorio, Mercedes** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1467 River Drive**
**Brawley, CA 92227**
Number Street City State Zip Code

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

Official Form 106 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 92 of 164

Case 6:25-bk-12353-SY   Doc 1   Filed 04/14/25   Entered 04/14/25 15:51:10   Desc
Main Document      Page 165 of 342

Debtor 1   **David Robert Stone**                                                         Case number (if known) _____

---

| | | | |
|---|---|---|---|
| **4.2 68** | **Marroquin Cordon, Julio A.** | Last 4 digits of account number _____  _____ | **Unknown** |

Nonpriority Creditor's Name

**16128 Orange St.**
**Apt B**
**Hesperia, CA 92345**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

---

| | | | |
|---|---|---|---|
| **4.2 69** | **Marshall, Robert D.** | Last 4 digits of account number _____  _____ | **Unknown** |

Nonpriority Creditor's Name

**913 Glenn Heather Ct**
**Dacono, CO 80514**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

---

| | | | |
|---|---|---|---|
| **4.2 70** | **Martinez Albindo, Juan F.** | Last 4 digits of account number _____  _____ | **Unknown** |

Nonpriority Creditor's Name

**222 W El Segundo Blvd**
**Los Angeles, CA 90061**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 182

Debtor 1    **David Robert Stone**                                          Case number (if known) _____

---

| | | |
|---|---|---|
| **4.2 71** | **Martinez, Carlos A.** | Last 4 digits of account number _____  _____  **Unknown** |

Nonpriority Creditor's Name

**8121 Broadway Ave**
**Apt 50**
**Whittier, CA 90606**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only *(filled)*
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No *(filled)*
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed *(filled)*

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Notice Only** *(filled)*

---

| | | |
|---|---|---|
| **4.2 72** | **Martinez, Jose** | Last 4 digits of account number _____  _____  **Unknown** |

Nonpriority Creditor's Name

**12526 Peachleaf Street**
**Moreno Valley, CA 92553**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only *(filled)*
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No *(filled)*
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed *(filled)*

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Notice Only** *(filled)*

---

| | | |
|---|---|---|
| **4.2 73** | **Martinez, Luis** | Last 4 digits of account number _____  _____  **Unknown** |

Nonpriority Creditor's Name

**14493 Welsh Court**
**Hesperia, CA 92345-8000**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only *(filled)*
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No *(filled)*
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed *(filled)*

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Notice Only** *(filled)*

---

EXHIBIT 1, PAGE 183

Debtor 1    **David Robert Stone**    _____    Case number (if known) _____

| | | |
|---|---|---|
| **4.2 74** | **Martinez, Ricardo J.** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
**2527 Barbwire Way**
**San Antonio, TX 78244**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?
■ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only** _____

---

| | | |
|---|---|---|
| **4.2 75** | **Martinez, Xavier** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
**5805 Western Rd.**
**Mission, TX 78574**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?
■ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only** _____

---

| | | |
|---|---|---|
| **4.2 76** | **Master Recovery** | Last 4 digits of account number _____    **$8,000.00** |

Nonpriority Creditor's Name
**PO Box 22651**
**Sacramento, CA 95822**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?
■ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Repo Company** _____

EXHIBIT 1, PAGE 184

Debtor 1   **David Robert Stone**

Case number *(if known)*

| | |
|---|---|
| **4.2 77** | |

**Mattis, Carlton**
Nonpriority Creditor's Name
**5714 Barrington Run**
**Atlanta, GA 30350**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number                Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice Only**

---

| | |
|---|---|
| **4.2 78** | |

**Mbuba, Basil**
Nonpriority Creditor's Name
**726 East 46 Street**
**Brooklyn, NY 11203**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number                Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice Only**

---

| | |
|---|---|
| **4.2 79** | |

**Mbute, David**
Nonpriority Creditor's Name
**6948 Nava**
**Grand Prairie, TX 75054**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number                Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice Only**

---

Official Form 106 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 96 of 164

EXHIBIT 1, PAGE 185

Debtor 1   **David Robert Stone**                                     Case number *(if known)* _____

| | |
|---|---|
| **4.2 80** | |

**McCall, Joe H**
Nonpriority Creditor's Name

**400 Madeline Trl**
**Waxahachie, TX 75167**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred?      _____

As of the date you file, the claim is: Check that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

| | |
|---|---|
| **4.2 81** | |

**Mcclain, Andre M.**
Nonpriority Creditor's Name

**13422 Banning St**
**Fontana, CA 92336**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred?      _____

As of the date you file, the claim is: Check that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

| | |
|---|---|
| **4.2 82** | |

**Mcclinton, Rayrone T.**
Nonpriority Creditor's Name

**7255 Texas Rangers Dr**
**Apt 1336**
**Frisco, TX 75034**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred?      _____

As of the date you file, the claim is: Check that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 186

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document      Page 170 of 342

Debtor 1    **David Robert Stone**                                                                    Case number *(if known)*

---

| | | | |
|---|---|---|---|
| **4.2 83** | **McGuire, Dedrick** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**5005 Boeingshire Cove**
**Memphis, TN 38116**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

| | | | |
|---|---|---|---|
| **4.2 84** | **Mcilwain, Kevin L.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**9100 Pepper Grass Ave**
**Westbrook, TX 79565**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

| | | | |
|---|---|---|---|
| **4.2 85** | **Meadow Club** | Last 4 digits of account number _____ | **$4,876.00** |

Nonpriority Creditor's Name
**1001 Bolinas Road**
**Fairfax, CA 94930**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Entertainment**

---

EXHIBIT 1, PAGE 187

Debtor 1   **David Robert Stone**                                             Case number (if known) _____

| | | |
|---|---|---|
| **4.2 86** | **Medina, Miguel** | Last 4 digits of account number _____   **Unknown** |

Nonpriority Creditor's Name
**440 Gonzalez Drive**
**Donna, TX 78537**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

| | | |
|---|---|---|
| **4.2 87** | **Melendez Paulin, Eduardo** | Last 4 digits of account number _____   **Unknown** |

Nonpriority Creditor's Name
**1123 E 28th Street**
**Los Angeles, CA 90011**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Onlly**

| | | |
|---|---|---|
| **4.2 88** | **Mendez, Jose A.** | Last 4 digits of account number _____   **Unknown** |

Nonpriority Creditor's Name
**2751 Monument Blvd**
**Apt 81**
**Concord, CA 94520**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

EXHIBIT 1, PAGE 188

Debtor 1   **David Robert Stone** _____   Case number (if known) _____

---

**4.2 89**

**Mendez, Joshua** _____
Nonpriority Creditor's Name
**14950 Nokomis Rd**
**Apple Valley, CA 92307**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only** _____

---

**4.2 90**

**Mengarelli, John** _____
Nonpriority Creditor's Name
**26th St. Rt 28 #1365**
**Crystal Bay, NV 89402**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only** _____

---

**4.2 91**

**Meza Quintero, Rosario** _____
Nonpriority Creditor's Name
**14770 Road 191**
**Porterville, CA 93258**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only** _____

---

EXHIBIT 1, PAGE 189

Debtor 1    **David Robert Stone**

Case number (if known) _____

---

| | |
|---|---|
| **4.2 92** | |

| **Mikes, Dana M.** | | Last 4 digits of account number _____ | **Unknown** |
|---|---|

Nonpriority Creditor's Name

**9905 Packwood Dr**
**Bakersfield, CA 93313**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

| | |
|---|---|
| **4.2 93** | |

| **Milan, Kenneth** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**15 Stonehenge Lane 3A**
**Albany, NY 12203**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

| | |
|---|---|
| **4.2 94** | |

| **Mims, Jaqueline D.** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**5701 Tupelo Dr**
**Sacramento, CA 95842**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

EXHIBIT 1, PAGE 190

Debtor 1    **David Robert Stone**    Case number (if known) _____

---

**4.2 95**

**Mkarian, Makedon**
Nonpriority Creditor's Name
**6646 Ampere Ave**
**North Hollywood, CA 91606**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only** _____

---

**4.2 96**

**Molina, Jonathan**
Nonpriority Creditor's Name
**1858 Old Pioneer Rd.**
**Eagle Pass, TX 78852**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only** _____

---

**4.2 97**

**Monet, Sean K**
Nonpriority Creditor's Name
**907 Grand Ave**
**Apt 5**
**Long Beach, CA 90804**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only** _____

---

EXHIBIT 1, PAGE 191

Debtor 1   **David Robert Stone**                                          Case number (if known) _____

---

**4.2 98**

**Montiel, Armando S**                                          Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**5171 Silk Place**                                            When was the debt incurred? _____
**San Diego, CA 92105**
Number Street City State Zip Code                             As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
■ Debtor 1 only                                               ☐ Contingent
☐ Debtor 2 only                                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                  ■ Disputed
☐ At least one of the debtors and another                     Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                      ☐ Student loans
debt                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                               report as priority claims
■ No                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                         ■ Other. Specify  **Notice Only** _____

---

**4.2 99**

**Montoya Reyes, Humberto**                                   Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**9219 Vista West Drive #11302**                              When was the debt incurred? _____
**San Antonio, TX 78245**
Number Street City State Zip Code                             As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
■ Debtor 1 only                                               ☐ Contingent
☐ Debtor 2 only                                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                  ■ Disputed
☐ At least one of the debtors and another                     Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                      ☐ Student loans
debt                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                               report as priority claims
■ No                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                         ■ Other. Specify  **Notice Only** _____

---

**4.3 00**

**Moore, Matthew S**                                          Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**3572 Brody Way**                                            When was the debt incurred? _____
**Oceanside, CA 92056**
Number Street City State Zip Code                             As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
■ Debtor 1 only                                               ☐ Contingent
☐ Debtor 2 only                                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                  ■ Disputed
☐ At least one of the debtors and another                     Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                      ☐ Student loans
debt                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                               report as priority claims
■ No                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                         ■ Other. Specify  **Notice Only** _____

---

EXHIBIT 1, PAGE 192

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document      Page 176 of 342

Debtor 1    **David Robert Stone**                                                Case number *(if known)* _____

| | |
|---|---|
| **4.3 01** | |

**Mora, Juan G.**
Nonpriority Creditor's Name
**414 Beaumont St**
**Las Vegas, NV 89106**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?          _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

| | |
|---|---|
| **4.3 02** | |

**Moreno**
Nonpriority Creditor's Name
**Vicente**
**Hawaiian Gardens, CA 90716**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?          **3/31/23**

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

| | |
|---|---|
| **4.3 03** | |

**Moreno Rabago, Martin**
Nonpriority Creditor's Name
**1021 Maple Court**
**Ontario, CA 91762**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?          _____

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 193

Debtor 1  __David Robert Stone__                                 Case number (if known) _____

| | | |
|---|---|---|

**4.3 04**  **Morfin Mancilla, Daniel**
Nonpriority Creditor's Name
**4147 Polaris Ave**
**Union City, CA 94587**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.3 05**  **Morgan, James K.**
Nonpriority Creditor's Name
**421 Arroy Dr**
**Big Bear Lake, CA 92315**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.3 06**  **Morris, Timothy**
Nonpriority Creditor's Name
**1420 W 1850 North**
**Layton, UT 84041**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 194

Debtor 1   __David Robert Stone__                                    Case number (if known) _____

| 4.3 07 | **Morris, Timothy H.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**2256 N 850 W**
**Clearfield, UT 84015**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only** _____

| 4.3 08 | **Mosley, Donte J.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**309 W Kimball Ave**
**Hemet, CA 92543**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only** _____

| 4.3 09 | **Mott Jr, Richard** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1401 McKee Road**
**Bakersfield, CA 93307**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only** _____

EXHIBIT 1, PAGE 195

Debtor 1   **David Robert Stone**                                              Case number (if known) _____

---

| 4.3 10 | **Muniz, Julian** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**131 Mangana Hein Road**
**Laredo, TX 78046**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?         _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

| 4.3 11 | **Munoz, Jesus** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**137 E Coronado Lane**
**Tustin, CA 92780**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?         _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

| 4.3 12 | **Nail, Jeffrey M** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**24405 Madison Street**
**Torrance, CA 90505**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?         _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 196

Debtor 1   **David Robert Stone** _____   Case number (*if known*) _____

| 4.3 13 | **Nguyen, Anthony V** | | |
|---|---|---|---|

**Nguyen, Anthony V**
Nonpriority Creditor's Name
**5821 Marquette Street**
**Arlington, TX 76018**
Number Street City State Zip Code

Last 4 digits of account number _____  _____ **Unknown**

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only** _____

| 4.3 14 | **Nguyen, Dung V.** | | |
|---|---|---|---|

**Nguyen, Dung V.**
Nonpriority Creditor's Name
**256 W. 2300 N**
**Ogden, UT 84414**
Number Street City State Zip Code

Last 4 digits of account number _____  _____ **Unknown**

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only** _____

| 4.3 15 | **Njofie, Jevis C.** | | |
|---|---|---|---|

**Njofie, Jevis C.**
Nonpriority Creditor's Name
**850 Canal St.**
**Delaware, OH 43015**
Number Street City State Zip Code

Last 4 digits of account number _____  _____ **Unknown**

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only** _____

EXHIBIT 1, PAGE 197

Debtor 1   **David Robert Stone**                                         Case number (if known) _____

---

**4.3 16**

**NMLS**                                         Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name
**2975 Wilshire Blvd**                            When was the debt incurred?      _____
**Ste 600**
**Los Angeles, CA 90010**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community         ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ■ Other. Specify  **Vendor** _____

---

**4.3 17**

**Noulden III, RaymondL.**                        Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name
**12338 Berts Way**                               When was the debt incurred?      _____
**Corona, CA 92880**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ■ Disputed
☐ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community         ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ■ Other. Specify  **Notice Only** _____

---

**4.3 18**

**Nunez, Octavio**                                Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name
**15676 Kadota Pl**                               When was the debt incurred?      _____
**Victorville, CA 92395**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ■ Disputed
☐ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community         ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ■ Other. Specify  **Notice Only** _____

---

EXHIBIT 1, PAGE 198

Debtor 1   **David Robert Stone** _____   Case number (if known) _____

---

**4.3 19**

| | |
|---|---|
| **Ojeda Campos, Luis E** | Last 4 digits of account number _____   **Unknown** |
| Nonpriority Creditor's Name | |
| **22989 Pahute Road** | When was the debt incurred? _____ |
| **Apple Valley, CA 92308** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify   **Notice Only** |

---

**4.3 20**

| | |
|---|---|
| **Olivia Cabrera, Luis F.** | Last 4 digits of account number _____   **Unknown** |
| Nonpriority Creditor's Name | |
| **1168 8th Ave** | When was the debt incurred? _____ |
| **Hesperia, CA 92345** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify   **Notice Only** |

---

**4.3 21**

| | |
|---|---|
| **Ordonez, Francisco A.** | Last 4 digits of account number _____   **Unknown** |
| Nonpriority Creditor's Name | |
| **25980 Blueleaf St** | When was the debt incurred? _____ |
| **Moreno Valley, CA 92553** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify   **Notice Only** |

---

EXHIBIT 1, PAGE 199

Debtor 1  **David Robert Stone**                                          Case number (if known) _____

---

**4.3 22**

**Orellana Batres, Juan P**
Nonpriority Creditor's Name
**347 Martinez Court**
**Mendota, CA 93640**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only** _____

---

**4.3 23**

**Oritz Corona, Rene**
Nonpriority Creditor's Name
**333 E Green Briar Lane**
**Dallas, TX 75203**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only** _____

---

**4.3 24**

**Orozco Ponce, Lorena P.**
Nonpriority Creditor's Name
**402 Newton St**
**Denver, CO 80204**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only** _____

---

EXHIBIT 1, PAGE 200

Debtor 1    **David Robert Stone**                                    Case number (if known) _____

---

**4.3 25**

**Ortiz Parada, Luis E.**
Nonpriority Creditor's Name
**1278 De Foe Ave**
**Sylmar, CA 91342**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

**4.3 26**

**Osorio Betancourt, Victor M.**
Nonpriority Creditor's Name
**1322 E Pacific Coast Hwy**
**Wilmington, CA 90744**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

**4.3 27**

**Osorio, Darwin**
Nonpriority Creditor's Name
**2621 7th Ave**
**Los Angeles, CA 90018**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice only**

---

EXHIBIT 1, PAGE 201

Debtor 1    **David Robert Stone** _____    Case number (if known) _____

| 4.3 28 | **Padilla Delgado, Leonardo D** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

**4.3 28**

**Padilla Delgado, Leonardo D**
Nonpriority Creditor's Name
**11114 Reichling Lane**
**Whittier, CA 90606**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only** _____

---

**4.3 29**

**Padilla Jr, Hector A**
Nonpriority Creditor's Name
**11114 Reichling Lane**
**Whittier, CA 90606**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only** _____

---

**4.3 30**

**Paniagua Smith, Fernando**
Nonpriority Creditor's Name
**427 Pelican Place**
**Yuba City, CA 95993**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only** _____

---

EXHIBIT 1, PAGE 202

Debtor 1    **David Robert Stone**

Case number *(if known)* _____

---

**4.3 31**

**Pelayo, Angel**
Nonpriority Creditor's Name

**4186 South 4850 West**
**Salt Lake City, UT 84120**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**

---

**4.3 32**

**Pelegrin Diaz, Leoney**
Nonpriority Creditor's Name

**6704 Fenway Drive**
**Pasco, WA 99301**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**

---

**4.3 33**

**Perez, Macario**
Nonpriority Creditor's Name

**300 S Mile 2 W**
**Apt 103**
**Edcouch, TX 78538**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**

---

EXHIBIT 1, PAGE 203

Debtor 1    **David Robert Stone**                                            Case number (if known) _____

---

| | | |
|---|---|---|
| **4.3 34** | **Perez, Roberto N.** | Last 4 digits of account number _____  _____  **Unknown** |

Nonpriority Creditor's Name
**2233 Billing Ave**
**Tulare, CA 93274**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

| | | |
|---|---|---|
| **4.3 35** | **PG&E** | Last 4 digits of account number _____  _____  **$1,700.00** |

Nonpriority Creditor's Name
**300 Lakeside Drive**
**Ste 210**
**Oakland, CA 94612**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Utility CFS**

---

| | | |
|---|---|---|
| **4.3 36** | **PG&E** | Last 4 digits of account number _____  _____  **$1,500.00** |

Nonpriority Creditor's Name
**300 Lakeside Drive**
**Suite 210**
**Oakland, CA 94612**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Ulitity Dave**

---

EXHIBIT 1, PAGE 204

Debtor 1    **David Robert Stone**
Case number (*if known*) _____

| | | |
|---|---|---|
| **4.3 37** | **Phillips, Kierra J.**<br>Nonpriority Creditor's Name<br>**6653 Hill Ave**<br>**#8**<br>**Toledo, OH 43615**<br>Number Street City State Zip Code | Last 4 digits of account number _____ **Unknown**<br><br>When was the debt incurred? _____ |

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice Only**

| | | |
|---|---|---|
| **4.3 38** | **Plantation Golf Club**<br>Nonpriority Creditor's Name<br>**50994 Monroe St.**<br>**Indio, CA 92201**<br>Number Street City State Zip Code | Last 4 digits of account number _____ **$2,500.00**<br><br>When was the debt incurred?  **3/25** |

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Dues**

| | | |
|---|---|---|
| **4.3 39** | **Portillo Arriolo, Ronal**<br>Nonpriority Creditor's Name<br>**9425 Parkwood Manor**<br>**Shafter, CA 93263**<br>Number Street City State Zip Code | Last 4 digits of account number _____ **Unknown**<br><br>When was the debt incurred? _____ |

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice Only**

EXHIBIT 1, PAGE 205

Debtor 1    **David Robert Stone** _____    Case number *(if known)* _____

---

| 4.3 52 | **Readyfresh by Nestle** | Last 4 digits of account number _____ _____ | $180.00 |

Nonpriority Creditor's Name
**900 Long Ridge Road
Building 2
Stamford, CT 06902**
When was the debt incurred? _____
Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Utility**

---

| 4.3 53 | **Real Garcia, Maria D.** | Last 4 digits of account number _____ _____ | Unknown |

Nonpriority Creditor's Name
**4337 N 53rd Ln
Apt 118
Phoenix, AZ 85031**
When was the debt incurred? _____
Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Notice Only**

---

| 4.3 54 | **Reed, Dermmell J.** | Last 4 digits of account number _____ _____ | Unknown |

Nonpriority Creditor's Name
**3321 La Cascada Ave
North Las Vegas, NV 89031**
When was the debt incurred? _____
Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 206

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document    Page 190 of 342

Debtor 1   **David Robert Stone**

Case number (if known) _____

---

**4.3 55**

**Reyes Larios, Victor M.**
Nonpriority Creditor's Name
**13358 Fern Hollow Way**
**Victorville, CA 92392**
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.3 56**

**Reyes Piedra, Jose**
Nonpriority Creditor's Name
**4400 Isla Verde**
**St Apt 7**
**Bakersfield, CA 93301**
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.3 57**

**Reynolds, Blake J.**
Nonpriority Creditor's Name
**8829 Spinning Wheel Ave**
**Las Vegas, NV 89143**
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 207

Debtor 1   David Robert Stone                                                                    Case number (if known) _____

---

| 4.3 58 | **Rhea, Matthew J.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**5130 N. Mendelson Ave**
**Meridian, ID 83646**
Number Street City State Zip Code

When was the debt incurred?        _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

| 4.3 59 | **Rivera, Martin** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**12912 S Frailey Ave**
**Compton, CA 90221**
Number Street City State Zip Code

When was the debt incurred?        _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

| 4.3 60 | **Robles, Luis A.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**17337 Malaga St**
**Fontana, CA 92336**
Number Street City State Zip Code

When was the debt incurred?        _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 208

Debtor 1   David Robert Stone                                    Case number (if known)

---

**4.3 61**

**Rodriguez, Jose**
Nonpriority Creditor's Name
**12053 Walnut Street**
**Norwalk, CA 90650**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

---

**4.3 62**

**Rodriguez Gonzalez, Evaristo**
Nonpriority Creditor's Name
**762 E Pico Blvd**
**Los Angeles, CA 90021**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

---

**4.3 63**

**Rodriguez Huerta, Hilario**
Nonpriority Creditor's Name
**440 Manzanilla Drive**
**Delano, CA 93215**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice Only**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 124 of 164

