1  RICHARD A. MARSHACK, #107291
   rmarshack@marshackhays.com
2  LAILA RAIS, #311731
   lrais@marshackhays.com
3  SARAH R. HASSELBERGER, #340640
   shasselberger@marshackhays.com
4  MARSHACK HAYS WOOD LLP
   870 Roosevelt
5  Irvine, California 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Proposed Attorneys for Chapter 7 Trustee,
   LARRY D. SIMONS
8

**FILED & ENTERED**

**MAY 15 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle          DEPUTY CLERK**

9              **UNITED STATES BANKRUPTCY COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

11  In re:                                          Case No. 6:25-bk-12353-SY

12  DAVID ROBERT STONE                              Chapter 7
    *dba* Cornerstone Financial Services
13  *faw* Calzona Truck Sales, Inc.                 **ORDER GRANTING CHAPTER 7**
    *faw* Stoneway Capital Corporation,             **TRUSTEE'S MOTION FOR**
14                                                  **AUTHORITY TO OPERATE DEBTOR'S**
                                                    **BUSINESS UNDER 11 U.S.C. § 721**
15          Debtor.
                                                    Hearing Held:
16                                                  Date:      May 14, 2025
                                                    Time:      11:00 a.m.
17                                                  Courtroom: 301[1]
                                                    Location:  3420 Twelfth Street
18                                                             Riverside, CA 92501
19

20          On May 14, 2025, the Court held a hearing on the *Chapter 7 Trustee's Motion for Authority*

21  *to Operate Debtor's Business Under 11 U.S.C. § 721* ("Motion") filed by the chapter 7 trustee,

22  Larry D. Simons ("Trustee"), of the bankruptcy estate of David Robert Stone *dba* Cornerstone

23  Financial Services ("Debtor"), on May 6, 2025, as Docket No. 30. Appearances were noted on the

24  record.

25  / / /

26

27  ─────────────────────

28  [1] Although this case is assigned to the Honorable Scott H. Yun, the Honorable Mark D. Houle
    presided over this particular hearing in Courtroom 301.

1    The Court, having considered the Motion, the Application for Order Setting Hearing on

2 Shortened Notice filed by the Trustee on May 6, 2025, as Docket No. 31, the Order: Granting

3 Application and Setting Hearing on Shortened Notice entered by the Court on May 7, 2025, as

4 Docket No. 33, the Notice of Hearing on Shortened Time Re: Chapter 7 Trustee's Motion for

5 Authority to Operate Debtor's Business Under 11 U.S.C. § 721 filed by Trustee on May 8, 2025, as

6 Docket No. 34, the record in this case, the arguments, statements, and representations of counsel

7 and the Trustee at the hearing, and for good cause appearing,

8    IT IS ORDERED that:

9    1.    The Motion is granted, as modified on the record.

10    2.    Trustee is authorized to continue to operate Cornerstone Financial Services ("CFS")

11 as set forth in the Motion on pgs. 7:3-9:11, for a period of 180 days after entry of this order

12 ("Operations Period").

13    3.    The Trustee and his agents are authorized to take possession of and monitor the

14 Debtor's former business communications, including mail, email, and telephone communications.

15 This authority includes directing the United States Postal Service to forward all mail addressed to

16 CFS to the Trustee's office.

17    4.    If the Trustee seeks to continue operating CFS beyond the Operations Period, the

18 Trustee shall file a further noticed motion requesting an extension of such authority.

19

20

21

22

23

24    Date: May 15, 2025

Mark Houle
United States Bankruptcy Judge

25

26

27

28

2