Michael G. Spector–Bar No. 145035
Vicki L. Schennum (Of Counsel)- Bar No. 159628
**LAW OFFICES OF MICHAEL G. SPECTOR**
2122 North Broadway
Santa Ana, California 92706
Tel. (714) 835-3130
Fax. (714) 558-7435
mgspector@aol.com

Attorneys for the Debtor
DAVID R. STONE

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>DAVID ROBERT STONE,<br><br>Debtor. | Case No. 6:25-bk-12353 SY<br><br>Chapter 7<br><br>**STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING:**<br>**(1) REVOCATION OF THE DEBTOR'S LIVING TRUST; AND**<br>**(2) USE OF PROPERTY OF THE ESTATE**<br><br>Date:    June 26, 2025<br>Time:    9:30 a.m.<br>Courtroom:    302 |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE:**

Larry D. Simons, Chapter 7 Trustee and David R. Stone, the Chapter 7 Debtor herein, by and through their counsel of record, stipulate as follows:

## RECITALS

**WHEREAS** On April 14, 2025, the Debtor filed within Chapter 7 proceeding.

**WHEREAS** Larry D. Simons is the appointed Chapter 7 Proceeding.

**WHEREAS** The Chapter 7 Trustee has conducted the initial meeting of creditors, which has presently been continued to June 17, 2025 at 1:00 p.m.

**WHEREAS** on June 5, 2025, the Chapter 7 Trustee filed a Motion for Order Authorizing: (1) Revocation of Debtor's Revocable Living Trusts; and (2) Use Property of the Estate, which is set for June 26, 2025 (hereinafter referred to as the "Revoke Trust Motion").

**WHEREAS** the Debtor's opposition to the Revoke Trust Motion is due at a time that his counsel had planned to be unavailable due to his daughter's graduation outside of California.

**WHEREAS** the next available self-calendaring date on the Court's calendar to hear this type of matter is July 10, 2025 at 9:30 a.m.

**WHEREFORE**, to accommodate counsel's schedule, the parties agree to continue the Revoke Trust Motion to July 10, 2025 at 9:30 a.m., with the Opposition due fourteen (14) days prior thereto.

### STIPULATION

**IT IS HEREBY STIPULATED** that the Revoke Trust Motion should be continued to July 10, 2025 at 9:30 a.m., with the Opposition due fourteen (14) days prior thereto.

Dated: June 12, 2025　　　　　　　　　**MARSHACK HAYS WOOD, LLP**

By: _____
　　D. Edward Hays
　　Laila Rais
　　Attorneys for Chapter 7 Trustee
　　LARRY D. SIMONS

Dated: June 12, 2025　　　　　　　　　**LAW OFFICES OF MICHAEL G. SPECTOR**

By: /s/ Vicki L Schennum
　　Michael G. Spector
　　Vicki L. Schennum (Of Counsel)
　　Attorneys for the Debtor
　　DAVID ROBERT STONE

C:\MGSDOCUMENTS\STONE\REVOKETRUST.STIP.wpd        2

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My   business address is: 2122 N. Broadway, Santa Ana, CA 92706

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S MOTION FOR  ORDER AUTHORIZING: (1) REVOCATION OF THE DEBTOR'S LIVING TRUST; AND (2) USE OF PROPERTY OF THE ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 12, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Anthony Bisconti | tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com, docket@bklwlaw.com |
| Charles L Doerksen | cld@doerksentaylor.com |
| Anthony Dutra | adutra@hansonbridgett.com, ssingh@hansonbridgett.com |
| Christopher Hart | chart@nutihart.com, admin@nutihart.com |
| Sarah Rose Hasselberger | shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com; alinares@ecf.courtdrive.com |
| D Edward Hays | ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com; cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Chris D. Kuhner | c.kuhner@kornfieldlaw.com |
| Paul J Laurin | plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com |
| Stacey A Miller | smiller@tharpe-howell.com |
| Laila Rais | lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com; alinares@ecf.courtdrive.com |
| Larry D Simons (TR) | larry@janus.law, c119@ecfcbis.com; nancy@lsimonslaw.com; simonsecf@gmail.com;keila@janus.law |
| William A Smelko | William.Smelko@procopio.com, anant.pandadiya@procopio.com, calendaringbankruptcy@procopio.com |
| Michael G Spector | mgspector@aol.com, mgslawoffice@aol.com |
| Edward A Treder | cdcaecf@bdfgroup.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Reilly D Wilkinson | rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com |

**2. SERVED BY UNITED STATES MAIL**:
On **June 12, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **,**
I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 12, 2025 | Vicki L. Schennum | /s/ Vicki L. Schennum |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |