GREGORY A. ROUGEAU (194437)
BRUNETTI ROUGEAU LLP
235 Montgomery Street, Suite 830
San Francisco, CA  94104
Telephone: (415) 992-8940
Facsimile: (415) 992-8915
e-mail:  grougeau@brlawsf.com

Attorneys for Creditors Carsten Andersen *et al*.

Michael G. Spector (145035)
LAW OFFICES OF MICHAEL G. SPECTOR
2122 North Broadway
Santa Ana, California 92706
Tel. (714) 835-3130
Fax. (714) 558-7435
mgspector@aol.com

Attorneys for the Debtor DAVID R. STONE

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>DAVID ROBERT STONE,<br><br>　　　　Debtor. | Case No.: 6:25-bk-12353 SY<br><br>Chapter 7<br><br>**STIPULATION TO EXTEND THE DEADLINE TO FILE COMPLAINTS OBJECTING TO THE DISCHARGEABILITY OF DEBTS UNDER 11 U.S.C. § 523 OR TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727**<br><br>[No Hearing Required] |

Carsten Andresen, Gail Andersen, The Andersen 2005 Family Trust, Amy Andersen, Bambi Mengarelli, Bamberelli Investments, LLC, Bambi Mengarelli Traditional IRA, John and Bambi Mengarelli Family Trust Dated October 18, 2018, Len Bliss, Len Bliss IRA (Pacific Premier), Kevin Cavalli, Cavalli Family Trust Dated October 7, 2021, George Crispo, George Crispo IRA (Premier Trust), George F. Crispo 2000 Trust, Katherine Munson, Katherine Crispo,

Kathleen Dexter, Robert Dexter, William Duvall, Pam Endsley, The Pamela Endsley IRA (Pacific Premier), Dmitry Erenkov, Elena Erenkov, James Gillespie, Mark Gravitch, Susan Hubley, Bruce Hubley, Richard Klussman, Dana Klussman, Dana Klussman IRA (Pacific Premier), Gene and Sharon Ladrech, Gene and Sharon Ladrech Trust, Ron Ladrech, John Mengarelli, John Mengarelli Traditional IRA, John Mengarelli Living Trust Dated October 17, 2018, Zachary Miller, Sarah Bach-Miller, Marc Sebastain, Lisa Sebastian, The Sebastian Family Trust 2013, Jacquie Solomon, Jacquie Kay Solomon Trust, Eric Steinberg, Eric Steinberg Living Trust, Philip Steinberg, Lorraine Steinberg, Philip J. Steinberg and Lorraine Steinberg Trust, Barbara Stenning, Deborah Svoboda, Robert Terheyden, Robert M. Terhayden Family Trust, Robert Vogl, The Robert Vogl Trust Dated November 16, 2021, Sheila Volarvich, Sheila S. Volarvich Revocable Family Trust, Sheila S. Volarvich Revocable Living Trust, Vicki Walsh, The Vicki J. Walsh Revocable Living Trust (collectively, the "Creditors"), creditors herein, and David Robert Stone (the "Debtor") (the Creditors and the Debtor are hereinafter collectively referred to as the "Parties"), by and through their respective attorneys, hereby enter into this "Stipulation To Extend The Deadline To File Complaint Objecting To The Dischargeability Of Debts Under 11 U.S.C. § 523 Or To Debtor's Discharge Under 11 U.S.C. Section 727", based on the following:

**RECITALS**

A. This case was commenced on April 14, 2025 (the "Petition Date") by the filing of a Voluntary Petition under chapter 7 of the Bankruptcy Code by the Debtor;

B. Larry D. Simons has been appointed as Chapter 7 Trustee herein;

C. The initial deadline for the filing of a complaint objecting to the dischargeability of debts under 11 U.S.C. § 523 or to object the Debtor's discharge pursuant to 11 U.S.C. § 727 (the "Deadline") is presently July 21, 2025. December 12, 2023;

D. In light of the complexity of this Chapter 7 case, Creditors have requested, and Debtor has agreed, to an extension of the Deadline, through August 21, 2025, to permit Creditors to more fully investigate the Debtor's prepetition assets and liabilities, among other things, without any prejudice to the Creditors seeking a further extension of such deadline.

## STIPULATION

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby agree and stipulate to extend the deadline for the Creditors, or any one of them, to file a complaint objecting to the dischargeability of debts under 11 U.S.C. § 523 or to object the Debtor's discharge pursuant to 11 U.S.C. § 727, from July 21, 2025, through and including August 21, 2025.

