D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA RAIS, #311731
lrais@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
LARRY D. SIMONS

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>DAVID ROBERT STONE, dba CORNERSTONE FINANCIAL SERVICES,<br><br>Debtor. | Case No. 6:25-bk-12353-SY<br><br>Chapter 7<br><br>NOTICE OF MOTION FOR APPROVAL OF MANAGEMENT AGREEMENTS BETWEEN TRUSTEE AND INDEPENDENT CONTRACTORS PURSUANT TO 11 U.S.C. § 363(b)<br><br>Hearing:<br>Date:  September 11, 2025<br>Time:  9:30 a.m.<br>Ctrm:  302<br>Place:  3420 Twelfth Street,<br>            Riverside, CA 92501 |

TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT on September 11, 2025, at 9:30 a.m., in Courtroom 302 of the above-entitled Court, a hearing will be held on the motion for approval of management agreements with independent contractors ("Motion") pursuant to 11 U.S.C. § 363(b), filed by Larry D. Simons, in his capacity as the chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of David Robert Stone dba Cornerstone Financial Services ("Debtor").

A bankruptcy estate may hire independent contractors to assist in the routine maintenance of the debtor's business operations. Such individuals are not professionals that require employment under 11 U.S.C. § 327. Instead, such contractors may be retained and paid as part of ongoing business operations if the court authorizes such use of property of the estate under 11 U.S.C. § 363.

In this case, the Court has approved the Trustee's operation of the Debtor's sole proprietorship, Cornerstone Financial Services ("CFS"), which consists primarily of collecting payments under leases and equipment finance agreements of trucks owned by the Estate. In his business judgment, the Trustee has determined that hiring the individuals that assisted the Debtor and CFS prior to the bankruptcy filing as independent contractors is in the best interest of the Estate. It is efficient because these individuals know the Debtor's business and customers and will be less expensive than retaining new individuals who are unfamiliar with the Debtor's business practices. This Court must decide whether to grant this Motion and enter an order approving the Trustee's request for approval of the management agreements with the proposed independent contractors.

PLEASE TAKE FURTHER NOTICE that if you do not oppose the Motion described above, you need take no further action. However, if you object to the Motion, pursuant to Rule 9013-1 of the Local Bankruptcy Rules, any opposition must be filed with the court no later than fourteen (14) days prior to the date of the hearing on the Motion. You must file your opposition with the Clerk of the United States Bankruptcy Court. You must also serve a copy of your objection upon D. Edward Hays, Laila Rais, and Sarah R. Hasselberger no later than fourteen (14) days prior to the date of the hearing on the Motion at the mailing address indicated in the upper left corner of the first page of this motion, and upon the Office of the United States Trustee at Office of The United States Trustee, 3801 University Avenue, #720, Riverside, CA 92501.

/ / /

/ / /

/ / /

/ / /

/ / /

Any failure to timely file and serve an opposition may result in a waiver of any such opposition and the court may enter an order granting the motion without further notice.

DATED: August 13, 2025                MARSHACK HAYS WOOD LLP

By: */s/ D. Edward Hays*
D. EDWARD HAYS
LAILA RAIS
SARAH R. HASSELBERGER
Attorneys for Chapter 7 Trustee,
LARRY D. SIMONS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR APPROVAL OF MANAGEMENT AGREEMENTS BETWEEN TRUSTEE AND INDEPENDENT CONTRACTORS PURSUANT TO 11 U.S.C. § 363(b)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 13, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **August 13, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
DAVID ROBERT STONE
4310 REDWOOD HWY, SUITE 100
SAN RAFAEL, CA 94903

