Michael G. Spector–Bar No. 145035
Vicki L. Schennum (Of Counsel)- Bar No. 159628
**LAW OFFICES OF MICHAEL G. SPECTOR**
2122 North Broadway
Santa Ana, California 92706
Tel. (714) 835-3130
Fax. (714) 558-7435
mgspector@aol.com

Attorneys for the Debtor
DAVID R. STONE

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In re

DAVID ROBERT STONE,

　　　　　Debtor.

)　Case No. 6:25-bk-12353 SY
)
)　Chapter 7
)
)　**DECLARATION OF MICHAEL G.**
)　**SPECTOR IN OPPOSITON TO THE**
)　**"INVESTOR CREDITOR GROUP'S"**
)　**MOTION FOR 2004 EXAMINATION**
)
)
)　Date:　　　[NO HEARING REQUIRED]
)　Time:
)　Courtroom:
)

I, Michael G. Spector, declare as follows:

　　　　1.　　I am  admitted to practice law before this Court.  The following facts I know to be true of my own personal knowledge and if called upon, I could and would competently testify thereto.

　　　　2.　　Prior to the filing of the so-called "Investor Creditor Group's" Motion for 2004 Examination, I was never contacted by counsel to meet and confer regarding the date, time, place and scope of a 2004 Examination.  To the contrary, I was led to believe that, if the Debtor agreed to provide specified  documents, which the Debtor did, there would be no need for an examination.  Specifically, nearly two (2) months after the commencement of the case, Mr. Laurin initiated a request for documents as set forth in an email chain.  A true and correct copy of said email chain is attached hereto as Exhibit "1" and is incorporated herein by this reference.

a.    On June 3, 2025, I received an email from Mr. Laurin requesting a "meet and confer" with regard to a stipulated order for Bankruptcy Rule 2004 examination, which only would only only require the production of documents without an examination of the Debtor.  Therein, he requested production of virtually every business record of the Debtor for the last three (3) years by asking for: "financial statements (balance sheets', P&L's, cashflow satements), financial records, journals and ledgers of inflows and outflows from the business, and personal tax returns for the last three filing years available."

b.    In response, on June 4, 2025, I sent Mr. Laurin an email requesting clarification of the documents requested given that it requested all 'financial records, journals and ledgers' for three years, which conceivably was every record in the Debtor's possession related to the business.

c.    No response to that email was provided for five (5) days.  Finally, instead of simply clarifying exactly what 'financial records, journals and ledgers' were being requested, on June 9, 2025 Mr. Laurin provided definitions, so as to attempt to educate me as to accounting terms, since those terms were beyond my "grasp," as claimed by Mr. Laurin.

d.    That same day, I responded with an email stating what documents that I believed were being requested, agreeing to produce the records to the extent they existed and requesting the Stipulation be prepared.  In response, Mr. Laurin also requested the Quickbooks data that was provided to the Trustee, which I declined to provide, given the Chapter 7 Trustee's declination to do so and to preserve the integrity of the data and property of the estate.

3.    Not until June 18, 2025, did Mr. Laurin provide the proposed Stipulation for the 2004 Examination, which did not include a request to take the examintion of the Debtor.  I revised the Stipulation and sent back on June 20, 2025.  A true and correct copy of the email chain relating to the Stipulation for the 2004 Examination.  However, because the final list of documents to be attached to the Stipulation was never provided, the Stipulation was never finalized.

4.    Instead, I just voluntarily transmitted the documents on June 25, 2025, including: 1) Cornerstone Financial Services' annual profit and loss statements for three years; 2) David Stone's personal financial statements; 3) three years of general ledgers: 4) three (3) years of tax returns.  True and correct copies of said transmittal emails are collectively attached hereto as Exhibit "3" and are

1 | incorporated herein by this reference.  After June 25, 2025, I received no further requests for documents

2 | and no requests to meet and confer regarding taking the examination of the Debtor.

3 |      5.    Had I known that producing the documents requested would not resolve the need for an

4 | actual 2004 examination, I would have certainly proceeded differently by requiring an Order for 2004

5 | Examination prior to the production of documents.

6 |      I declare under penalty of perjury and under the laws of the United States of America that the

7 | foregoing is true and correct.

