Charles L. Doerksen, #135423
DOERKSEN TAYLOR TRIAL LAWYERS
25920 Elwood Road
Sanger, California 93657
Tele.: 559 233 3434
*cld@doerksentaylor.com*

Attorneys for secured creditor Westamerica Bank

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA (RIVERSIDE)

| | |
|---|---|
| In re | Case No.: 6:25-bk-12353 |
| David Robert Stone, | Chapter 7 |
| Debtor, | **MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO TRUSTEE'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL** |
| | Date:       August 28, 2025<br>Time:       9:30 a.m.<br>Courtroom: 302 |

## I.

## INTRODUCTION

Westamerica Bank is owed the principal amount of $800,000 on a Line of Credit, and holds a perfected security interest in Debtor's "*Chattel Paper, Accounts and General Intangibles*", consisting primarily of the receivables of Cornerstone Financial Services, referred to herein as the "Receivable" and as the "Cash Collateral". This is not disputed by the Trustee.

For Westamerica Bank's part, it agrees that the Trustee should be permitted to use a portion of the Cash Collateral in order to collect the Receivable. The disagreement is in the

1  proposal of an adequate protection payment of $10,000 per month, which at the end of the useful

2  life of the Receivable would leave Westamerica Bank still owed the principal amount of more

3  than $600,000. (Hofmann Decl., ¶ 21.)

4      Setting aside the proposed [in]adequate protection payment, the underlying concern is the

5  Trustee's management of the Receivable, which has a relatively short useful life, and is

6  decreasing in value every month leases mature and no longer provide revenue. Unless the

7  Trustee's rate of collection significantly improves, particularly if permitted to use $60,000

8  ($59,803.33) each month for "operating expenses", there may not be sufficient monies to satisfy

9  Debtor's obligation to Westamerica Bank.

10     The Trustee is required to demonstrate how Westamerica Bank's interest in the Cash

11  Collateral will be protected. The Trustee does not make that showing. A starting point would be

12  for the Trustee to provide at least a substantiated value of the Receivable, a plan for its

13  collection, and assurances that Westamerica Bank is protected. As it is, the motion should be

14  denied.

## II.

### STATEMENT OF THE FACTS

17     The declaration of Peter Hofmann filed concurrently herewith, details the relevant

18  background. In particular, Mr. Hofmann provides (a) a historical overview of Westamerica

19  Bank's banking relationship with Debtor; (b) an explanation of the loan extended to Debtor,

20  including Westamerica Bank's perfected security interest in the Receivable; (c) thoughts

21  regarding the value of the Receivable; and (d) comments on the proposed use of the Receivable.

22     The banking relationship between Westamerica Bank and Debtor has existed since the

23  late 1980s, with the Line of Credit first extended in 1993. The Line of Credit "revolved" as

24  required, that is, it was annually paid down for a period of at least 30 days. The Line of Credit

25  was renewed annually, with the last renewal occurring in November 2024. As a part of the

26  annual renewal process, Debtor submitted an application and financial statements, and a listing

27  of active leases.

28  ///

The Trustee would have the Court believe that the value of the Receivable is in excess of $13 Million. This statement of value is nothing more than an echoing of the Debtor's value in his Schedule A/B (Memorandum, 11:11-12 & Simons Decl., ¶ 60), and it is not realistic. There are at least two issues here, and they are discussed in Paragraphs 17 to 20 of the Hofmann Declaration. First, the Lease Portfolio (i.e., the active leases) has a short useful life. With leases maturing each month and no longer generating revenue, the Receivable will be exhausted by the end of 2028. Second, with the Trustee's demonstrated collection rate of less than 30%, and with proposed operational expenses of $60,000, there may not be sufficient monies to pay off Westamerica Bank, let alone contribute to the unsecured creditors.

**III.**

**ANALYSIS OF TRUSTEE'S PROPOSED USE OF THE CASH COLLATERAL**

Debtor's pre-petition collections of the Receivable for the months of January, February and March 2025, were $391,585, $336,335, and $285,462, respectively. (Hofmann Decl., ¶ 18.) Since then, the Trustee has collected only approximately $100,000 per month, which is a collection rate of less than 30%. (Hofmann Decl., ¶¶ 18 & 22.) With that, the Trustee proposes to use $60,000 of the Cash Collateral each month to pay "operating expenses" for the collection of the Receivable, and also, to pay Westamerica Bank the amount of $10,000.