Debtor 1    **David Robert Stone** _____    Case number (if known) _____

---

**4.3 64**

**Rodriguez Morfin, Audel** _____
Nonpriority Creditor's Name
**600 E Tulare St**
**Avenal, CA 93204**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____  _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.3 65**

**Rodriguez, Ismael** _____
Nonpriority Creditor's Name
**919 N Willow Ave**
**Rialto, CA 92376**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____  _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.3 66**

**Rodriguez, Jaime** _____
Nonpriority Creditor's Name
**5117 Tomahawk Drive**
**Robstown, TX 78380**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____  _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 210

Debtor 1    **David Robert Stone**                                              Case number (if known) _____

---

**4.3 67**

**Rodriguez, Victor**
Nonpriority Creditor's Name
**2109 9th Ave**
**Oakland, CA 94606**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

**4.3 68**

**Rodriguez Orozco, Guillermo**
Nonpriority Creditor's Name
**306 E 7th Street**
**Calexico, CA 92231**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

**4.3 69**

**Rodriguez Rojas, Navor**
Nonpriority Creditor's Name
**461 Estudilla Ave**
**Los Angeles, CA 90063**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

EXHIBIT 1, PAGE 211

Debtor 1    **David Robert Stone** _____    Case number *(if known)* _____

---

**4.3 70**

**Rojas, Eric**
Nonpriority Creditor's Name
**1312 Kayford Ave**
**South El Monte, CA 91733**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

**4.3 71**

**Romero Vasques, Bernardo**
Nonpriority Creditor's Name
**361 Ayrshire Way**
**Gonzales, CA 93926**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

**4.3 72**

**Romero Vasquez, Bernardo**
Nonpriority Creditor's Name
**361 Ayshire Way**
**Gonzales, CA 93926**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

EXHIBIT 1, PAGE 212

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document        Page 196 of 342

Debtor 1    **David Robert Stone**                                                  Case number (if known) _____

---

**4.3
73**

**Romero, Roxanna**
Nonpriority Creditor's Name

**8157 North 22nd Drive**
**Phoenix, AZ 85012**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check that all apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

**4.3
74**

**Rosales Nunez, Carlos**
Nonpriority Creditor's Name

**686 La Lomas Court**
**Imperial, CA 92251**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check that all apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

**4.3
75**

**Ruelas Lopez, Juan D.**
Nonpriority Creditor's Name

**10825 Carbet Place**
**San Diego, CA 92124**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check that all apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

Official Form 106 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 128 of 164

EXHIBIT 1, PAGE 213

Debtor 1    **David Robert Stone**                                       Case number *(if known)*

---

| 4.3 76 | | |
|---|---|---|

**Ruiz, Ignacio D**
Nonpriority Creditor's Name

**Corcoran, CA 93212**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?    **3/28/23**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**

---

| 4.3 77 | | |
|---|---|---|

**Saini, Satwant**
Nonpriority Creditor's Name
**11824 58th Drive NE**
**Marysville, WA 98271**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice only**

---

| 4.3 78 | | |
|---|---|---|

**Salazar Bobadilla, Luis F.**
Nonpriority Creditor's Name
**8760 W Hammer Ln**
**Las Vegas, NV 89149**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**

---

EXHIBIT 1, PAGE 214

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document        Page 198 of 342

Debtor 1    **David Robert Stone** _____    Case number (if known) _____

---

**4.3
79**

**Salinas, Gerardo P.** _____
Nonpriority Creditor's Name
**216 W Court St**
**Apt 55**
**Woodland, CA 95695**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

**4.3
80**

**Salmeron Haro, Flavia** _____
Nonpriority Creditor's Name
**6826 Doriana St #34**
**San Diego, CA 92154**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

**4.3
81**

**Sanchez Villalobos, Herson A.** _____
Nonpriority Creditor's Name
**1343 Rangoon St**
**Pacoima, CA 91331**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

EXHIBIT 1, PAGE 215

Debtor 1    **David Robert Stone**

Case number (if known) _____

| | |
|---|---|
| **4.3 82** | |

**Sanchez, Cesar M.**
Nonpriority Creditor's Name
**201 S Pennsylvania Ave**
**Spc 115**
**San Bernardino, CA 92410**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only** _____

---

| | |
|---|---|
| **4.3 83** | |

**Sanchez, Miguel**
Nonpriority Creditor's Name
**4326 N Ellendale Ave**
**Fresno, CA 93722**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only** _____

---

| | |
|---|---|
| **4.3 84** | |

**Sanchez, Pedro**
Nonpriority Creditor's Name
**12711 Branford St**
**105A**
**Pacoima, CA 91331**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only** _____

---

EXHIBIT 1, PAGE 216

Debtor 1   **David Robert Stone**                                         Case number *(if known)*  _____

---

**4.3 85**

**Sanchez, Ricardo**
Nonpriority Creditor's Name
**10106 Palomino Ave**
**Riverside, CA 92509**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.3 86**

**Sanders, Marcus**
Nonpriority Creditor's Name
**2641 Channing Drive**
**Grand Prairie, TX 75052**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

**4.3 87**

**Sanders, Marcus J.**
Nonpriority Creditor's Name
**27534 Autumn Cir**
**Moreno Valley, CA 92555**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 217

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document    Page 201 of 342

Debtor 1    **David Robert Stone**                                      Case number (if known) _____

---

**4.3 88**

**Sandoval, Jesus**
Nonpriority Creditor's Name
**11461 2nd Ave**
**Loma Linda, CA 92354**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

**4.3 89**

**Santillan Conejo, Jose**
Nonpriority Creditor's Name
**1275 S Sunset Drive**
**Lodi, CA 95240**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

**4.3 90**

**Santillana Jr, Pedro**
Nonpriority Creditor's Name
**1407 Reagan Drive**
**Laredo, TX 78046**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

EXHIBIT 1, PAGE 218

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document      Page 202 of 342

Debtor 1    **David Robert Stone**                                    Case number (if known) _____

---

**4.3 91**

**Schiazza, Emmanuel G**
Nonpriority Creditor's Name

**14414 Uvalde Ave**
**Lubbock, TX 79423**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Notice Only**

---

**4.3 92**

**Seals-Jones, Roderick L.**
Nonpriority Creditor's Name

**9111 Briar Forest Dr**
**Houston, TX 77024**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Notice Only**

---

**4.3 93**

**Selma, Michael R**
Nonpriority Creditor's Name

**25810 Calle Agua**
**Moreno Valley, CA 92551**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Notice Only**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 134 of 164

EXHIBIT 1, PAGE 219

Debtor 1    **David Robert Stone**                                     Case number (if known) _____

---

**4.3 94**    **Sepluveda Dominguez, Gabriel**            Last 4 digits of account number _____    _____    **Unknown**

Nonpriority Creditor's Name
**14833 Kingston Drive**                        When was the debt incurred?  _____
**El Paso, TX 79928**

Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ■ Disputed
☐ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community       ☐ Student loans
debt                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify  **Notice Only**  _____

---

**4.3 95**    **Seyoum, Hagos**                          Last 4 digits of account number _____    _____    **Unknown**

Nonpriority Creditor's Name
**222 S Newbern Way**                           When was the debt incurred?  _____
**Aurora, CO 80018**

Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ■ Disputed
☐ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community       ☐ Student loans
debt                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify  **Notice Only**  _____

---

**4.3 96**    **Shahbazi, Sam**                          Last 4 digits of account number _____    _____    **Unknown**

Nonpriority Creditor's Name
**3150 W Twain Ave**                            When was the debt incurred?  _____
**#115**
**Las Vegas, NV 89103**

Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ■ Disputed
☐ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community       ☐ Student loans
debt                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify  **Notice Only**  _____

---

EXHIBIT 1, PAGE 220

Debtor 1    **David Robert Stone**                                    Case number (if known) _____

| | |
|---|---|
| **4.3 97** | |

**Shivers Jr, Arnold C**
Nonpriority Creditor's Name
**5235 S 12th Way**
**Phoenix, AZ 85040**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Notice only**

---

| | |
|---|---|
| **4.3 98** | |

**Silva, Eunice**
Nonpriority Creditor's Name
**7186 Second St**
**Canutillo, TX 79835**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Notice Only**

---

| | |
|---|---|
| **4.3 99** | |

**Singh, Balinder**
Nonpriority Creditor's Name
**7445 E Simpson Ave**
**Fresno, CA 93737-8000**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Notice Only**

---

EXHIBIT 1, PAGE 221

Debtor 1   **David Robert Stone**                                      Case number (if known) _____

---

**4.4 00**

| | |
|---|---|
| **Singh, Jodha** | Last 4 digits of account number _____      **Unknown** |
| Nonpriority Creditor's Name | |
| **12252 Chatum Court** | When was the debt incurred? _____ |
| **Norden, CA 95724** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **Notice Only** |

---

**4.4 01**

| | |
|---|---|
| **Singh, Karandeep** | Last 4 digits of account number _____      **Unknown** |
| Nonpriority Creditor's Name | |
| **4268 Soloman Street** | When was the debt incurred? _____ |
| **Riverside, CA 92509** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **Notice Only** |

---

**4.4 02**

| | |
|---|---|
| **Singh, Parvinder** | Last 4 digits of account number _____      **Unknown** |
| Nonpriority Creditor's Name | |
| **1919 Quail Lakes Drive** | When was the debt incurred? _____ |
| **Apt 48** | |
| **Stockton, CA 95215** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: |
| ☐ Check if this claim is for a community debt | ☐ Student loans |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **Notice Only** |

---

EXHIBIT 1, PAGE 222

Debtor 1  **David Robert Stone**                                     Case number *(if known)*

---

**4.4 03**

**Singh, Pawandee**
Nonpriority Creditor's Name
**1414 June Ave**
**San Jose, CA 95122**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

**4.4 04**

**Sirin, Edwin**
Nonpriority Creditor's Name
**160 Friesian St**
**Norco, CA 92860**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

**4.4 05**

**Small Business Adminbistration**
Nonpriority Creditor's Name
**409 3rd St**
**Washington, DC 20416**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

Official Form 106 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 138 of 164

EXHIBIT 1, PAGE 223

Debtor 1   **David Robert Stone**                                    Case number (if known) _____

| 4.4 06 | **Small Business Adminbistration** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**409 3rd St**
**Washington, DC 20416**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

---

| 4.4 07 | **Smalling, Sheldon** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**13933 Garforth Avenue**
**El Paso, TX 79928**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

---

| 4.4 08 | **Smith, Brandon** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**7600 N 15th St**
**Suite 150**
**Phoenix, AZ 85020**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 224

Debtor 1   __David Robert Stone__                                    Case number (if known) _____

---

**4.4 09**

**Smith, Brandon T**
Nonpriority Creditor's Name
**3054 Summer Breeze Lane**
**Rosamond, CA 93560**
Number Street City State Zip Code
Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

**4.4 10**

**Solis Hernandez, Alfredo**
Nonpriority Creditor's Name
**10961 Larch Ave**
**Bloomington, CA 92316**
Number Street City State Zip Code
Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

**4.4 11**

**Solis Jr, Arturo**
Nonpriority Creditor's Name
**405 Michoacan Loop**
**Laredo, TX 78045**
Number Street City State Zip Code
Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 225

Debtor 1    **David Robert Stone**                                          Case number (if known) _____

| 4.4 12 | | |
|---|---|---|

**Solis Lopez, Jose A.**
Nonpriority Creditor's Name
**10336 Cavalier St.**
**El Paso, TX 79924**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

---

| 4.4 13 | | |
|---|---|---|

**Solorio Barrera, Francisco**
Nonpriority Creditor's Name
**35053 Nicklaus Nook**
**Beaumont, CA 92223**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

---

| 4.4 14 | | |
|---|---|---|

**Soto Vaca, Derian**
Nonpriority Creditor's Name
**303 Priest Rapids Dr**
**Mattawa, WA 99349**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 226

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document        Page 210 of 342

Debtor 1    **David Robert Stone**                                        Case number (if known) _____

---

| 4.4 15 | **Stamps.com** | Last 4 digits of account number ____ ____ | **$125.00** |

Nonpriority Creditor's Name

**1990 E Grand Ave**
**El Segundo, CA 90245**

When was the debt incurred?    _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Utility**

---

| 4.4 16 | **State Farm Insurance** | Last 4 digits of account number ____ ____ | **$5,000.00** |

Nonpriority Creditor's Name

**1 State Farm Plaza**
**Bloomington, IL 61710**

When was the debt incurred?    _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Insurance**

---

| 4.4 17 | **Steadman, Taylor N.** | Last 4 digits of account number ____ ____ | **Unknown** |

Nonpriority Creditor's Name

**2408 Brighton Dr**
**Louisville, KY 40205**

When was the debt incurred?    _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

EXHIBIT 1, PAGE 227

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document      Page 211 of 342

Debtor 1    **David Robert Stone**

Case number (if known) _____

| | |
|---|---|
| **4.4 18** **Stevenson, Timothy K.** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
**16179W Yavapai St**
**Goodyear, AZ 85338**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Notice Only**

---

| | |
|---|---|
| **4.4 19** **Stewart, Joe N** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
**34710 Lake Side Drive**
**Brookshire, TX 77423**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Notice Only**

---

| | |
|---|---|
| **4.4 20** **Stewart, Kelly** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
**5955 Linden Ave 2**
**Long Beach, CA 90805**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Notice Only**

---

EXHIBIT 1, PAGE 228

Debtor 1    David Robert Stone _____    Case number (if known) _____

| 4.4 21 | **Stinson. Etienne M.** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**1546 W 145th St**
**Apt #5**
**Gardena, CA 90247**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    _____        **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only** _____

| 4.4 22 | **T. Castro, Joseph** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**17482 Granada Ave**
**Fontana, CA 92335**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    _____        **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only** _____

| 4.4 23 | **Tanksley, Braswell D** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**4430 Castellon Way**
**Augusta, GA 30906**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    _____        **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only** _____

EXHIBIT 1, PAGE 229

Debtor 1   **David Robert Stone**

Case number (*if known*)

---

| 4.4 24 | |
|---|---|

**Taylor, Joseph L**
Nonpriority Creditor's Name
**4285 Tomahawk Drive**
**Cedar City, UT 84721**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

| 4.4 25 | |
|---|---|

**Taylor, Keith**
Nonpriority Creditor's Name
**3406 Finney Road**
**Modesto, CA 95358**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

| 4.4 26 | |
|---|---|

**The Last Mobile Truck Service, Inc**
Nonpriority Creditor's Name
**200 Owen Parkway Circle**
**Carter Lake, IA 51510**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Vendor**

---

EXHIBIT 1, PAGE 230

Debtor 1    David Robert Stone                                   Case number (if known) _____

| 4.4 27 | **Tomlinson , Terrance** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**29 Hawser Way**
**Savannah, GA 31407**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

| 4.4 28 | **Tonys Road Service** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**8655 Cherry Ave**
**Fontana, CA 92335**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Vendor**

| 4.4 29 | **Torres Vega, Jose** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1649 Rigel Street**
**Beaumont, CA 92223**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

EXHIBIT 1, PAGE 231

Debtor 1  **David Robert Stone**

Case number (if known) _____

| | |
|---|---|
| **4.4 30** | |

**Torres Villegas, Jose C**
Nonpriority Creditor's Name
**281 Santa Cruz Street**
**Mendota, CA 93640**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____         **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

| | |
|---|---|
| **4.4 31** | |

**Torres, Carlos O.**
Nonpriority Creditor's Name
**5250 Colfax Ave**
**North Hollywood, CA 91601**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____         **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

| | |
|---|---|
| **4.4 32** | |

**Torres, Gerardo**
Nonpriority Creditor's Name
**128 Archangel Way**
**Chaparral, NM 88081**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____         **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 232

Debtor 1  **David Robert Stone**                                    Case number (if known) _____

| | | |
|---|---|---|
| **4.4 33** | **Tracy, Adam** <br> Nonpriority Creditor's Name | Last 4 digits of account number _____      $250,000.00 |

**Tracy, Adam**
Nonpriority Creditor's Name
**35 Tamalpias Ave**
**Apt 2**
**Odessa, TX 79768**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____      $250,000.00

When was the debt incurred?  **7/5/24**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Loans Receivable**

---

| | | |
|---|---|---|
| **4.4 34** | **Trammel, Donyea** <br> Nonpriority Creditor's Name | Last 4 digits of account number _____      Unknown |

**Trammel, Donyea**
Nonpriority Creditor's Name
**1076 N Orange St**
**Apt 3**
**Riverside, CA 92501**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

| | | |
|---|---|---|
| **4.4 35** | **Trejo, Ricardo** <br> Nonpriority Creditor's Name | Last 4 digits of account number _____      Unknown |

**Trejo, Ricardo**
Nonpriority Creditor's Name
**4245 W 134th St**
**Apt 4**
**Hawthorne, CA 90250**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

**EXHIBIT 1, PAGE 233**

Debtor 1   **David Robert Stone**

Case number (if known) _____

---

| 4.4 36 | **Trevino, Rigoberto** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1320 W Gran Via Street**
**Pharr, TX 78577**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice only**

---

| 4.4 37 | **Triplett, Marcus C.** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1705 Beacon Point Ln**
**Dickinson, TX 77539**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

| 4.4 38 | **Truck Paper** | | Last 4 digits of account number _____ | **$11,400.00** |

Nonpriority Creditor's Name
**120 W Harvest Drive**
**Lincoln, NE 68521**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Utility**

---

EXHIBIT 1, PAGE 234

Debtor 1    David Robert Stone                                    Case number (if known) _____

---

**4.4 39**

**Ugues Guevara, Diego A.**
Nonpriority Creditor's Name
**14730 Shaper Dr**
**Unit B**
**El Paso, TX 79928**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    _____          **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**

---

**4.4 40**

**Valdez, Ismael**
Nonpriority Creditor's Name
**234 Calle Pinuelas**
**Delano, CA 93215**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    _____          **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**

---

**4.4 41**

**Valdovinos Fuentes, Maria**
Nonpriority Creditor's Name
**9500 Vanaldn Ave**
**Northridge, CA 91324**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    _____          **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**

---

EXHIBIT 1, PAGE 235

Debtor 1   **David Robert Stone**                                             Case number (*if known*)

---

**4.4
42**

**Valenzuela Orozco, Cayetano**
Nonpriority Creditor's Name
**5800 Aquamarine Peak Dr.**
**Bakersfield, CA 93313**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____                        Unknown

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

**4.4
43**

**Valenzuela, Jonathan**
Nonpriority Creditor's Name
**206 W Ave**
**37**
**Los Angeles, CA 90065**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____                        Unknown

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

**4.4
44**

**Valesquez Garcia, Ovidio D.**
Nonpriority Creditor's Name
**11120 Arminta St**
**215**
**Sun Valley, CA 91352**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____                        Unknown

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 236

Debtor 1    **David Robert Stone**                                                     Case number (if known) _____

---

| 4.4 45 | **Vargas Walker, Francisco** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name
**1102 Loma Mesa**
**San Antonio, TX 78214**

When was the debt incurred?    _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Notice only**

---

| 4.4 46 | **Vasquez, Hector J.** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name
**26201 Le Mans Dr**
**Moreno Valley, CA 92555**

When was the debt incurred?    _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Notice Only**

---

| 4.4 47 | **Vega Jr., Luis A.** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name
**9403 Meadow Falls Dr**
**Bakersfield, CA 93311**

When was the debt incurred?    _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Notice Only**

---

EXHIBIT 1, PAGE 237

Debtor 1   **David Robert Stone**                                    Case number (if known) _____

---

| 4.4 48 | **Vega Mojica, Edmundo** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**906 McFarland Ave**
**Wilmington, CA 90744**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

| 4.4 49 | **Vega, Erica P.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**5765 W Atlantic Pl**
**#301**
**Denver, CO 80227**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

| 4.4 50 | **Velazquez Hernandez, Raul** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**911 W 113th St**
**Los Angeles, CA 90059**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 238

Debtor 1    **David Robert Stone**                                          Case number (if known) _____

---

**4.4 51**

**Vera Caballero, Victor**
Nonpriority Creditor's Name
**3810 Standing Oak Drive**
**Ceres, CA 95307**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

---

**4.4 52**

**Villagomez Alcazar, Emilio**
Nonpriority Creditor's Name
**1842 N Mae Carden Street**
**Visalia, CA 93291**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

---

**4.4 53**

**Villfana, Rafael**
Nonpriority Creditor's Name
**636 Lamoglia Streeet**
**Los Banos, CA 93635**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 239

Debtor 1    **David Robert Stone**                                                                Case number (if known) _____

| 4.4 54 | **Virck, Jitenda S** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name
**900 Alphine Way**
**Tracy, CA 95376**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

| 4.4 55 | **Vonage** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name
**101 Crawfords Corner Road**
**Ste 2416**
**Holmdel, NJ 07733**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Utility**

---

| 4.4 56 | **VRT Services Inc** | Last 4 digits of account number _____ _____ | **$832.85** |

Nonpriority Creditor's Name
**37 Musick**
**Irvine, CA 92618**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Vendor**

---

EXHIBIT 1, PAGE 240

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document      Page 224 of 342

Debtor 1   **David Robert Stone**                                                Case number *(if known)*  _____

| | | | |
|---|---|---|---|
| **4.4 57** | **Walls, Brian A** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**16515 E Nebraska Ave**
**Reedley, CA 93654**

When was the debt incurred?  _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

| | | | |
|---|---|---|---|
| **4.4 58** | **Warren, Nick** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**6562 Caliente Road**
**Hesperia, CA 92344**

When was the debt incurred?  _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Only**

---

| | | | |
|---|---|---|---|
| **4.4 59** | **Weaver Recovery** | Last 4 digits of account number _____ | **$6,000.00** |

Nonpriority Creditor's Name
**2403 N 10th Street**
**McAllen, TX 78501**

When was the debt incurred?  _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

EXHIBIT 1, PAGE 241

Debtor 1   **David Robert Stone**                          Case number (if known) _____

| 4.4 60 | **Wells Fargo** | Last 4 digits of account number | 8539 | $53,736.81 |

Nonpriority Creditor's Name
**PO Box 6995**
**Portland, OR 97228-6995**
Number Street City State Zip Code

When was the debt incurred?   _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Other. Specify   **Credit Card**
  **Cornerstone Financial**

---

| 4.4 61 | **Westamerica** | Last 4 digits of account number | 1999 | $800,000.00 |