**IT IS SO STIPULATED.**

Dated: July 16, 2025                    BRUNETTI ROUGEAU LLP

By: _____
GREGORY A. ROUGEAU
Attorneys for Creditors
Carsten Andersen *et al.*

Dated: July 16, 2025                    LAW OFFICES OF MICHAEL G. PECTOR

By: _____
MICHAEL G. SPECTOR
Attorneys for Debtor
David Robert Stone

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 235 Montgomery Street, Suite 830, San Francisco, CA 94104:

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION TO EXTEND THE DEADLINE TO FILE COMPLAINTS OBJECTING TO THE DISCHARGEABILITY OF DEBTS UNDER 11 U.S.C. § 523 OR TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 17, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 17, 2025 I caused to be served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JUDGE COPY IS NOT REQUIRED PER LBR 5005-2(d) AND 9071-1(a).

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 17, 2025 | Gregory A. Rougeau | /s/ Gregory A. Rougeau |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): CONTINUED:**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           **F 9013-3.1.PROOF.SERVICE**

**INTERESTED PARTY COURTESY NEF**: Anthony Bisconti tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com, docket@bklwlaw.com

**INTERESTED PARTY COURTESY NEF**: Charles L Doerksen cld@doerksentaylor.com

**ATTORNEY FOR SECURED CREDITOR KATAAB LATEEF**: Anthony Dutra adutra@hansonbridgett.com, ssingh@hansonbridgett.com

**ATTORNEY FOR SECURED CREDITOR ELIZABETH MONTGOMERY**: Christopher Hart chart@nutihart.com, admin@nutihart.com

**ATTORNEY FOR CHAPTER 7 TRUSTEE**: Sarah Rose Hasselberger shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com

**ATTORNEY FOR CHAPTER 7 TRUSTEE**: D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

**ATTORNEY FOR CREDITOR FRANK P. GIORGI REVOCABLE TRUST**: Chris D. Kuhner c.kuhner@kornfieldlaw.com

**INTERESTED PARTY COURTESY NEF**: Paul J Laurin plaurin@btlaw.com, slmoore@btlaw.com; jboustani@btlaw.com; jose.barajas@btlaw.com

**ATTORNEY FOR CREDITOR PORSCHE FINANCIAL SERVICES, INC. DBA BENTLEY FINANCIAL SERVICES AND PORSCHE LEASING LTD.**: Stacey A Miller smiller@tharpe-howell.com

**ATTORNEY FOR CHAPTER 7 TRUSTEE**: Laila Rais lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; lbuchanan@marshackhays.com; alinares@ecf.courtdrive.com

**INTERESTED PARTY**: Vicki L Schennum schennumlaw@icloud.com

**CHAPTER 7 TRUSTEE**: Larry D Simons (TR) larry@janus.law, c119@ecfcbis.com; nancy@lsimonslaw.com; simonsecf@gmail.com; keila@janus.law

**ATTORNEY FOR CREDITOR JANET SIMKINS**: William A Smelko William.Smelko@procopio.com, anant.pandadiya@procopio.com,calendaringbankruptcy@procopio.com