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 13, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY – VIA OVERNIGHT MAIL**
HONORABLE SCOTT H. YUN
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
3420 TWELFTH STREET, SUITE 345 / COURTROOM 302
RIVERSIDE, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 13, 2025 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                  **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY COURTESY NEF:** Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **INTERESTED PARTY COURTESY NEF:** Charles L Doerksen    cld@doerksentaylor.com
- **ATTORNEY FOR SECURED CREDITORS KATAAB LATEEF, KHATEEB AFSAR LATEEF, PATRICIA ANN LATEEF:** Anthony Dutra    adutra@hansonbridgett.com, ssingh@hansonbridgett.com
- **ATTORNEY FOR SECURED CREDITOR ELIZABETH MONTGOMERY:** Christopher Hart    chart@nutihart.com, admin@nutihart.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** Sarah Rose Hasselberger    shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR FRANK P. GIORGI REVOCABLE TRUST:** Chris D. Kuhner    c.kuhner@kornfieldlaw.com
- **INTERESTED PARTY COURTESY NEF:** Paul J Laurin    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com
- **ATTORNEY FOR CREDITOR PORSCHE FINANCIAL SERVICES, INC. DBA BENTLEY FINANCIAL SERVICES AND PORSCHE LEASING LTD.:** Stacey A Miller    smiller@tharpe-howell.com
- **ATTORNEY FOR CATHERINE THOMAS AND CHARLES DIMICK: Leah Anne O'Farrell**    lofarrell@btlaw.com, slmoore@btlaw.com;marisa.howell@btlaw.com
- **ATTORNEY FOR CREDITOR JANET SIMKINS: Maria K Pum**    maria.pum@procopio.com, barb.young@procopio.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** Laila Rais    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CARSTEN ANDERSEN: Gregory A Rougeau**    grougeau@brlawsf.com
- **INTERESTED PARTY:** Vicki L Schennum    schennumlaw@icloud.com
- **CHAPTER 7 TRUSTEE:** Larry D Simons (TR)    larry@janus.law, c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;keila@janus.law
- **ATTORNEY FOR CREDITOR JANET SIMKINS:** William A Smelko    William.Smelko@procopio.com, anant.pandadiya@procopio.com,calendaringbankruptcy@procopio.com
- **ATTORNEY FOR DEBTOR DAVID ROBERT STONE:** Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
- **INTERESTED PARTY COURTESY NEF:** Edward A Treder    cdcaecf@bdfgroup.com
- **U.S. TRUSTEE:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- **INTERESTED PARTY COURTESY NEF ATTORNEY FOR ERIC STEINBERG:** Reilly D Wilkinson    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

| **INTERESTED PARTY** | **INTERESTED PARTY** | **INTERESTED PARTY** |
|---|---|---|
| DAWN STANLEY | ROSIDANIA Y ESTEBAN | ESTEPHANNIE AGUINIGA MOLINA |
| 5897 MELITA RD | 55 BAHIA WAY, APT 9 | 2500 DEER VALLEY RD., APT 811 |
| SANTA ROSA, CA 95409-5643 | SAN RAFAEL, CA 94901 | SAN RAFAEL, CA 94903 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **INTERESTED PARTY**<br>CALZONA TRUCK SALES, INC.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>15689 VALLEY BLVD<br>FONTANA, CA 92335-6383 | **20 LARGEST UNSECURED CREDITOR**<br>4300 REDWOOD HIGHWAY<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 45467<br>CALISTOGA, CA 94515 | **20 LARGEST UNSECURED CREDITOR**<br>ANDROS, BLAKE<br>6372 MORMON TEA WAY<br>RENO, NV 89511-4382 |
| **RTD 05/15/25 UTF**<br>**20 LARGEST UNSECURED CREDITOR**<br>B&G MOBILE WASH<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>15777 VALLEY BLVD<br>FONTANA, CA 92335-6413 | **20 LARGEST UNSECURED CREDITOR**<br>BANK OF AMERICA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 25118<br>TAMPA, FL 33622-5118 | **20 LARGEST UNSECURED CREDITOR**<br>BANK OF AMERICA, N.A.<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 31785<br>TAMPA, FL 33631-3785 |
| **20 LARGEST UNSECURED CREDITOR**<br>BELL & WILLIAMS ASSOCIATES, INC<br>7 WALL STREET<br>WINDHAM, NH 03087-1663 | **20 LARGEST UNSECURED CREDITOR**<br>BLUE SHIELD OF CALIFORNIA<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>601 12TH STREET<br>OAKLAND, CA 94607-3613 | **20 LARGEST UNSECURED CREDITOR**<br>CALIFORNIA DEPARTMENT OF TAX & FEE ADMINISTRATION<br>CDTFA<br>MAY LEE STATE OFFICE COMPLEX<br>651 BANNON STREET, STE 100<br>SACRAMENTO, CA 95811-0356 |
| **20 LARGEST UNSECURED CREDITOR**<br>EMPIRE DRIVE AWAY<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>15777 VALLEY BLVD #D<br>FONTANA, CA 92335 | **20 LARGEST UNSECURED CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **20 LARGEST UNSECURED CREDITOR**<br>JACQUIE KAY SOLOMON TRUST<br>1922 MATZEN RANCH CIRLLE<br>PETALUMA, CA 94954-8595 |
| **20 LARGEST UNSECURED CREDITOR**<br>KAISER<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>1 KAISER PLAZA<br>OAKLAND, CA 94612-3609 | **20 LARGEST UNSECURED CREDITOR**<br>LADEGAARD, THOMAS<br>5927 BALFOUR COURT<br>STE 202<br>CARLSBAD, CA 92008-7377 | **20 LARGEST UNSECURED CREDITOR**<br>MASTER RECOVERY<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS<br>PO BOX 22651<br>SACRAMENTO, CA 95822-0651 |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                      **F 9013-3.1.PROOF.SERVICE**