8 |      Executed on August 13, 2025 at Santa Ana, California,

10 | _____

11 | Michael G. Spector

## RE: [EXTERNAL] Re: David R. Stone Bankruptcy Meet and Confer

From: Laurin, Paul (paul.laurin@btlaw.com)

To:      mgspector@aol.com

Cc:      shasselberger@marshackhays.com; LRais@marshackhays.com; Lyric.Menges@btlaw.com;
         LOFarrell@btlaw.com; RMarshack@marshackhays.com

Date:    Friday, June 13, 2025 at 12:55 PM PDT


Mike, last chance to state for the record why you are withholding computer data. Obviously, you can
choose to remain silent on that position but we will advise the Court in due course.

As to the paper documents, I will send you a stipulation by Monday.


**Paul Laurin**
Partner
Direct: (310) 284-3785 | Mobile: (310) 629-1962
Los Angeles, CA

### Barnes & Thornburg


**From: Michael Spector <mgspector@aol.com>**
**Sent: Friday, June 13, 2025 12:24 PM**
**To: Laurin, Paul <Paul.Laurin@btlaw.com>**
**Cc: Sarah Hasselberger <shasselberger@marshackhays.com>; Laila Rais**
**<LRais@marshackhays.com>; Menges, Lyric <Lyric.Menges@btlaw.com>; O'Farrell, Leah**
**<LOFarrell@btlaw.com>; Richard Marshack <RMarshack@marshackhays.com>**
**Subject: Re: [EXTERNAL] Re: David R. Stone Bankruptcy Meet and Confer**


**Caution: This email originated from outside the Firm.**

Paul,

No idea what you are talking about.


Send me the Stipulation regarding the documents requested and I will review it Tuesday when I'm back in the
office

Mike

Sent from my iPhone


On Jun 13, 2025, at 12:14 PM, Laurin, Paul <Paul.Laurin@btlaw.com> wrote:

Exhibit "1" Page 4

Michael, I have not heard from you. Will you respond? You leave us with no choice but the seek relief from the Court if you stonewall our requests.

**Paul Laurin**
Partner
Direct: (310) 284-3785 | Mobile: (310) 629-1962
Los Angeles, CA

--.

**From:** Laurin, Paul
**Sent:** Wednesday, June 11, 2025 12:02 PM
**To:** Michael Spector <mgspector@aol.com>
**Cc:** Sarah Hasselberger <shasselberger@marshackhays.com>; Laila Rais <LRais@marshackhays.com>; Menges, Lyric <Lyric.Menges@btlaw.com>; O'Farrell, Leah <LOFarrell@btlaw.com>; Richard Marshack <RMarshack@marshackhays.com>
**Subject:** RE: [EXTERNAL] Re: David R. Stone Bankruptcy Meet and Confer

Couple points of requested clarification:

1. On what grounds do you withhold the computer data?
2. As to waiting for Dawn (former CFO and now engaged on a contract basis by Mr. Simons) given her extensive absence from the offices (not sure how she can support the trustee if she is so unavailable), it's irrelevant since we have proposed to simply copy what was delivered to the trustee. Are you objecting to the trustee sharing copies with us?

Mike, I want to be very clear so please do respond substantively to the above so we can move things along.

**Paul Laurin**
Partner
Direct: (310) 284-3785 | Mobile: (310) 629-1962
Los Angeles, CA

--.

**From:** Michael Spector <mgspector@aol.com>
**Sent:** Wednesday, June 11, 2025 11:53 AM
**To:** Laurin, Paul <Paul.Laurin@btlaw.com>
**Cc:** Sarah Hasselberger <shasselberger@marshackhays.com>; Laila Rais <LRais@marshackhays.com>; Menges, Lyric <Lyric.Menges@btlaw.com>; O'Farrell, Leah

Exhibit "1" Page 5

<LOFarrell@btlaw.com>; Richard Marshack <RMarshack@marshackhays.com>
**Subject:** Re: [EXTERNAL] Re: David R. Stone Bankruptcy Meet and Confer

---

Caution: This email originated from outside the Firm.

---

Paul,

We would decline to provide the computer data, but will provide the documents identified to the extent they exist. I can't get the documents to you sooner because only Dawn knows how to access and she won't be back until the week following next.

Mike

Sent from my iPhone

On Jun 11, 2025, at 11:46 AM, Laurin, Paul <Paul.Laurin@btlaw.com> wrote:

Mikie, any response to this proposal?

**Paul Laurin**
Partner
Direct: (310) 284-3785 | Mobile: (310) 629-1962
Los Angeles, CA

--.