Monthly payments of $10,000, without additional lump sum payments, would leave Westamerica Bank owed the principal amount of approximately $640,000 at the time the Receivable has been fully collected. (Hofmann Decl., ¶ 21.) On the face of it, this leaves Westamerica Bank without adequate protection.

Digging deeper, there are three important and necessary items of information that the Trustee does not provide, namely, (1) a substantiated value of the Receivable (not just Debtor's opinion); (2) an explanation of the amount of the Receivable that is reasonably expected to be collected; and (3) a justification of the proposal to spend $60,000 each month to collect only a fraction of the Receivable that is owed, and whether these expenses are proposed for the remaining 40-month term of the Lease Portfolio, or something less.

///

1      If the gross value of the Receivable truly is $13 Million - this is very much doubted - a

2   collection rate of 30% would bring in a total of $3.9 Million. Subtracting from this the proposed

3   monthly operational expenses ($60,000 times 40 months), would result in a net of only $1.5

4   Million. It is Westamerica Bank's understanding, and the Trustee can explain if he disagrees,

5   that by approximately mid-2027, collections will not even cover the $60,000 operating expenses.

6      If the principal of $800,000 plus interest owed to Westamerica Bank were to be paid in

7   40 equal monthly payments from September 2025 to December 2028 (the end of the useful life

8   of the Receivable) the monthly payments would need to be in the amount of $23,506.17.

9   (Hofmann Decl., ¶¶ 18 & 22.) While this would work in the early years, the current low

10   collection rate coupled with the high operating expenses would soon render this untenable. As

11   such, in order for Westamerica Bank to be adequately protected, payments will need to be front-

12   loaded, and the lower the Trustee's rate of collection the higher the front-loading will need to be.

13      The situation will change for the worse if the Receivable is worth something like $10

14   Million, which using the above collection rate and expenses, would net only a of $600,000. On

15   the other hand, there could be a significant change for the better if the Trustee can increase the

16   collection rate, but again, nothing to suggest that this can be done is provided in the motion.

17      In Paragraph 23 of Mr. Hofmann's declaration, he sets out a proposed payment plan. It

18   provides for an upfront payment from the $300,000-plus that the Trustee is understood to be

19   holding, with monthly payments beginning at $50,000 and decreasing over the 20-month

20   repayment period as collections will presumably also decrease.

21      This motion should not be granted unless and until the Trustee shows how and when

22   Debtor's obligation to Westamerica Bank will be satisfied, and more generally, how the Trustee

23   will manage the Receivable in order to maximize its value. This should start with the Trustee (1)

24   providing a substantiated value of the gross amount of contractual stream of payments, both as of

25   the present time and month-to-month over the useful life of the Lease Portfolio; (2) a detailed

26   plan of how the receivable will be collected; and (3) an explanation of the value anticipated to be

27   received in return for the proposed monthly payment of $60,000 for operating expenses.

28   ///

**IV.**

**CONCLUSION**

The Trustee does not propose a use of the Cash Collateral that provides adequate protection to Westamerica Bank. To the contrary, the Trustee's proposal would leave Westamerica Bank owed in excess of $600,000 with the Receivable exhausted.

Perhaps Debtor correctly scheduled the value of the Receivable. Perhaps the Trustee will improve his collection rate and/or reduce his operating expenses over time. Perhaps the Trustee is planning to make lump sum payments to Westamerica. Or, perhaps none of this is true. The reality is that none of this is known, because the Trustee simply does not address any of these issues.

What is clear, is that the motion does not propose a use of the Cash Collateral that adequately protects Westamerica Bank. As such, the motion is properly denied.

Dated: August 14, 2024          Respectfully submitted,

DOERKSEN TAYLOR TRIAL LAWYERS

/s/ Charles L. Doerksen
_____
Charles L. Doerksen, attorneys for
secured creditor and movant Westamerica Bank

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

25920 Elwood Road, Sanger, California 93657

A true and correct copy of the foregoing document entitled (*specify*): _____
Memorandum of Points and Authorities in Opposition to Trustee's Motion for Order Authorizing Use of Cash Collateral
_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __08/14/2025____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __08/14/2025____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __08/14/2025____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott H. Yun        BY FEDEX
United States Bankruptcy Court
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, California 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/14/2025 | Dustin Rose | | |
|---|---|---|---|
| Date | Printed Name | | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