Nonpriority Creditor's Name
**7333 Redwood Blvd**
**Novato, CA 94948**
Number Street City State Zip Code

When was the debt incurred?   _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Other. Specify   **Line of Credit**

---

| 4.4 62 | **White Sr., Kovan** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
**3477 Verde St**
**Riverside, CA 92504**
Number Street City State Zip Code

When was the debt incurred?   _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Other. Specify   **Notice Only**

---

EXHIBIT 1, PAGE 242

Debtor 1    **David Robert Stone**                                                            Case number (if known)

---

| 4.4 63 | | |
|---|---|---|

**White, Johnel P.**

Nonpriority Creditor's Name

**1725 Periwinkle Way**
**Antioch, CA 94531**

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Notice Only**

---

| 4.4 64 | | |
|---|---|---|

**Wilborn, Andrion L.**

Nonpriority Creditor's Name

**68 Rockbourne Dr.**
**Humble, TX 77396**

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Notice Only**

---

| 4.4 65 | | |
|---|---|---|

**Williams, Donovan F.**

Nonpriority Creditor's Name

**261 San Mateo Drive**
**Loma Linda, CA 92354**

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Notice Only**

---

EXHIBIT 1, PAGE 243

Debtor 1   **David Robert Stone**                                              Case number *(if known)*

---

**4.4 66**  | **Williams, Ishmael K.**                          Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**21400 Applewood Dr**                                When was the debt incurred?  _____
**California City, CA 93505**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ■ Disputed
☐ At least one of the debtors and another            Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community             ☐ Student loans
debt                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                      report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify  **Notice Only**

---

**4.4 67**  | **Williams, Kevin K**                             Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**2879 Havenwood Drive**                              When was the debt incurred?  _____
**Conyers, GA 30094**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ■ Disputed
☐ At least one of the debtors and another            Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community             ☐ Student loans
debt                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                      report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify  **Notice Only**

---

**4.4 68**  | **Williams, Maurice L.**                          Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**925 Health Creek Dr**                               When was the debt incurred?  _____
**DeSoto, TX 75115**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ■ Disputed
☐ At least one of the debtors and another            Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community             ☐ Student loans
debt                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                      report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 244

Case 6:25-bk-12353-SY    Doc 1    Filed 04/14/25    Entered 04/14/25 15:51:10    Desc
Main Document    Page 228 of 342

Debtor 1  **David Robert Stone**                                                Case number (if known) _____

| 4.4 69 | **Williams, Michael O** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**2464 Copeland Road**
**Valdosta, GA 31601**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

| 4.4 70 | **Williams, Naclinton M.** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**253 CR 3510**
**Woodville, TX 75979**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

| 4.4 71 | **Williams, Winston A.** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**8004 Verde Springs Dr**
**Las Vegas, NV 89128**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 245

Debtor 1   **David Robert Stone**                                Case number (if known) _____

---

**4.4 72**

**Williamson, Tiana J**
Nonpriority Creditor's Name

**16668 Hastings Place**
**Victorville, CA 92395**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____         **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

**4.4 73**

**Worldwide Express**
Nonpriority Creditor's Name

**2700 Commerce Street**
**Ste 1500**
**Dallas, TX 75226**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____         **$296.18**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility**

---

**4.4 74**

**Wright, Gerrcia V**
Nonpriority Creditor's Name

**1428 Kings Point Way**
**Conyers, GA 30094**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____         **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

Official Form 106 E/F            Schedule E/F: Creditors Who Have Unsecured Claims            Page 161 of 164

Debtor 1   **David Robert Stone**                                    Case number (if known) _____

| 4.4 75 | **Yanez, Andre** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**8505 Mulberry Ave
Apt O
Fontana, CA 92335**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

| 4.4 76 | **Zamora Jr, Samuel** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**3101 Monterrey Street
Laredo, TX 78046**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

| 4.4 77 | **Zarate Andrade, Ana C** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1097 Santiago Dr
Calexico, CA 92231**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Only**

---

EXHIBIT 1, PAGE 247

Debtor 1    **David Robert Stone** _____    Case number (if known) _____

| | | |
|---|---|---|
| **4.4 78** | | |

**Zarate, Fabricio Gustavo A.**
Nonpriority Creditor's Name
**123 N 4020 E**
**Rigby, ID 83442**
Number Street City State Zip Code

Last 4 digits of account number _____    _____    **Unknown**

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
□ Yes

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only** _____

---

| | | |
|---|---|---|
| **4.4 79** | | |

**Zertuche, German**
Nonpriority Creditor's Name
**6409 Country Rd 168**
**Alvin, TX 77511**
Number Street City State Zip Code

Last 4 digits of account number _____    _____    **Unknown**

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
□ Yes

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only** _____

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total Claim |
|---|---|---|---|---:|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a.  $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b.  $ | 352,386.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c.  $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d.  $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e.  $ | 352,386.00 |
|  |  |  | | Total Claim |
| **Total claims from Part 2** | 6f. | Student loans | 6f.  $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g.  $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h.  $ | |

EXHIBIT 1, PAGE 248

Debtor 1  **David Robert Stone**

Case number (if known)

| | | | | |
|---|---|---|---|---|
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 0.00 |
| | | | | 6,890,243.37 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 6,890,243.37 |

EXHIBIT 1, PAGE 249

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **David Robert Stone** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**
   Name, Number, Street, City, State and ZIP Code

   **State what the contract or lease is for**

   2.1    **SEE LIST OF TRUCK LESSEES ATTACHED**

Official Form 106G            Schedule G: Executory Contracts and Unexpired Leases            Page 1 of 1

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 6/12/20 | Harold G. | Horace | 9510 Fossil Canyon | Humble | TX | 77396- | 4,695.60 |
| 8/20/20 | Eric | Rojas | 1312 Kayford Ave | S El Monte | CA | 91733- | 8,412.00 |
| 8/21/20 | Maria Del Carmen | Valdovinos Fuentes | 9500 Vanalden Ave | Northridge | CA | 91324- | 10,932.00 |
| 10/27/20 | Jose | Reyes Piedra | 4400 Isla Verde St Apt 7 | Bakersfield | CA | 93301- | 13,264.30 |
| 12/3/20 | Alson R. | Hall II | 13785 Whitesail Dr | Victorville | CA | 92395- | 22,585.00 |
| 12/7/20 | Feliciano | Cortez-Mendoza | 451 West D St | Brawley | CA | 92227- | 6,783.00 |
| 12/10/20 | Alejandro | Camacho | 250 N Linden Ave Sp 253 | Rialto | CA | 92376- | 5,650.00 |
| 12/11/20 | Naclinton M | Williams | 253 CR 3510 | Woodville | TX | 75979- | 25,189.00 |
| 12/16/20 | Robert D. | Marshall | 913 Glenn Heather Ct | Dacono | CO | 80514- | 16,152.00 |
| 12/16/20 | Jose W. | Figueroa Perez | 19039 Elaine Ave | Artesia | CA | 90701- | 4,512.00 |
| 12/17/20 | Luis A. | Vega Jr. | 9403 Meadow Falls Dr | Bakersfield | CA | 93311- | 19,468.00 |
| 12/22/20 | Matthew J. | Rhea | 5130 N. Mendelson Ave | Meridian | ID | 83646- | 4,359.00 |
| 12/30/20 | Dominga T. | Ramirez | 2815 Olive Ave | Schertz | TX | 78154- | 14,580.00 |
| 1/6/21 | Mario | Gonzalez Ayala | 224 W Tunnell St | Santa Maria | CA | 93458- | 21,959.00 |
| 1/15/21 | Edgar M. | Acosta Villarreal | 51702 La Ponderosa Dr. | Coachella | CA | 92236- | 20,489.00 |
| 1/18/21 | Fabricio Gustavo A. | Zarate | 123 N 4020 E | Rigby | ID | 83442- | 15,459.00 |
| 1/20/21 | Arnoldo | Berrones | 21212 N Skinner Rd | Edinburg | TX | 78542- | 19,477.00 |
| 1/21/21 | Donte J. | Mosley | 309 W Kimball Avenue | Hemet | CA | 92543- | 1,504.00 |
| 1/27/21 | Jose | Marin Jr | 10840 Nuevo Dr | Fontana | CA | 92337- | 3,106.00 |
| 2/1/21 | Gabriel A. | Echeverria | 959 Calle Dura | Rio Rico | AZ | 85648- | 14,874.00 |
| 2/19/21 | Larry D. | Hill Jr | 18490 Jennings Dr | Lathrop | CA | 95330- | 14,870.00 |
| 2/23/21 | Raul V. | Duarte | 2301 Victoria Ct | Imperial | CA | 92251- | 21,666.00 |
| 3/1/21 | Cory L. | Frew | 163 S 1450 W #5D | Clearfield | UT | 84015- | 4,786.00 |
| 3/4/21 | Dana M. | Mikes | 9905 Packwood Dr | Bakersfield | CA | 93313- | 54,336.00 |

EXHIBIT 1, PAGE 251

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 3/8/21 | Edy O. | Calderon Monzon | 3660 Regal Oaks Pl | Perris | CA | 92571- | 4,751.00 |
| 3/9/21 | Francsico | Cerda Garza | 1017 Ridgeland Ave | McAllen | TX | 78503- | 3,716.00 |
| 3/12/21 | Richard W. | Crear | 2134 Woodglen Dr | Garland | TX | 75040- | 1,689.00 |
| 3/12/21 | Samuel O. | Draper | 128 Flat Creek | Robinson | TX | 76706- | 1,512.00 |
| 3/16/21 | Carlos I. Lopez | Garcia | 627 Burnett Dr | Corcoran | CA | 93212- | 4,943.00 |
| 3/19/21 | Carlos A. | Martinez | 8121 Broadway Ave Apt 50 | Whittier | CA | 90606- | 1,652.00 |
| 4/1/21 | Juan E. | Herrera | 2705 N 88th Dr | Phoenix | AZ | 85037- | 20,814.00 |
| 4/1/21 | Blake J. | Reynolds | 8829 Spinning Wheel Ave | Las Vegas | NV | 89143- | 3,100.00 |
| 4/5/21 | Luis F. | Salazar Bobadilla | 8760 W Hammer Ln | Las Vegas | NV | 89149- | 17,097.00 |
| 4/9/21 | Ernie Reyes | Flores | 8207 S. Calle Azteca | Guadalupe | AZ | 85283- | 3,100.00 |
| 4/12/21 | Robert K. | Bair | 135 Braeburn | Boerne | TX | 78015- | 6,962.00 |
| 4/13/21 | Hector Lopez | Flores | 241 E Alexandria St | Calipatria | CA | 92233- | 5,977.00 |
| 4/13/21 | Juan Santos | Huerta | 23326 Dragon Rock Rd | Elmendorf | TX | 78112- | 5,544.00 |
| 4/16/21 | Francisco A. | Ordonez | 25980 Blueleaf St | Moreno Valley | CA | 92553- | 15,253.00 |
| 4/16/21 | Alexis | Delgadillo | 16120 Reed Ct | Fontana | CA | 92336- | 3,837.00 |
| 4/22/21 | Irma | Lozano | 3028 N Sierra Way | San Bernardino | CA | 92405- | 10,815.00 |
| 4/26/21 | Abraham | Guzman Martinez | 1268 Trask Dr | Holiister | CA | 95023- | 31,090.00 |
| 4/27/21 | Julio R. | Gonzalez | 1766 Rio Drive | Eagle Pass | TX | 78852- | 11,750.00 |
| 4/28/21 | James K. | Morgan | 421 Arroyo Dr | Big Bear Lake | CA | 92315- | 14,429.00 |
| 5/7/21 | Ishmael K. | Williams | 21400 Applewood Dr | California City | CA | 93505- | 16,710.00 |
| 5/11/21 | Andre M. | Mcclain | 13422 Banning St | Fontana | CA | 92336- | 10,538.00 |
| 5/13/21 | Brittany Raquel S. | Lambert | 7960 Rafael Rivera Way Unit 1101 | Las Vegas | NV | 89113- | 4,771.00 |

EXHIBIT 1, PAGE 252

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 5/14/21 | Tae H. | Lee | 1033 S Bronson Ave | Los Angeles | CA | 90019- | 16,857.00 |
| 5/14/21 | Desmond E. | Iwuagwu | 546 Winston St | Grand Prairie | TX | 75052- | 20,239.00 |
| 5/18/21 | Macario | Perez | 300 S Mile 2 W Apt 103 | Edcouch | TX | 78538- | 1,502.00 |
| 5/18/21 | Juan D. | Ruelas Lopez | 10825 Carbet Place | San Diego | CA | 92124- | 20,934.00 |
| 5/24/21 | Josue M. | Jimenez Caballero | 2150 21st Ave | San Francisco | CA | 94116- | 7,178.00 |
| 5/24/21 | Ismael | Lopez Rivera | 130 Taylor St | Lebanon | OR | 97355- | 4,851.00 |
| 5/26/21 | Jesus E. | Lopez Alcantara | 14334 Sierra Grande St | Adelanto | CA | 92301- | 16,802.00 |
| 5/28/21 | Marcus T. | Boyd | 9588 Brooks Lake Ave | Las Vegas | NV | 89148- | 26,704.00 |
| 6/7/21 | Luis A. | Robles | 17337 Malaga St | Fontana | CA | 92336- | 6,550.00 |
| 6/7/21 | Juan | Garcia Garcia | 8180 11th Ave | Hesperia | CA | 92345- | 15,449.00 |
| 6/9/21 | Alejandro J. | Colin | 44140 Camellia St | Lancaster | CA | 93535- | 6,854.00 |
| 6/15/21 | Jacqueline D. | Mims | 5701 Tupelo Dr | Sacramento | CA | 95842- | 7,627.00 |
| 6/16/21 | Timothy H. | Morris | 2256 N 850 W | Clinton | UT | 84015- | 7,649.00 |
| 6/18/21 | Joseph | T. Castro | 17482 Granada Ave | Fontana | CA | 92335- | 10,111.00 |
| 6/18/21 | Kevin L. | Mcilwain | 9100 Pepper Grass Ave | Odessa | TX | 79765- | 31,365.00 |
| 6/23/21 | Angel | Pelayo | 4186 South 4850 West | West Valley | UT | 84120- | 19,750.00 |
| 6/23/21 | German | Zertuche | 6409 County Rd 168 | Alvin | TX | 77511- | 24,031.00 |
| 6/29/21 | Faryad A. | Khan | 962 Skyline Dr | Yuba City | CA | 95991- | 37,105.00 |
| 7/2/21 | Roderick L. | Seals-Jones | 9111 Briar Forest Dr | Houston | TX | 77024- | 11,416.00 |
| 7/6/21 | Victor M. | Reyes Larios | 13358 Fern Hollow Way | Victorville | CA | 92392- | 31,379.00 |
| 7/20/21 | Etienne M. | Stinson | 1546 W 145th St Apt #5 | Gardenia | CA | 90247- | 28,963.00 |
| 7/21/21 | Marcus J. | Sanders | 27534 Autumn Cir | Moreno Valley | CA | 92555- | 10,934.00 |

EXHIBIT 1, PAGE 253

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 7/23/21 | Hector J. | Vasquez | 26201 Le Mans Dr | Moren Valley | CA | 92555- | 6,410.00 |
| 7/27/21 | Aseem | Indora | 2450 Peralta Blvd #100 | Fremont | CA | 94536- | 34,488.00 |
| 8/11/21 | Wool E. | Manyiel | 8427 W Lewis Ave | Phoenix | AZ | 85037- | 6,479.00 |
| 8/11/21 | Jose Martin | Lopez | 4222 N. 79th Ln | Phoenix | AZ | 85033- | 21,551.00 |
| 8/17/21 | Marcus C. | Triplett | 1705 Beacon Point Ln | Dickinson | TX | 77539- | 24,246.00 |
| 8/19/21 | Ricardo | Trejo | 4245 W 134th St Apt A | Hawthorne | CA | 90250- | 11,723.00 |
| 8/27/21 | Aldo A. | Cedillo | 3716 Santos Morales Dr | Laredo | TX | 78046- | 13,631.00 |
| 9/3/21 | Timothy K. | Stevenson | 16179 W Yavapai St | Goodyear | AZ | 85338- | 13,872.00 |
| 9/8/21 | Ali | Mansour | 804 Honey Dew Ln | Fort Worth | TX | 76120- | 28,448.00 |
| 9/13/21 | Francisco A. | Gomez Jr. | 15950 Ellington Way | Chino Hills | CA | 91709- | 34,499.00 |
| 9/14/21 | Juan G. | Mora | 414 Beaumont St | Las Vegas | NV | 89106- | 47,645.00 |
| 9/15/21 | Sergio | Diaz | 6247 Morton Ave | Riverside | CA | 92509- | 48,044.00 |
| 9/14/21 | Carlos J. | Cruz Rivas | 511 N Imperial Ave | Brawley | CA | 92227- | 17,110.00 |
| 9/23/21 | Pablo A. | Chinchilla | 24950 Via Florecer #157 | Mission Viejo | CA | 92692- | 32,271.00 |
| 9/24/21 | Basil | Mbuba | 726 East 46 Street | Brooklyn | NY | 11203- | 36,834.00 |
| 9/29/21 | Taye M. | Ayicheh | 4761 Carson St | Denver | CO | 80239- | 4,429.00 |
| 9/30/21 | Carlos O. | Torres | 5250 Colfax Ave | N Hollywood | CA | 91601- | 31,894.00 |
| 10/8/21 | Alonso | Ceniseros | 2001 S. Campus Ave Apt E | Ontario | CA | 91761- | 11,818.00 |
| 10/8/21 | Joshua | Mendez | 14950 Nokomis Rd | Apple Valley | CA | 92307 | 14,675.00 |
| 10/11/21 | Aaron M. | Henson | 610 N Oakland Ave Apt 1 | Pasadena | CA | 91101- | 7,950.00 |
| 10/12/21 | Ronnel T. | Hewitt | 5481 N Paramount Blvd 6 110 | Long Beach | CA | 90805- | 5,487.00 |
| 10/15/21 | Esteban R. | Huerta Cortes | 368 E Grove St | Pomona | CA | 91767- | 17,043.00 |
| 10/20/21 | Josue N. | Gonzalez Wong | 202 B St | Taft | CA | 93268- | 9,990.00 |

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 10/20/21 | Terry L. | Hayward | 17585 Lombardy LN | Bloomington | CA | 92316- | 11,769.00 |
| 10/21/21 | Diego A. | Ugues Guevara | 14730 Shape Dr Unit B | El Paso | TX | 79928- | 7,003.00 |
| 10/21/21 | Jurrell D. | Brown | 13023 Ambrose St | Houston | TX | 77045- | 4,297.00 |
| 10/27/21 | Marcus D. | Addy | 503 S Flower St Apt 3 | Inglewood | CA | 90301- | 10,997.00 |
| 10/29/21 | William M. | Hernandez | 12361 Deborah | Victorville | CA | 92392- | 27,398.00 |
| 11/15/21 | Winston A. | Williams | 8004 Verde Springs Drive | Las Vegas | NV | 89128- | 40,099.00 |
| 11/17/21 | Kovan | White Sr. | 3477 Verde St | Riverside | CA | 92504- | 7,435.00 |
| 11/18/21 | Lilia V. | Garcia | 1675 Campbell Rd | Sidney | OH | 45365- | 10,217.00 |
| 11/22/21 | Daniel W. | Kerr | 2651 Reche Canyon Rd | Colton | CA | 89193- | 3,349.00 |
| 11/23/21 | Alvaro | Contreras Jr. | 3819 Finnigan Ct | Riverbank | CA | 95367- | 21,426.00 |
| 11/24/21 | Arturo | Garcia | 2325 Blake St | San Bernardino | CA | 92407- | 5,897.00 |
| 11/30/21 | Sam | Shahbazi | 3150 W Twain Ave #115 | Las Vegas | NV | 89103- | 18,959.00 |
| 11/30/21 | Audel | Rodriguez Morfin | 600 E Tulare St | Avenal | CA | 93204- | 17,964.00 |
| 12/7/21 | Luis A. | Robles | 17337 Malaga St | Fontana | CA | 92336- | 8,659.00 |
| 12/10/21 | Cesar M. | Sanchez | 201 S Pennsylania Ave Spc 115 | San Bernardino | CA | 92410- | 31,912.00 |
| 12/14/21 | Jack C. | Boyd | 6601 Blue Oaks Blvd Apt 4303 | Rocklin | CA | 95765- | 12,547.00 |
| 12/17/21 | Taylor N. | Steadman | 2408 Brighton Dr | Louisville | KY | 40205- | 33,035.00 |
| 12/21/21 | Jorge | Lopez Mendieta | 10333 Via Pastoral | Moreno Valley | CA | 92557- | 48,678.00 |
| 12/22/21 | Adriana | Cervantes Cano | 27201 Vista Ave | Perris | CA | 92570- | 4,586.00 |
| 12/27/21 | Hrach | Hrantyan | 11657 Oxnard St #317 | N. Hollywood | CA | 91606- | 48,132.00 |
| 12/28/21 | Dung V. | Nguyen | 256 W. 2300 N | Ogden | UT | 84414- | 40,329.00 |
| 12/30/21 | Aniceto | Lopez Chavez | 449 White Cloud Rd | Horizon City | TX | 79928- | 10,439.00 |
| 1/7/22 | Jinetra L. | Bonner | 27169 Woodglen LN | Moreno Valley | CA | 92555- | 19,826.00 |