**ATTORNEY FOR DEBTOR DAVID ROBERT STONE**: Michael G Spector mgspector@aol.com, mgslawoffice@aol.com

**INTERESTED PARTY COURTESY NEF**: Edward A Treder cdcaecf@bdfgroup.com

**U.S. TRUSTEE:** United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

**INTERESTED PARTY COURTESY NEF**: Reilly D Wilkinson rwilkinson@scheerlawgroup.com,

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

rwilkinson@ecf.courtdrive.com

## 2. SERVED BY UNITED STATES MAIL: CONTINUED:

| | | |
|---|---|---|
| **SECURED CREDITOR**<br>MARIN COUNTY TAX COLLECTOR<br>1050 ANDERSEN DRIVE<br>SAN RAFAEL, CA 94901-5316 | **SECURED CREDITOR**<br>STEINBERG, ERIC<br>39 GEARY AVE<br>FAIRFAX, CA 94930-1224 | **SECURED CREDITOR**<br>WESTAMERICA<br>ATTN: PETER L. HOFMAN<br>4550 MANGELS BLVD, #A-1B<br>FAIRFIELD, CA 94534-4082 |
| **INTERESTED PARTY**<br>CALZONA TRUCK SALES, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>15689 VALLEY BLVD<br>FONTANA, CA 92335-6383 | **20 LARGEST UNSECURED CREDITOR**<br>4300 REDWOOD HIGHWAY<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>PO BOX 45467<br>CALISTOGA, CA 94515 | **20 LARGEST UNSECURED CREDITOR**<br>ANDROS, BLAKE<br>6372 MORMON TEA WAY<br>RENO, NV 89511-4382 |
| **20 LARGEST UNSECURED CREDITOR**<br>B&G MOBILE WASH<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>15777 VALLEY BLVD<br>FONTANA, CA 92335-6413 | **20 LARGEST UNSECURED CREDITOR**<br>BANK OF AMERICA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>PO BOX 25118<br>TAMPA, FL 33622-5118 | **20 LARGEST UNSECURED CREDITOR**<br>BANK OF AMERICA, N.A.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>PO BOX 31785<br>TAMPA, FL 33631-3785 |
| **20 LARGEST UNSECURED CREDITOR**<br>BELL & WILLIAMS ASSOCIATES, INC.<br>7 WALL STREET<br>WINDHAM, NH 03087-1663 | **20 LARGEST UNSECURED CREDITOR**<br>BLUE SHIELD OF CALIFORNIA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>601 12TH STREET<br>OAKLAND, CA 94607-3613 | **20 LARGEST UNSECURED CREDITOR**<br>CALIFORNIA DEPARTMENT OF TAX & FEE ADMINISTRATION- CDTFA<br>MAY LEE STATE OFFICE COMPLEX<br>651 BANNON STREET, STE 100<br>SACRAMENTO, CA 95811-0356 |
| **20 LARGEST UNSECURED CREDITOR**<br>EMPIRE DRIVE AWAY<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>15777 VALLEY BLVD #D<br>FONTANA, CA 92335 | **20 LARGEST UNSECURED CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **20 LARGEST UNSECURED CREDITOR**<br>JACQUIE KAY SOLOMON TRUST<br>1922 MATZEN RANCH CIRLLE<br>PETALUMA, CA 94954-8595 |
| **20 LARGEST UNSECURED CREDITOR**<br>KAISER<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>1 KAISER PLAZA<br>OAKLAND, CA 94612-3609 | **20 LARGEST UNSECURED CREDITOR**<br>LADEGAARD, THOMAS<br>5927 BALFOUR COURT<br>STE 202<br>CARLSBAD, CA 92008-7377 | **20 LARGEST UNSECURED CREDITOR**<br>MASTER RECOVERY<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>PO BOX 22651<br>SACRAMENTO, CA 95822-0651 |