**20 LARGEST UNSECURED CREDITOR**
MEADOW CLUB
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1001 BOLINAS ROAD
FAIRFAX, CA 94930-2200

**20 LARGEST UNSECURED CREDITOR**
PG&E
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
300 LAKESIDE DRIVE, SUITE 210
OAKLAND, CA 94612-3655

**20 LARGEST UNSECURED CREDITOR**
PLANTATION GOLF CLUB
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
50994 MONROE ST.
INDIO, CA 92201-9709

**20 LARGEST UNSECURED CREDITOR**
RIVERSIDE COUNTY TAX
40935 COUNTY CENTER DRIVE
SUITE C
TEMECULA, CA 92591-6005

**20 LARGEST UNSECURED CREDITOR**
STATE FARM INSURANCE
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
1 STATE FARM PLAZA
BLOOMINGTON, IL 61710-0001

**20 LARGEST UNSECURED CREDITOR / POC ADDRESS**
TRACY, ADAM
35 TAMALPIAS AVE
APT 2
ODESSA, TX 79768

**20 LARGEST UNSECURED CREDITOR**
TRUCK PAPER
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
120 W HARVEST DRIVE
LINCOLN, NE 68521-4408

**20 LARGEST UNSECURED CREDITOR**
WEAVER RECOVERY
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
2403 N 10TH STREET
MCALLEN, TX 78501-4084

**20 LARGEST UNSECURED CREDITOR**
WELLS FARGO
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 6995
PORTLAND, OR 97228-6995

**NEW ADDR PER CREDITOR**
**20 LARGEST SECURED CREDITOR**
WESTAMERICA
ATTN.: PETER L. HOFMAN
4550 MANGELS BLVD, #A-1B
FAIRFIELD, CA 94534-4082

**SECURED CREDITOR**
ALICE GARRETT TRUST
450 E STRAWBERRY #56
MILL VALLEY, CA 94941-3227

**SECURED CREDITOR**
ANDERSEN, AMY
1994 VALPARAISO AVE
MENLO PARK, CA 94025-6055

**SECURED CREDITOR**
ANDERSEN, CARSTEN
22 CHAPEL COVE DRIVE
SAN RAFAEL, CA 94901-1548

**RTD 7/16/25 UTF**
**SECURED CREDITOR**
BAMBARELLI INVESTMENTS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
PO BOX 1365
CRYSTAL BAY, NV 89402-1365

**RTD 8/4/25 UTF**
**SECURED CREDITOR**
BELLECI MEDIA PRODUCTIONS LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
570 GUERRERO STREET #2
SAN FRANCISCO, CA 94110-1083