**From:** Laurin, Paul
**Sent:** Tuesday, June 10, 2025 11:44 AM
**To:** Michael Spector <mgspector@aol.com>
**Cc:** Sarah Hasselberger <shasselberger@marshackhays.com>; Laila Rais <lrais@marshackhays.com>; Menges, Lyric <Lyric.Menges@btlaw.com>; O'Farrell, Leah <LOFarrell@btlaw.com>; Richard Marshack <rmarshack@marshackhays.com>
**Subject:** RE: [EXTERNAL] Re: David R. Stone Bankruptcy Meet and Confer

I appreciate it. We can skip a step if you simply allow the trustee to share what they have with us. As to the tax returns, we can certainly wait, but 10 days or more for the financials will put us in a bind. But it sounds like if we start by reviewing what the trustee has, we can then pick up on any additional items via the stipulated process.

Are you agreeable with that?

**Paul Laurin**
Partner
Direct: (310) 284-3785 | Mobile: (310) 629-1962
Los Angeles, CA

--

**From:** Michael Spector <mgspector@aol.com>
**Sent:** Monday, June 9, 2025 5:38 PM
**To:** Laurin, Paul <Paul.Laurin@btlaw.com>
**Cc:** Sarah Hasselberger <shasselberger@marshackhays.com>; Laila Rais
<lrais@marshackhays.com>; Menges, Lyric <Lyric.Menges@btlaw.com>; O'Farrell, Leah
<LOFarrell@btlaw.com>; Richard Marshack <rmarshack@marshackhays.com>
**Subject:** Re: [EXTERNAL] Re: David R. Stone Bankruptcy Meet and Confer

**Caution: This email originated from outside the Firm.**

Paul,

Per my prior email, the Trustee was mostly provided with the Quickbooks data, not physical documents
regarding the accounting records.

If you want the documents listed in my prior email, I will be able to provide the tax returns late next week
when I get back.  However, Dawn won't be back until the following week and can start assembling the other
documents set forth in my prior email.

If you want something more than that, you need to tell me what it is and put it in the list of documents in your
proposed Stipulation for it to be considered.

Mike

Michael G. Spector
LAW OFFICES OF MICHAEL G. SPECTOR
2122 N. Broadway
Santa Ana, CA  92706
Tel.  714-835-3130
Fax. 714-558-7435

This e-mail transmission is intended for the exclusive use of the individual or entity to whom it is addressed
and may contain confidential information that is covered by the Electronic Communications Privacy Act (18
USC Sections 2510-2521). If you are not the intended recipient (or an employee or agent responsible for
delivering this e-mail to the intended recipient), you are hereby notified that any copying, disclosure or
distribution of this information is strictly prohibited.

Exhibit "1" Page 7

On Monday, June 9, 2025 at 02:14:44 PM PDT, Laurin, Paul <paul.laurin@btlaw.com> wrote:

Mike, Ledgers are not source "documents". They are reports which compile individual transactions. Yes, we want whatever it is you are willing to provide and certainly at a minimum the quickbooks or other financial records you have provided to the trustee regarding the operating business. Not complicated and not vague.

I take it you do not need to discuss this basic production with Mr. Stone. If you do, please do so and commence production.

What is the means you prefer to provide those? Physical hard copies, a drop box or providing us with access?

Assuming we can agree, I will prepare a stipulated court order under Rule 2004 so we are clear and on the record what we've asked for and what you're producing is responsive. That's all.

When can we expect the production? In your absence is there anyone who can manage further communications on a document production?

Thank you,

**Paul Laurin**
Partner
Direct: (310) 284-3785 | Mobile: (310) 629-1962
Los Angeles, CA

--

---

**From:** Michael Spector <mgspector@aol.com>
**Sent:** Monday, June 9, 2025 12:17 PM
**To:** Laurin, Paul <Paul.Laurin@btlaw.com>
**Cc:** Sarah Hasselberger <shasselberger@marshackhays.com>; Laila Rais <lrais@marshackhays.com>; Menges, Lyric <Lyric.Menges@btlaw.com>; O'Farrell, Leah <LOFarrell@btlaw.com>; Richard Marshack <rmarshack@marshackhays.com>
**Subject:** Re: [EXTERNAL] Re: David R. Stone Bankruptcy Meet and Confer

Exhibit "1" Page 8

**Caution: This email originated from outside the Firm.**

Mr. Laurin,

As noted in my prior email, we were trying to understand what you meant by "financial records, journals and ledgers" as that is non-descript and could potentially cover every document pertaining to the business for the last three years. You never responded, so it was not possible to complete discussions.