**Anthony R Bisconti #269230**
tbisconti@bklwlaw.com
1193516420@filings.docketbird.com
docket@bklwlaw.com

**Anthony A Dutra #332423**
adutra@hansonbridgett.com
ssingh@hansonbridgett.com

**Christopher Holly Hart #184117**
chart@nutihart.com
admin@nutihart.com

**Sarah Rose Hasselberger #340640**
shasselberger@marshackhays.com
shasselberger@ecf.courtdrive.com
cbastida@marshackhays.com
alinares@ecf.courtdrive.com

**D Edward Hays #162507**
ehays@marshackhays.com
ehays@ecf.courtdrive.com
alinares@ecf.courtdrive.com
cmendoza@marshackhays.com
cmendoza@ecf.courtdrive.com

**Chris David Kuhner #173291**
c.kuhner@kornfieldlaw.com

**Paul Joseph Laurin #136287**
plaurin@btlaw.com
slmoore@btlaw.com
jboustani@btlaw.com
jose.barajas@btlaw.com

**Stacey Ann Miller #161628**
smiller@tharpe-howell.com

**Leah Anne O'Farrell**
lofarrell@btlaw.com
slmoore@btlaw.com
marisa.howell@btlaw.com

Attachment to Proof of Service

**Maria Katharina Pum #120987**
maria.pum@procopio.com
barb.young@procopio.com

**Laila Rais #311731**
lmasud@marshackhays.com
lmasud@ecf.courtdrive.com
lbuchanan@marshackhays.com
alinares@ecf.courtdrive.com

**Gregory Armand Rougeau #194437**
grougeau@brlawsf.com

**Vicki L Schennum #159628**
schennumlaw@icloud.com

**Lawrence David Simons #179239**
larry@janus.law
c119@ecfcbis.com
nancy@lsimonslaw.com
simonsecf@gmail.com
keila@janus.law

**William Arthur Smelko #96970**
William.Smelko@procopio.com
anant.pandadiya@procopio.com
calendaringbankruptcy@procopio.com

**Michael Glenn Spector #145035**
mgspector@aol.com,
mgslawoffice@aol.com

**Edward Alan Treder #116307**
cdcaecf@bdfgroup.com

**Reilly Dennis Wilkinson #250086**
rwilkinson@scheerlawgroup.com
rwilkinson@ecf.courtdrive.com

**United States Trustee (RS)**
ustpregion16.rs.ecf@usdoj.gov
///
///
///

Attachment to Proof of Service

2. <u>SERVED BY UNITED STATES MAIL</u>

**INTERESTED PARTY - CALZONA TRUCK SALES, INC.**
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
15689 VALLEY BLVD
FONTANA, CA 92335-6383

**20 LARGEST UNSECURED CREDITOR**
4300 REDWOOD HIGHWAY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 45467
CALISTOGA, CA 94515

**20 LARGEST UNSECURED CREDITOR**
ANDROS, BLAKE
6372 MORMON TEA WAY
RENO, NV 89511-4382

**20 LARGEST UNSECURED CREDITOR**
B&G MOBILE WASH
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
15777 VALLEY BLVD
FONTANA, CA 92335-6413

Attachment to Proof of Service

**20 LARGEST UNSECURED CREDITOR**
BANK OF AMERICA
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 25118
TAMPA, FL 33622-5118

**20 LARGEST UNSECURED CREDITOR**
BANK OF AMERICA, N.A.
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 31785
TAMPA, FL 33631-3785

**20 LARGEST UNSECURED CREDITOR**
BELL & WILLIAMS ASSOCIATES, INC
7 WALL STREET
WINDHAM, NH 03087-1663

**20 LARGEST UNSECURED CREDITOR**
BLUE SHIELD OF CALIFORNIA
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
601 12TH STREET
OAKLAND, CA 94607-3613

**20 LARGEST UNSECURED CREDITOR**
CALIFORNIA DEPARTMENT OF TAX
& FEE ADMINISTRATION CDTFA
MAY LEE STATE OFFICE COMPLEX
651 BANNON STREET, STE 100
SACRAMENTO, CA 95811-0356

Attachment to Proof of Service

**20 LARGEST UNSECURED CREDITOR**

EMPIRE DRIVE AWAY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
15777 VALLEY BLVD #D
FONTANA, CA 92335