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 1/10/22 | Dominique M. | Howard | 1730 196th St SE Apt C309 | Bothell | WA | 98012- | 36,945.00 |
| 1/10/22 | Yesenia A. | Fernandez | 107 Orchard Ct | Laredo | TX | 78045- | 2,935.00 |
| 1/11/22 | Johnel P. | White | 1725 Perkwinkle Way | Antioch | CA | 94531- | 22,554.00 |
| 1/19/22 | Ricardo J. | Martinez | 2527 Barbwire Way | San Antonio | TX | 78244- | 21,562.00 |
| 1/19/22 | Bernardo | Romero Vasquez | 361 Ayrshire Way | Gonzales | CA | 93926- | 43,717.00 |
| 1/19/22 | Deonte J. | Colvin | 3043 Chamberlain Ave SE | Grand Rapids | MI | 49508- | 15,073.00 |
| 1/21/22 | Pedro | Sanchez | 12711 Branford St 105A | Pacoima | CA | 91331- | 26,517.00 |
| 1/25/22 | Mario | Arias Jr. | 5030 Crescent Bay Dr | San Diego | CA | 92154- | 48,257.00 |
| 1/27/22 | Carlos I. | Lopez Garcia | 627 Burnett Dr | Corcoran | CA | 93212- | 22,158.00 |
| 1/28/22 | Domingo V. | Calderon Cerna | 37142 Sabal Ave | Palmdale | CA | 93552- | 10,164.00 |
| 1/28/22 | Arnoldo | Ramos Romero | 14452 Stivers Rd | Victorville | CA | 92394- | 44,570.00 |
| 2/2/22 | Godwin S. | Fanuvi | 1301 E. Mockingbird Lane Apt2139 | Midland | TX | 79705- | 25,191.00 |
| 2/3/22 | Luis F. | Oliva Cabrera | 11681 8th Ave | Hesperia | CA | 92345- | 36,166.00 |
| 2/8/22 | Eunice | Silva | 7186 Second St | Canutillo | TX | 79835- | 17,481.00 |
| 2/9/22 | Cesar | Castillo | 606 Kensington Dr | Duncanville | TX | 75137- | 15,917.00 |
| 2/11/22 | Juan C. | Alvarez | 820 Gondola Ln | El Paso | TX | 79912- | 6,789.00 |
| 2/17/22 | Monica Y. | Cordero | 508 Amber Dr | Weslaco | TX | 78596- | 4,757.00 |
| 3/2/22 | Ermelindo M. | Alva Alva | 10499 Worchester Dr | Commerce City | CO | 80022- | 32,645.00 |
| 3/8/22 | Mario A. | Gomez Cardona | 13065 Sycamore Ave Apt A | Chino | CA | 91710- | 26,783.00 |
| 3/10/22 | Guillermo D. | Macias Valenzuela | 636 Olive St | Brawley | CA | 92227- | 60,014.00 |
| 3/22/22 | Enver A. | Dauti | 3126 Legends Creek Dr | Spring | TX | 77386- | 3,609.00 |

EXHIBIT 1, PAGE 256

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 3/23/22 | Demmell J. | Reed | 3321 La Cascada Ave | North Las Vegas | NV | 89031- | 61,337.00 |
| 3/23/22 | Alfredo | Solis Hernandez | 10961 Larch Ave | Bloomington | CA | 92316- | 31,138.00 |
| 3/25/22 | Ovidio D. | Velasquez Garcia | 11120 Arminta St 215 | Sun Valley | CA | 91352- | 27,479.00 |
| 4/13/22 | Iris O. | Funez | 1622 W 259th St | Harbor City | CA | 90710- | 42,633.00 |
| 4/15/22 | Gabriel | Sepulveda Dominguez | 14833 Kingston Dr | Horizon City | TX | 79928- | 1,732.00 |
| 4/18/22 | Juan A. | Ramirez | 16521 Sheffield St | Delhi | CA | 95315- | 41,937.00 |
| 4/20/22 | Ismael | Rodriguez | 919 N Willow Ave | Rialto | CA | 92376- | 29,442.00 |
| 4/22/22 | Mack H. | Arthur Jr. | 1114 W 92nd St Apt 4 | Los Angeles | CA | 90044- | 12,670.00 |
| 4/25/22 | Bernardo | Romero Vasquez | 361 Ayrshire Way | Gonzalez | CA | 93926- | 19,073.00 |
| 4/26/22 | Carlos A. | Esparza Miramontes | 621 Valladolid | San Elizario | TX | 79849- | 7,141.00 |
| 4/27/22 | Maria G. | Diaz | 25129 Abbey LN | Moreno Valley | CA | 92557- | 39,045.00 |
| 4/29/22 | Carlos D. | Jackson | 11341 Loma Linda Cir | El Paso | TX | 79934- | 26,095.00 |
| 4/29/22 | Raul | Velazquez Hernandez | 911 W 113th St | Los Angeles | CA | 90059- | 31,344.00 |
| 5/2/22 | Mark A. | Grzegorczyk | 1832 Silvergate Rd | Fort Collins | CO | 80526- | 22,309.00 |
| 5/2/22 | Ricardo | Sanchez | 10106 Palomino Ave | Riverside | CA | 92509- | 3,637.00 |
| 5/6/22 | Phillip L. | Johnson | 1007 E Terrace Dr | Long Beach | CA | 90807- | 16,351.00 |
| 5/9/22 | Bobby | Evans Jr. | 28525 11th St | Lake Elsinore | CA | 92532- | 38,908.00 |
| 5/10/22 | Robert K. | Bair | 135 Braeburn | Boerne | TX | 78015- | 29,410.00 |
| 5/18/22 | Joaquan A. | Harvey | 631 E 105th St | Los Angeles | CA | 90002- | 32,216.00 |
| 5/18/22 | Lord B. | Ezell | 27907 Via De La Real | Moreno Valley | CA | 92555- | 35,677.00 |

EXHIBIT 1, PAGE 257

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 5/19/22 | Jose A. | Mendez | 2751 Monument Blvd Apt 81 | Concord | CA | 94520- | 20,011.00 |
| 5/21/22 | Maurice L. | Williams | 925 Heath Creek Dr | Desoto | TX | 75115- | 20,829.00 |
| 5/26/22 | Lorena P. | Orozco Ponce | 402 Newton St | Denver | CO | 80204- | 9,369.00 |
| 5/26/22 | Juan F. | Martinez Albino | 222 W El Segundo Blvd | Los Angeles | CA | 90061- | 34,768.00 |
| 6/16/22 | Jonathan | Valenzuela | 206 W Ave 37 | Los Angeles | CA | 90065- | 53,932.00 |
| 6/23/22 | Edwin | Sirin | 160 Friesian St | Norco | CA | 92860- | 34,848.00 |
| 7/19/22 | Williams F. | Cueto Favela | 9242 Hyssop Dr. | Rancho Cucamonga | CA | 91730- | 66,392.00 |
| 7/21/22 | Cameron J. | Edwards Jr. | 8010 Stutz Ct | Sacramento | CA | 95828- | 36,236.00 |
| 7/22/22 | Ernesto | Lopez | 16031 Pioneer Bl Apt C11 | Norwalk | CA | 90650- | 41,400.00 |
| 7/28/22 | Gabriela | Bataineh | 910 Ammons St | South Houston | TX | 77587- | 30,820.00 |
| 8/2/22 | Maria G. | Hernandez | 43500 Corte Logrono | Temecula | CA | 92592- | 36,165.00 |
| 8/5/22 | Eric R. | Macias Ortega | 3212 David Palacio Dr | El Paso | TX | 79938- | 5,676.00 |
| 8/9/22 | Kierra J. | Phillips | 6653 Hill Ave #8 | Toledo | OH | 43615- | 26,464.00 |
| 8/10/22 | Miguel A. | Bravo | 725 Eggleston Ave | Dos Palos | CA | 93620- | 42,479.00 |
| 8/12/22 | Jose A. | Bernal Jr. | 1170 Galapago St | Denver | CO | 80204- | 10,035.00 |
| 8/12/22 | Feliciano | Cortez-Mendoza | 451 West D St | Brawley | CA | 92227- | 86,131.00 |
| 8/17/22 | Derian | Soto Vaca | 303 Priest Rapids Dr | Mattawa | WA | 99349- | 18,452.00 |
| 8/19/22 | Erica P. | Vega | 5765 W Atlantic Pl #301 | Lakewood | CO | 80227- | 33,707.00 |
| 8/19/22 | Rayrone T. | Mcclinton | 7255 Texas Rangers Dr Apt 1336 | Frisco | TX | 75034- | 33,698.00 |
| 8/19/22 | Gerardo | Torres | 128 Archangel Way | Chaparral | NM | 88081- | 6,930.00 |
| 8/26/22 | Andy | Garcia | 30249 Goldenrain Dr | Menifee | CA | 92584- | 59,372.00 |
| 9/2/22 | Donovan F. | Williams | 11261 San Mateo Drive | Loma Linda | CA | 92354- | 28,152.00 |
| 9/14/22 | Marvin E. | Jackson III | 6434 Westward Wood Way | Humble | TX | 77338- | 17,877.00 |

EXHIBIT 1, PAGE 258

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 9/16/22 | Luis E. | Ortiz Parada | 12718 De Foe Ave | Sylmar | CA | 91342- | 20,823.00 |
| 9/20/22 | Leticia | Lopez | 11862 Burgess Ave | Whittier | CA | 90604- | 38,862.00 |
| 9/20/22 | Raymond L. | Boulden III | 12338 Berts Way | Eastvale | CA | 92880- | 10,446.00 |
| 9/23/22 | Adriano | Da Silva | 3651 Prairie Waters Dr. #3108 | Dallas | TX | 75052- | 48,234.00 |
| 9/23/22 | Lizzy D. | Poveda Ordonez | 4567 Catalpa St. | Los Angeles | CA | 90032- | 9,537.00 |
| 9/28/22 | Julio A. | Marroquin Cordon | 16128 Orange St. Apt B | Hesperia | CA | 92345- | 19,634.00 |
| 10/5/22 | Heidy | Abreu Ramirez | 30523 Animation LN | Wesley Chapel | FL | 33545- | 8,571.00 |
| 10/6/22 | Andrion L. | Wilborn | 6118 Rockbourne Dr. | Humble | TX | 77396- | 40,927.00 |
| 10/12/22 | Jevis C. | Njofie | 850 Canal St. | Delaware | OH | 43015- | 41,340.00 |
| 10/14/22 | Efrain | Lara | 6522 Cerritos Ave. | Long Beach | CA | 90805- | 24,055.00 |
| 10/28/22 | Herson A. | Sanchez Villalobos | 13413 Rangoon St | Arleta | CA | 91331- | 17,361.00 |
| 11/9/22 | Kenneth H. | Fredericks Jr. | 8972 Virginia Ave | South Gate | CA | 90280- | 34,486.00 |
| 11/10/22 | Octavio | Nunez | 15676 Kadota Pl | Victorville | CA | 92395- | 16,976.00 |
| 11/17/22 | Michael T. | Armstrong | 7200 Somerset Unit 1642 | Paramount | CA | 90723- | 20,428.00 |
| 11/22/22 | Cynthia I. | Alvidrez Pacheco | 784 Brunswick Pl | El Paso | TX | 79928- | 38,618.00 |
| 11/29/22 | Marcos R. | Chia | 1309 Alameda Ave | Chowcilla | CA | 93610- | 29,018.00 |
| 11/29/22 | Elmer N. | Crespin Zamora | 1855 Griffin Dr | Vallejo | CA | 94589- | 45,552.00 |
| 11/30/22 | Jaime L. | Cordova Rico | 888 E Rialto Ave | San Bernardino | CA | 92408- | 44,011.00 |
| 12/5/22 | Maria D. | Real Garcia | 4337 N 53RD LN Apt 118 | Phoenix | AZ | 85031- | 39,988.00 |
| 12/8/22 | Makedon | Makarian | 6646 Ampere Ave | N Hollywood | CA | 91606- | 37,716.00 |
| 12/12/22 | Jose L. | Andrade | 5500 Quince St. | Odessa | TX | 79763- | 25,245.00 |
| 12/13/22 | Jesus | Maldonado Morales | 14224 Bluesky Point Ct | El Paso | TX | 79938- | 21,698.00 |
| 12/23/22 | Evaristo | Rodriguez Gonzalez | 762 E Pico Blvd | Los Angeles | CA | 90021- | 3,698.00 |

EXHIBIT 1, PAGE 259

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 12/23/22 | Alfred | Cerpa | 1389 Red Beaut Cir | Reedley | CA | 93654- | 25,790.00 |
| 1/4/23 | Walter J. | Guerra Sandoval | 29932 Fox Creek Dr. | Menifee | CA | 92586- | 17,982.00 |
| 1/10/23 | John P. | Gonzales Mendiola | 10952 Elena St. | Cerritos | CA | 90703- | 16,665.00 |
| 1/12/23 | Jose A. | Solis Lopez | 10336 Cavalier St. | El Paso | TX | 79924- | 22,041.00 |
| 1/19/23 | Dillon C. | Purnell | 206 North Lake Dr. Apt 2006 | Warner Robins | GA | 31093- | 29,989.00 |
| 1/25/23 | Jose J. | Elias Osorio | 142 N Date Ave. Apt C | Rialto | CA | 92376- | 12,964.00 |
| 1/30/23 | Roberto N. | Perez | 2233 Billing Ave. | Tulare | CA | 93274- | 55,352.00 |
| 2/2/23 | Yosmel | Fundora Mojena | 5751 Greenhouse Rd Apt 1432 | Katy | TX | 77449- | 21,681.00 |
| 2/10/23 | Jesus R. | Duarte | 1310 Daisy Ridge LN | Palmview | TX | 78574- | 8,198.00 |
| 2/13/23 | Elmer A. | Castillo | 12027 Santian Ct | Jurapa Valley | CA | 91752- | 16,467.00 |
| 2/14/23 | Jonathan | Molina | 1858 Old Pioneer Rd. | Eagle Pass | TX | 78852- | 36,059.00 |
| 2/17/23 | Daniel | De La Garza | 2429 Dakota Rd | Fort Mahave | AZ | 86426- | 31,473.00 |
| 2/21/23 | Victor M. | Osorio Betancourt | 1322 E Pacific Coast Hwy | Wilmington | CA | 90744- | 19,733.00 |
| 2/23/23 | Xavier | Martinez | 5805 Western Rd. | Mission | TX | 78574- | 68,253.00 |
| 2/24/23 | Allen P. | Henry | 1008 W. Cedar River Road | Montgomery | TX | 77316- | 26,115.00 |
| 2/27/23 | Syron K. | Collins | 9755 Clanton Pines Dr. | Humble | TX | 77396- | 18,430.00 |
| 3/2/23 | Harpreet S. | Randhawa | 3598 Macadamia LN | Ceres | CA | 95307- | 22,144.00 |
| 3/8/23 | Gerardo P. | Salinas | 216 W Court St Apt 55 | Woodland | CA | 95695- | 47,514.00 |
| 3/10/23 | Cayetano | Valenzuela Orozco | 5800 Aquamarine Peak Dr. | Bakersfield | CA | 93313- | 71,554.00 |
| 3/13/23 | Ignacio | Fuentes Garcia | 1457 N. Bellah | Lindsay | CA | 93247- | 34,791.00 |
| 3/27/23 | Ismael | Valadez | 234 Calle Pinuelas | Delano | CA | 93215- | 79,040.00 |
| 3/28/23 | Eduardo | Garcia | 3601 Crisantema St. | Mission | TX | 78573- | 45,532.00 |

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 3/28/23 | Ignacio D. | Ruiz | 2006 Garvey Ave | Corcoran | CA | 93212- | 48,379.00 |
| 3/31/23 | Vicente | Moreno | 22401 Elaine Ave. | Hawaiian Gardens | CA | 90716- | 50,650.00 |
| 4/11/23 | Joseph J. | Jones | 11311 Blue Flax Trail | Houston | TX | 77044- | 25,568.00 |
| 4/13/23 | John B. | Blount | 12970 Springfield Rd | Denham Springs | LA | 70706- | 63,835.00 |
| 4/14/23 | Fernando D. | Inga | 5604 Julie St. | Bakersfield | CA | 93313- | 43,495.00 |
| 4/14/23 | Gerrcia V. | Wright | 1428 Kings Point Way SW | Coyers | GA | 30094- | 46,876.00 |
| 4/27/23 | Sheldon | Smalling | 13933 Garforth Ave. | El Paso | TX | 79928- | 28,771.00 |
| 4/28/23 | Pete | Cortez | 5130 Heatherbrook Dr | Houston | TX | 77045- | 39,393.00 |
| 4/28/23 | Armando | Godinez Varela | 950 E 5th St 404 | Holtville | CA | 92250- | 30,933.00 |
| 5/8/23 | Joe N. | Stewart | 34710 Lake Side Drive | Brookshire | TX | 77423- | 38,293.00 |
| 5/15/23 | Guillermo | Rodriguez Orozco | 306 E 7th St. | Calexico | CA | 92231- | 38,044.00 |
| 5/19/23 | Marialinet V. | Madrous | 14325 McNab Ave. Sp. 14 | Bellflower | CA | 90706- | 50,600.00 |
| 5/25/23 | Ever I. | Lopez Payes | 14611 Vincennes St 106 | Panorama City | CA | 91402- | 32,455.00 |
| 5/26/23 | Edmundo S. | Vega Mojica | 906 Mcfarland Ave | Wilmington | CA | 90744- | 105,692.00 |
| 6/9/23 | Arnold C. | Shivers Jr. | 5235 S 12th Way | Phoenix | AZ | 85040- | 30,802.00 |
| 6/16/23 | Alex D. | Cardenas | 1905 Montgomery Ln. | Delano | CA | 93215- | 11,370.00 |
| 6/23/23 | Marcio | Anaya Valdez | 3811 W Elowin Ave. | Visalia | CA | 93291- | 34,162.00 |
| 6/29/23 | Thomas C. | Rauda | 7925 Ventura Canyon Ave | Panorama City | CA | 91402- | 62,962.00 |
| 7/13/23 | Emilio | Villagomez Alcazar | 1842 N. Mae Carden St. | Visalia | CA | 93291- | 17,904.00 |
| 7/24/23 | Braswell D. | Tanksley | 4430 Castellon Way | Augusta | GA | 30906- | 9,885.00 |
| 8/1/23 | Wrendell R. | Chester | 1002 Suwanee Ln. | Houston | TX | 77090- | 12,668.00 |

EXHIBIT 1, PAGE 261

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 8/3/23 | Burna C. | Catone | 16504 Halldale Ave. A | Gardena | CA | 90247- | 22,956.00 |
| 8/7/23 | Miguel A. | Delgadillo | 275 N. McArthur Ave. | Fresno | CA | 93727- | 21,709.00 |
| 8/9/23 | Albert M. | Barr | 19306 Temre Lane | Rowland Heights | CA | 91748- | 24,539.00 |
| 8/11/23 | Arun | Jaswal | 52 Palomino Ct | Roseville | CA | 95678- | 22,677.00 |
| 8/11/23 | Jorge H. | Fuentes | 926 S. 21st St. | El Centro | CA | 92243- | 36,127.00 |
| 8/22/23 | Keith | Taylor | 3406 Finney Rd | Modesto | CA | 95358 | 28,879.00 |
| 8/22/23 | Donyea | Trammel | 1076 N. Orange St. Apt 3 | Riverside | CA | 92501- | 21,784.00 |
| 8/22/23 | Armando S. | Montiel | 5171 Silk Pl. | San Diego | CA | 92105- | 24,483.00 |
| 8/24/23 | Manuel A. | Hernandez | 3086 Corbin Dr | West Valley City | UT | 84120- | 39,817.00 |
| 8/24/23 | Andres | Duarte | 1166 D St. Apt A | Merced | CA | 95341- | 20,873.00 |
| 8/31/23 | Tiana J. | Williamson | 16668 Hastings Pl | Victorville | CA | 92395- | 27,030.00 |
| 8/31/23 | Brian A. | Walls | 16515 E Nebraska Ave | Reedley | CA | 93654- | 25,906.00 |
| 8/31/23 | Jackson K. | Michael | 14050 Cherry Ave #R178 | Fontana | CA | 92337 | 42,410.00 |
| 9/5/23 | Julian J. | Gonzalez Jr. | 30369 Richland Ave | Shafter | CA | 93263- | 29,886.00 |
| 9/7/23 | Miguel A. | Jaimes Dominguez | 10843 S Reed Ave | Reedley | CA | 93654- | 15,086.00 |
| 9/8/23 | Roberto C. | Gonzalez Anaya | 1602 Brentwood Dr. Apt D | College Station | TX | 77840- | 30,099.00 |
| 9/18/23 | Orlando N. | Claybon | 2000 Cliffwood Dr. | Fairfield | CA | 94534- | 9,040.00 |
| 9/19/23 | Jitendra S. | Virck | 900 Alphine Way | Tracy | CA | 95376- | 25,994.00 |
| 9/22/23 | Francisco BJ | Solorio Barrera | 35053 Nicklaus Nook. | Beaumont | CA | 92223- | 16,219.00 |
| 9/26/23 | Jose M. | Aguirre | 8807 Baring Cross St | Los Angeles | CA | 90044- | 22,970.00 |
| 9/27/23 | Christopher S. | Hess | 4077 Hillside Drive | Banning | CA | 92220- | 64,710.00 |
| 9/27/23 | Martin | Rivera | 12912 S. Frailey Ave. | Compton | CA | 90221- | 16,187.00 |

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 9/28/23 | Logan S. | Faughn | 9170 Forest Dr | Fairview Heights | IL | 62208- | 23,919.00 |
| 9/28/23 | Brian K. | Evans | 268 Sandy Neck Way | Vallejo | CA | 94591- | 26,750.00 |
| 9/29/23 | Michael R. | Selma | 25810 Calle Agua | Moreno Valley | CA | 92551- | 25,458.00 |
| 9/29/23 | Rene | Ortiz Corona | 333 E Green Briar Ln | Dallas | TX | 75203- | 31,566.00 |
| 9/29/23 | Christopher | Johnson | 2903 Verde Valley Dr. | Manvel | TX | 77578- | 29,956.00 |
| 9/29/23 | Carlos A. | Cota Soto | 82250 Ocotillo Ave. | Indio | CA | 92201- | 18,512.00 |
| 10/2/23 | Jeffrey M. | Nail | 24405 Madison St. | Torrance | CA | 90505- | 27,227.00 |
| 10/4/23 | Joe H. | Mccall | 400 Madeleine Trl | Waxahachie | TX | 75167- | 81,745.00 |
| 10/5/23 | Anthony V. | Nguyen | 5821 Marquette St. | Arlington | TX | 76018- | 47,700.00 |
| 10/6/23 | Moises A. | Guevara | 1748 W 23rd St | Los Angeles | CA | 90018- | 29,057.00 |
| 10/9/23 | Stephen D. | Bloom | 34556 Crenshaw St | Beaumont | CA | 92223- | 28,042.00 |
| 10/10/23 | Nelson R. | Castellanos | 5008 Cocoa Ln | Laredo | TX | 78046- | 34,556.67 |
| 10/10/23 | Leonardo D. | Padilla Delgado | 11114 Reichling Ln. | Whitter | CA | 90606- | 34,925.00 |
| 10/12/23 | Kevin K. | Williams | 2879 Havenwood Dr. | Conyers | GA | 30094- | 22,672.00 |
| 10/16/23 | Jaime A. | Letona Lopez | 1952 W. Orange Grove Ave. Apt 25 | Pomona | CA | 91768- | 17,086.00 |
| 10/16/23 | Samuel | Zamora Jr. | 3101 Monterrey St | Laredo | TX | 78046- | 2,459.00 |
| 10/18/23 | Jorge | Chavez Garcia | 2408 Westbury Rd | Lansing | MI | 48090- | 45,627.00 |
| 10/20/23 | Von C. Jr. | Campbell | 559 Shark St. | Perris | CA | 92571- | 31,082.00 |
| 10/20/23 | Jose C. | Torres Villegas | 281 Santa Cruz St. | Mendota | CA | 93640- | 13,795.00 |
| 10/23/23 | Rodney B. | Barnes | 7602 Shadyside Way | Corona | CA | 92888-0 | 29,099.00 |
| 10/30/23 | Michael O. | Williams | 2464 Copeland Rd | Valdosta | GA | 31601- | 52,063.00 |
| 10/31/23 | Juan J. | Fernandez | 2045 Juanita Ct. | Modesto | CA | 95350- | 21,751.00 |