| **20 LARGEST UNSECURED CREDITOR**<br>MEADOW CLUB<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>1001 BOLINAS ROAD<br>FAIRFAX, CA 94930-2200 | **20 LARGEST UNSECURED CREDITOR**<br>PG&E<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>300 LAKESIDE DRIVE, SUITE 210<br>OAKLAND, CA 94612-3655 | **20 LARGEST UNSECURED CREDITOR**<br>PLANTATION GOLF CLUB<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>50994 MONROE ST.<br>INDIO, CA 92201-9709 |
| **20 LARGEST UNSECURED CREDITOR**<br>RIVERSIDE COUNTY TAX<br>40935 COUNTY CENTER DRIVE<br>SUITE C<br>TEMECULA, CA 92591-6005 | **20 LARGEST UNSECURED CREDITOR**<br>STATE FARM INSURANCE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1 STATE FARM PLAZA<br>BLOOMINGTON, IL 61710-0001 | **20 LARGEST UNSECURED CREDITOR / POC ADDRESS**<br>TRACY, ADAM<br>35 TAMALPIAS AVE<br>APT 2<br>ODESSA, TX 79768 |
| **20 LARGEST UNSECURED CREDITOR** | **20 LARGEST UNSECURED CREDITOR** | **20 LARGEST UNSECURED CREDITOR** |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| TRUCK PAPER<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>120 W HARVEST DRIVE<br>LINCOLN, NE 68521-4408 | WEAVER RECOVERY<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>2403 N 10TH STREET<br>MCALLEN, TX 78501-4084 | WELLS FARGO<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>PO BOX 6995<br>PORTLAND, OR 97228-6995 |
| **20 LARGEST SECURED CREDITOR**<br>WESTAMERICA<br>ATTN.: PETER L. HOFMAN<br>4550 MANGELS BLVD, #A-1B<br>FAIRFIELD, CA 94534-4082 | **SECURED CREDITOR**<br>ALICE GARRETT TRUST<br>450 E STRAWBERRY #56<br>MILL VALLEY, CA 94941-3227 | **SECURED CREDITOR**<br>ANDERSEN, AMY<br>1994 VALPARAISO AVE<br>MENLO PARK, CA 94025-6055 |
| **SECURED CREDITOR**<br>ANDERSEN, CARSTEN<br>22 CHAPEL COVE DRIVE<br>SAN RAFAEL, CA 94901-1548 | **SECURED CREDITOR**<br>BAMBARELLI INVESTMENTS LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>PO BOX 1365<br>CRYSTAL BAY, NV 89402-1365 | **SECURED CREDITOR**<br>BELLECI MEDIA PRODUCTIONS LLC<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>570 GUERRERO STREET #2<br>SAN FRANCISCO, CA 94110-1083 |
| **SECURED CREDITOR**<br>BENTLEY FINANCIAL SERVICES<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>ONE PORSCHE DRIVE<br>ATLANTA, GA 30354-1654 | **SECURED CREDITOR / POC ADDRESS**<br>PORSCHE FINANCIAL SERVICES, INC. DBA BENTLEY FINANCIAL SERVICES AND PORSCHE LEASING LTD.<br>STACEY A. MILLER, ESQ., THARPE & HOWELL, LLP<br>15250 VENTURA BLVD., 9TH FLOOR<br>SHERMAN OAKS CA 91403 | **SECURED CREDITOR**<br>BRUGGENKAMP, LINDA<br>6372 MORMON TEA WAY<br>RENO, NV 89511-4382 |
| **SECURED CREDITOR**<br>CAVALLI, KEVIN<br>2129 W SAN REMO DRIVE<br>MERIDIAN, ID 83646-3203 | **SECURED CREDITOR**<br>CRISPO, GEORGE<br>98 HILLSIDE DRIVE<br>FAIRFAX, CA 94930-2040 | **SECURED CREDITOR**<br>CUNNINGHAM, SCOTT<br>CHOCOLATE MOUNTAIN FARMS<br>PO BOX 177<br>MOLINA, CO 81646-0177 |
| **SECURED CREDITOR**<br>DESERT EQUITY GROUP<br>TOM HILL<br>78291 DEACON DRIVE<br>SAN ANTONIO, TX 78291 | **SECURED CREDITOR / POC ADDRESS**<br>DESERT EQUITY GROUP<br>78291 DEACON DRIVE WEST<br>LA QUINTA, CA 92253 | **SECURED CREDITOR**<br>DEXTER, KATHLEEN<br>1177 UTOPIA PLACE<br>SAN JOSE, CA 95127-4424 |