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **SECURED CREDITOR**<br>BENTLEY FINANCIAL SERVICES<br>ATTN: OFFICER, A MANAGING OR<br>GENERAL AGENT, OR TO ANY<br>OTHER AGENT AUTHORIZED BY<br>APPOINTMENT OR LAW TO<br>RECEIVE SERVICE OF PROCESS<br>ONE PORSCHE DRIVE<br>ATLANTA, GA 30354-1654 | **SECURED CREDITOR / POC ADDRESS**<br>PORSCHE FINANCIAL SERVICES, INC.<br>DBA BENTLEY FINANCIAL SERVICES<br>AND PORSCHE LEASING LTD.<br>STACEY A. MILLER, ESQ., THARPE &<br>HOWELL, LLP<br>15250 VENTURA BLVD., 9TH FLOOR<br>SHERMAN OAKS CA 91403 | **SECURED CREDITOR**<br>BRUGGENKAMP, LINDA<br>6372 MORMON TEA WAY<br>RENO, NV 89511-4382 |
| **RTD 7/29/25 UTF**<br>**SECURED CREDITOR**<br>CAVALLI, KEVIN<br>2129 W SAN REMO DRIVE<br>MERIDIAN, ID 83646-3203 | **RTD 6/4/25 UTF**<br>**SECURED CREDITOR**<br>CRISPO, GEORGE<br>98 HILLSIDE DRIVE<br>FAIRFAX, CA 94930-2040 | **SECURED CREDITOR**<br>CUNNINGHAM, SCOTT<br>CHOCOLATE MOUNTAIN FARMS<br>PO BOX 177<br>MOLINA, CO 81646-0177 |
| **SECURED CREDITOR**<br>DESERT EQUITY GROUP<br>TOM HILL<br>78291 DEACON DRIVE<br>SAN ANTONIO, TX 78291 | **SECURED CREDITOR / POC ADDRESS**<br>DESERT EQUITY GROUP<br>78291 DEACON DRIVE WEST<br>LA QUINTA, CA 92253 | **SECURED CREDITOR**<br>DEXTER, KATHLEEN<br>1177 UTOPIA PLACE<br>SAN JOSE, CA 95127-4424 |
| **SECURED CREDITOR**<br>**POC ADDRESS**<br>DIMICK, CHARLES D.<br>REVOCABLE TRUST<br>C/O BARNES & THORNBURG LLP<br>2029 CENTURY PARK EE #300<br>LOS ANGELES CA 90067 | **SECURED CREDITOR**<br>**POC ADDRESS**<br>DIMICK, DANIELLE<br>IRREVOCABLE TRUST<br>C/O BARNES & THORNBURG LLP<br>2029 CENTURY PARK EE #300<br>LOS ANGELES CA 90067 | **SECURED CREDITOR**<br>**POC ADDRESS**<br>DIMICK, DANIELLE<br>REVOCABLE TRUST<br>C/O BARNES & THORNBURG LLP<br>2029 CENTURY PARK EE #300<br>LOS ANGELES CA 90067 |
| **RTD 6/6/25 UTF**<br>**SECURED CREDITOR**<br>DUVALL, WILLIAM<br>PO BOX 294<br>KENTFIELD, CA 94914-0294 | **SECURED CREDITOR**<br>ENDSLEY, PAMELA<br>112 TIBURON CT<br>APTOS, CA 95003-5833 | **SECURED CREDITOR**<br>ERENKOV, DMITRY<br>PO BOX 792<br>BETHEL ISLAND, CA 94511-0792 |
| **SECURED CREDITOR / POC ADDRESS**<br>JAMES EDWARD GILLESPIE III<br>11 THORNTON COURT<br>NOVATO, CA 94945-1777 | **RTD 6/6/25 UTF**<br>**SECURED CREDITOR**<br>GRAVITCH, MARK<br>213 RIDGEWOOD<br>SAN RAFAEL, CA 94901-1138 | **SECURED CREDITOR**<br>HUBELY, SUSAN<br>163 STARLITE DRIVE<br>SAN MATEO, CA 94402-3638 |
| **SECURED CREDITOR**<br>**POC ADDRESS**<br>JOHN RUSSI GST<br>C/O BARNES & THORNBURG LLP<br>2029 CENTURY PARK EE #300<br>LOS ANGELES CA 90067 | **SECURED CREDITOR**<br>**POC ADDRESS**<br>JOSEPH R RUSSI GST<br>C/O BARNES & THORNBURG LLP<br>2029 CENTURY PARK EE #300<br>LOS ANGELES CA 90067 | **SECURED CREDITOR / POC ADDRESS**<br>KLAUSEN, PIA<br>629 KOHLER DRIVE<br>WEST BEND, WI 53090-9036 |
| **SECURED CREDITOR**<br>LADRECH, GENE<br>50545 VERANO DRIVE<br>LA QUINTA, CA 92253-9012 | **SECURED CREDITOR**<br>LADRECH, RONALD<br>79800 SANDIA STREET<br>LA QUINTA, CA 92253-4584 | **SECURED CREDITOR**<br>LEACHMAN FAMILY TRUST<br>121 OAK AVE<br>GREENBRAE, CA 94904-1571 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**SECURED CREDITOR**
MARIN COUNTY TAX COLLECTOR
1050 ANDERSEN DRIVE
SAN RAFAEL, CA 94901-5316