Given your extremely vague request, insulting me and providing your Accounting 1A definitions is a pointless waste of time. If you wanted the General Ledger, you could have merely said so. Instead, you used the term "ledgers" which could include ledgers for hundreds of accounts for expenses, lenders, lessees, etc. We still have no idea what you mean by "financial documents" or "journals."

That being said, if your request is to produce the following documents, if they exist, I will check and see how long it will take to prepare said documents for the last three (3) years, as the Trustee was mostly provided with the computer data, not actual documents:

1.  Tax returns (I have these, but will need to redact the taxpayer ID info).

2.  General Ledger for Last 3 years

3.  Profit and Loss Statements for the last three year ends, plus to the Petition Date

4.  Balance Sheets ( I am not sure if said documents exist, but I will check)

5.  Cash Flow Statements (I am not sure if said documents exist, but I will check).

I am not sure of the nature of the Stipulation you are talking about, but I suppose you can go ahead and prepare it and I will take a look at it. In the meantime, I will attempt to find out how long it will take to assemble items 2-5, now that I believe I understand that "financial records, journals and ledgers" means the "general ledger" and not mean every business record in the last 3 years.

As a side note, I will be out of the office from June 11 and will not be returning to Southern California until June 16.

Mike

Michael G. Spector
LAW OFFICES OF MICHAEL G. SPECTOR
2122 N. Broadway
Santa Ana, CA  92706

Exhibit "1" Page 9

Tel. 714-835-3130
Fax. 714-558-7435

This e-mail transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain confidential information that is covered by the Electronic Communications Privacy Act (18 USC Sections 2510-2521). If you are not the intended recipient (or an employee or agent responsible for delivering this e-mail to the intended recipient), you are hereby notified that any copying, disclosure or distribution of this information is strictly prohibited.

On Monday, June 9, 2025 at 11:31:50 AM PDT, Laurin, Paul <paul.laurin@btlaw.com> wrote:

Mr. Spector, I have not heard back from you regarding discussions with Mr. Stone.

Turning to your comments, the thrust of the request is to understand assets and liabilities of the Debtor through the interlocking ledger system businesses typically use, and as is supported by Quickbooks (which I understand Mr. Stone used). We want to be able to track all inflows and outflows of the Debtor as reflected in the Schedules. As an experienced debtor's lawyer it is hard to imagine you can't grasp what we are asking for.

To assist you to understand precisely what we are asking for, I refer you to the following generally accepted definitions (*Cornell Law School Legal Information Institute*):

"General ledger": General ledger is the main accounting ledger used by businesses to debit and credit accounts and is used to create businesses' financial statements . To follow the generally accepted principles of accounting (GAAP) and standard accounting practices, businesses follow the double-entry accounting method where every transaction in a business is recorded as a debit and a credit. These records keep track of the business's assets , liabilities , equity , revenue, expense, gain, and sometimes other details into individualized accounts. The general ledger records all of the activity within each account. Sometimes transactions may be grouped together into smaller ledgers, but they will be recorded as a group into the general ledger. The general ledger is the source for creating the aggregate information needed for the financial statements and for any research into a business's transactions.

"Financial Statements": Financial statements are reports that contain and summarize financial and accounting information about a business and that provide information regarding the financial position and performance of an entity throughout a specific accounting period (commonly a calendar year). The three main reports within the financial statements are the balance sheet , income statement , and cash flow statement . Financial statements may also have a statement of change in equity .

Exhibit "1" Page 10

"Balance Sheet": A balance sheet is a financial statement that consists of a three-part summary of a company's assets , liabilities , and ownership equity at a particular instance in time. It is intended to show the financial condition of a company at that time. The balance sheet lists the assets (movable and unmovable) on one side and the liabilities and equity, together, on the other side. Both sides must balance out with each other. A balance sheet is prepared yearly, quarterly, monthly or upon sale of a business to reflect the financial condition of the company.

"Income Statement": The income statement (statement of income, statement of earnings, statement of operations, statement of comprehensive income) reports the accountant 's primary measure of performance of a business , revenues less expenses during the accounting period. The income statement includes three elements:

Revenues : the amounts expected to be received for goods or services that have been delivered to a customer, whether the customer has paid for the goods or services.