**20 LARGEST UNSECURED CREDITOR / POC ADDRESS**

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

**20 LARGEST UNSECURED CREDITOR**

JACQUIE KAY SOLOMON TRUST
1922 MATZEN RANCH CIRLLE
PETALUMA, CA 94954-8595

**20 LARGEST UNSECURED CREDITOR**

KAISER
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1 KAISER PLAZA
OAKLAND, CA 94612-3609

**20 LARGEST UNSECURED CREDITOR**

LADEGAARD, THOMAS
5927 BALFOUR COURT, STE 202
CARLSBAD, CA 92008-7377

**20 LARGEST UNSECURED CREDITOR**

MASTER RECOVERY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 22651
SACRAMENTO, CA 95822-0651

Attachment to Proof of Service

**20 LARGEST UNSECURED CREDITOR**
MEADOW CLUB
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
1001 BOLINAS ROAD
FAIRFAX, CA 94930-2200

**20 LARGEST UNSECURED CREDITOR**
PG&E
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
300 LAKESIDE DRIVE, SUITE 210
OAKLAND, CA 94612-3655

**20 LARGEST UNSECURED CREDITOR**
PLANTATION GOLF CLUB
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
50994 MONROE ST.
INDIO, CA 92201-9709

**20 LARGEST UNSECURED CREDITOR**
RIVERSIDE COUNTY TAX
40935 COUNTY CENTER DRIVE, SUITE C
TEMECULA, CA 92591-6005

**20 LARGEST UNSECURED CREDITOR**
STATE FARM INSURANCE
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
1 STATE FARM PLAZA
BLOOMINGTON, IL 61710-0001

Attachment to Proof of Service

**20 LARGEST UNSECURED CREDITOR / POC ADDRESS**
TRACY, ADAM
35 TAMALPIAS AVE, APT 2
ODESSA, TX 79768

**20 LARGEST UNSECURED CREDITOR**
TRUCK PAPER
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
120 W HARVEST DRIVE
LINCOLN, NE 68521-4408

**20 LARGEST UNSECURED CREDITOR**
WEAVER RECOVERY
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
2403 N 10TH STREET
MCALLEN, TX 78501-4084

**20 LARGEST UNSECURED CREDITOR**
WELLS FARGO
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
PO BOX 6995
PORTLAND, OR 97228-6995

**SECURED CREDITOR**

ALICE GARRETT TRUST
450 E STRAWBERRY #56
MILL VALLEY, CA 94941-3227

**SECURED CREDITOR**

ANDERSEN, AMY
1994 VALPARAISO AVE
MENLO PARK, CA 94025-6055

Attachment to Proof of Service

**SECURED CREDITOR**
ANDERSEN, CARSTEN
22 CHAPEL COVE DRIVE
SAN RAFAEL, CA 94901-1548

**SECURED CREDITOR**
BAMBARELLI INVESTMENTS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY OTHER
AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE
SERVICE OF PROCESS
PO BOX 1365
CRYSTAL BAY, NV 89402-1365

**SECURED CREDITOR**
BELLECI MEDIA PRODUCTIONS LLC
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
570 GUERRERO STREET #2
SAN FRANCISCO, CA 94110-1083

**SECURED CREDITOR**
BENTLEY FINANCIAL SERVICES
ATTN: OFFICER, A MANAGING OR
GENERAL AGENT, OR TO ANY
OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO
RECEIVE SERVICE OF PROCESS
ONE PORSCHE DRIVE
ATLANTA, GA 30354-1654

**SECURED CREDITOR / POC ADDRESS**
PORSCHE FINANCIAL SERVICES, INC.
DBA BENTLEY FINANCIAL SERVICES
AND PORSCHE LEASING LTD.
STACEY A. MILLER, ESQ., THARPE &
HOWELL, LLP
15250 VENTURA BLVD., 9TH FLOOR
SHERMAN OAKS CA 91403