EXHIBIT 1, PAGE 263

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 11/1/23 | Leoney | Pelegrin Diaz | 6704 Fenway Dr. | Pasco | WA | 99301- | 44,923.00 |
| 11/6/23 | Santiago | Castellanos Munoz | 6321 Casitas Ave | Bell | CA | 90201- | 38,881.00 |
| 11/6/23 | Luis E. | Ojeda Campos | 22989 Pahute Rd. | Apple Valley | CA | 92308- | 23,769.00 |
| 11/10/23 | Francisco D. | Hernandez | 596 Elizabeth Ave | Sanger | CA | 93657- | 32,385.22 |
| 11/10/23 | John D. | Christy | 194 Alley Dr. | Aiken | SC | 29803- | 36,337.00 |
| 11/14/23 | Timothy H. | Morris | 1420 W. 1850 N. | Layton | UT | 84041- | 55,605.00 |
| 11/17/23 | Osman | Fuentes | 16849 Passage Ave. Apt 7 | Paramount | CA | 90723- | 107,910.00 |
| 11/20/23 | Johnpaul S. | Cisneros | 2900 S Highland St. | Amarillo | TX | 79103- | 28,455.00 |
| 11/21/23 | Elmo D. | Johnson | 1815 Clear Mist Ct. | Arcola | TX | 77583- | 26,785.00 |
| 11/29/23 | Matthew S. | Moore | 3572 Brody Way | Oceanside | CA | 92056- | 44,950.00 |
| 11/29/23 | Arturo | Solis Jr. | 405 Michoacan Loop | Laredo | TX | 78045- | 12,604.00 |
| 11/29/23 | Brandon T. | Smith | 3054 Summer Breeze Ave. | Rosamond | CA | 93560- | 30,869.00 |
| 11/30/23 | Martin | Moreno Rabago | 1021 Maple Ct. | Ontario | CA | 91762- | 22,500.00 |
| 12/5/23 | Ana C. | Zarate Andrade | 1097 Santiago Dr. | Calexico | CA | 92231- | 24,750.00 |
| 12/8/23 | Sean K. | Monet | 907 Grand Ave. Apt 5 | Long Beach | CA | 90804- | 61,132.00 |
| 12/11/23 | Jesus | Sandoval | 11461 2nd Ave. | Hesperian | CA | 92354- | 5,000.00 |
| 12/13/23 | Hector A. | Padilla Jr. | 11114 Reichling Ln | Whittier | CA | 90606- | 82,728.00 |
| 12/15/23 | Navor | Rodriguez Rojas | 461 Estudillo Ave. | Los Angeles | CA | 90063- | 71,332.00 |
| 12/20/23 | Mercedes | Marquez Osorio | 1467 River Dr. | Brawley | CA | 92227- | 68,908.00 |
| 12/20/23 | Luis | Avila Rivera | 8107 Cole St | Dowey | CA | 90242- | 27,258.00 |
| 12/21/23 | Julian G. | Cabrera | 4642 La Loma St. | San Antonio | TX | 78233- | 60,075.00 |
| 12/22/23 | Michael B. | Conway | 6601 Noah Ave. | Bakersfield | CA | 93308- | 32,450.00 |
| 12/28/23 | Eduardo | Melendez Paulin | 1123 E 28th St. | Los Angeles | CA | 90011- | 57,732.00 |

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 1/5/24 | Terrance | Tomlinson | 29 Hawser Way | Port Wentworth | GA | 31407- | 35,305.00 |
| 1/5/24 | Joseph L. | Taylor | 4285 Tomahawk Dr. | Enoch | UT | 84721- | 94,924.00 |
| 1/8/24 | Juan P. | Orellana Batres | 347 Martinez Ct. | Mendota | CA | 93640- | 21,740.00 |
| 1/8/24 | Albert | Abramov | 7333 188th St. | Fresh Meadows | NY | 11366- | 13,468.00 |
| 1/3/24 | Emmanuel G. | Schiazza | 14414 Uvalde Ave. | Lubbock | TX | 79423- | 38,125.00 |
| 1/16/24 | Hector J. | Elizaldi | 2067 Quito Loop | Laredo | TX | 78045- | 29,854.00 |
| 1/12/24 | Rosario | Meza Quintero | 14770 Rd 191 | Porterville | CA | 93258- | 54,332.00 |
| 1/17/24 | Hagos F. | Seyoum | 222 S. Newbern Way | Aurora | CO | 80018- | 40,300.00 |
| 1/24/24 | Bernabe | Chavez | 586 Wild Oak Dr. | Windsor | CA | 95492- | 68,250.00 |
| 1/25/24 | Frank S. | Acuna | 6128 Glenbrook Ln. | Stockton | CA | 95207- | 35,505.00 |
| 1/26/24 | Adrian | Luna Medina | 1850 Rogina Ct | Merced | CA | 95341- | 51,246.00 |
| 1/26/24 | Maria E. | Gonzalez | 614 W. I St. | Wilmington | CA | 90744- | 34,950.00 |
| 1/31/24 | Telisha A. | Jones | 5300 Mantanzas Ave. | Fort Pierce | FL | 34946- | 53,625.00 |
| 1/31/24 | Jarret N. | Brandt | 1206 W. Cheyenne Dr. | Chandler | AZ | 85224- | 35,996.00 |
| 2/2/24 | Carlos J. | Rosales Nunez | 686 La Lomas Ct. | Imperial | CA | 92251- | 37,356.00 |
| 2/6/24 | Alonso | Ceniseros | 2001 S. Campus Ave. Apt. E | Ontario | CA | 91761- | 51,246.00 |
| 2/9/24 | Rigoberto | Trevino | 1320 W. Gran Via St. | Pharr | TX | 78577- | 23,441.00 |
| 2/9/24 | Adan | Gomez | 2250 Darby St. Spc. 6 | San Bernardino | CA | 92407- | 32,173.00 |
| 2/9/24 | Christopher | Housey | 9333 Old Orangeburg Rd. | Estill | SC | 29918- | 14,220.00 |
| 2/12/24 | Jose I. | Arreola Jr. | 1142 Pandora Dr. SW | Los Lunas | NM | 87031- | 32,956.00 |
| 2/12/24 | Serge J. | Desouza | 209 Longley Green Dr. | Walkersville | MD | 21793- | 35,141.00 |
| 2/23/24 | Francisco J. | Guerra Jr. | 1714 Presidio Circle W | Alamo | TX | 78516- | 27,262.00 |

EXHIBIT 1, PAGE 265

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 2/29/24 | Oscar A. | Ramirez Cruz | 25198 Leann Ct. | Moreno Valley | CA | 92553- | 19,462.00 |
| 3/1/24 | Gabriel | Andrade Jaurigui | 11866 Peach Tree Circle | Yucaipa | CA | 92399- | 38,750.00 |
| 3/5/24 | Jonathan M. | Diaz | 11129 Pope Ave. | Lynwood | CA | 90262- | 43,442.00 |
| 3/11/24 | Pedro A. | Santillana Jr. | 1407 Reagan Dr. | Laredo | TX | 78046- | 33,748.00 |
| 3/14/24 | Jose A. | Santillan Conejo | 1275 S. Sunset Dr. | Lodi | CA | 95240- | 43,442.00 |
| 3/18/24 | Francisco J. | Vargas Walker | 1102 Loma Mesa | San Antonio | TX | 78214- | 46,438.00 |
| 3/20/24 | Baljinder | Singh | 7445 E. Simpson Ave. | Fresno | CA | 93737- | 26,303.00 |
| 3/20/24 | Abel A. | Ramos Axume | 236 W. 93rd St. | Los Angeles | CA | 90003- | 67,830.00 |
| 3/20/24 | Walter U. | Ramirez Pena | 605 W. 99th Ave | Los Angeles | CA | 90044- | 25,228.00 |
| 3/27/24 | Satish | Kumar | 475 Dover Way Apt 16 | Campbell | CA | 95008- | 44,744.00 |
| 4/3/24 | Julian | Muniz | 131 Mangana Hein Rd. | Laredo | TX | 78046- | 38,948.00 |
| 4/4/24 | Daniel | Morfin Mancilla | 4147 Polaris Ave | Union City | CA | 94587- | 34,444.00 |
| 4/8/24 | Ana R. | Castillo | 23243 Conifer Dr. | Denham Springs | LA | 70726- | 55,738.00 |
| 4/11/24 | Kelly K. | Stewart | 5955 Linden Ave 2 | Long Beach | CA | 90805- | 12,884.00 |
| 4/15/24 | Jose F. | Gomez Jr. | 17908 Woodruff Ave. Apt. 51 | Bellflower | CA | 90706- | 44,940.00 |
| 4/17/24 | Darwin J. | Osorio | 2621 7th Ave. | Los Angeles | CA | 90018- | 70,870.00 |
| 4/19/24 | Billy W. | Alexander Jr. | 631 State Highway 67 | Graham | TX | 76450- | 27,900.00 |
| 4/19/24 | Hilario | Rodriguez Huerta | 440 Manzanita Dr | Delano | CA | 93215- | 26,446.00 |
| 4/22/24 | Marcus O. | Sanders | 2641 Channing Dr. | Grand Prairie | TX | 75052- | 37,125.00 |
| 4/23/24 | Santiago | Cruz Jr. | 2906 Laredo St. | Laredo | TX | 78043- | 37,254.00 |
| 4/24/24 | Carlton L. | Mattis | 5714 Barrington Run | Union City | GA | 30350- | 29,744.00 |

EXHIBIT 1, PAGE 266

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 4/26/24 | Luis L. | Andrade Fernandez | 800 15th Ave. Apt. B203 | Longmont | CO | 80501- | 56,160.00 |
| 4/26/24 | Ernersto | Cota Davila | 6470 W. Illinois St. | Tucson | AZ | 85735- | 48,800.00 |
| 4/29/24 | Jodha | Singh | 12252 Chatum Ct. | Rancho Cordova | CA | 95724- | 40,614.00 |
| 5/2/24 | Daniel M. | Garcia | 9546 Mango Ave. | Fontana | CA | 92335- | 45,570.00 |
| 5/8/24 | Andre | Yanez | 8505 Mulberry Ave Apt O | Fontana | CA | 92335- | 26,259.00 |
| 5/14/24 | Satwant S. | Saini | 11824 58th Dr NE | Marysville | WA | 98271- | 25,818.00 |
| 5/17/24 | Pawandee p | Singh | 1414 June Ave. | San Jose | CA | 95122- | 26,957.00 |
| 5/17/24 | Yankiel | Caballero Linares | 4230 N. 72nd Ln. | Phoenix | AZ | 85033- | 26,795.00 |
| 5/22/24 | Parvinder | Singh | 1919 Quail Lakes Dr. Apt. 48 | Stockton | CA | 95212- | 51,726.00 |
| 5/22/24 | Nick E. | Warren | 6562 Caliente Rd. | Oakhills | CA | 92344- | 87,430.00 |
| 5/30/24 | Ronal E. | Portillo Arriola | 9425 Parkwood Manor Dr | Shafter | CA | 93263- | 19,950.00 |
| 5/31/24 | Gabriel | Sepulveda Dominguez | 14833 Kingston Dr | Horizon City | TX | 79928- | 70,400.00 |
| 6/3/24 | Oddiel | Gil Consuegra | 11653 Locust Ave | Hesperia | CA | 92345- | 17,154.00 |
| 6/12/24 | Roxanna A. | Romero | 8157 North 22nd Dr. | Phoenix | AZ | 85012- | 51,136.00 |
| 6/18/24 | Jose | Rodriguez | 12053 Walnut St. | Norwalk | CA | 90650- | 48,144.00 |
| 6/20/24 | Roberto J. | Hernandez Verduzco | 25275 Potrero Valley Rd Spc 73 | Potrero | CA | 91963- | 21,218.00 |
| 6/21/24 | David E. | Mbute | 6948 Nava | Grand Prairie | TX | 75054- | 34,306.00 |
| 6/21/24 | Jose G. | Manzano | 1004 N. Ditman Ave. #2 | Los Angeles | CA | 90063- | 56,940.00 |
| 6/26/24 | Victor M. | Arita Perdomo | 19933 Roscoe Apt 18 | Canoga Park | CA | 91306- | 39,999.00 |
| 6/26/24 | Jesus G. | Munoz | 137 E. Coronado Ln. | Tustin | CA | 92780- | 53,124.00 |

EXHIBIT 1, PAGE 267

Cornerstone Financial Services
Receivables
Schedule 4

| DATE BOOK | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| 6/28/24 | Victor | Arreola Rodriguez | 1769 Ramirez Dr. | Firebaugh | CA | 93622- | 23,348.00 |
| 6/28/24 | Eber J. | Chavez Mercado | 2910 W 8th St. #201 | Los Angeles | CA | 90005- | 44,940.00 |
| 6/28/24 | Irvin M. | Alvarez Aguilar | 404 W. Lincoln Ave. | Earlimart | CA | 93219- | 44,940.00 |
| 6/28/24 | Jose A. | Martinez | 12526 Peachleaf St | Moreno Valley | CA | 92553- | 30,396.00 |
| 7/10/24 | Yasir K. | Hayee | 4202 Minden Ln | Stockton | CA | 95206- | 33,760.00 |
| 7/11/24 | Rafael | Villafana Jr. | 636 Lamoglia St. | Los Banos | CA | 93635- | 80,910.00 |
| 7/11/24 | Humberto J. | Montoya Reyes | 9219 Vista West Dr. #11302 | San Antonio | TX | 78245- | 37,605.00 |
| 7/12/24 | Abel De Jesus | Castillo | 3783 S La Salle Ave | Los Angeles | CA | 90018- | 40,155.00 |
| 7/12/24 | Dedrick A. | McGuire | 5005 Boeingshire Cove | Memphis | TN | 38116- | 40,800.00 |
| 7/15/24 | Julia | Losoya | 917 N McKinley St | Hobbs | NM | 88240- | 80,828.00 |
| 7/15/24 | Terrance G. | Beasley | 17622 Arcadia Point Ln | Humble | TX | 77346- | 36,928.00 |
| 7/17/24 | Andres | Ceballos | 11555 Culebra Rd Lot 418 | San Antonio | TX | 78253- | 59,465.00 |
| 7/18/24 | Karandeep | Singh | 4268 Soloman St | Jurupa Valley | CA | 92509- | 24,735.00 |
| 7/25/24 | Fernando M. | Paniagua-Smith | 427 Pelican Pl | Yuba City | CA | 95993- | 12,216.00 |
| 7/26/24 | Armund L. | Burns | 6007 Sandy Creek Dr. | Baytown | TX | 77523- | 31,625.00 |
| 7/29/24 | Romero A. | Lively | 14764 Santa Fe Trl. | Victorville | CA | 92392- | 53,928.00 |
| 7/30/24 | Darrius L. | Jenkins | 708 Oak St | Garland | TX | 75040- | 23,429.00 |
| 7/30/24 | Jaime | Rodriguez | 5117 Tomahawk Dr | Robstown | TX | 78380- | 32,303.00 |
| 7/31/24 | Victor A. | Rodriguez | 2109 9th Ave. | Oakland | CA | 94606- | 45,750.00 |
| 8/5/24 | Hilton A. | Hopkinson | 11407 Maple Falls Dr | Tomball | TX | 77377- | 24,180.00 |
| 8/5/24 | Bernardo R. | Garcia | 1045 Jason Dr. | Sparks | NV | 89434- | 37,560.00 |
| 8/15/24 | Irison L. | Jones | 42094 21st St. | Landcaster | CA | 93536- | 34,300.00 |
| 8/14/24 | Lawrence J. | Flowers | 8366 Joe Bryan St. | Damascus | GA | 39841- | 28,153.00 |
| 8/30/24 | Martha A. | Leyva | 9504 Lindsey Dr | El Paso | TX | 79924- | 28,450.00 |

EXHIBIT 1, PAGE 268

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ...................... | 4. | $ 0.00 | $ N/A |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| | 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| | 5e. Insurance | 5e. | $ 0.00 | $ N/A |
| | 5f. Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| | 5g. Union dues | 5g. | $ 0.00 | $ N/A |
| | 5h. Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| | 8b. Interest and dividends | 8b. | $ 0.00 | $ N/A |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| | 8d. Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| | 8e. Social Security | 8e. | $ 3,200.00 | $ N/A |
| | 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ N/A |
| | 8g. Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| | 8h. Other monthly income. Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 3,200.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,200.00 + | $ N/A = $ 3,200.00 |
| 11. | State all other regular contributions to the expenses that you list in *Schedule J*.<br>Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.<br>Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.<br>Specify: _____ | 11. | +$ | 0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.<br>Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ 3,200.00<br>Combined monthly income | |

**Debtor 1   David Robert Stone**          Case number (*if known*) _____

13. Do you expect an increase or decrease within the year after you file this form?
   ■ No.
   ☐ Yes. Explain: _____

EXHIBIT 1, PAGE 269

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Robert Stone** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                                        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

| Do not list Debtor 1 and Debtor 2. Do not state the dependents names. | ☑ Yes. Fill out this information for each dependent.............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|
| | | | | ☐ No |
| | | Wife | 58 | ☑ Yes |
| | | | | ☐ No |
| | | | | ☐ Yes |
| | | | | ☐ No |
| | | | | ☐ Yes |
| | | | | ☐ No |
| | | | | ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 6,875.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 3,182.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 518.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 484.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 536.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

EXHIBIT 1, PAGE 270

Debtor 1   **David Robert Stone**                                             Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 6,580.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 1,500.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 200.00 |
| 10. | **Personal care products and services** | 10. | $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 5,944.00 |
| | 15b. Health insurance | 15b. | $ | 3,183.00 |
| | 15c. Vehicle insurance | 15c. | $ | 575.00 |
| | 15d. Other insurance. Specify: **Long Term Care** | 15d. | $ | 488.00 |
| | **Umbrella** | | $ | 602.00 |
| | **Nor Tech** | | $ | 134.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: **Boat** | 17c. | $ | 2,037.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 6,519.00 |
| | 20b. Real estate taxes | 20b. | $ | 1,800.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 500.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 28.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 41,785.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 41,785.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 3,200.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 41,785.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | -38,585.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here: _____

EXHIBIT 1, PAGE 271

Fill in this information to identify your case:

Debtor 1    David Robert Stone
            First Name          Middle Name          Last Name

Debtor 2
(Spouse if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)                                                    ☐ Check if this is an
                                                                amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____

Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _David Robert Stone_                          X _____
  David Robert Stone                              Signature of Debtor 2
  Signature of Debtor 1

Date    April 8, 2025                             Date _____

Official Form 106Dec               Declaration About an Individual Debtor's Schedules

EXHIBIT 1, PAGE 272

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **David Robert Stone** | |
| | First Name            Middle Name            Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name            Middle Name            Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) | | ☐ Check if this is an amended filing |

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

   ■ Married
   ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $1,541,395.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

EXHIBIT 1, PAGE 273

Debtor 1   **David Robert Stone**                                          Case number *(if known)* _____

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year:** (January 1 to December 31, 2024 ) | ☐ Wages, commissions, bonuses, tips ■ Operating a business | **$9,779,145.00** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2023 ) | ☐ Wages, commissions, bonuses, tips ■ Operating a business | **$11,906,799.00** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ **No.**   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **SEE ATTACHMENT** | | **$0.00** | **$0.00** | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other__ |

EXHIBIT 1, PAGE 274

Debtor 1    **David Robert Stone**

Case number *(if known)* _____

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Truck Collision Vs Cornerstone and Really Good Service CIV SB 2435897 | | San Bernardino County Superior Court | ☐ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

---

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 3

EXHIBIT 1, PAGE 275

Debtor 1   **David Robert Stone**                                                    Case number *(if known)*

**Part 5:**   **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ☐ No
    ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |
| Logan Stone<br>1127 Highland Drive<br>Novato, CA 94949 | Money | 4/5/23 | $30,000.00 |
| Person's relationship to you: **Son** | | | |
| Pia Klausen<br>629 Kohler Drive<br>West Bend, WI 53090 | Money | 10/16/23 | $20,000.00 |
| Person's relationship to you: **Daughter** | | | |
| Pia Klausen<br>629 Kohler Drive<br>West Bend, WI 53090 | Money | 11/16/23 | $10,000.00 |
| Person's relationship to you: **Daughter** | | | |
| Granddaughter<br>629 Kohler Drive<br>West Bend, WI 53090 | Money | 1/29/24 | $23,300.00 |
| Person's relationship to you: **Granddaughter** | | | |
| Ksenia Stone | Gift | 2023 | $70,000.00 |
| Person's relationship to you: **Daughter** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    ■ No
    ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | | | |

**Part 6:**   **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
    ■ No
    ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

EXHIBIT 1, PAGE 276

Debtor 1    **David Robert Stone** _____  Case number *(if known)* _____

---

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Michael G. Spector<br>Law Offices of Michael G. Spector<br>2122 N. Broadway<br>Santa Ana, CA 92706 | | 3/25/-4/25 | $50,000.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Horizon Motorsports<br>1515 Industrial Blvd<br>Lake Havasu City, AZ 86403<br><br>None | **2008 DVB F29 Boat and 2008 Estreme Boat Trailer** | **Sale price to 3rd party customer for $139,500, paiod off $72,796 loan to America First.  Net $65,114 deposited into Bank of America Account** | 4/25 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