| **SECURED CREDITOR**<br>DIMICK, CHARLES<br>PO BOX 3656<br>INCLINE VILLAGE, NV 89450-3656 | **SECURED CREDITOR**<br>DIMICK, DANIELLE<br>IRREVOCABLE TRUST<br>PO BOX 3656<br>INCLINE VILLAGE, NV 89450-3656 | **SECURED CREDITOR**<br>DIMICK, DANIELLE<br>REVOCABLE TRUST<br>PO BOX 3656<br>INCLINE VILLAGE, NV 89450-3656 |
| **SECURED CREDITOR**<br>DUVALL, WILLIAM<br>PO BOX 294<br>KENTFIELD, CA 94914-0294 | **SECURED CREDITOR**<br>ENDSLEY, PAMELA<br>112 TIBURON CT<br>APTOS, CA 95003-5833 | **SECURED CREDITOR**<br>ERENKOV, DMITRY<br>PO BOX 792<br>BETHEL ISLAND, CA 94511-0792 |
| **SECURED CREDITOR / POC ADDRESS**<br>JAMES EDWARD GILLESPIE III<br>11 THORNTON COURT<br>NOVATO, CA 94945-1777 | **SECURED CREDITOR**<br>GIORGI SR, FRANK<br>137 GOODHILL ROAD<br>GREENBRAE, CA 94904-2643 | **SECURED CREDITOR**<br>GRAVITCH, MARK<br>213 RIDGEWOOD<br>SAN RAFAEL, CA 94901-1138 |
| **SECURED CREDITOR**<br>HUBELY, SUSAN<br>163 STARLITE DRIVE<br>SAN MATEO, CA 94402-3638 | **SECURED CREDITOR**<br>JOHN RUSSI GST<br>774 MAYS BLVD #10-740<br>INCLINE VILLAGE, NV 89451-9669 | **SECURED CREDITOR / POC ADDRESS**<br>KLAUSEN, PIA<br>629 KOHLER DRIVE<br>WEST BEND, WI 53090-9036 |
| **SECURED CREDITOR**<br>LADRECH, GENE<br>50545 VERANO DRIVE<br>LA QUINTA, CA 92253-9012 | **SECURED CREDITOR**<br>LADRECH, RONALD<br>79800 SANDIA STREET<br>LA QUINTA, CA 92253-4584 | **SECURED CREDITOR**<br>LATEEF, KATAAB<br>8 IDLEWOOD ROAD<br>GREENBRAE, CA 94904-2753 |
| **SECURED CREDITOR / POC** | **SECURED CREDITOR** | **SECURED CREDITOR** |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **ADDRESS**<br>KHATEEB AFSAR LATEEF<br>C/O HANSON BRIDGETT LLP,<br>ATTN: ANTHONY DUTRA<br>425 MARKET STREET, 26TH FLOOR<br>SAN FRANCISCO, CA 94105 | LEACHMAN FAMILY TRUST<br>121 OAK AVE<br>GREENBRAE, CA 94904-1571 | MARIN COUNTY TAX COLLECTOR<br>1050 ANDERSEN DRIVE<br>SAN RAFAEL, CA 94901-5316 |
| **SECURED CREDITOR**<br>MCGRATH, MICHAEL<br>4830 NEAL AVE<br>STILLWATER, MN 55082-1070 | **SECURED CREDITOR**<br>PACIFIC PREMIER TRUST<br>BAMBI MENGARELLI<br>PO BOX 1365<br>CRYSTAL BAY, NV 89402-1365 | **SECURED CREDITOR**<br>PACIFIC PREMIER TRUST<br>DANA KLUSSMAN<br>450 E STRAWBERRY #56<br>MILL VALLEY, CA 94941-3227 |
| **SECURED CREDITOR**<br>PACIFIC PREMIER TRUST<br>GEORGE CRISPO<br>98 HILLSIDE DRIVE<br>FAIRFAX, CA 94930-2040 | **SECURED CREDITOR**<br>PACIFIC PREMIER TRUST<br>JANET SIMKINS<br>1750 AVENIDA DEL MUNDO #609<br>CORONADO, CA 92118-3054 | **SECURED CREDITOR**<br>PACIFIC PREMIER TRUST<br>JOHN MENGARELLI<br>PO BOX 1365<br>CRYSTAL BAY, NV 89402-1365 |
| **SECURED CREDITOR**<br>PACIFIC PREMIER TRUST<br>KIM MCGUINNESS<br>26 MARIN ST<br>SAN RAFAEL, CA 94901-4938 | **SECURED CREDITOR**<br>PACIFIC PREMIER TRUST<br>LEN BISS<br>38250 N 102ND STREET<br>SCOTTSDALE, AZ 85262-3055 | **SECURED CREDITOR**<br>PACIFIC PREMIER TRUST<br>PAMELA ENDSLEY<br>112 TIBURON CT<br>APTOS, CA 95003-5833 |
| **SECURED CREDITOR**<br>PACIFIC PREMIER TRUST<br>RICHARD KLUSSMAN<br>450 E STRAWBERRY #56<br>MILL VALLEY, CA 94941-3227 | **SECURED CREDITOR**<br>RUSSI GST, MICHELLE<br>774 MAYS BLVD #10-710<br>INCLINE VILLAGE, NV 89451-9669 | **SECURED CREDITOR**<br>RUSSI GST, PATRICK<br>774 MAYS BLVD #10-710<br>INCLINE VILLAGE, NV 89451-9669 |