**SECURED CREDITOR**
MCGRATH, MICHAEL
4830 NEAL AVE
STILLWATER, MN 55082-1070

**SECURED CREDITOR**
PACIFIC PREMIER TRUST
BAMBI MENGARELLI
PO BOX 1365
CRYSTAL BAY, NV 89402-1365

**SECURED CREDITOR**
PACIFIC PREMIER TRUST
DANA KLUSSMAN
450 E STRAWBERRY #56
MILL VALLEY, CA 94941-3227

**RTD 6/12/25 UTF**
**SECURED CREDITOR**
PACIFIC PREMIER TRUST
GEORGE CRISPO
98 HILLSIDE DRIVE
FAIRFAX, CA 94930-2040

**RTD 7/16/25 UTF**
**SECURED CREDITOR**
PACIFIC PREMIER TRUST
JOHN MENGARELLI
PO BOX 1365
CRYSTAL BAY, NV 89402-1365

**SECURED CREDITOR**
PACIFIC PREMIER TRUST
KIM MCGUINNESS
26 MARIN ST
SAN RAFAEL, CA 94901-4938

**SECURED CREDITOR**
PACIFIC PREMIER TRUST
LEN BISS
38250 N 102ND STREET
SCOTTSDALE, AZ 85262-3055

**SECURED CREDITOR**
PACIFIC PREMIER TRUST
PAMELA ENDSLEY
112 TIBURON CT
APTOS, CA 95003-5833

**SECURED CREDITOR**
PACIFIC PREMIER TRUST
RICHARD KLUSSMAN
450 E STRAWBERRY #56
MILL VALLEY, CA 94941-3227

**SECURED CREDITOR**
**POC ADDRESS**
MICHELLE RUSSI GST
C/O BARNES & THORNBURG LLP
2029 CENTURY PARK EE #300
LOS ANGELES CA 90067

**SECURED CREDITOR**
**POC ADDRESS**
PATRICK RUSSI GST
774 MAYS BLVD #10-710
INCLINE VILLAGE, NV 89451-9669

**SECURED CREDITOR**
**POC ADDRESS**
TIMOTHY RUSSI GST
C/O BARNES & THORNBURG LLP
2029 CENTURY PARK EE #300
LOS ANGELES CA 90067

**SECURED CREDITOR**
SAN BERNARDINO COUNTY TAX COLLECTOR
268 W HOSPITALITY LANE
SAN BERNARDINO, CA 92408-3229

**SECURED CREDITOR / POC ADDRESS**
SEBASTIAN, MARC
607 FAIRWAY DRIVE
NOVATO, CA 94949-5805

**SECURED CREDITOR**
SHEILA VOLARVICH LIVING TRUST
216 JOHNGALT COURT
ROSEVILLE, CA 95678-7579

**SECURED CREDITOR**
STANLEY, DAWN
5897 MELITA RD
SANTA ROSA, CA 95409-5643

**SECURED CREDITOR / POC ADDRESS**
STENNING, BARBARA
82400 WEST MCCARROLL DRIVE
INDIO, CA 92201-0369

**SECURED CREDITOR**
STONE, ANNA
49841 CANYON VIEW
PALM DESERT, CA 92260-6775

**SECURED CREDITOR**
STONE, ANNA
C/O RICHARD G. HESTON
19700 FAIRCHILD RD, STE 280
IRVINE, CA 92612

**SECURED CREDITOR**
STONE, MICHAEL
1499 LUCAS VALLEY ROAD
SAN RAFAEL, CA 94903-1102

**SECURED CREDITOR**
SVOBODA, DEBORAH
157 HEADLANDS COURT
SAUSALITO, CA 94965-1091

**SEE NEW ADDR**
**SECURED CREDITOR**
TERHEYDEN, ROBERT
9 BURNING TREE DRIVE
NOVATO, CA 94949

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

**NEW ADDR PER DK 69**
**SECURED CREDITOR**
TERHEYDEN, ROBERT
7 BURNING TREE DRIVE
NOVATO, CA 94949

**SECURED CREDITOR**
THOMAS GST, CATHERINE
774 MAYS BLVD
#10-710
INCLINE VILLAGE, NV 89451-9669

**SECURED CREDITOR**
THOMAS, ALAN
1360 HIGH STREET
ALAMEDA, CA 94501-3160

**SECURED CREDITOR**
THOMAS, CATHERINE
774 MAYS BLVD
#10-710
INCLINE VILLAGE, NV 89451-9669

**SECURED CREDITOR**
THOMAS, RYAN
R & C NGU
79945 DOUBLE EAGLE WAY
LA QUINTA, CA 92253-5061

**SECURED CREDITOR**
THOMPSON, STEVE
PO BOX 14568
ODESSA, TX 79768-4568

**SECURED CREDITOR**
VOGL, ROBERT
98 HILLSIDE DRIVE
FAIRFAX, CA 94930-2040

**SECURED CREDITOR**
VOLARVICH, BRENDT
216 JOHNGALT COURT
ROSEVILLE, CA 95678-7579

**SECURED CREDITOR**
WALSH, VICKI
1740 CROCKER LANE
LINCOLN, CA 95648-8366

**SECURED CREDITOR**
WELLS FARGO
PO BOX 14111
DES MOINES, IA 50306-3411

**SECURED CREDITOR**
WOODS, LAVONNE
1177 SUNSET CLIFFS BLVD
SAN DIEGO, CA 92107-4014

4922-9955-2348

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                          **F 9013-3.1.PROOF.SERVICE**