Expenses : the dollar amount of resources the entity used to earn revenues during the period, including income tax expense.

Net Income : the excess of total revenues over total expenses.

The income statement equation that describes their relationship is: Revenue - Expenses = Net Income.

"Cash Flow Statement": A cash flow statement is a business' financial statement that measures how much cash is entering and leaving the entity throughout a specific accounting period.

These are the documents we need. We need to be able to audit the business and its inflows and outflows, potentially for much longer than 3 years, but we can start with that.

As for your claim of the overbreadth in seeking records regarding the last three years, we note that the reach back period for fraudulent transactions is at least 4 years under applicable law and the Schedules ask for information stretching back three years ( i.e. Tax returns).

Finally, as to my clients, we have filed a notice of appearance and appeared at multiple hearings for our clients Cathy Thomas and Chuck Dimmick. While your status as debtor's counsel is governed by the Bankruptcy Code's requirements for estate professionals, we are not estate professionals and are guided by the Rule of Professional Conduct. I am unaware on what basis you may demand to know *all clients* we represent. It suffices we represent clients who have standing, hold claims against your client and seek the information.

We will stand by for your response to the request to stipulate to a production process.  If we are making progress we will continue to meet and confer to help you understand what

Exhibit "1" Page 11

is needed, but production of the ledgers should start immediately. At a minimum we should
have all copies of the financial records the trustee is using to administer the financial
affairs of the business—which I understand have been turned over the trustee Larry
Simons. If you will not cooperate, we will advise the Court of our efforts and proceed with
a Rule 2004 application seeking the documents.

Please respond by the **close of business tomorrow, on June 10** if you will commence
production. If so, we will prepare a stipulated order. If not, we will proceed with a filing.

**Paul Laurin**
Partner
Direct: (310) 284-3785 | Mobile: (310) 629-1962
Los Angeles, CA

--

**From:** Michael Spector <mgspector@aol.com>
**Sent:** Wednesday, June 4, 2025 8:20 AM
**To:** Laurin, Paul <Paul.Laurin@btlaw.com>
**Cc:** Sarah Hasselberger <shasselberger@marshackhays.com>; Laila Rais
<lrais@marshackhays.com>
**Subject:** [EXTERNAL] Re: David R. Stone Bankruptcy Meet and Confer

Caution: This email originated from outside the Firm.

Mr. Laurin,

I will discuss with Mr. Stone today but, in the meantime, could you please identify everyone you
represent.

Also, your request for documents seems extraordinarily overborad, so I am trying to ascertain what
you mean by "financial records, journals and ledgers" as that would seem to encompass every
single company document for the years, such as every contract, every bill, every statement of
account for each truck lessee, every statement of account for each creditor, every ledger of each
and every expenditure. If you are asking for the ledgers regarding the bank accounts, that is one
thing but as stated, I envision that your request to produce every record of all business aciivity for
the last 3 years would be completely impracticable.

Mike

Michael G. Spector

Exhibit "1" Page 12

LAW OFFICES OF MICHAEL G. SPECTOR
2122 N. Broadway
Santa Ana, CA 92706
Tel. 714-835-3130
Fax. 714-558-7435

This e-mail transmission is intended for the exclusive use of the individual or entity to whom it is
addressed and may contain confidential information that is covered by the Electronic
Communications Privacy Act (18 USC Sections 2510-2521). If you are not the intended recipient (or
an employee or agent responsible for delivering this e-mail to the intended recipient), you are
hereby notified that any copying, disclosure or distribution of this information is strictly prohibited.

On Tuesday, June 3, 2025 at 03:16:32 PM PDT, Laurin, Paul <paul.laurin@btlaw.com> wrote:

Mr. Spector, as you know I represent several investor/creditors in David Stone's
business, Cornerstone Financial, in the chapter 7 bankruptcy you filed in Riverside for
Mr. Stone and the dba(Case No. 6:25-bk-12353 SY). We hereby request a meet and
confer process to discuss a stipulated Rule 2004 document production. We understand
that you have advised the Trustee, Mr. Simons, that you have provided, or are in the
process of providing, him with all financial records pertinent to the operation of the
business and the financial affairs of Mr. Stone. We hereby request copies of the
financial statements (balance sheets, P&L's, cashflow statements), financial records,
journals and ledgers of inflows and outflows from the business, and personal tax returns
for the last three filing years available. The Trustee has asked that we seek the
information form you directly.