Attachment to Proof of Service

**SECURED CREDITOR**
BRUGGENKAMP, LINDA
6372 MORMON TEA WAY
RENO, NV 89511-4382

**SECURED CREDITOR**
CAVALLI, KEVIN
2129 W SAN REMO DRIVE
MERIDIAN, ID 83646-3203

**SECURED CREDITOR**
CRISPO, GEORGE
98 HILLSIDE DRIVE
FAIRFAX, CA 94930-2040

**SECURED CREDITOR**
CUNNINGHAM, SCOTT
CHOCOLATE MOUNTAIN FARMS
PO BOX 177
MOLINA, CO 81646-0177

**SECURED CREDITOR**
DESERT EQUITY GROUP
TOM HILL
78291 DEACON DRIVE
SAN ANTONIO, TX 78291

**SECURED CREDITOR / POC ADDRESS**
DESERT EQUITY GROUP
78291 DEACON DRIVE WEST
LA QUINTA, CA 92253

**SECURED CREDITOR**
DEXTER, KATHLEEN
1177 UTOPIA PLACE
SAN JOSE, CA 95127-4424

**SECURED CREDITOR**
POC ADDRESS
DIMICK, CHARLES D.
REVOCABLE TRUST
C/O BARNES & THORNBURG LLP
2029 CENTURY PARK EE #300
LOS ANGELES CA 90067

Attachment to Proof of Service

**SECURED CREDITOR**
POC ADDRESS
DIMICK, DANIELLE
IRREVOCABLE TRUST
C/O BARNES & THORNBURG LLP
2029 CENTURY PARK EE #300
LOS ANGELES CA 90067

**SECURED CREDITOR**
POC ADDRESS
DIMICK, DANIELLE
REVOCABLE TRUST
C/O BARNES & THORNBURG LLP
2029 CENTURY PARK EE #300
LOS ANGELES CA 90067

**SECURED CREDITOR**
DUVALL, WILLIAM
PO BOX 294
KENTFIELD, CA 94914-0294

**SECURED CREDITOR**
ENDSLEY, PAMELA
112 TIBURON CT
APTOS, CA 95003-5833

**SECURED CREDITOR**
ERENKOV, DMITRY
PO BOX 792
BETHEL ISLAND, CA 94511-0792

**SECURED CREDITOR / POC**
ADDRESS
JAMES EDWARD GILLESPIE III
11 THORNTON COURT
NOVATO, CA 94945-1777

**SECURED CREDITOR**
GRAVITCH, MARK
213 RIDGEWOOD
SAN RAFAEL, CA 94901-1138

Attachment to Proof of Service

**SECURED CREDITOR**
HUBELY, SUSAN
163 STARLITE DRIVE
SAN MATEO, CA 94402-3638

**SECURED CREDITOR**
POC ADDRESS
JOHN RUSSI GST
C/O BARNES & THORNBURG LLP
2029 CENTURY PARK EE #300
LOS ANGELES CA 90067

**SECURED CREDITOR**
POC ADDRESS
JOSEPH R RUSSI GST
C/O BARNES & THORNBURG LLP
2029 CENTURY PARK EE #300
LOS ANGELES CA 90067