EXHIBIT 1, PAGE 277

Debtor 1    **David Robert Stone**                                          Case number *(if known)* _____

---

**Part 8:**    **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ■ **No**
    ☐ **Yes.** Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

    ■ **No**
    ☐ **Yes.** Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

    ■ **No**
    ☐ **Yes.** Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

---

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

    ■ **No**
    ☐ **Yes.** Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
| --- | --- | --- | --- |

---

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

    ■ **No**
    ☐ **Yes.** Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |

---

| Debtor 1 | David Robert Stone | | Case number *(if known)* | |

**25.** Have you notified any governmental unit of any release of hazardous material?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
| Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ **No**
☐ **Yes. Fill in the details.**

| Case Title | Court or agency | Nature of the case | Status of the case |
| Case Number | Name | | |
| | Address (Number, Street, City, State and ZIP Code) | | |

**Part 11:  Give Details About Your Business or Connections to Any Business**

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name | Describe the nature of the business | Employer Identification number |
| Address | | Do not include Social Security number or ITIN. |
| (Number, Street, City, State and ZIP Code) | Name of accountant or bookkeeper | |
| | | Dates business existed |
| **Stoneway Capital Corporation** | **Commercial lending and Leasing** | EIN:     47-2769075 |
| 4310 Redwood Hwy, Suite 200 | | |
| San Rafael, CA 94903 | Michael Churley | From-To  5/2017–42025 |
| | Dawn Stanley | |
| | David Stone | |
| **Cornerstone Financial Services** | **Commercial Lending and Leasing** | EIN: |
| 4310 Redwood Hwy, Suite 100 | | |
| San Rafael, CA 94903 | Michael Churley | From-To  1975–4/25 |
| | Dawn Stanley | |
| | Dave Stone | |
| **Calzona Truck Sales, Inc.** | **Truck Sales** | EIN:     83-43081111 |
| 15689 Valley Blvd | | |
| Fontana, CA 92335 | Michael Churley | From-To  5/19–4/25 |
| | Dawn Stanley | |
| | David Stone | |
| **Stone Motor Company, LLC** | **Auto Sales** | EIN:     82-1648428 |
| 4310 Redwood Hwy, Suite 200 | | |
| San Rafael, CA 94903 | Michael Churley | From-To |
| | Dawn Stanley | |
| | Dave Stone | |

EXHIBIT 1, PAGE 279

Debtor 1    **David Robert Stone**                                                          Case number (if known)

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

   ■ No
   ☐ Yes. Fill in the details below.

| Name | Date Issued |
|---|---|
| Address | |
| (Number, Street, City, State and ZIP Code) | |

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____          _____
David Robert Stone                                                          Signature of Debtor 2
Signature of Debtor 1

Date    **April 8, 2025**                                                     Date    _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

EXHIBIT 1, PAGE 280

**CORNERSTONE FINANCIAL SERVICES**          **01-01-2025 to 03-31-2025**
**SCHEDULE 5 (PAYMENTS MADE OVER 7,000)**

| NAME | ADDRESS | PAYMENT DATES | PAYMENT AMOUNT | AMOUNT STILL OWED |
|---|---|---|---|---|
| Charles Dimick | See Schedule 1 | 02/07/2025 | 10,000.00 | 4,250,000.00 |
| George F. Crispo 2000 | See Schedule 1 | 02/07/2025 | 12,500.00 | 6,500,000.00 |
| George F. Crispo 2000 | See Schedule 1 | 02/07/2025 | 12,500.00 | 6,500,000.00 |
| George F. Crispo 2000 | See Schedule 1 | 02/12/2025 | 17,500.00 | 6,500,000.00 |
| Payroll | | 02/12/2025 | 59,314.65 | |
| Payroll Taxes | | 02/12/2025 | 21,472.97 | |
| Blue Shield of California | 601 12th St, Oakland, CA 9460 | 02/15/2025 | 8,526.04 | month to month |
| James Gillespie | See Schedule 1 | 02/18/2025 | 115,000.00 | 403,610.00 |
| Michael Churley | See Schedule 1 | 02/18/2025 | 14,975.00 | 50,000.00 |
| Charles Dimick | See Schedule 1 | 02/19/2025 | 7,500.00 | 4,250,000.00 |
| Ron Ladrech | See Schedule 1 | 02/20/2025 | 7,083.33 | 1,300,000.00 |
| Katherine Munson Crisp | See Schedule 1 | 02/24/2025 | 14,166.67 | 1,700,000.00 |
| Payroll | | 02/25/2025 | 29,984.11 | |
| Payroll Taxes | | 02/25/2025 | 12,793.18 | |
| Michael G Spector | 2122 North Broadway; Santa Ana CA 92706 | 02/28/2025 | 10,000.00 | unknown |
| Linda Bruggenkamp | See Schedule 1 | 03/04/2025 | 9,166.67 | 2,459,994.00 |
| Mike McGrath | See Schedule 1 | 03/04/2025 | 10,000.00 | 1,000,000.00 |
| B & G Mobile Wash | 15689 Valley Blvd; Fontana, CA 92335 | 03/04/2025 | 7,455.00 | 10,000.00 |
| Blake Andros | See Schedule 1 | 03/06/2025 | 8,333.33 | 5,000,000.00 |
| Blake Andros | See Schedule 1 | 03/06/2025 | 8,333.33 | 5,000,000.00 |
| Blake Andros | See Schedule 1 | 03/06/2025 | 8,333.33 | 5,000,000.00 |
| Blake Andros | See Schedule 1 | 03/06/2025 | 9,166.67 | 5,000,000.00 |
| Charles Dimick | See Schedule 1 | 03/11/2025 | 9,166.67 | 4,250,000.00 |
| Payroll | | 03/13/2025 | 50,543.39 | |
| Payroll Taxes | | 03/13/2025 | 17,317.52 | |
| George F. Crispo 2000 | See Schedule 1 | 03/13/2025 | 12,500.00 | 6,500,000.00 |
| Carsten Andersen | See Schedule 1 | 03/17/2025 | 8,333.33 | 1,750,000.00 |
| Charles Dimick | See Schedule 1 | 03/17/2025 | 10,000.00 | 4,250,000.00 |
| Charles Dimick | See Schedule 1 | 03/17/2025 | 7,500.00 | 4,250,000.00 |
| George F. Crispo 2000 | See Schedule 1 | 03/17/2025 | 12,500.00 | 6,500,000.00 |
| Michael Churley | PO Box 1800, Guerneville | 03/20/2025 | 40,000.00 | 65,000.00 |

EXHIBIT 1, PAGE 281

Page 1 of 2

## CORNERSTONE FINANCIAL SERVICES
### SCHEDULE 5 (PAYMENTS MADE OVER 7,000)
01-01-2025 to 03-31-2025

| NAME | ADDRESS | PAYMENT DATES | PAYMENT AMOUNT | AMOUNT STILL OWED |
|---|---|---|---|---|
| Amy Andersen | See Schedule 1 | 01/02/2025 | 12,500.00 | 650,000.00 |
| George F. Crispo 2000 | See Schedule 1 | 01/02/2025 | 12,500.00 | 6,500,000.00 |
| George F. Crispo 2000 | See Schedule 1 | 01/02/2025 | 12,500.00 | 6,500,000.00 |
| Charles Dimick | See Schedule 1 | 01/06/2025 | 9,166.67 | 4,250,000.00 |
| Zachary Miller | See Schedule 1 | 01/06/2025 | 8,250.00 | 82,500.00 |
| Four Star Freightliner In | 3140 Hayneville Road, Montgomery AL 36108 | 01/06/2025 | 8,998.63 | 0.00 |
| Carsten Andersen | See Schedule 1 | 01/06/2025 | 8,333.33 | 1,750,000.00 |
| Charles Dimick | See Schedule 1 | 01/09/2025 | 10,000.00 | 4,250,000.00 |
| Blake Andros | See Schedule 1 | 01/09/2025 | 8,333.33 | 5,000,000.00 |
| Blake Andros | See Schedule 1 | 01/09/2025 | 8,333.33 | 5,000,000.00 |
| Blake Andros | See Schedule 1 | 01/09/2025 | 8,333.33 | 5,000,000.00 |
| Blake Andros | See Schedule 1 | 01/09/2025 | 9,166.67 | 5,000,000.00 |
| Payroll Taxes | | 01/13/2025 | 17,252.07 | |
| Payroll | | 01/13/2025 | 37,612.32 | |
| Charles Dimick | See Schedule 1 | 01/14/2025 | 7,500.00 | 4,250,000.00 |
| Calzona Truck Sales In | 15689 Valley Blvd, Fontana, CA 92335 | 01/14/2025 | 35,641.00 | varies |
| Calzona Truck Sales In | 15689 Valley Blvd, Fontana, CA 92335 | 01/14/2025 | 11,629.00 | varies |
| Chase Card Services | P.O. Box 6294, Carol Stream, IL 60197-6294 | 01/22/2025 | 7,334.13 | |
| Ron Ladrech | See Schedule 1 | 01/23/2025 | 7,083.33 | 1,300,000.00 |
| Katherine Munson Crisp | See Schedule 1 | 01/24/2025 | 14,166.67 | 1,700,000.00 |
| CDTFA | 651 Bannon Street, Suite 100, Sacramento, CA 95811-0299 | 01/24/2025 | 7,063.00 | varies by quarter |
| George F. Crispo 2000 | See Schedule 1 | 01/29/2025 | 15,000.00 | 6,500,000.00 |
| Payroll | | 01/29/2025 | 44,676.00 | |
| Payroll Taxes | | 01/29/2025 | 18,055.42 | |
| Linda Bruggenkamp | See Schedule 1 | 02/03/2025 | 9,166.67 | 2,459,994.00 |
| Mike McGrath | See Schedule 1 | 02/03/2025 | 10,000.00 | 1,000,000.00 |
| George F. Crispo 2000 | See Schedule 1 | 02/03/2025 | 12,500.00 | 6,500,000.00 |
| Blake Andros | See Schedule 1 | 02/04/2025 | 8,333.33 | 5,000,000.00 |
| Blake Andros | See Schedule 1 | 02/04/2025 | 8,333.33 | 5,000,000.00 |
| Blake Andros | See Schedule 1 | 02/04/2025 | 8,333.33 | 5,000,000.00 |
| Charles Dimick | See Schedule 1 | 02/04/2025 | 9,166.67 | 4,250,000.00 |
| George F. Crispo 2000 | See Schedule 1 | 02/04/2025 | 25,000.00 | 6,500,000.00 |
| George F. Crispo 2000 | See Schedule 1 | 02/04/2025 | 12,500.00 | 6,500,000.00 |
| Carsten Andersen | See Schedule 1 | 02/07/2025 | 8,333.33 | 1,750,000.00 |

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **David Robert Stone** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number | | |
| (if known) | | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7      12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 1

| Debtor 1 | **David Robert Stone** | | | Case number *(if known)* | |

| | | |
|---|---|---|
| name: | ☐ Retain the property and redeem it. | |
| | ☐ Retain the property and enter into a | ☐ **Yes** |
| Description of | *Reaffirmation Agreement.* | |
| property | ☐ Retain the property and [explain]: | |
| securing debt: | | |

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased | |
| Property: | ☐ Yes |

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _David R. Stone_      X _____

David Robert Stone            Signature of Debtor 2
Signature of Debtor 1

Date    **April  8, 2025**        Date _____

EXHIBIT 1, PAGE 284

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| **Debtor 1**     **David Robert Stone** | ☑ 1. There is no presumption of abuse |
| **Debtor 2** (Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the:   Central District of California | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| **Case number** (if known) | ☐ Check if this is an amended filing |

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income     12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**     **Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☑ **Married and your spouse is NOT filing with you.** You and your spouse are:

     ☑ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

     ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |
| 5. | **Net income from operating a business, profession, or farm** | | |

|  | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm $ _____ | Copy here -> $ _____ | $ _____ | |

6. **Net income from rental and other real property**

|  | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property $ _____ | Copy here -> $ _____ | $ _____ | |

| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |

EXHIBIT 1, PAGE 285

Debtor 1   **David Robert Stone**                                    Case number (if known) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**                                                  $ _____   $ _____

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

For you                                        $ _____

For your spouse                                $ _____

9. **Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act. Also, except as stated in the next sentence, do
not include any compensation, pension, pay, annuity, or allowance paid by the
United States Government in connection with a disability, combat-related injury or
disability, or death of a member of the uniformed services. If you received any retired
pay paid under chapter 61 of title 10, then include that pay only to the extent that it
does not exceed the amount of retired pay to which you would otherwise be entitled
if retired under any provision of title 10 other than chapter 61 of that title.              $ _____   $ _____

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act; payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the
United States Government in connection with a disability, combat-related injury or
disability, or death of a member of the uniformed services. If necessary, list other
sources on a separate page and put the total below..

_____                                       $ _____   $ _____
_____                                       $ _____   $ _____

Total amounts from separate pages, if any.              + $ _____   $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.   $ _____ + $ _____ = $ _____

Total current monthly
income

| Part 2: | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ................ Copy line 11 here=>    $ _____

Multiply by 12 (the number of months in a year)                                   x 12

12b. The result is your annual income for this part of the form          12b.   $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                         [_____]

Fill in the number of people in your household.              [_____]

Fill in the median family income for your state and size of household.          13.   $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions
for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A–2.

14b. ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

| Part 3: | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _David Robert Stone (signature)_____

**David Robert Stone**
Signature of Debtor 1

Date **April  8, 2025**_____
MM / DD  / YYYY

Official Form 122A-1          Chapter 7 Statement of Your Current Monthly Income                    page 2

| Debtor 1 | **David Robert Stone** | Case number (*if known*) |
|---|---|---|

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Official Form 122A-1                Chapter 7 Statement of Your Current Monthly Income                page 3

EXHIBIT 1, PAGE 287

Fill in this information to identify your case:

Debtor 1      **David Robert Stone**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Central District of California

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)     12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1 | Identify the Kind of Debts You Have |

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   ☐ No.   Go to line 3.

   ☐ Yes.  Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.  Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001, for at least 90 days and remain on active duty.**

         ☐ **I was called to active duty after September 11, 2001, for at least 90 days and was released from active duty on** _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later.

Official Form 122A-1Supp          Statement of Exemption from Presumption of Abuse Under § 707(b)(2)                  page 1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael G. Spector**<br>**2122 N. Broadway**<br>**Santa Ana, CA 92706**<br>**714-835-3130 Fax: 714-558-7435**<br>California State Bar Number: **145035 CA**<br>mgspector@aol.com | |

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

   **David Robert Stone**

CASE NO.:

CHAPTER: 7

**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **69** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **April 8, 2025**

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **April 8, 2025**

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                **F 1007-1.MAILING.LIST.VERIFICATION**

David Robert Stone
4310 Redwood Hwy, Suite 100
San Rafael, CA 94903

Michael G. Spector
Law Offices of Michael G. Spector
2122 N. Broadway
Santa Ana, CA 92706

4300 Redwood Highway
PO Box 45467
Calistoga, CA 94515

Abramov, Albert
7333 188th Street
Fresh Meadows, NY 11366

Abreu Ramierz, Heidy
30523 Animation Ln
Wesley Chapel, FL 33545

Acosta Villarreal, Edgar M.
51702 La Ponderosa Dr.
Coachella, CA 92236

Acuna, Frank S
6128 Glenbrook Lane
Stockton, CA 95207

Addy, Marcus D.
503 S Flower St
Apt 3
Inglewood, CA 90301

ADP
 1 ADP Road
Roseland, NJ 07068


Aguirre, Jose M
8807 Baring Cross Street
Los Angeles, CA 90044


Alexander Jr, Billy
631 State Highway 67
Graham, TX 76450


Alice Garrett Trust
450 E Strawberry #56
Mill Valley, CA 94941


Allied Towing
4530 Riding Club Court
Hayward, CA 94542


Alva Alva, Ermerlindo M.
10499 Worchester Dr
Commerce City, CO 80022


Alvarez Aguilar, Irvin
404 W Lincoln Avenue
Earlimart, CA 93219


Alvarez, Juan C.
820 Gondola Ln
El Paso, TX 79912

Alvidrez Pacheco, Cynthia I.
784 Brunswick Pl
El Paso, TX 79928


Anaya Valdez, Marcio
3811 W Elowin Avenue
Visalia, CA 93291


Andersen, Amy
1994 Valparaiso Ave
Menlo Park, CA 94025


Andersen, Carsten
22 Chapel Cove Drive
San Rafael, CA 94901


Andrade Fernandez, Luis
800 15th Avenue
Apt B203
Longmont, CO 80501


Andrade Jaurigui, Gabriel
11866 Peach Tree Circle
Yucaipa, CA 92399


Andrade, Jose L.
5500 Quince St
Odessa, TX 79763


Andros, Blake
6372 Mormon Tea Way
Reno, NV 89511

Anna Stone


Arias Jr., Mario
5030 Cresent Bay Dr
San Diego, CA 92154


Arita Perdomo, Victor
19933 Roscoe
Apt 18
Winnetka, CA 91306


Armstrog, Michael T.
7200 Somerset
Unit 1642
Paramount, CA 90723


Arreola Jr, Jose
1142 Pandora Drive SW
Los Lunas, NM 87031


Arreola Rodriguez, Victor
1769 Ramirez Drive
Firebaugh, CA 93622


Arthur Jr., Mach H.
1114 W 92nd St
Apt 4
Los Angeles, CA 90044


AT&T
208 S Akard Street
Dallas, TX 75202


EXHIBIT 1, PAGE 293

Avila Rivera, Luis
8107 Cole Street
Downey, CA 90242

Ayala Holdings No. 10, LLC
10150 Poplar
Fontana, CA 92335

Ayicheh, Taye M.
4761 Carson St.
Denver, CO 80239

B&G Mobile Wash
15777 Valley Blvd
Fontana, CA 92335

Bair, Robert K.
135 Braeburn
Boerne, TX 78015

Bambarelli Investments LLC
PO Box 1365
Crystal Bay, NV 89402

Bank of America
PO Box 25118
Tampa, FL 33622-5118

Barnes, Rodney B
7602 Shadyside Way
Corona, CA 92880

Barr, Albert M
19306 Temre Lane
Rowland Heights, CA 91748


Bataineh, Gabriela
910 Ammons St
South Houston, TX 77587


Bay Alarm Company
491 Gianni Street
Santa Clara, CA 95054


Bay Computer System of America
384 Bel Marin Keys Blvd
#101
Novato, CA 94949


Beasley, Terrance
17622 Arcadia Point Lane
Humble, TX 77346


Bell & Williams Associates, Inc
7 Wall Street
Windham, NH 03087


Belleci Media Productions LLC
570 Guerrero Street #2
San Francisco, CA 94110


Bentley Financial Services
One Porsche Drive
Atlanta, GA 30354

Bernal Jr., Jose A
170 Galapago St
Denver, CO 80204


Berrones, Arnoldo
21212 N Skinner Rd
Edinburg, TX 78542


Bloom, Stephen D
34556 Crenshaw Street
Beaumont, CA 92223


Blount, John B
12970 Springfield Road
Denham Springs, LA 70706


Blue Shield of California
601 12th Street
Oakland, CA 94607


Bonner, Jinetra L.
2769 Woodglen LN
Moreno Valley, CA 92555


Boyd, Jack C.
6601 Blue Oaks Blvd
Apt 4303
Rocklin, CA 95765


Boyd, Marcus T
9588 Brooks Lake Ave
Las Vegas, NV 89148

Brandt, Jarret
1206 W Cheyenne Drive
Chandler, AZ 85224

Bravo, Miguel A.
725 Eggleston Ave
Dos Palos, CA 93620

Brown, Jurrell D.
13023 Ambrose St.
Houston, TX 77045

Bruggenkamp, Linda
6372 Mormon Tea Way
Reno, NV 89511

Burns, Armund
6007 Sandy Creek Drive
Baytown, TX 77523

C&M Fleet Repair Service
3681 S Dixie Road
Suite 4946
Dalton, GA 30721

Caballero Linares, Yankiel
4230 N 72nd Lane
Phoenix, AZ 85033

Cabrera, Julia G
4642 La Loma Street
San Antonio, TX 78233

Calderon Cerna, Domingo V.
37142 Sabel Ave
Palmdale, CA 93552

Calderon Monzon, Edy O.
3660 Regal Oaks Pl
Perris, CA 92571

Calzona Truck Sales, Inc.
15689 Valley Blvd
Fontana, CA 92335

Camacho, Alejandro
250 N Linden Ave
Sp 253
Rialto, CA 92376

Campbell, Von C
559 Shark Street
Perris, CA 92571

Cardenas, Alex D
1905 Montgomery Lane
Delano, CA 93215

Cardona, Gomez, Mario A.
13065 Sycamore Ave
Apt A
Chino, CA 91710

Castellanos Munoz, Santiago
6321 Casitas Avenue
Bell Gardens, CA 90201

Castellanos, Nelson R
5008 Cocoa Lane
Laredo, TX 78046


Castillo, Abel De Jesus
3783 S La Salle Ave
Los Angeles, CA 90018


Castillo, Ana
23243 Conifer Drive
Denham Springs, LA 70726


Castillo, Cesar
606 Kensington Dr
Duncanville, TX 75137


Castillo, Elmer A.
12027 Santian Ct
Mira Loma, CA 91752


Catone, Burna C
16504 Halldale Ave A
Gardena, CA 90247


Cavalli, Kevin
2129 W San Remo Drive
Meridian, ID 83646


CDTFA
May Lee State Office Complex
651 Bannon Street
Ste 100
Sacramento, CA 95811