| **SECURED CREDITOR**<br>RUSSI GST, TIMOTHY<br>774 MAYS BLVD #10-710<br>INCLINE VILLAGE, NV 89451-9669 | **SECURED CREDITOR**<br>RUSSI, JOHN<br>2006 RUSSI FAMILY TRUST<br>35 GROVE CREEK COURT<br>LAFAYETTE, CA 94549-2200 | **SECURED CREDITOR**<br>SAN BERNARDINO COUNTY TAX COLLECTOR<br>268 W HOSPITALITY LANE<br>SAN BERNARDINO, CA 92408-3229 |
| **SECURED CREDITOR / POC ADDRESS**<br>SEBASTIAN, MARC<br>607 FAIRWAY DRIVE<br>NOVATO, CA 94949-5805 | **SECURED CREDITOR**<br>SHEILA VOLARVICH LIVING TRUST<br>216 JOHNGALT COURT<br>ROSEVILLE, CA 95678-7579 | **SECURED CREDITOR**<br>SIMKINS, JANET<br>1750 AVENIDA DEL MUNDO #609<br>CORONADO, CA 92118-3054 |
| **SECURED CREDITOR**<br>STANLEY, DAWN<br>5897 MELITA RD<br>SANTA ROSA, CA 95409-5643 | **SECURED CREDITOR**<br>STEINBERG, ERIC<br>39 GEARY AVE<br>FAIRFAX, CA 94930-1224 | **SECURED CREDITOR**<br>STEINBERG, PHILLIP<br>2190 SKY DRIVE<br>CLARKDALE, AZ 86324-3729 |
| **SECURED CREDITOR / POC ADDRESS**<br>STENNING, BARBARA<br>82400 WEST MCCARROLL DRIVE<br>INDIO, CA 92201-0369 | **SECURED CREDITOR**<br>STONE, ANNA<br>49841 CANYON VIEW<br>PALM DESERT, CA 92260-6775 | **SECURED CREDITOR**<br>STONE, ANNA<br>C/O RICHARD G. HESTON<br>19700 FAIRCHILD RD, STE 280<br>IRVINE, CA 92612 |
| **SECURED CREDITOR**<br>STONE, MICHAEL<br>1499 LUCAS VALLEY ROAD<br>SAN RAFAEL, CA 94903-1102 | **SECURED CREDITOR**<br>SVOBODA, DEBORAH<br>157 HEADLANDS COURT<br>SAUSALITO, CA 94965-1091 | **SECURED CREDITOR**<br>TERHEYDEN, ROBERT<br>9 BURNING TREE DRIVE<br>NOVATO, CA 94949 |
| **SECURED CREDITOR**<br>TERHEYDEN, ROBERT<br>7 BURNING TREE DRIVE<br>NOVATO, CA 94949 | **SECURED CREDITOR**<br>THOMAS GST, CATHERINE<br>774 MAYS BLVD #10-710<br>INCLINE VILLAGE, NV 89451-9669 | **SECURED CREDITOR**<br>THOMAS, ALAN<br>1360 HIGH STREET<br>ALAMEDA, CA 94501-3160 |
| **SECURED CREDITOR** | **SECURED CREDITOR** | **SECURED CREDITOR** |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| THOMAS, CATHERINE<br>774 MAYS BLVD<br>#10-710<br>INCLINE VILLAGE, NV 89451-9669 | THOMAS, RYAN<br>R & C NGU<br>79945 DOUBLE EAGLE WAY<br>LA QUINTA, CA 92253-5061 | THOMPSON, STEVE<br>PO BOX 14568<br>ODESSA, TX 79768-4568 |
| **SECURED CREDITOR**<br>VOGL, ROBERT<br>98 HILLSIDE DRIVE<br>FAIRFAX, CA 94930-2040 | **SECURED CREDITOR**<br>VOLARVICH, BRENDT<br>216 JOHNGALT COURT<br>ROSEVILLE, CA 95678-7579 | **SECURED CREDITOR**<br>WALSH, VICKI<br>1740 CROCKER LANE<br>LINCOLN, CA 95648-8366 |
| **SECURED CREDITOR**<br>WELLS FARGO<br>PO BOX 14111<br>DES MOINES, IA 50306-3411 | **SECURED CREDITOR**<br>WESTAMERICA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT<br>PO BOX 1200<br>SUISUN CITY, CA 94585-1200 | **SECURED CREDITOR**<br>WOODS, LAVONNE<br>1177 SUNSET CLIFFS BLVD<br>SAN DIEGO, CA 92107-4014 |
| **DEBTOR**<br>DAVID ROBERT STONE<br>4310 REDWOOD HWY, SUITE 100<br>SAN RAFAEL, CA 94903 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**