Will you cooperate by providing the documents. If so, we can prepare a confirmatory
stipulated order.

Please advise.

**Paul Laurin**
Partner
Direct: (310) 284-3785 | Mobile: (310) 629-1962
Paul.Laurin@btlaw.com
Bio     vCard

--

**Barnes & Thornburg LLP | 20+ Offices Nationwide | 800+ Lawyers**
2029 Century Park East Suite 300, Los Angeles, CA 90067

Atlanta | Boston | Chicago | Dallas | Delaware | Florida | Indiana | Los Angeles | Michigan
Minneapolis | Nashville | New Jersey | New York | North Carolina | Ohio | Philadelphia
Salt Lake City | San Diego | Washington, D.C.

Exhibit "1" Page 13

8/6/2025, 2:47 PM

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

<image003.png>

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

<image003.png>

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

 image003.png
84 B

Exhibit "1" Page 14

RE: [EXTERNAL] Re: Proposed Stipulation for Document Production

From: O'Farrell, Leah (lofarrell@btlaw.com)

To:      mgspector@aol.com; stone5700@yahoo.com; dstanley2025@gmail.com

Cc:      Paul.Laurin@btlaw.com; Lyric.Menges@btlaw.com

Date:  Friday, June 20, 2025 at 12:46 PM PDT


Mike,

Attached please find a revised stipulation to reflect what you have agreed on and reserving our rights
as to other issues. We would like to get the stipulation on file to clearly establish chain of custody and
admissibility of the documents.  No changes were needed to the proposed order but I have attached it
here for completeness.  Please let me know if you have any questions or comments.  If not, please let
me know if I have authority to attach your e-signature to the stipulation and file. Thanks, Leah.

**Leah O'Farrell**
Associate
Direct: (404) 264-4088 | Mobile: (781) 888-1516
Atlanta, GA

**Barnes &
Thornburg**

**From:** Laurin, Paul
**Sent:** Friday, June 20, 2025 12:02 PM
**To:** Michael Spector <mgspector@aol.com>
**Cc:** David Stone <stone5700@yahoo.com>; Dawn Stanley <dstanley2025@gmail.com>
**Subject:** RE: [EXTERNAL] Re: Proposed Stipulation for Document Production

Ok, we'll revise the stipulation to reflect this and as we've indicated we'll reserve on any issues
regarding the categories you are withholding or not producing.  We'll recirculate asap.


**Paul Laurin**
Partner
Direct: (310) 284-3785 | Mobile: (310) 629-1962
Los Angeles, CA

**Barnes &
Thornburg**

**From:** Michael Spector < >
**Sent:** Friday, June 20, 2025 8:22 AM
**To:** Laurin, Paul <Paul.Laurin@btlaw.com>
**Cc:** David Stone <stone5700@yahoo.com>; Dawn Stanley <dstanley2025@gmail.com>
**Subject:** [EXTERNAL] Re: Proposed Stipulation for Document Production

**Caution: This email originated from outside the Firm.**

Paul,

Exhibit "2" Page 15

We are agreeable to producing three years of records for categories 1-6 and 8 and the current homeowner's binders with riders.

We are not agreeable to producing "all documents and data shared with the Trustee" which would include the original loan and lease files which are in his possession.

In any event, I think I have most of the documents available, which I will review early next week and send them by the end of the week without the need of a stipulation.  If you have further issues, we can discuss how to proceed.

Mike

_____

Michael G. Spector
LAW OFFICES OF MICHAEL G. SPECTOR
2122 N. Broadway
Santa Ana, CA  92706
Tel.  714-835-3130
Fax. 714-558-7435

This e-mail transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain confidential information that is covered by the Electronic Communications Privacy Act (18 USC Sections 2510-2521). If you are not the intended recipient (or an employee or agent responsible for delivering this e-mail to the intended recipient), you are hereby notified that any copying, disclosure or distribution of this information is strictly prohibited.

On Wednesday, June 18, 2025 at 07:19:57 PM PDT, Laurin, Paul <paul.laurin@btlaw.com> wrote:

Michael, please find a propose stip/order for the document production. Let me know if you have any comments and how long it will take to get the documents in the drop box.