**SECURED CREDITOR / POC**
ADDRESS
KLAUSEN, PIA
629 KOHLER DRIVE
WEST BEND, WI 53090-9036

**SECURED CREDITOR**
LADRECH, GENE
50545 VERANO DRIVE
LA QUINTA, CA 92253-9012

**SECURED CREDITOR**
LADRECH, RONALD
79800 SANDIA STREET
LA QUINTA, CA 92253-4584

**SECURED CREDITOR**
LEACHMAN FAMILY TRUST
121 OAK AVE
GREENBRAE, CA 94904-1571

**SECURED CREDITOR**
MARIN COUNTY TAX COLLECTOR
1050 ANDERSEN DRIVE
SAN RAFAEL, CA 94901-5316

Attachment to Proof of Service

**SECURED CREDITOR -**
MCGRATH, MICHAEL
4830 NEAL AVE
STILLWATER, MN 55082-1070

**SECURED CREDITOR - PACIFIC PREMIER TRUST**
BAMBI MENGARELLI
PO BOX 1365
CRYSTAL BAY, NV 89402-1365

**SECURED CREDITOR - PACIFIC PREMIER TRUST**
DANA KLUSSMAN
450 E STRAWBERRY #56
MILL VALLEY, CA 94941-3227

**SECURED CREDITOR - PACIFIC PREMIER TRUST**
GEORGE CRISPO
98 HILLSIDE DRIVE
FAIRFAX, CA 94930-2040

**SECURED CREDITOR - PACIFIC PREMIER TRUST**
JOHN MENGARELLI
PO BOX 1365
CRYSTAL BAY, NV 89402-1365

**SECURED CREDITOR - PACIFIC PREMIER TRUST**
KIM MCGUINNESS
26 MARIN ST
SAN RAFAEL, CA 94901-4938

**SECURED CREDITOR - PACIFIC PREMIER TRUST**
LEN BISS
38250 N 102ND STREET
SCOTTSDALE, AZ 85262-3055

**SECURED CREDITOR - PACIFIC PREMIER TRUST**
PAMELA ENDSLEY
112 TIBURON CT
APTOS, CA 95003-5833

**SECURED CREDITOR - PACIFIC PREMIER TRUST**
RICHARD KLUSSMAN
450 E STRAWBERRY #56
MILL VALLEY, CA 94941-3227

Attachment to Proof of Service

**SECURED CREDITOR - POC ADDRESS**

MICHELLE RUSSI GST

C/O BARNES & THORNBURG LLP

2029 CENTURY PARK EE #300

LOS ANGELES CA 90067

**SECURED CREDITOR - POC ADDRESS**

PATRICK RUSSI GST

774 MAYS BLVD #10-710

INCLINE VILLAGE, NV 89451-9669

**SECURED CREDITOR - POC ADDRESS**

TIMOTHY RUSSI GST

C/O BARNES & THORNBURG LLP

2029 CENTURY PARK EE #300

LOS ANGELES CA 90067

**SECURED CREDITOR**

SAN BERNARDINO COUNTY TAX

COLLECTOR

268 W HOSPITALITY LANE

SAN BERNARDINO, CA 92408-3229

**SECURED CREDITOR / POC ADDRESS**

SEBASTIAN, MARC

607 FAIRWAY DRIVE

NOVATO, CA 94949-5805

**SECURED CREDITOR**

SHEILA VOLARVICH LIVING

TRUST

216 JOHNGALT COURT

ROSEVILLE, CA 95678-7579

**SECURED CREDITOR**

STANLEY, DAWN

5897 MELITA RD

SANTA ROSA, CA 95409-5643

**SECURED CREDITOR / POC ADDRESS**

STENNING, BARBARA

82400 WEST MCCARROLL DRIVE

INDIO, CA 92201-0369

Attachment to Proof of Service

**SECURED CREDITOR**

STONE, ANNA

49841 CANYON VIEW

PALM DESERT, CA 92260-6775

**SECURED CREDITOR**

STONE, ANNA

C/O RICHARD G. HESTON

19700 FAIRCHILD RD, STE 280

IRVINE, CA 92612

**SECURED CREDITOR**

STONE, MICHAEL

1499 LUCAS VALLEY ROAD

SAN RAFAEL, CA 94903-1102

**SECURED CREDITOR**

SVOBODA, DEBORAH

157 HEADLANDS COURT

SAUSALITO, CA 94965-1091

**SECURED CREDITOR**

TERHEYDEN, ROBERT

9 BURNING TREE DRIVE

NOVATO, CA 94949

**SECURED CREDITOR**

TERHEYDEN, ROBERT

7 BURNING TREE DRIVE

NOVATO, CA 94949

**SECURED CREDITOR**

THOMAS GST, CATHERINE

774 MAYS BLVD

#10-710

INCLINE VILLAGE, NV 89451-9669

**SECURED CREDITOR**

THOMAS, ALAN

1360 HIGH STREET

ALAMEDA, CA 94501-3160

Attachment to Proof of Service

**SECURED CREDITOR**

THOMAS, CATHERINE
774 MAYS BLVD
#10-710
INCLINE VILLAGE, NV 89451-9669

**SECURED CREDITOR**

THOMAS, RYAN
R & C NGU
79945 DOUBLE EAGLE WAY
LA QUINTA, CA 92253-5061

**SECURED CREDITOR**

THOMPSON, STEVE
PO BOX 14568
ODESSA, TX 79768-4568

**SECURED CREDITOR**

VOGL, ROBERT
98 HILLSIDE DRIVE
FAIRFAX, CA 94930-2040

**SECURED CREDITOR**

VOLARVICH, BRENDT
216 JOHNGALT COURT
ROSEVILLE, CA 95678-7579

**SECURED CREDITOR**

WALSH, VICKI
1740 CROCKER LANE
LINCOLN, CA 95648-8366

**SECURED CREDITOR**

WELLS FARGO
PO BOX 14111
DES MOINES, IA 50306-3411

**SECURED CREDITOR**

WOODS, LAVONNE
1177 SUNSET CLIFFS BLVD
SAN DIEGO, CA 92107-4014

Attachment to Proof of Service