Ceballos, Andres
11555 Culebra Road
Lot 418
San Antonio, TX 78253

Cedillo, Aldo A.
3716 Santos Morales Dr
Laredo, TX 78046

Ceniseros, Alonso
2001 S. Campus Ave
Apt E
Ontario, CA 91761

Ceniseros, Alonso
2001 S Campus Ave
Apt E
Ontario, CA 91761

Cerda Garza, Francsico
1017 Ridgeland Ave
McAllen, TX 78503

Cerpa, Alfred
1389 Red Beaut Cir
Reedley, CA 93654

Cervantes Cano, Adriana
2720 Vista Ave
Perris, CA 92570

Chavez Garcia, Jorge
2408 Westbury Road
Warren, MI 48090

Chavez Mercado, Eber
2910 W 8th Street #201
Los Angeles, CA 90005

Chavez, Bernabe
586 Wild Oak Drive
Windsor, CA 95492

Chester, Wrendell R
1002 Suwanee Lane
Houston, TX 77090

Chia, Marcos R.
1309 Alameda Ave
Chowchilla, CA 93610

Chinchilla, Pablo A.
24950 Via Florecer
#157
Mission Viejo, CA 92692

Chirsty, John D
194 Alley Drive
Aiken, SC 29803

Cisneros, Johnpaul S
2900 S Highland St
Amarillo, TX 79103

City of San Rafael
1400 Fifth Avenue
San Rafael, CA 94901

Claybon, Orlando N
2000 Cliffwood Drive
Fairfield, CA 94534

Colin, Alejandro J.
44140 Camellia St
Lancaster, CA 93535

Collins, Syron K.
9755 Clanton Pines Dr
Humble, TX 77396

Colvin, Deonte J.
3043 Chamberlain Ave SE
Grand Rapids, MI 49508

Comcast
1701 JFK Blvd
Philadelphia, PA 19103

Contreras Jr., Alvaro
3819 Finnigan Ct
Riverbank, CA 95367

Conway, Michael B
6601 Noah Ave
Bakersfield, CA 93308

Cordero, Monica Y.
508 Amber Dr
Weslaco, TX 78596

Cordova Rico, Jaime L.
888 E Rialtto Ave
San Bernardino, CA 92408


Coreas Umana, Ulises De Jesus
11646 Blue Jay Lane
Fontana, CA 92337


Cortez, Pete
5130 Heatherbrook Drive
Houston, TX 77045


Cortez-Mendoza, Feliciano
Brawley, CA 92227


Cortez-Mendoza, Feliciano
451 West D St
Brawley, CA 92227


Cota Davilla, Ernesto
6470 W Illinois Street
Tucson, AZ 85735


Cota Soto, Carlos A
82250 Ocotillo Ave
Indio, CA 92201


Crear, Richard W.
2134 Woodglen Dr
Garland, TX 75040

Crespin Zamora, Elmer N.
1855 Griffin Dr
Vallejo, CA 94589


Crispo, George
98 Hillside Drive
Fairfax, CA 94930


Cruz Rivas, Carlos J.
5 N Imperial Ave
Brawley, CA 92227


Cruz, Santiago
2906 Laredo Street
Laredo, TX 78043


Cueta Favela, Williams F.
9242 Hyssop Dr.
Rancho Cucamonga, CA 91730


Cunningham, Scott
Chocolate Mountain Farms
PO Box 177
Molina, CO 81646


CVR
1137 North McDowell Blvd
Petaluma, CA 94954


Da Silva, Adriano
3651 Prairie Waters Dr
#3108
Grand Prairie, TX 75052

```
Dalco Jr, Michael
2207 Peachwood Drive
Missouri City, TX 77489


Dauti, Enver A.
3126 Legends Creek Dr
Spring, TX 77386


David, Kareem
444 All Seasons Drive
Boiling Springs, SC 29316


De La Garza, Daniel
2429 Dakota Rd
Fort Mohave, AZ 86426


Delgadillo, Alexis
16120 Reed Ct
Fontana, CA 92336


Delgadillo, Miguel A
275 N. McArthur Ave
Fresno, CA 93727


Desert Equity Group
Tom Hill
78291 Deacon Drive
San Antonio, TX 78291


Desouza, Serge
209 Longley Green drive
Walkersville, MD 21793
```

Dexter, Kathleen
1177 Utopia Place
San Jose, CA 95127

Diaz Velazquez, Rafael
2657 Chism Ct
Fortuna, CA 95540

Diaz, Jonathan
11129 Pope Ave
Lynwood, CA 90262

Diaz, Maria G.
25129 Abbey LN
Moreno Valley, CA 92557

Diaz, Sergio
6247 Morton Ave
Riverside, CA 92509

Dimick, Charles
PO Box 3656
Incline Village, NV 89450

Dimick, Danielle
Irrevocable Trust
PO Box 3656
Incline Village, NV 89450

Dimick, Danielle
Revocable Trust
PO Box 3656
Incline Village, NV 89450

```
Direct TV
2260 East Imperial Hwy
El Segundo, CA 90245


Draper, Samuel O.
128 Flat Creek
Waco, TX 76706


Duarte, Andres
1166 D Street
Apt A
Merced, CA 95341


Duarte, Jesus R.
1310 Daisy Ridge LN
Mission, TX 78574


Duarte, Raul V.
2301 Victoria Ct
Imperial, CA 92251


Durazo, Alfonso
1970 Columbia Street
Unit 508
San Diego, CA 92101


Duvall, William
PO Box 294
Kentfield, CA 94914


E-Oscar
550 Peachtree Street
Maildrop 66N
Atlanta, GA 30339
```

Echeverria, Gabriel A.
959 Calle Dura
Marana, AZ 85658


Edwards Jr., Cameron J.
8010 Stutz Ct
Sacramento, CA 95828


Elias Osorio, Jose J.
142 N Date Ave
Apt C
Rialto, CA 92376


Elizaldi, Hector J
2067 Quito Loop
Laredo, TX 78045


Empire Drive Away
1577 Valley Blvd


Endsley, Pamela
112 Tiburon Ct
Aptos, CA 95003


Erenkov, Dmitry
PO Box 792
Bethel Island, CA 94511-0792


Esperanza Miramontes, Carlos A.
621 Valladold
San Elizario, TX 79849

Estrada, Hector
106323 Andlusian Ave SW
Albuquerque, NM 87121


Evans Jr., Bobby
28525 11th St
Lake Elsinore, CA 92532


Evans, Brian K
268 Sandy Neck Way
Vallejo, CA 94591


Experian
PO Box 4500
Allen, TX 75013


Ezell, Lord B.
27907 Via De La Real
Moreno Valley, CA 92555


Fanuvi, Godwin S.
1301 E. Mockingbird Lane
Apt 2139
Midland, TX 79705


Fast Lane Diesel
2400 E Pacific Coast Hwy
Wilmington, CA 90744


Faughn, Logan S
9170 Forest Drive
Fairview Heights, IL 62208

Fernandez, Juan
2045 Juanita Ct
Modesto, CA 95350


Fernandez, Yesenia A.
107 Orchard Ct
Laredo, TX 78045


Figueroa Perez, Jose W.
19039 Elaine Ave
Artesia, CA 90701


Flores, Ernie Reyes
8207 S. Calle Azteca
Tempe, AZ 85283


Flores, Hector Lopez
241 E Alexandria St
Calipatria, CA 92233


Flowers, Lawrence
 8366 Joe Bryan St
Damascus, GA 39841


Franchise Tax Board
Bankruptcy Section, MS: A-340
Sacramento, CA 95812-2952


Fredericks Jr., Kenneth H.
8972 Virginia Ave
South Gate, CA 90280

Frew, Corly L.
163 S 450 W
#5D
Clearfield, UT 84015


Fuentes Garcia, Ignacio
1457 N. Bellah
Lindsay, CA 93247


Fuentes, Jorge H
926 S 21st Street
El Centro, CA 92243


Fuentes, Osman
16849 Passage Ave
A;pt 7
Paramount, CA 90723


Fundora Mojena, Yosmel
5751 Greenhouse Rd
Apt 1432
Katy, TX 77449


Funez, Iris O.
1622 W 259th St
Harbor City, CA 90710


Garcia Garcia, Juan
8180 11th Ave
Hesperia, CA 92345


Garcia, Andy
30249 Goldenrain Dr
Menifee, CA 92584

Garcia, Arturo
2325 Blake St
San Bernardino, CA 92407

Garcia, Bernando
1045 Jason Drive
Sparks, NV 89434

Garcia, Carlos I. Lopez
627 Burnett Dr
Corcoran, CA 93212

Garcia, Daniel
9546 Mango Ave
Fontana, CA 92335

Garcia, Eduardo
3601 Cristantema St.
Mission, TX 78573

Garcia, Lilia V.
1675 Campbell Rd
Sidney, OH 45365

Gardner Sr., Myron
545 Chestnut Ave 402
Long Beach, CA 90802

Garibay Medina, Juan
227 L Street NE
Quincy, WA 98848

Gil Consuegra, Oddiel
11653 Locust Ave
Hesperia, CA 92345


Gillespie, James
11 Thornton Court
Novato, CA 94945


Giorgi Sr, Frank
137 Goodhill Road
Greenbrae, CA 94904


Godinez  Varela, Armendo
950 E 5th Street
404
Holtville, CA 92250


Golden Gate Office Solutions
927 Howard Street
San Francisco, CA 94103


Gomez Jr, Jose
17908 Wodruff Ave
Bellflower, CA 90706


Gomez Jr., Francisco A.
15950 Ellington Way
Chino Hills, CA 91709


Gomez, Adan
2250 Darby Street
Space 6
San Bernardino, CA 92407

Gomez, Jose
2716 S Bridge Street
Visalia, CA 93277


Gonzalez Acosta, Fernando
1512 W 82nd Street
Los Angeles, CA 90047


Gonzalez Anaya, Roberto C
1602 Brentwood Dr
Apt D
College Station, TX 77840


Gonzalez Ayala, Mario
224 Tunnel St
Santa Maria, CA 93458


Gonzalez Jr, Julian J
30369 Richland Ave
Shafter, CA 93263


Gonzalez Mendiol, John P.
10952 Elena St.
Cerritos, CA 90703


Gonzalez Ramirez, Salvador
440 Washington Street
Calexico, CA 92231


Gonzalez Wong, Josue N.
202 B St
Taft, CA 93268


EXHIBIT 1, PAGE 314

Gonzalez, Juan
9868 Elwood Court
Fontana, CA 92335

Gonzalez, Julio R.
1766 Rio Drive
Eagle Pass, TX 78852

Gonzalez, Maria
614 W I Street
Wilmington, CA 90744

Gravitch, Mark
213 Ridgewood
San Rafael, CA 94901

Grzegorczy, Mark A.
1832 Silvergate Rd
Fort Collins, CO 80526

Guerra Jr, Francisco
1714 Presidio Circle W
Alamo, TX 78516

Guerra Sandoval, Walter J.
29932 Fox Creel Dr.
Sun City, CA 92586

Guevara, Moises A
1748 W 23rd Street
Los Angeles, CA 90018

Guzman Martinez, Abraham
1268 Trask Dr
Hollister, CA 95023

H & S Transport and Recovery
4067 Hardwick Street
Apt 305
Lakewood, CA 90712

Hall II, Alson R.
13785 Whitesail Dr
Victorville, CA 92395

Hargrove, Dhuntiqam
11354 82nd Place North
Osseo, MN 55369

Harvey, Joaquan A.
631 E 105th St
Los Angeles, CA 90002

Hayee, Yasir
4202 Minden Lane
Stockton, CA 95206

Hayward, Terry L.
17585 Lombardy Ln
Bloomington, CA 92316

Henry, Allen P.
1008 W. Cedar River Road
Montgomery, TX 77316

Henson, Aaron M.
610 N Oakland Ave
Apt 1
Pasadena, CA 91101

Hernandez Verduzco, Roberto
25275 Potero Valley Road
Space 73
Potrero, CA 91963

Hernandez, Francisco D
596 Elizabeth Ave
Sanger, CA 93657

Hernandez, Manuel A
3086 Corbin Drive
Salt Lake City, UT 84120

Hernandez, Maria G.
43500 Corte Logrono
Temecula, CA 92592

Hernandez, William M.
12361 Deborah
Victorville, CA 92392

Herrera, Juan E.
2705 N 88th Dr
Phoenix, AZ 85037

Hess, Christoper S
4077 Hillside Drive
Banning, CA 92220

```
Hewitt, Ronnel T.
5481 N Paramount Blvd
6 110
Long Beach, CA 90805


Hill Jr, Larry D.
18490 Jennings Dr
Lathrop, CA 95330


Hopkinson, Hilton
11407 Maple Falls Drive
Tomball, TX 77377


Horace, Harold G.
9510 Fossil Canyon
Humble, TX 77396


Housey, Christopher
9333 Old Orangeburg
Estill, SC 29918


Howard, Dominique M.
1730 196th St SE
Apt C309
Bothell, WA 98012


Hrantyan, Hrach
1657 Oxnard St
#317
North Hollywood, CA 91606


Hubely, Susan
163 Starlite Drive
San Mateo, CA 94402
```

Huerta Cortes, Esteban R.
368 E Grove St
Pomona, CA 91767


Huerta, Juan Santos
23326 Dragon Rock Rd
Elmendorf, TX 78112


Indora, Aseem
2450 Peralta Blvd
#100
Fremont, CA 94536


Inga, Fernando D
5604 Julie Street
Bakersfield, CA 93313


Iniguez, Fernando
c/o Raphael Hedwat
5170 Sepulveda Blvd Ste 350
CA 91400


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Iwuagwu, Desmond E.
546 Winston St
Grand Prairie, TX 75052


Jackson III, Marvin E.
6434 Westward Wood Way
Humble, TX 77338

Jackson, Carlos D.
11341 Loma Linda Cir
El Paso, TX 79934

Jackson, Michael
14050 Cherry Ave
#R178
Fontana, CA 92337

Jacquie Kay Solomon Trust
1922 Matzen Ranch Cirlle
Petaluma, CA 94954

Jaimes Dominguez, Miguel A
10843 S Reed Avenue
Reedley, CA 93654

Jaswal, Arun
52 Palomino Court
Roseville, CA 95678

Jenkins, Darrius
708 Oak Street
Garland, TX 75040

Jimenez Caballero, Josue M.
2150 21st Ave
San Francisco, CA 94116

John Russi GST
774 Mays Blvd #10-740
Incline Village, NV 89451

Johnson, Christopher
2903 Verde Valley Drive
Manvel, TX 77578


Johnson, Elmo D
1815 Clear Mist Ct
Rosharon, TX 77583


Johnson, Phillip L
1007 E Terrace Dr
Long Beach, CA 90807


Jones, Irison
42094 21st Street
Lancaster, CA 93536


Jones, Joseph J
11311 Blue Flax Trail
Houston, TX 77044


Jones, Telisha
5300 Mantanzas Ave
Fort Pierce, FL 34946


Kaiser
 1 Kaiser Plaza
Oakland, CA 94612


Kerr, Daniel W.
2651 Reche Canyon Rd
Colton, CA 92324

Khan, Faryad A.
962 Skyline Dr
Yuba City, CA 95991


Klausen, Pia
629 Kohler Drive
West Bend, WI 53090


Kumar, Satish
475 Dover Way
Apt 16
Campbell, CA 95008


Ladegaard, Thomas
5927 Balfour Court
Ste 202
Carlsbad, CA 92008


Ladrech, Gene
50545 Verano Drive
La Quinta, CA 92253


Ladrech, Ronald
79800 Sandia Street
La Quinta, CA 92253


Lambert, Brittany Raquel S.
7960 Rafael Rivera Way
Unit 1101
Las Vegas, NV 89113


Lara, Efrain
6522 Cerritos Ave
Long Beach, CA 90805

Lateef, Kataab
8 Idlewood Road
Greenbrae, CA 94904


Leachman Family Trust
121 Oak Ave
Greenbrae, CA 94904


Lee, Tae H.
1033 S Bronson Ave
Los Angeles, CA 90019


Letona Lopez, Jaime A
1952 W Orange Grove Ave
Apt 25
Pomona, CA 91768


Lewis Jr, Alvin
36415 Gloria Road
Geismar, LA 70734


Leyva, Martha
9504 Lindsey Drive
El Paso, TX 79924


Lively, Romero
14764 Santa Fe Trail
Victorville, CA 92392


Locator Technologies
7582 Las Vegas Blvd South
Ste 307
Las Vegas, NV 89123

Lopez Alcantara, Jesus E.
14334 Sierra Grande St
Adelanto, CA 92301

Lopez Chavez, Ancieto
449 White Cload Road
El Paso, TX 79928

Lopez Garcia, Carlos I.
627 Burnett Dr
Corcoran, CA 93212

Lopez Mendieta, Jorge
10333 Via Pastoral
Moreno Valley, CA 92557

Lopez Payes, Ever I
14611 Vincennes Street
#106
Panorama City, CA 91402

Lopez Rivera, Ismael
130 Taylor St
Lebanon, OR 97355

Lopez, Ernesto
16031 Pioneer Bl
Apt C11
Norwalk, CA 90650

Lopez, Jose Martin
4222 N. 79th Ln
Phoenix, AZ 85033

Lopez, Leticia
11862 Burgess Ave
Whittier, CA 90604

Losoya, Julia
917 N McKinley Street
Hobbs, NM 88240

Lozano, Irma
3028 N Sierra Way
San Bernardino, CA 92405

Lozano, Miguel
2248 W College Ave
San Bernardino, CA 92407

Luna Medina, Adrian
1850 Rogina Court
Merced, CA 95341

Lupercio Garcia, Armando
14865 Totem Pole Street
Victorville, CA 92394

Macias Ortega, Eric R.
3212 David Palacio Dr
El Paso, TX 79938

Macias Valenzuela, Guillermo D.
636 Olive St
Brawley, CA 92227

Madrous, Marialinet V
14325 McNab Ave
Space 14
Bellflower, CA 90706

Maldonado Morales, Jesus
14224 Bluesky Point Ct
El Paso, TX 79938

Mansour, Ali
804 Honey Dew Ln
Fort Worth, TX 76120

Manyiel, Wool E.
8427 W Lewis Ave
Phoenix, AZ 85037

Manzano, Jose
1004 N Ditman Ave #2
Los Angeles, CA 90063

Marin County Tax Collector
1050 Andersen Drive
San Rafael, CA 94901

Marin County Tax Collector
3501 Civic Center Drive #202
San Rafael, CA 94903

Marin Jr, Jose
10840 Nuevo Dr
Fontana, CA 92337

Marin Sanitary Service
1050 Andersen Drive
San Rafael, CA 94901


Marquez Osorio, Mercedes
1467 River Drive
Brawley, CA 92227


Marroquin Cordon, Julio A.
16128 Orange St.
Apt B
Hesperia, CA 92345


Marshall, Robert D.
913 Glenn Heather Ct
Dacono, CO 80514


Martinez Albindo, Juan F.
222 W El Segundo Blvd
Los Angeles, CA 90061


Martinez, Carlos A.
8121 Broadway Ave
Apt 50
Whittier, CA 90606


Martinez, Jose
12526 Peachleaf Street
Moreno Valley, CA 92553


Martinez, Luis
14493 Welsh Court
Hesperia, CA 92345-8000

Martinez, Ricardo J.
2527 Barbwire Way
San Antonio, TX 78244

Martinez, Xavier
5805 Western Rd.
Mission, TX 78574

Master Recovery
PO Box 22651
Sacramento, CA 95822

Mattis, Carlton
5714 Barrington Run
Atlanta, GA 30350

Mbuba, Basil
726 East 46 Street
Brooklyn, NY 11203

Mbute, David
6948 Nava
Grand Prairie, TX 75054

McCall, Joe H
400 Madeline Trl
Waxahachie, TX 75167

Mcclain, Andre M.
13422 Banning St
Fontana, CA 92336

Mcclinton, Rayrone T.
7255 Texas Rangers Dr
Apt 1336
Frisco, TX 75034


McGrath, Michael
4830 Neal Ave
Stillwater, MN 55082


McGuire, Dedrick
5005 Boeingshire Cove
Memphis, TN 38116


Mcilwain, Kevin L.
9100 Pepper Grass Ave
Westbrook, TX 79565


Meadow Club
1001 Bolinas Road
Fairfax, CA 94930


Medina, Miguel
440 Gonzalez Drive
Donna, TX 78537


Melendez Paulin, Eduardo
1123 E 28th Street
Los Angeles, CA 90011


Mendez, Jose A.
2751 Monument Blvd
Apt 81
Concord, CA 94520

Mendez, Joshua
14950 Nokomis Rd
Apple Valley, CA 92307

Mengarelli Family Trust
PO Box 1365
Crystal Bay, NV 89402

Mengarelli, John
26 St Rt 28 #1365
Crystal Bay, NV 89402

Mengarelli, John
26th St. Rt 28 #1365
Crystal Bay, NV 89402

Meza Quintero, Rosario
14770 Road 191
Porterville, CA 93258

Mikes, Dana M.
9905 Packwood Dr
Bakersfield, CA 93313

Milan, Kenneth
15 Stonehenge Lane 3A
Albany, NY 12203

Miller, Zach & Sarah
527 Yarmouth Road
Towson, MD 21286

Mims, Jaqueline D.
5701 Tupelo Dr
Sacramento, CA 95842

Mkarian, Makedon
6646 Ampere Ave
North Hollywood, CA 91606

Molina, Jonathan
1858 Old Pioneer Rd.
Eagle Pass, TX 78852

Monet, Sean K
907 Grand Ave
Apt 5
Long Beach, CA 90804

Montgomery, Elizabeth
6035 Wagonmaster Lane
Roseville, CA 95747

Montiel, Armando S
5171 Silk Place
San Diego, CA 92105

Montoya Reyes, Humberto
9219 Vista West Drive #11302
San Antonio, TX 78245

Moore, Matthew S
3572 Brody Way
Oceanside, CA 92056

EXHIBIT 1, PAGE 331

Mora, Juan G.
414 Beaumont St
Las Vegas, NV 89106


Moreno
Vicente
Hawaiian Gardens, CA 90716


Moreno Rabago, Martin
1021 Maple Court
Ontario, CA 91762


Morfin Mancilla, Daniel
4147 Polaris Ave
Union City, CA 94587


Morgan, James K.
421 Arroy Dr
Big Bear Lake, CA 92315


Morris, Timothy
1420 W 1850 North
Layton, UT 84041


Morris, Timothy H.
2256 N 850 W
Clearfield, UT 84015


Mosley, Donte J.
309 W Kimball Ave
Hemet, CA 92543

Mott Jr, Richard
1401 McKee Road
Bakersfield, CA 93307

Muniz, Julian
131 Mangana Hein Road
Laredo, TX 78046

Munoz, Jesus
137 E Coronado Lane
Tustin, CA 92780

Munson, Katherine
105 Baltimore Ave
Corte Madera, CA 94925

Nail, Jeffrey M
24405 Madison Street
Torrance, CA 90505

Nguyen, Anthony V
5821 Marquette Street
Arlington, TX 76018

Nguyen, Dung V.
256 W. 2300 N
Ogden, UT 84414

Njofie, Jevis C.
850 Canal St.
Delaware, OH 43015

NMLS
2975 Wilshire Blvd
Ste 600
Los Angeles, CA 90010


Noulden III, RaymondL.
12338 Berts Way
Corona, CA 92880


Nunez, Octavio
15676 Kadota Pl
Victorville, CA 92395


Ojeda Campos, Luis E
22989 Pahute Road
Apple Valley, CA 92308


Olivia Cabrera, Luis F.
1168 8th Ave
Hesperia, CA 92345


Ordonez, Francisco A.
25980 Blueleaf St
Moreno Valley, CA 92553


Orellana Batres, Juan P
347 Martinez Court
Mendota, CA 93640


Oritz Corona, Rene
333 E Green Briar Lane
Dallas, TX 75203

Orozco Ponce, Lorena P.
402 Newton St
Denver, CO 80204


Ortiz Parada, Luis E.
1278 De Foe Ave
Sylmar, CA 91342


Osorio Betancourt, Victor M.
1322 E Pacific Coast Hwy
Wilmington, CA 90744


Osorio, Darwin
2621 7th Ave
Los Angeles, CA 90018


Pacific Premier Trust
Bambi Mengarelli
PO Box 1365
Crystal Bay, NV 89402


Pacific Premier Trust
Dana Klussman
450 E Strawberry #56
Mill Valley, CA 94941


Pacific Premier Trust
George Crispo
98 Hillside Drive
Fairfax, CA 94930


Pacific Premier Trust
Janet Simkins
1750 Avenida del Mundo #609
Coronado, CA 92118