Thank you,

**Paul Laurin | Partner**
Barnes & Thornburg LLP
2029 Century Park East Suite 300, Los Angeles, CA 90067
Direct: (310) 284-3785  | Mobile: (310) 629-1962

Visit our Subscription Center to sign up for legal insights and events.

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

 Thomas_Stone 2004 Stipulation (June 16, 2025)(47882930.3).docx
51.2 kB

 Thomas_Stone Exhibit A to Stipulation re 2004 (June 16, 2025)(47883827.3).docx
23.7 kB

 Litera Compare Redline - Thomas_Stone 2004 Stipulation (June 18 2025)(47882930.2) and ThomasStone 2004 Stipulation (June 16, 2025)-47882930-v3.pdf
165.5 kB

Litera Compare Redline - Thomas_Stone Exhibit A to Stipulation re 2004 (June 18 2025)(47883827.2) and ThomasStone Exhibit A to Stipulation re 2004 (June 16, 2025)-47883827-v3.pdf
66.3 kB

 Thomas_Stone Order on 2004 Stipulation (June 16, 2025)(47886375.1).docx
34.6 kB

 image002.png
84 B

Exhibit "2" Page 17

## Personal Financial Statements to WestAmerica

From: Michael Spector (mgspector@aol.com)

To:    paul.laurin@btlaw.com

Date: Wednesday, June 25, 2025 at 11:53 AM PDT

Paul,

**Please see Personal Financial Statements given to West America for 3 years.**

Mike

Michael G. Spector
LAW OFFICES OF MICHAEL G. SPECTOR
2122 N. Broadway
Santa Ana, CA  92706
Tel.  714-835-3130
Fax. 714-558-7435

This e-mail transmission is intended for the exclusive use of the individual or entity to whom it
is addressed and may contain confidential information that is covered by the Electronic
Communications Privacy Act (18 USC Sections 2510-2521). If you are not the intended
recipient (or an employee or agent responsible for delivering this e-mail to the intended
recipient), you are hereby notified that any copying, disclosure or distribution of this information
is strictly prohibited.

 David Stone Personal Balance Sheet 22-23-24.pdf
1.2 MB

## Profit and Loss Detail Ledger for 2022-2024

From: Michael Spector (mgspector@aol.com)

To:   paul.laurin@btlaw.com

Date: Wednesday, June 25, 2025 at 11:51 AM PDT

Please see attached Profit and Loss Detail for last 3 years.

Mike

_____

Michael G. Spector
LAW OFFICES OF MICHAEL G. SPECTOR
2122 N. Broadway
Santa Ana, CA 92706
Tel. 714-835-3130
Fax. 714-558-7435

This e-mail transmission is intended for the exclusive use of the individual or entity to whom it
is addressed and may contain confidential information that is covered by the Electronic
Communications Privacy Act (18 USC Sections 2510-2521). If you are not the intended
recipient (or an employee or agent responsible for delivering this e-mail to the intended
recipient), you are hereby notified that any copying, disclosure or distribution of this information
is strictly prohibited.

 CFS 2022 Detail P & L(1).pdf
1.5 MB

 CFS 2023 Detail P & L.pdf
1 MB

 CFS 2024 Detail P & L.pdf
857.8 kB

## CFS Profit and Loss and Balance Sheets for 3 Years

From: Michael Spector (mgspector@aol.com)

To:    paul.laurin@btlaw.com

Date: Wednesday, June 25, 2025 at 11:49 AM PDT

Michael G. Spector
LAW OFFICES OF MICHAEL G. SPECTOR
2122 N. Broadway
Santa Ana, CA 92706
Tel. 714-835-3130
Fax. 714-558-7435

This e-mail transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain confidential information that is covered by the Electronic Communications Privacy Act (18 USC Sections 2510-2521). If you are not the intended recipient (or an employee or agent responsible for delivering this e-mail to the intended recipient), you are hereby notified that any copying, disclosure or distribution of this information is strictly prohibited.

 CFS P & L -Bal 2022-2024(1).pdf
9.7 MB

Re: [EXTERNAL] Stone Tax Returns

From:  Michael Spector (mgspector@aol.com)

To:    paul.laurin@btlaw.com

Date:  Monday, June 23, 2025 at 12:29 PM PDT

Paul,

Your below confirmation is good enough for me.

See attached tax returns.