Pacific Premier Trust
John Mengarelli
PO Box 1365
Crystal Bay, NV 89402


Pacific Premier Trust
Kim McGuinness
26 Marin St
San Rafael, CA 94901


Pacific Premier Trust
Len Biss
38250 N 102nd Street
Scottsdale, AZ 85262


Pacific Premier Trust
Pamela Endsley
112 Tiburon Ct
Aptos, CA 95003


Pacific Premier Trust
Richard Klussman
450 E Strawberry #56
Mill Valley, CA 94941


Padilla Delgado, Leonardo D
11114 Reichling Lane
Whittier, CA 90606


Padilla Jr, Hector A
11114 Reichling Lane
Whittier, CA 90606


Paniagua Smith, Fernando
427 Pelican Place
Yuba City, CA 95993

Pelayo, Angel
4186 South 4850 West
Salt Lake City, UT 84120


Pelegrin Diaz, Leoney
6704 Fenway Drive
Pasco, WA 99301


Perez, Macario
300 S Mile 2 W
Apt 103
Edcouch, TX 78538


Perez, Roberto N.
2233 Billing Ave
Tulare, CA 93274


PG&E
300 Lakeside Drive
Ste 210
Oakland, CA 94612


PG&E
300 Lakeside Drive
Suite 210
Oakland, CA 94612


Phillips, Kierra J.
6653 Hill Ave
#8
Toledo, OH 43615


Pizza, Jack
4 Luzanne Circle
San Anselmo, CA 94960

Plantation Golf Club
50994 Monroe St.
Indio, CA 92201


Portillo Arriolo, Ronal
9425 Parkwood Manor
Shafter, CA 93263


Poveda Ordonez, Lizzy D.
4567 Catalpa St.
Los Angeles, CA 90032


Prandi Property Management
1321 3rd Street
San Rafael, CA 94901


Principal Life Insurance
711 High Street
Des Moines, IA 50392


Purnell, Dillon C.
206 North Lake Dr.
Apt 2006
Warner Robins, GA 31093


Ramirez Cruz, Oscar
25198 Leann Court
Moreno Valley, CA 92553


Ramirez Pena, Walter
605 W 99th Ave
Los Angeles, CA 90044

Ramirez, Domiga T.
2815 Olive Ave
Schertz, TX 78154

Ramirez, Juan A.
16521 Sheffield St
Delhi, CA 95315

Ramos Axume, Abel
236 W 93rd Street
Los Angeles, CA 90003

Ramos Romero, Arnoldo
14452 Stivers Rd
Victorville, CA 92394

Randhawa, Harpeet S.
3598 Macadamia Ln
Ceres, CA 95307

Rauda, Thomas C
7925 Ventura Canyon Ave
Panorama City, CA 91402

Readyfresh by Nestle
900 Long Ridge Road
Building 2
Stamford, CT 06902

Real Garcia, Maria D.
4337 N 53rd Ln
Apt 118
Phoenix, AZ 85031

Reed, Dermmell J.
3321 La Cascada Ave
North Las Vegas, NV 89031

Reyes Larios, Victor M.
13358 Fern Hollow Way
Victorville, CA 92392

Reyes Piedra, Jose
4400 Isla Verde
St Apt 7
Bakersfield, CA 93301

Reynolds, Blake J.
8829 Spinning Wheel Ave
Las Vegas, NV 89143

Rhea, Matthew J.
5130 N. Mendelson Ave
Meridian, ID 83646

Rivera, Martin
12912 S Frailey Ave
Compton, CA 90221

Riverside County Tax
40935 County Center Drive
Suite C
Temecula, CA 92591

Robles, Luis A.
17337 Malaga St
Fontana, CA 92336

Rodiguez, Jose
12053 Walnut Street
Norwalk, CA 90650


Rodriguez Gonzalez, Evaristo
762 E Pico Blvd
Los Angeles, CA 90021


Rodriguez Huerta, Hilario
440 Manzanilla Drive
Delano, CA 93215


Rodriguez Morfin, Audel
600 E Tulare St
Avenal, CA 93204


Rodriguez, Ismael
919 N Willow Ave
Rialto, CA 92376


Rodriguez, Jaime
5117 Tomahawk Drive
Robstown, TX 78380


Rodriguez, Victor
2109 9th Ave
Oakland, CA 94606


Rodriquez Orozco, Guillermo
306 E 7th Street
Calexico, CA 92231

Rodriquez Rojas, Navor
461 Estudilla Ave
Los Angeles, CA 90063


Rojas, Eric
1312 Kayford Ave
South El Monte, CA 91733


Romero Vasques, Bernardo
361 Ayrshire Way
Gonzales, CA 93926


Romero Vasquez, Bernardo
361 Ayshire Way
Gonzales, CA 93926


Romero, Roxanna
8157 North 22nd Drive
Phoenix, AZ 85012


Rosales Nunez, Carlos
686 La Lomas Court
Imperial, CA 92251


Ruelas Lopez, Juan D.
10825 Carbet Place
San Diego, CA 92124


Ruiz, Ignacio D
Corcoran, CA 93212

Russi GST, Michelle
774 Mays Blvd #10-710
Incline Village, NV 89451

Russi GST, Patrick
774 Mays Blvd #10-710
Incline Village, NV 89451

Russi GST, Timothy
774 Mays Blvd #10-710
Incline Village, NV 89451

Russi, John
2006 Russi Family Trust
35 Grove Creek Court
Lafayette, CA 94549

Saini, Satwant
11824 58th Drive NE
Marysville, WA 98271

Salazar Bobadilla, Luis F.
8760 W Hammer Ln
Las Vegas, NV 89149

Salinas, Gerardo P.
216 W Court St
Apt 55
Woodland, CA 95695

Salmeron Haro, Flavia
6826 Doriana St #34
San Diego, CA 92154

San Bernardino County Tax Collector
268 W Hospitality Lane
San Bernardino, CA 92408

Sanchez Villalobos, Herson A.
1343 Rangoon St
Pacoima, CA 91331

Sanchez, Cesar M.
201 S Pennslyvania Ave
Spc 115
San Bernardino, CA 92410

Sanchez, Miguel
4326 N Ellendale Ave
Fresno, CA 93722

Sanchez, Pedro
12711 Branford St
105A
Pacoima, CA 91331

Sanchez, Ricardo
10106 Palomino Ave
Riverside, CA 92509

Sanders, Marcus
2641 Channing Drive
Grand Prairie, TX 75052

Sanders, Marcus J.
27534 Autumn Cir
Moreno Valley, CA 92555

Sandoval, Jesus
11461 2nd Ave
Loma Linda, CA 92354

Santillan Conejo, Jose
1275 S Sunset Drive
Lodi, CA 95240

Santillana Jr, Pedro
1407 Reagan Drive
Laredo, TX 78046

Schiazza, Emmanuel G
14414 Uvalde Ave
Lubbock, TX 79423

Seals-Jones, Roderick L.
9111 Briar Forest Dr
Houston, TX 77024

Sebastian, Marc
607 Fairway Drive
Novato, CA 94949

SEE LIST OF TRUCK LESSEES ATTACHED

Selma, Michael R
25810 Calle Agua
Moreno Valley, CA 92551

EXHIBIT 1, PAGE 345

Sepluveda Dominguez, Gabriel
14833 Kingston Drive
El Paso, TX 79928


Seyoum, Hagos
222 S Newbern Way
Aurora, CO 80018


Shahbazi, Sam
3150 W Twain Ave
#115
Las Vegas, NV 89103


Sheila Volarvich Living Trust
216 Johngalt Court
Roseville, CA 95678


Shivers Jr, Arnold C
5235 S 12th Way
Phoenix, AZ 85040


Silva, Eunice
7186 Second St
Canutillo, TX 79835


Simkins, Janet
1750 Avenida del Mundo
#609
Coronado, CA 92118


Singh, Balinder
7445 E Simpson Ave
Fresno, CA 93737-8000

```
Singh, Jodha
12252 Chatum Court
Norden, CA 95724


Singh, Karandeep
4268 Soloman Street
Riverside, CA 92509


Singh, Parvinder
1919 Quail Lakes Drive
Apt 48
Stockton, CA 95215


Singh, Pawandee
1414 June Ave
San Jose, CA 95122


Sirin, Edwin
160 Friesian St
Norco, CA 92860


Small Business Admibnistration
409 3rd St
Washington, DC 20416


Smalling, Sheldon
13933 Garforth Avenue
El Paso, TX 79928


Smith, Brandon
7600 N 15th St
Suite 150
Phoenix, AZ 85020
```

Smith, Brandon T
3054 Summer Breeze Lane
Rosamond, CA 93560


Solis Hernandez, Alfredo
10961 Larch Ave
Bloomington, CA 92316


Solis Jr, Arturo
405 Michoacan Loop
Laredo, TX 78045


Solis Lopez, Jose A.
10336 Cavalier St.
El Paso, TX 79924


Solorio Barrera, Francisco
35053 Nicklaus Nook
Beaumont, CA 92223


Soto Vaca, Derian
303 Priest Rapids Dr
Mattawa, WA 99349


Stamps.com
1990 E Grand Ave
El Segundo, CA 90245


Stanley, Dawn
5897 Melita Rd
Santa Rosa, CA 95409

State Board of Equalization


State Farm Insurance
1 State Farm Plaza
Bloomington, IL 61710


Steadman, Taylor N.
2408 Brighton Dr
Louisville, KY 40205


Steinberg, Eric
39 Geary Ave
Fairfax, CA 94930


Steinberg, Phillip
2190 Sky Drive
Clarkdale, AZ 86324


Stenning, Barbara
82400 West McCarroll Drive
Indio, CA 92201


Stevenson, Timothy K.
16179W Yavapai St
Goodyear, AZ 85338


Stewart, Joe N
34710 Lake Side Drive
Brookshire, TX 77423

Stewart, Kelly
5955 Linden Ave 2
Long Beach, CA 90805

Stinson. Etienne M.
1546 W 145th St
Apt #5
Gardena, CA 90247

Stone, Anna
49841 Canyon View
Palm Desert, CA 92260

Stone, Michael
1499 Lucas Valley Road
San Rafael, CA 94903

Svoboda, Deborah
157 Headlands Court
Sausalito, CA 94965

T. Castro, Joseph
17482 Granada Ave
Fontana, CA 92335

Tanksley, Braswell D
4430 Castellon Way
Augusta, GA 30906

Taylor, Joseph L
4285 Tomahawk Drive
Cedar City, UT 84721

Taylor, Keith
3406 Finney Road
Modesto, CA 95358


Terheyden, Robert
9 Burning Tree Drive
Novato, CA 94949


The Last Mobile Truck Service, Inc
200 Owen Parkway Circle
Carter Lake, IA 51510


Thomas GST, Catherine
774 Mays Blvd
#10-710
Incline Village, NV 89451


Thomas, Alan
1360 High Street
Alameda, CA 94501


Thomas, Catherine
774 Mays Blvd
#10-710
Incline Village, NV 89451


Thomas, Ryan
R & C NGU
79945 Double Eagle Way
La Quinta, CA 92253


Thompson, Steve
PO Box 14568
Odessa, TX 79768

Tomlinson , Terrance
29 Hawser Way
Savannah, GA 31407


Tonys Road Service
8655 Cherry Ave
Fontana, CA 92335


Torres Vega, Jose
1649 Rigel Street
Beaumont, CA 92223


Torres Villegas, Jose C
281 Santa Cruz Street
Mendota, CA 93640


Torres, Carlos O.
5250 Colfax Ave
North Hollywood, CA 91601


Torres, Gerardo
128 Archangel Way
Chaparral, NM 88081


Tracy, Adam
35 Tamalpias Ave
Apt 2
Odessa, TX 79768


Trammel, Donyea
1076 N Orange St
Apt 3
Riverside, CA 92501

Trejo, Ricardo
4245 W 134th St
Apt 4
Hawthorne, CA 90250

Trevino, Rigoberto
1320 W Gran Via Street
Pharr, TX 78577

Triplett, Marcus C.
1705 Beacon Point Ln
Dickinson, TX 77539

Truck Paper
120 W Harvest Drive
Lincoln, NE 68521

Ugues Guevara, Diego A.
14730 Shaper Dr
Unit B
El Paso, TX 79928

Valdez, Ismael
234 Calle Pinuelas
Delano, CA 93215

Valdovinos Fuentes, Maria
9500 Vanaldn Ave
Northridge, CA 91324

Valenzuela Orozco, Cayetano
5800 Aquamarine Peak Dr.
Bakersfield, CA 93313

Valenzuela, Jonathan
206 W Ave
37
Los Angeles, CA 90065

Valesquez Garcia, Ovidio D.
11120 Arminta St
215
Sun Valley, CA 91352

Vargas Walker, Francisco
1102 Loma Mesa
San Antonio, TX 78214

Vasquez, Hector J.
26201 Le Mans Dr
Moreno Valley, CA 92555

Vega Jr., Luis A.
9403 Meadow Falls Dr
Bakersfield, CA 93311

Vega Mojica, Edmundo
906 McFarland Ave
Wilmington, CA 90744

Vega, Erica P.
5765 W Atlantic Pl
#301
Denver, CO 80227

Velazquez Hernandez, Raul
911 W 113th St
Los Angeles, CA 90059

Vera Caballero, Victor
3810 Standing Oak Drive
Ceres, CA 95307

Villagomez Alcazar, Emilio
1842 N Mae Carden Street
Visalia, CA 93291

Villfana, Rafael
636 Lamoglia Streeet
Los Banos, CA 93635

Virck, Jitenda S
900 Alphine Way
Tracy, CA 95376

Vogl, Robert
98 Hillside Drive
Fairfax, CA 94930

Volarvich, Brendt
216 Johngalt Court
Roseville, CA 95678

Vonage
101 Crawfords Corner Road
Ste 2416
Holmdel, NJ 07733

VRT Services Inc
37 Musick
Irvine, CA 92618

Walls, Brian A
16515 E Nebraska Ave
Reedley, CA 93654

Walsh, Vicki
1740 Crocker Lane
Lincoln, CA 95648

Warren, Nick
6562 Caliente Road
Hesperia, CA 92344

Weaver Recovery
2403 N 10th Street
McAllen, TX 78501

Wells Fargo
PO Box 6995
Portland, OR 97228-6995

Wells Fargo
PO Box 14111
Des Moines, IA 50306-3411

Wells Fargo
PO Box 14411
Des Moines, IA 50306-3411

Westamerica
7333 Redwood Blvd
Novato, CA 94948

Westamerica
PO Box 1200
Suisun City, CA 94585-1200

White Sr., Kovan
3477 Verde St
Riverside, CA 92504

White, Johnel P.
1725 Periwinkle Way
Antioch, CA 94531

Wilborn, Andrion L.
68 Rockbourne Dr.
Humble, TX 77396

Williams, Donovan F.
261 San Mateo Drive
Loma Linda, CA 92354

Williams, Ishmael K.
21400 Applewood Dr
California City, CA 93505

Williams, Kevin K
2879 Havenwood Drive
Conyers, GA 30094

Williams, Maurice L.
925 Health Creek Dr
DeSoto, TX 75115

Williams, Michael O
2464 Copeland Road
Valdosta, GA 31601

Williams, Naclinton M.
253 CR 3510
Woodville, TX 75979

Williams, Winston A.
8004 Verde Springs Dr
Las Vegas, NV 89128

Williamson, Tiana J
16668 Hastings Place
Victorville, CA 92395

Woods, Lavonne
1177 Sunset Cliffs Blvd
San Diego, CA 92107

Worldwide Express
2700 Commerce Street
Ste 1500
Dallas, TX 75226

Wright, Gerrcia V
1428 Kings Point Way
Conyers, GA 30094

Yanez, Andre
8505 Mulberry Ave
Apt O
Fontana, CA 92335

Zamora Jr, Samuel
3101 Monterrey Street
Laredo, TX 78046

Zarate Andrade, Ana C
1097 Santiago Dr
Calexico, CA 92231

Zarate, Fabricio Gustavo A.
123 N 4020 E
Rigby, ID 83442

Zertuche, German
6409 Country Rd 168
Alvin, TX 77511

Michael G. Spector–Bar No. 145035
Vicki L. Schennum (Of Counsel)- Bar No. 159628
**LAW OFFICES OF MICHAEL G. SPECTOR**
2122 North Broadway
Santa Ana, California 92706
Tel. (714) 835-3130
Fax. (714) 558-7435
mgspector@aol.com

Attorneys for the Debtor
DAVID R. STONE

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re | ) Case No. 6:25-bk-12353 SY |
| | ) |
| | ) Chapter 7 |
| | ) |
| | ) |
| | ) **NOTICE OF ERRATA RE: FILING OF** |
| DAVID ROBERT STONE, | ) **SCHEDULES H AND I** |
| | ) |
| | ) |
| Debtor. | ) [NO HEARING REQUIRED] |
| | ) |
| | ) |
| _____ | ) |

**TO THE UNITED STATES TRUSTEE, THE CHAPTER 7 TRUSTEE, ALL CREDITORS AND PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that the Debtor's Schedule H and a complete Schedule I were erroneously not scanned and uploaded with the filing of the Petition on April 14, 2025.

    **PLEASE TAKE FURTHER NOTICE** that said Schedules H and I are attached hereto and should be incorporated into the initial filing on April 14, 2025.

Dated: April 16, 2025                    LAW OFFICES OF MICHAEL G. SPECTOR

                                        By: _____
                                            Michael G. Spector
                                            Attorneys for the Debtor
                                            DAVID ROBERT STONE

C:\MGS Documents\CHAP 7\STONE\PLEAD\ERRATA.NOT.wpd

EXHIBIT 1, PAGE 360

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Robert Stone** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

        In which community state or territory did you live?  <u>California</u>  . Fill in the name and current address of that person.

        **Anna Stone**

        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.1  **Calzona Truck Sales, Inc.**<br>**15689 Valley Blvd**<br>**Fontana, CA 92335** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____ |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Robert Stone** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | | |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

EXHIBIT 1, PAGE 362

Debtor 1   **David Robert Stone**                                        Case number *(if known)* _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ N/A |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| | 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| | 5e. Insurance | 5e. | $ 0.00 | $ N/A |
| | 5f. Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| | 5g. Union dues | 5g. | $ 0.00 | $ N/A |
| | 5h. Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| | 8b. Interest and dividends | 8b. | $ 0.00 | $ N/A |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| | 8d. Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| | 8e. Social Security | 8e. | $ 3,200.00 | $ N/A |
| | 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | $ N/A |
| | 8g. Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| | 8h. Other monthly income. Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 3,200.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,200.00 + | $ N/A = $ 3,200.00 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____   11. +$   0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                                                      12. $   3,200.00

                                                                                                                    **Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
    ■  No.
    ☐  Yes. Explain: [_____]

EXHIBIT 1, PAGE 363

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2122 N. Broadway, Santa Ana, CA 92706

A true and correct copy of the foregoing document entitled (*specify*):  Notice of Errata Re: Filing of Schedules H and I

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/16/2025_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/16/2025 | Michael G. Spector | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                **F 9013-3.1.PROOF.SERVICE**

**ECF NOTICE**

| | |
|---|---|
| Larry D Simons (TR) | larry@janus.law, c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;keila@janus.law |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO OPERATE DEBTOR'S BUSINESS UNDER 11 U.S.C. § 721; MEMORANDUM OF POINTS OF AUTHORITIES; DECLARATIONS OF LARRY D. SIMONS AND LAILA RAIS IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 6, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**: On **May 6, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
DAVID ROBERT STONE
4310 REDWOOD HWY, SUITE 100
SAN RAFAEL, CA 94903

☐  Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 6, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JUDGE'S COPY – VIA PERSONAL DELIVERY
Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 6, 2025 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                         **F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: CONTINUED:

- **ATTORNEY FOR SECURED CREDITOR KATAAB LATEEF:** Anthony Dutra     adutra@hansonbridgett.com, ssingh@hansonbridgett.com
- **ATTORNEY FOR SECURED CREDITOR ELIZABETH MONTGOMERY:** Christopher Hart chart@nutihart.com, admin@nutihart.com
- **PROPOSED ATTORNEY FOR CHAPTER 7 TRUSTEE:** Sarah Rose Hasselberger shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR FRANK P. GIORGI REVOCABLE TRUST:** Chris D. Kuhner c.kuhner@kornfieldlaw.com
- **PROPOSED ATTORNEY FOR CHAPTER 7 TRUSTEE:** Laila Rais     lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **CHAPTER 7 TRUSTEE:** Larry D Simons (TR)     larry@janus.law, c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;keila@janus.law
- **ATTORNEY FOR DEBTOR DAVID ROBERT STONE:** Michael G Spector     mgspector@aol.com, mgslawoffice@aol.com
- **U.S. TRUSTEE:** United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-3.1.PROOF.SERVICE**