Mik

---

Michael G. Spector
LAW OFFICES OF MICHAEL G. SPECTOR
2122 N. Broadway
Santa Ana, CA  92706
Tel.  714-835-3130
Fax.  714-558-7435

This e-mail transmission is intended for the exclusive use of the individual or entity to whom it
is addressed and may contain confidential information that is covered by the Electronic
Communications Privacy Act (18 USC Sections 2510-2521). If you are not the intended
recipient (or an employee or agent responsible for delivering this e-mail to the intended
recipient), you are hereby notified that any copying, disclosure or distribution of this information
is strictly prohibited.


On Monday, June 23, 2025 at 12:06:42 PM PDT, Laurin, Paul <paul.laurin@btlaw.com> wrote:


That's agreeable. Would you like to propose a confidentiality agreement?



**Paul Laurin**
Partner
Direct: (310) 284-3785 | Mobile: (310) 629-1962
Los Angeles, CA

**Barnes &
Thornburg**


**From:** Michael Spector <mgspector@aol.com>

Exhibit "3" Page 21

RE: [EXTERNAL] Personal Financial Statements to WestAmerica

From: Laurin, Paul (paul.laurin@btlaw.com)

To:    mgspector@aol.com

Date: Wednesday, June 25, 2025 at 12:16 PM PDT

Received this and the prior two emails that came at the same time.

**Paul Laurin**
Partner
Direct: (310) 284-3785 | Mobile: (310) 629-1962
Los Angeles, CA

**Barnes &**
**Thornburg**

**From: Michael Spector <mgspector@aol.com>**
**Sent: Wednesday, June 25, 2025 11:53 AM**
**To: Laurin, Paul <Paul.Laurin@btlaw.com>**
**Subject: [EXTERNAL] Personal Financial Statements to WestAmerica**

**Caution: This email originated from outside the Firm.**

Paul,

Please see Personal Financial Statements given to West America for 3 years.

Mike

Michael G. Spector
LAW OFFICES OF MICHAEL G. SPECTOR
2122 N. Broadway
Santa Ana, CA  92706
Tel. 714-835-3130
Fax. 714-558-7435

This e-mail transmission is intended for the exclusive use of the individual or entity to whom it is addressed and
may contain confidential information that is covered by the Electronic Communications Privacy Act (18 USC
Sections 2510-2521). If you are not the intended recipient (or an employee or agent responsible for delivering this
e-mail to the intended recipient), you are hereby notified that any copying, disclosure or distribution of this
information is strictly prohibited.

Exhibit "3" Page 22

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

image001.png
84 B

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2122 N. Broadway, Santa Ana, CA 92706

A true and correct copy of the foregoing document entitled (*specify*): _____
Declaration of Michael G. Spector in Opposition to the Investor Creditor Groups Motion to 2004 Examination
_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
08/13/2025_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _08/13/2025_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
The Honorable Scott Yun
United States Bankruptcy Judge
420 Twelfth Street, Suite 345  Riverside, CA 92501-3819

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

08/13/2025 ___ Michael G. Spector _____ _____
_Date_                _Printed Name_              _Signature_

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

0

## ECF NOTICE

| | |
|---|---|
| Anthony Bisconti | tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com |
| Charles L Doerksen | cld@doerksentaylor.com |
| Anthony Dutra | adutra@hansonbridgett.com, ssingh@hansonbridgett.com |
| Christopher Hart | chart@nutihart.com, admin@nutihart.com |
| Sarah Rose Hasselberger | shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com |
| D Edward Hays | ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Chris D. Kuhner | c.kuhner@kornfieldlaw.com |
| Paul J Laurin | plaurin@btlaw.com, slmoore@btlaw.com |
| Stacey A Miller     smiller@tharpe-howell.com | |
| Leah Anne O'Farrell | lofarrell@btlaw.com, slmoore@btlaw.com;marisa.howell@btlaw.com |
| Maria K Pum | maria.pum@procopio.com, barb.young@procopio.com |
| Laila Rais | lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com |
| Gregory A Rougeau | grougeau@brlawsf.com |
| Larry D Simons (TR) | larry@janus.law, c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;keila@janus.law |
| William A Smelko | William.Smelko@procopio.com, anant.pandadiya@procopio.com,calendaringbankruptcy@procopio.com |
| Edward A Treder | cdcaecf@bdfgroup.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Reilly D Wilkinson | rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com |