1  LAILA RAIS, #311731
   lrais@marshackhays.com
2  SARAH R. HASSELBERGER, #340640
   shasselberger@marshackhays.com
3  MARSHACK HAYS WOOD LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Chapter 7 Trustee,
   LARRY D. SIMONS.

7

8             **UNITED STATES BANKRUPTCY COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| | |
|---|---|
| 10  In re | Case No. 6:25-bk-12353-SY |
| 11  DAVID ROBERT STONE dba Cornerstone Financial Services, | Chapter 7 |
| 12        Debtor. | **NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING 2004 EXAMINATION OF THE PERSON MOST KNOWLEDGEABLE FOR BANK OF AMERICA, N.A.; DECLARATION OF LAILA RAIS IN SUPPORT; AND REQUEST FOR JUDICIAL NOTICE** |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | [NO HEARING REQUIRED UNDER LOCAL BANKRUPTCY RULE 9013-1(p)] |
| 18 | <u>Date of Production:</u> |
| 19 | Date:    October 24, 2025<br>Time:    5:00 p.m. |

20

21  TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, THE

22  OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

23          Larry D. Simons, in his capacity as the duly appointed chapter 7 trustee for the bankruptcy

24  estate of David Robert Stone dba Cornerstone Financial Services ("Trustee"), respectfully files this

25  motion for order authorizing examination of the person most knowledgeable for Bank of America,

26  N.A. ("Bank of America") and requiring Bank of America to produce the documents identified in

27  **Exhibit "1"** attached to the Declaration of Laila Rais ("Rais Decl.") no later than October 24, 2025,

28  at 5:00 p.m., or at any other date as may be agreed upon in writing by the Trustee and Bank of

MOTION FOR ORDER AUTHORIZING 2004 EXAMINATION OF THE PERSON MOST
KNOWLEDGEABLE FOR BANK OF AMERICA, N.A.

America ("Motion"). It is the duty of Bank of America to provide a person most knowledgeable to produce the requested documents to the Trustee. At this time, the Trustee does not anticipate that he will seek to examine the person most knowledgeable for Bank of America and instead expects that he will only need Bank of America to produce the documents identified in **Exhibit "1"** attached to the Rais Decl.

The documents are requested pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("FRBP") and Rule 2004-1 of the Local Bankruptcy Rules ("LBR"). Counsel for the Trustee has attempted to meet and confer with Bank of America as required by LBR 2004-1(a). Specifically, the Trustee's counsel sent a letter to Bank of America regarding the requested document production. The Trustee's counsel then met and conferred telephonically with a representative from Bank of America who informed her that certain documents, such as deposit slips, cannot be produced without a court order or subpoena. Bank of America then sent some, but not all, of the requested documents. Accordingly, the Trustee files the Motion seeking a court order compelling Bank of America to produce the documents identified in **Exhibit "1"** attached to the Rais Decl.

Bank of America is to either: (i) mail copies of the documents to Marshack Hays Wood LLP, 870 Roosevelt, Irvine, CA 92620; or (ii) e-mail said documents in pdf format to Laila Rais at lrais@marshackhays.com and Sarah R. Hasselberger at shasselberger@marshackhays.com. This Motion is based upon the accompanying Memorandum of Points and Authorities, Declaration of Laila Rais, Request for Judicial Notice, and all documents on file in this case.

Dated: October 7, 2025                    MARSHACK HAYS WOOD LLP


                                          By: _/s/ Laila Rais_____
                                              LAILA RAIS
                                              SARAH R. HASSELBERGER
                                              Attorneys for Chapter 7 Trustee,
                                              LARRY D. SIMONS

MOTION FOR ORDER AUTHORIZING 2004 EXAMINATION OF THE PERSON MOST
KNOWLEDGEABLE FOR BANK OF AMERICA, N.A.

# Memorandum of Points and Authorities

## 1.    Introduction

Courts may order the examination of an entity regarding matters that relate to acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate.

In this case, the Trustee seeks to examine the person most knowledgeable of Bank of America to investigate potential assets of the Estate and review and analyze the Debtor's bank statements and supporting documents, including deposit slips that Bank of America maintains cannot be produced without a subpoena or court order. Thus, the Trustee respectfully requests that this Court enter an order compelling the person most knowledgeable of Bank of America to produce the documents requested.

## 2.    Factual Background

On April 14, 2025 ( "Petition Date"), the Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code, commencing bankruptcy case no. 6:25-bk-12353-SY ("Bankruptcy Case"). *See* Request for Judicial Notice ("RJN"), ¶1. On April 14, 2025, as Docket No. 5, the Trustee was appointed as the chapter 7 trustee of the Debtor's bankruptcy estate ("Estate"). *Id.*, ¶2.

On June 5, 2025, as Docket No. 63, the Debtor filed Amended Schedules A/B, C, and Statement of Financial Affairs ("Amended Schedules").[1] *See* RJN, ¶3. In his Schedules A/B, the Debtor disclosed his ownership interest in three Bank of America accounts: (i) a business checking account held by Cornerstone Financial Services with an account number ending in 7496 with a value of $8,500 as of the Petition Date; (ii) a business checking account held by David Stone DBA Cornerstone Financial Services with an account number ending in 6718 with a value of $292.00 as of the Petition Date; and (iii) a personal checking account held by David Stone with an account number ending in 4953 with a value of $65,161.00 as of the Petition Date. *Id.*, Ex. 2, pg. 26.

During the Trustee's investigation into the Debtor's books and records, the Trustee's professionals identified that several bank statements and supporting documentation were not

---

[1] A true and correct copy of the Amended Schedules are attached to the RJN as **Exhibit "2."**

MOTION FOR ORDER AUTHORIZING 2004 EXAMINATION OF THE PERSON MOST
KNOWLEDGEABLE FOR BANK OF AMERICA, N.A.

1  included in the Debtor's books and records. *See* Rais Decl., ¶10.

2      Accordingly, on September 19, 2025, the Trustee's counsel, Laila Rais, sent a letter to Bank

3  of America requesting production of the documents set forth in **Exhibit "1"** to the Rais Decl.

4  ("Letter").[2] *See* Rais Decl., ¶11. The Letter requested that Bank of America contact the Trustee's

5  counsel to arrange for a mutually agreeable date, time, place, and scope of an examination or

6  production in compliance with Local Bankruptcy Rule 2004-1. *Id.*, Ex. 3, pg. 54.

7      On September 24, 2025, the Trustee's counsel, Laila Rais, met and conferred telephonically

8  with a representative from Bank of America regarding the requested documents. *See* Rais Decl., ¶13.

9  During the meet and confer, a representative from Bank of America informed the Trustee's counsel

10  that certain documents, such as deposit slips, cannot be produced without a court order or subpoena.

11  *Id.* Bank of America then sent some, but not all, of the requested documents. *Id.*

12      On September 25, 2025, the Trustee's counsel, Laila Rais, received and replied to written

13  correspondences with a representative from Bank of America regarding the document production

14  and the representative confirmed that Bank of America cannot produce certain documents without a

15  court order or subpoena ("Correspondences"). *See* Rais Decl., ¶14; *see also* Ex. 4, pg. 63.[3]

16  ## 3.    Legal Argument

17  ### A.    Scope of Examination Rule 2004(b) of the FRBP

18      "On motion of any party in interest, the court may order the examination of any entity." Fed.

19  R. Bankr. P. 2004(a). Rule 2004(b) of the FRBP provides that the scope of examination must relate

20  to "acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any

21  matter which may affect the administration or the debtor's estate, or to the debtor's right to a

22  discharge." *See In re Subpoena Duces Tecum & Ad Testificandum Pursuant to Fed. R. Bankr. P.*

23  *2004*, 461 B.R. 823, 829 (Bankr. C.D. Cal. 2011) ("The scope of a 2004 examination is 'unfettered

24  and broad' and is akin to a 'fishing expedition'").

25

26

27

28
[2] A true and correct copy of the Letter is attached to the Rais Decl. as **Exhibit "3."**

[3] A true and correct copy of the Correspondences are attached to the Rais Decl. as **Exhibit "4."**

MOTION FOR ORDER AUTHORIZING 2004 EXAMINATION OF THE PERSON MOST
KNOWLEDGEABLE FOR BANK OF AMERICA, N.A.

Through this Motion, the Trustee seeks to obtain information from Bank of America regarding various bank statements and supporting documentation from January 1, 2020, through April 30, 2025. *See* Rais Decl., ¶10. The requested documents are not included in the Debtor's books and records provided to the Trustee. *Id*. In order for the Trustee to conduct an investigation into the Debtor's financial affairs, he needs the documents identified in **Exhibit "1"** attached to the Rais Decl.

**B.    Document Production**

FRBP 2004(e) provides that "[i]f the debtor resides more than 100 miles from the place of examination when required to appear for an examination under this rule, the mileage allowed by law to a witness shall be tendered for any distance more than 100 miles from the debtor's residence at the date of the filing of the first petition commencing a case under the Code or the residence at the time the debtor is required to appear for the examination, whichever is the lesser."

In this case, the Trustee does not seek authority to orally examine Bank of America pursuant to this Motion, and Bank of America does not need to appear for examination. *See* Rais Decl., ¶8. Instead, the Trustee asks that the person most knowledgeable for Bank of America be ordered to produce the documents identified in **Exhibit "1"** attached to the Rais Decl., or before the close of business on October 24, 2025, or at any date agreed to by the Trustee and Bank of America, at the offices of Marshack Hays Wood LLP, 870 Roosevelt, Irvine, California 92620, or by either: (i) mailing copies of the documents to Marshack Hays Wood LLP, 870 Roosevelt, Irvine, California 92620; or (ii) e-mailing said documents in pdf format to Laila Rais at lrais@marshackhays.com and Sarah R. Hasselberger at shasselberger@marshackhays.com. *Id*. As such, the Trustee is not required to tender a mileage allowance or a witness fee.

**C.    Compliance with LBR 2004-1**

Rule 2004-1 of the Local Bankruptcy Rules for the United State Bankruptcy Court for The Central District of California ("LBR") provides that:

> **(a) Conference Required.** Prior to filing a motion for examination or for production of documents under FRBP 2004, the moving party must attempt to confer (in person or telephonically) with the entity to be examined, or its counsel, to arrange for a mutually agreeable date, time, place, and scope of an examination or production.

> **(b) Motion.** A motion for examination under FRBP 2004 must be filed stating the

MOTION FOR ORDER AUTHORIZING 2004 EXAMINATION OF THE PERSON MOST
KNOWLEDGEABLE FOR BANK OF AMERICA, N.A.

name, place of residence, and the place of employment of the entity to be examined, if known. The motion must include a certification of counsel stating whether the required conference was held and the efforts made to obtain an agreeable date, time, place, and scope of an examination or production. The motion must also explain why the examination cannot proceed under FRBP 7030 or 9014.

LBR 2004-1(a), (b).

On September 19, 2025, the Trustee's counsel, Laila Rais, sent a letter to Bank of America requesting production of the documents set forth in **Exhibit "1"** to the Rais Decl. (previously defined as the "Letter").[4] *See* Rais Decl., ¶11; *see also* Ex. 3, pgs. 53-63. The Letter requested that Bank of America contact the Trustee's counsel to arrange for a mutually agreeable date, time, place, and scope of an examination or production in compliance with Local Bankruptcy Rule 2004-1. *Id*., Ex. 3, pg. 54.

On September 24, 2025, the Trustee's counsel, Laila Rais, met and conferred telephonically with a representative from Bank of America regarding the requested documents. *See* Rais Decl., ¶13. During the meet and confer, a representative from Bank of America informed the Trustee's counsel that certain documents, such as deposit slips, cannot be produced without a court order or subpoena. *Id*. Bank of America then sent some, but not all, of the requested documents. *Id*.

On September 25, 2025, the Trustee's counsel received and replied to written correspondences with a representative from Bank of America regarding the document production and the representative confirmed that Bank of America cannot produce certain documents without a court order or subpoena ("Correspondences"). *See* Rais Decl., ¶14; *see also* Ex. 4, pg. 63.

Accordingly, the Trustee has proceeded with this Motion to obtain a court order requiring Bank of America to produce the documents requested in **Exhibit "1"** attached to the Rais Decl.

Finally, the examination cannot proceed by formal discovery under FRBP 7030 or FRBP 9014 because there is no pending adversary proceeding or contested matter to which the scope of the document production relates to the Trustee. *See* Rais Decl., ¶17.

---

[4] A true and correct copy of the Letter is attached to the Rais Decl. as **Exhibit "3."**

MOTION FOR ORDER AUTHORIZING 2004 EXAMINATION OF THE PERSON MOST KNOWLEDGEABLE FOR BANK OF AMERICA, N.A.

### D.    Certification Pursuant to LBR 2004-1

Undersigned counsel for the Trustee certifies that Trustee's counsel, Laila Rais, contacted Bank of America regarding the production sought by this Motion, as required by LBR 2004-1. *See* Rais Decl., ¶¶13-16.

### 4.    Conclusion

Based on the foregoing, the Trustee respectfully requests that the Court grant this Motion and order Bank of America to produce the documents identified in **Exhibit "1"** attached to the Rais Decl. no later than the close of business on October 24, 2025, or any other day mutually agreeable to Bank of America and the Trustee.

Dated: October 7, 2025                    MARSHACK HAYS WOOD LLP


By: */s/ Laila Rais*
        LAILA RAIS
        SARAH R. HASSELBERGER
        Attorneys for Chapter 7 Trustee,
        LARRY D. SIMONS

MOTION FOR ORDER AUTHORIZING 2004 EXAMINATION OF THE PERSON MOST
KNOWLEDGEABLE FOR BANK OF AMERICA, N.A.

# Declaration of Laila Rais

I, Laila Rais, say and declare as follows:

1.      I am an individual over 18 years of age and competent to make this Declaration.

2.      If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3.      The facts set forth below are true of my personal knowledge.

4.      I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

5.      I am a partner in the law firm of Marshack Hays Wood LLP, attorneys for Larry D. Simons, in his capacity as the duly appointed chapter 7 trustee for the bankruptcy estate of David Robert Stone dba Cornerstone Financial Services ("Trustee").

6.      I make this Declaration in support of the Trustee's Motion for Order Authorizing 2004 Examination of the Person Most Knowledgeable for Bank of America, N.A. ("Motion").

7.      All capitalized terms not defined herein shall have the meaning as set forth in the Motion.

8.      Through the Motion, the Trustee seeks production of the documents identified in the attached **Exhibit "1."** The Trustee does not seek to orally examine Bank of America pursuant to this Motion, and Bank of America does not need to appear for examination. Instead, the Trustee asks that the person most knowledgeable for Bank of America be ordered to produce the requested documents or before the close of business on October 24, 2025, or at any date agreed to by the Trustee and Bank of America, at the offices of Marshack Hays Wood LLP, 870 Roosevelt, Irvine, California 92620, or by either: (i) mailing copies of the documents to Marshack Hays Wood LLP, 870 Roosevelt, Irvine, California 92620; or (ii) e-mailing said documents in pdf format to Laila Rais at lrais@marshackhays.com and Sarah R. Hasselberger at shasselberger@marshackhays.com.

9.      On April 14, 2025 ("Petition Date"), the Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code, commencing bankruptcy case no. 6:25-bk-12353-SY ("Bankruptcy Case").

/ / /

10.    During the Trustee's investigation into the Debtor's books and records, the Trustee's professionals identified that several bank statements and supporting documentation were not included in the Debtor's books and records. The Motion seeks to obtain information from Bank of America regarding various bank statements and supporting documentation from January 1, 2020, through April 30, 2025.

11.    On September 19, 2025, I sent a letter to Bank of America requesting production of the documents set forth in **Exhibit "1"** to this declaration ("Letter").

12.    A true and correct copy of the Letter is attached here as **Exhibit "3."**

13.    On September 24, 2025, I met and conferred telephonically with a representative from Bank of America regarding the requested documents. During the meet and confer, a representative from Bank of America informed the Trustee's counsel that certain documents, such as deposit slips, cannot be produced without a court order or subpoena. Bank of America then sent some, but not all, of the requested documents.

14.    On September 25, 2025, I received and replied to written correspondences with a representative from Bank of America regarding the document production and the representative confirmed that Bank of America cannot produce certain documents without a court order or subpoena ("Correspondences").

15.    A true and correct copy of the Correspondences are attached here as **Exhibit "4."**

16.    I certify that I contacted Bank of America regarding the production sought by this Motion, as required by LBR 2004-1.

17.    The examination cannot proceed by formal discovery under FRBP 7030 or FRBP 9014 because there is no pending adversary proceeding or contested matter to which the scope of the document production relates to the Trustee.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 7, 2025.

*/s/ Laila Rais*
LAILA RAIS

MOTION FOR ORDER AUTHORIZING 2004 EXAMINATION OF THE PERSON MOST
KNOWLEDGEABLE FOR BANK OF AMERICA, N.A.

**Request for Judicial Notice**

Larry D. Simons, in his capacity as the chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of David Robert Stone dba Cornerstone Financial Services ("Debtor"), hereby requests pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the following facts:

1.    On April 14, 2025 ("Petition Date"), the Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code, commencing Case No. 6:25-bk-1253-SY ("Bankruptcy Case").

2.    On April 14, 2025, as Docket No. 5, the Trustee was appointed as the chapter 7 trustee.

3.    On June 5, 2025, as Docket No. 63, the Debtor filed Amended Schedules A/B, C, and Statement of Financial Affairs ("Amended Schedules").

4.    A true and correct copy of the Amended Schedules are attached here as **Exhibit "2."**


DATED: October 7, 2025                    MARSHACK HAYS WOOD LLP


By:  */s/ Laila Rais*
     LAILA RAIS
     AARON E. DE LEEST
     SARAH R. HASSELBERGER
     Attorneys for Chapter 7 Trustee,
     LARRY D. SIMONS

MOTION FOR ORDER AUTHORIZING 2004 EXAMINATION
4820-1152-3312,v.1

**EXHIBIT 1**

**Exhibit "1"**

**Rule 2004 Examination Definitions and Instructions**

A.      Definitions

        As used in these Requests, the following terms shall be defined as follows:

        1.      "DEBTOR" shall mean and refer to David Robert Stone *dba* Cornerstone Financial Services, the Debtor in Case No. 6:25-bk-12353-SY, a voluntary Chapter 7 case currently pending in the United States Bankruptcy Court for the Central District of California, Riverside Division.

        2.      "BANKRUPTCY CASE" shall mean the Chapter 7 case currently pending in the United States Bankruptcy Court for the Central District of California, Riverside Division, Case No. 6:25-bk-12353-SY.

        3.      "YOU," and "YOUR," shall mean and refer to Bank of America, N.A., and all other persons or agents acting on its behalf.

        4.      "TRUSTEE" shall mean and refer to Larry D. Simons, in his capacity as Chapter 7 trustee of Debtor's bankruptcy estate, and all other persons or agents acting on his behalf in his capacity as Chapter 7 trustee of this case.

        5.      "ACCOUNT 4796" shall mean and refer to the Bank of America checking account with account no. 000182007496 held by Cornerstone Financial Services.

        6.      "ACCOUNT 6718" shall mean and refer to the Bank of America checking account with account no. 000182576718 held by David R Stone Sole Prop DBA Cornerstone Financial Services.

        7.      "DOCUMENT" or "DOCUMENTS" shall mean and refer to any written, recorded (electronically or otherwise), printed, or graphic matter, however produced or reproduced, whether existing in paper format, as ELECTRONICALLY STORED INFORMATION, or otherwise, of any kind or description, including originals, copies, non-identical copies, and drafts and both sides thereof. DOCUMENTS include but are not limited to sound recordings, electronic memoranda, and files with meta data intact (including e-mail or similar electronic messages or memos and word processing, database, and spreadsheet files), photographs, ESI (defined below), and all other tangible things in

1

which words, figures, notations, or sounds are recorded in writing or by any other means,

however denominated, and any such material underlying, supporting, or used in the preparation thereof.

8.    "RELATING TO" shall have the same meaning as "RELATE," "REFER,"

"REFERRING TO," "RELATED TO," "EVIDENCE," "EVIDENCING," and "CONSTITUTE" and

includes referring to, recording, reflecting, supporting, interpreting, prepared in connection with, used

in preparation for, pertaining to, mentioning, having any relationship to, or being in any way legally,

logically, or factually connected with the matter discussed, in whole or in part.

9.    "COMMUNICATION" means any transmission, relation, or delivery of things, facts,

thoughts or ideas by any means, method, or medium on or by which intelligence or information can be

delivered, transported, recorded, maintained or retrieved, including telephonic face to face

conversation, without limitation, any handwritten, typed, printed, graphic, electric, magnetic, or

illustrative material of any kind or description, including ESI (defined below), drafts and final versions,

originals and reproductions, signed and unsigned versions, however produced or reproduced, and

regardless of whether approved, signed, sent, received, redrafted, prepared by or for,

or in the possession, custody or control of the party to whom this discovery is propounded or any other

PERSON acting or purporting to act on behalf of such party.

10.    "ELECTRONICALLY STORED INFORMATION" or "ESI" shall include, without

limitation, the following:

a.    Information that is generated, received, processed, and recorded by laptop

computers, desktop computers, microprocessors, all manner of digital recording devices such as

portable cameras and microphones included with smartphones, and other electronic devices;

b.    Internal or external web sites and servers;

c.    Text, subject lines, attachments, contacts, appointments, and all information

contained within electronic mail ("e-mail") accounts, whether those accounts are hosted or serviced by

a third-party provider such as Google's Gmail, Microsoft Outlook, or Apple Mail;

d.    Any and all communications, posts, text, images, or video messages posted on a

public-facing social media service such as Facebook, Google+, Twitter, Instagram, Wordpress,

2

1     Snapchat, or other social media service, to the extent not protected by federal and state privacy laws;

2            e.      Output resulting from the use of any software program, whether said electronic

3 data exists in an active file, specifying all files that are accessible and stored in a readily usable format

4 (e.g., active, online data; near-line data; offline storage; and archives);

5            f.      Activity listings of email receipts and transmittals; and

6            g.      All items stored on computer memories, hard disks, solid state drives or hybrid

7 drives, floppy disks, CD-ROMs, DVD-ROMS, Blu-ray disks, magnetic tape, microfiche, USB memory

8 sticks, external hard drives, online "cloud" storage hosted by an external service such as Amazon Web

9 Services, Microsoft OneDrive, iCloud, or a comparable service, the internal flash memory of a

10 smartphone such as an iPhone or Android device, or on any other media for digital data storage or

11 transmittal (e.g., a personal digital assistant such as a Blackberry), and file folder tabs or containers and

12 labels appended or relating to any physical storage device associated with each original or copy of all

13 Documents requested herein.

14      11.      "IDENTIFY" shall mean:

15            a.      When used in reference to a DOCUMENT, to state the type of DOCUMENT

16 (e.g., letter, memorandum, telegram, chart, etc.), its author and originator, its date or dates, all

17 addressees and recipients, and its present location or custodian;

18            b.      When used in reference to a natural person, to state the person's full name,

19 current residence and business addresses, current residence and business telephone numbers and, if

20 applicable, his or her title, employment, and job description. If current addresses are unknown, provide

21 the last known business and residence address; and

22            c.      When used in reference to an entity, to state the name, address, and telephone

23 number of the entity.

24

25

26

27

28

3

B.    Instructions

      1.    Documents Withheld

If any DOCUMENT is withheld under a claim of privilege or other protection, so as to aid the Court and the parties hereto to determine the validity of the claim of privilege or other protection, please provide the following information with respect to any such DOCUMENT:

      a.    The DOCUMENT'S title, if any;

      b.    The full legal name, address, and title of the person(s) who prepared the DOCUMENT, who signed it, and over whose name it was sent or issued;

      c.    The full legal name, address, and title of each person(s) to whom the DOCUMENT was directed;

      d.    The nature and substance of the DOCUMENT with sufficient particularity to enable the Court and parties to this ACTION to identify the DOCUMENT;

      e.    The date the DOCUMENT was first prepared;

      f.    The full legal name, address, and title of each person(s) who has custody of or control over the DOCUMENT and each copy thereof;

      g.    The full legal name, address, and title of each person to whom copies of the DOCUMENT were furnished;

      h.    The number of pages comprising the DOCUMENT;

      i.    The specific legal or factual basis on which any privilege or other protection is claimed (blanket claims of attorney-client privilege will not be deemed sufficient);

      j.    Whether any non-privileged or non-protected matter is included in the DOCUMENT, and whether the DOCUMENT can be sufficiently redacted to disclose only non-privileged or non-protected matter; and

      k.    The full legal name, address, and title of each person who has seen or reviewed or is likely to have seen or reviewed the document; and a description of the subject matter of the document YOU consider adequate to support the claim of privilege.

2.     Partial Production

Whenever YOU object to a particular request, or portion thereof, YOU must produce all documents called for which are not subject to that objection. Similarly, wherever a document is not produced in full, state with particularity the reason or reasons it is not being produced in full, and describe, to the best of YOUR knowledge, information and belief and with as much particularity as possible, those portions of the DOCUMENT which are not produced.

3.     Orderly Response

Please produce DOCUMENTS in such manner with specific reference to which interrogatory, request for production, etc. which the DOCUMENT is responsively produced to. Please produce all DOCUMENTS as they are kept in the usual course of business, organizing, naming, and labeling them to correspond with each Request.

4.     Construction of "And" and "Or"

As used herein, the words "and" and "or" shall be construed both conjunctively and disjunctively, and each shall include the other wherever such dual construction will serve to bring within the scope of this request any documents which would otherwise not be brought within its scope.

5.     Construction of the Singular and Plural Forms

As used herein, the singular form shall include the plural and vice versa whenever such dual construction will serve to bring within the scope of this request any documents which would otherwise not be brought within its scope.

6.     Form of Production

YOU are to produce the requested DOCUMENTS for inspection, copying, or photographing in their original form or legible, accessible electronic reproduction thereof. DOCUMENTS may be produced electronically at YOUR option.

With regard to electronically-stored information, please produce Microsoft PowerPoint presentations containing audio, Microsoft Excel documents containing macros, and Microsoft Access databases in native format. Please produce all other documents produced electronically in native format with metadata intact or in PDF format with metadata intact. Alternatively, DOCUMENTS produced

5

electronically may be produced in TIFF format with standard load files, including .opt image load files and .data metadata load files.

ESI may be provided via CD, DVD, File Transfer Protocol site, portable hard or flash drive, or other reasonably accessible media format. When practicable, please produce hard copy or physical documents in scanned OCR'd PDF format with metadata intact or scanned TIFF format with standard load files, including .opt image load files and .dat metadata load files. Data files should not be zipped, encrypted, or otherwise restricted or proprietarily protected for specific use. If the native file format is derived from software not accessible with Microsoft Office applications (or other common applications), please so state in response to the particular Request.

If the Document or information requested is in a computer-readable form and not produced in PDF or TIFF format, please specify the software (including the exact versions and release) used to create the information. Also specify any other software, hardware, or other information such as passwords or user-supplied files that are required or desirable in order to examine and use the information. Specify the exact configuration of the hardware on which the information was created, including the memory size (and graphics processing unit, if any, in the event the information contains or requires graphics). Please give the exact name, release, and version of the operating system used on the hardware.

NOTE: IF YOU ARE UNSURE AS TO THE INTENT AND MEANING OF ANY OF THE FOREGOING DEFINITIONS OR ANY OF THE FOLLOWING REQUESTS FOR PRODUCTION, YOU ARE HEREBY REQUESTED TO HAVE YOUR ATTORNEY CONTACT ATTORNEYS OF RECORD FOR THE PROPOUNDING PARTY, WHO HEREBY OFFER TO PROVIDE ANY NEEDED ASSISTANCE NECESSARY FOR YOU TO UNDERSTAND THE INTENT AND MEANING OF ANY OF THE FOREGOING THEREBY TO ENSURE THAT THE COURT IS NOT BURDENED BY ANY MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION BECAUSE OF ANY UNCERTAINTY OF THE FOREGOING ON YOUR PART.

### Requests for Production of Documents

REQUEST FOR PRODUCTION NO. 1:

Produce all bank account statements for ACCOUNT 7496 for the months of November 2020, December 2020, September 2022, December 2022, March 2025, and April 2025.

REQUEST FOR PRODUCTION NO. 2:

Produce all DOCUMENTS and COMMUNICATIONS supporting any bank statement, including but not limited to, deposit slips, copies of deposited checks, images of deposited items, wire transfer communications, electronic transfer records, and any other documents reflecting deposits, withdrawals, or creditors for ACCOUNT 7496 for the period of January 1, 2020, through April 30, 2025.

REQUEST FOR PRODUCTION NO. 3:

Produce all bank account statements for ACCOUNT 6718 for the months of November 2020, December 2020, February 2025, March 2025, and April 2025.

REQUEST FOR PRODUCTION NO. 4:

Produce all DOCUMENTS and COMMUNICATIONS supporting any bank statement, including but not limited to, deposit slips, copies of deposited checks, images of deposited items, wire transfer communications, electronic transfer records, and any other documents reflecting deposits, withdrawals, or creditors for ACCOUNT 6718 for the period of January 1, 2020, through April 30, 2025.

REQUEST FOR PRODUCTION NO. 5:

Produce all bank account statements for accounts held by the DEBTOR, including but not limited to, checking, savings, money market accounts, certificates of deposit, or any other deposit or transaction account, but excluding ACCOUNT 4796 and ACCOUNT 6718, from January 1, 2020, through April 30, 2025.

REQUEST FOR PRODUCTION NO. 6:

Produce all DOCUMENTS and COMMUNICATIONS supporting any bank statement, including but not limited to, deposit slips, copies of deposited checks, images of deposited items, wire

7

1  transfer communications, electronic transfer records, and any other documents reflecting deposits,

2  withdrawals, or creditors for accounts held by the DEBTOR, including but not limited to, checking,

3  savings, money market accounts, certificates of deposit, or any other deposit or transaction account, but

4  excluding ACCOUNT 4796 and ACCOUNT 6718, for the period of January 1, 2020, through April 30,

5  2025.

6

7  Dated: October 7, 2025                    MARSHACK HAYS WOOD LLP

8

9                                By: /s/ Laila Rais
10                                    D. EDWARD HAYS
                                      AARON E. DE LEEST
11                                    LAILA RAIS
                                      SARAH R. HASSELBERGER
12                                    Attorneys for Chapter 7 Trustee,
                                      LARRY D. SIMONS
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

**EXHIBIT 2**

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael G. Spector<br>2122 N. Broadway<br>Santa Ana, CA 92706<br>714-835-3130 Fax: 714-558-7435<br>145035 CA<br>mgspector@aol.com | |

☐ *Individual appearing without attorney*
☑ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>David Robert Stone | CASE NO.: 6:25-bk-12353 SY<br><br>CHAPTER: 7 |
|---|---|
| | **SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS**<br>[LBR 1007-1(c)] |
| Debtor(s) | |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B     ☑ Schedule C     ☐ Schedule D     ☐ Schedule E/F     ☐ Schedule G

☐ Schedule H     ☐ Schedule I     ☐ Schedule J     ☐ Schedule J-2     ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)     ☐ Statement of Intentions     ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and/or statements are true and correct.

Date:   **June 4, 2025**

*[signature]*
**David Robert Stone**
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

EXHIBIT 2, PAGE 19

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **David Robert Stone** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **6:25-bk-12353 SY** |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**170 Greenwood Ave**
Street address, if available, or other description

**San Rafael        CA      94901-0000**
City                    State      ZIP Code

**Marin**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,000,000.00** | **$4,000,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**100%**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

EXHIBIT 2, PAGE 20

Debtor 1    **David Robert Stone**                                    Case number *(if known)*    **6:25-bk-12353 SY**

---

**1.2** If you own or have more than one, list here:

**49841 Canyon View Drive**
Street address, if available, or other description

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$5,000,000.00** | **$5,000,000.00** |

**Palm Desert    CA    92260-0000**
City    State    ZIP Code

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**100%**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Riverside**
County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**1.3** If you own or have more than one, list here:

**4310 Redwood Highway**
**Ste 100 and 200**
Street address, if available, or other description

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ■ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,000,000.00** | **$2,000,000.00** |

**San Rafael    CA    94903-0000**
City    State    ZIP Code

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**100%**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Marin**
County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Commercial condo**

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for
    pages you have attached for Part 1. Write that number here.................................=>

| **$11,000,000.00** |
|---|

**Part 2:**  **Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 2, PAGE 21

| Debtor 1 | **David Robert Stone** | | Case number *(if known)*   **6:25-bk-12353 SY** |
|---|---|---|---|

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 | Make: | **Bentley** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **V8 Mulliner** | ☑ Debtor 1 only | |
| | Year: | **2022** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Lease** **Palm Desert** | | ☐ Check if this is community property (see instructions) | $0.00 / $0.00 |

| 3.2 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Pickup** | ☑ Debtor 1 only | |
| | Year: | **1993** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Located in San Rafael** | | ☐ Check if this is community property (see instructions) | $2,500.00 / $2,500.00 |

| 3.3 | Make: | **Harley Davidson** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | | ☑ Debtor 1 only | |
| | Year: | **1996** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Located in San Rafael** | | ☐ Check if this is community property (see instructions) | $1,000.00 / $1,000.00 |

| 3.4 | Make: | **Harley Davidson** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Exotic** | ☑ Debtor 1 only | |
| | Year: | **2003** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Located in Palm Desert** | | ☐ Check if this is community property (see instructions) | $4,000.00 / $4,000.00 |

| 3.5 | Make: | **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **C4500** | ☑ Debtor 1 only | |
| | Year: | **2004** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Located in San Rafael** | | ☐ Check if this is community property (see instructions) | $10,000.00 / $10,000.00 |

EXHIBIT 2, PAGE 22

Debtor 1    **David Robert Stone**                                          Case number (if known)   **6:25-bk-12353 SY**

**3.6**  Make:   **Ford**

Model:   **F550 Armored Vehicle**

Year:    **2006**

Approximate mileage: _____

Other information:

| Located in Palm Desert |

Who has an interest in the property? Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
--- | ---
$150,000.00 | $150,000.00

**3.7**  Make:   **Range Rover**

Model:   _____

Year:    **2014**

Approximate mileage: _____

Other information:

| Located in San Rafael |

Who has an interest in the property? Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
--- | ---
$8,500.00 | $8,500.00

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

**4.1**  Make:   **Luxe**

Model:   **Golfcart**

Year:    **2013**

Other information:

| Located in Palm Desert |

Who has an interest in the property? Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
--- | ---
$5,000.00 | $5,000.00

**4.2**  Make:   **Haulmark**

Model:   **Trailer**

Year:    **2014**

Other information:

| Located in Palm Desert |

Who has an interest in the property? Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
--- | ---
$4,000.00 | $4,000.00

**4.3**  Make:   _____

Model:   **Golfcart**

Year:    _____

Other information:

| Palm Desert |

Who has an interest in the property? Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?
--- | ---
$5,000.00 | $5,000.00

**5**  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................=>    | **$190,000.00** |

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Official Form 106A/B                            Schedule A/B: Property                                          page 4

Debtor 1    __David Robert Stone__                                    Case number *(if known)*   __6:25-bk-12353 SY__

**6. Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Household furniture, fixtures, refrigerator, freezer, washier and drier and effects San Rafael, California | $10,000.00 |
| Household, Furniture fixtures, patio furniture, washer, drier, refrigerator and freezer and effects Palm Desert | $10,000.00 |
| Piano located at San Rafael | $10,000.00 |

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| 11 TVs in Palm Desert | $1,000.00 |
| 8 TVs in San Rafael | $800.00 |
| Personal computer and printer | $100.00 |

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| 4 Pinball Machines | Unknown |

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| 2 Sets of Golf Clubs | $1,000.00 |
| 3 Electric Bikes | $3,000.00 |
| 2 Home Gyms | $2,000.00 |

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Apprx 20,000 rounds of old ammunition in storage at 10355 Mogul Rd, Reno, NV | $4,000.00 |

EXHIBIT 2, PAGE 24

| Debtor 1 | **David Robert Stone** | Case number *(if known)* | **6:25-bk-12353 SY** |

| | | |
|---|---|---|
| 10-15 long guns, 20,000 rounds of old ammunition, 3 safes and light protective equipment<br>Havasu Sel Storage 4622 N. London Bridge Rd.<br>Lake Havasu City, AZ | | $11,000.00 |
| Small number of long gun and hand guns, law enforcement protective gear and appx 30,000 rounds of ammunition used in law enforcement activities as a reserve sheriff<br>San Rafael, California | | $6,000.00 |
| 8-10 long guns, assortment of hand guns and appx. 40,000 rounds of ammunition<br>Canyon Vies Drive | | $10,000.00 |

**11. Clothes**
  *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
  ☐ No
  ■ Yes.  Describe.....

| | |
|---|---|
| Clothing | $1,500.00 |

**12. Jewelry**
  *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
  ☐ No
  ■ Yes.  Describe.....

| | |
|---|---|
| Rolex Presidentials<br>(20 years old) | Unknown |
| H Stern watch | $500.00 |
| Wedding Band | $1,000.00 |

**13. Non-farm animals**
  *Examples:* Dogs, cats, birds, horses
  ☐ No
  ■ Yes.  Describe.....

| | |
|---|---|
| Outdoor Furniture<br>San Rafael | $2,000.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
  ☐ No
  ■ Yes.  Give specific information.....

| | |
|---|---|
| Barbecue<br>San Rafael | $1,000.00 |
| Outdoor Funiture<br>Palm Desert | $2,000.00 |

EXHIBIT 2, PAGE 25

| Debtor 1 | David Robert Stone | Case number *(if known)* | 6:25-bk-12353 SY |
|---|---|---|---|

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................   **$76,900.00**

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
■ Yes....................................................................................................

|  | Cash | $1,000.00 |
|---|---|---|

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Business Checking | Bank of America<br>PO Box 25118<br>Tampa, FL 33622-5118<br>Acct 7496<br>Cornerstone Financial Services | $8,500.00 |
| 17.2. | Business Checking | Bank of America<br>PO Box 25118<br>Tampa, FL 33622-5118<br>Acct 6718<br>David Stone DBA Cornerstone Financial Services | $292.00 |
| 17.3. | Personal Checking | Bank of America<br>PO Box 25118<br>Tampa, FL 33622-3115<br>Acct 4953<br>David Stone | $65,161.00 |
| 17.4. | Commercial Checking | Wells Fargo<br>PO Box 6995<br>Portland, OR 97228-6995<br>Acct 1817 | $14,795.00 |
| 17.5. | Business Checking | Wells Fargo<br>PO Box 6995<br>Portland, OR 97228-6995<br>Acct 5133 | $4,053.00 |
| 17.6. | Business Checking | Westamerica<br>Westamerica<br>7333 Redwood Blvd<br>Novato, CA 94948<br>Acct 5991<br>David Stone Living Trust DBA Cornerstone Financial Services | $9,284.00 |

EXHIBIT 2, PAGE 26

| Debtor 1 | David Robert Stone | | Case number *(if known)* | 6:25-bk-12353 SY |
|---|---|---|---|---|

| | | | |
|---|---|---|---:|
| 17.7. | Business Checking | Westamerica<br>Westamerica<br>7333 Redwood Blvd<br>Novato, CA 94948<br>Acct 9731<br>David Stone Living Trust DBA Cornerstone<br>Financial Services | $4,117.00 |
| 17.8. | Personal Checking | Westamerica<br>7333 Redwood Blvd<br>Novato, CA 94948<br>Acct 4210<br>David Stone Living Trust | $8,200.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☑ No
   ☐ Yes.................      Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ☑ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---:|
| Stoneway Capital | 100 % | $0.00 |
| Stone Motor Company LLC<br><br>(The Debtor asserts ownership in the following vehicles although title is ostensibly in the name of Stone Motors:<br>1.  2016 Ford Shelby; 2013 Rolls Royce Ghost; 3 2022 Chevrolet Corvette: 4) 2014 Range Rover Sport; and 5) 2011 Harley Davidson). | 100 % | Unknown |
| Calzona Truck Sales | 100 % | $0.00 |
| Cornerstone Financial Services<br>(sole proprietorship)<br><br>All assets listed herein | 100 % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ☑ No
   ☐ Yes. Give specific information about them
         Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---:|
| IRA | Charles Schwab<br>Acct 5887 | $750,000.00 |

Official Form 106A/B                Schedule A/B: Property                page 8

EXHIBIT 2, PAGE 27

Debtor 1    **David Robert Stone**                                    Case number (if known)   **6:25-bk-12353 SY**

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ......................                                    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☐ No
   ■ Yes.  Give specific information about them...

| | |
|---|---|
| David R. Stone Living Trust<br>(Life Insurance policies and titles to real estate) | $0.00 |

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

**Money or property owed to you?**                          Current value of the
                                                            portion you own?
                                                            Do not deduct secured
                                                            claims or exemptions.

**28. Tax refunds owed to you**
   ☐ No
   ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| $35,000 credit balance toward 2024 taxes | Overpayment | $35,000.00 |

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
              benefits; unpaid loans you made to someone else
   ☐ No
   ■ Yes.  Give specific information..

| | |
|---|---|
| Loans to Stoneway Capital Corporation | $245,000.00 |

Official Form 106A/B                    Schedule A/B: Property                                        page 9

EXHIBIT 2, PAGE 28

| Debtor 1 | **David Robert Stone** | Case number *(if known)* | **6:25-bk-12353 SY** |

| | |
|---|---|
| **Loans to Calzona Truck Sales** | $1,225,000.00 |
| **Loans to Stone Motors $705,000**<br>**Amounts Owed on Vehicles Transferred to Stone Motors**<br>**188900** | $893,900.00 |

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Nassau Re**<br>**Policy 6489**<br>**Term** | **David Stone Living Trust** | $0.00 |
| **Nassau Re**<br>**Policy 9538**<br>**Whole** | **David Stone Living Trust** | $9,100.00 |
| **Nassau Re**<br>**Policy 2483**<br>**Term** | **David Stone Living Trust** | $0.00 |
| **State Farm**<br>**Policy 8969**<br>**Term** | **David Stone Living Trust** | $0.00 |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ☑ No
   ☐ Yes. Give specific information. .

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☑ No
   ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☑ No
   ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
   ☑ No
   ☐ Yes. Give specific information. .

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................**

| |
|---|
| $3,273,402.00 |

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.

Debtor 1    **David Robert Stone**                                                   Case number *(if known)*    6:25-bk-12353 SY

■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☐ No
■ Yes.  Describe.....

| Balance owing to Debtor in leased trucks $10,812,152 Balacne owing to Debtor on Residuals $2,980,663 (See attached) | $13,792,815.25 |
|---|---|

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
■ Yes.  Describe.....

| See attachment | $0.00 |
|---|---|

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No
■ Yes.  Describe.....

| 2 Non-Working Forklifts | $1,000.00 |
|---|---|
| 6 55 Gallon Barrels of fuel | $1,000.00 |

**41. Inventory**
■ No
☐ Yes.  Describe.....

**42. Interests in partnerships or joint ventures**
■ No
☐ Yes.  Give specific information about them...................
                Name of entity:                                    % of ownership:

**43. Customer lists, mailing lists, or other compilations**
■ No.
☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

        ■ No
        ☐ Yes.  Describe.....

**44. Any business-related property you did not already list**
■ No
☐ Yes. Give specific information.........

EXHIBIT 2, PAGE 30

Debtor 1    **David Robert Stone**                                        Case number *(if known)*    **6:25-bk-12353 SY**

---

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ...................................................................................................................    **$13,794,815.25**

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in. If you own or have an interest in farmland, list it in Part 1. |
| --- | --- |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
     ■ No. Go to Part 7.
     ☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
| --- | --- |

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership
     ☐ No
     ■ Yes. Give specific information.........

|  |  |
| --- | --- |
| Meadow Club membership | $30,000.00 |
| Plantation Golf Club | $0.00 |
| 150 Bottle of Wine at San Rafael 60 Bottles of Wine in Palm Desert | $7,000.00 |

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    **$37,000.00**

| Part 8: | List the Totals of Each Part of this Form |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| 55. | **Part 1: Total real estate, line 2** .............................................................................................. | | **$11,000,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | $190,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $76,900.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $3,273,402.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $13,794,815.25 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $37,000.00 | |
| 62. | **Total personal property. Add lines 56 through 61...** | $17,372,117.25 | Copy personal property total  $17,372,117.25 |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | $28,372,117.25 |

Official Form 106A/B                        Schedule A/B: Property                                        page 12

| DATE BOOK | DATE END | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | CF # | SUM RECEIVABLE | RESIDUAL VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/12/20 | 6/12/25 | Harold G. | Horace | 9510 Fossil Canyon | Humble | TX | 77396- | 2263 | 19,600.00 | 11,475.00 |
| 8/20/20 | 8/20/25 | Eric | Rojas | 1312 Kayford Ave | S El Monte | CA | 91733- | 2324 | 8,934.00 | 12,500.00 |
| 8/21/20 | 8/21/25 | Maria Del Carmen | Valdovinos Fuentes | 9500 Vanalden Ave | Northridge | CA | 91324- | 2327 | 38,700.00 | 13,562.50 |
| 12/16/20 | 12/16/25 | Robert D. | Marshall | 913 Glenn Heather Ct | Dacono | CO | 80514- | 2438 | 15,080.00 | 15,500.00 |
| 12/16/20 | 8/21/25 | Jose W. | Figueroa Perez | 19039 Elaine Ave | Artesia | CA | 90701- | 2440 | 11,186.00 | 11,375.00 |
| 12/17/20 | 12/17/25 | Luis A. | Vega Jr. | 9403 Meadow Falls Dr | Bakersfield | CA | 93311- | 2442 | 20,682.00 | 20,000.00 |
| 1/15/21 | 1/15/26 | Edgar M. | Acosta Villarreal | 51702 La Ponderosa Dr. | Coachella | CA | 92236- | 2462 | 21,980.00 | 19,950.00 |
| 3/9/21 | 7/9/25 | Francsico | Cerda Garza | 1017 Ridgeland Ave | McAllen | TX | 78503- | 2497 | 2,600.00 | 10,725.00 |
| 3/31/21 | 11/30/24 | Juan | Martinez | | | | | 2512 | 7,781.00 | 11,125.00 |
| 4/5/21 | 1/20/26 | Luis F. | Salazar Bobadilla | 8760 W Hammer Ln | Las Vegas | NV | 89149- | 2517 | 20,878.00 | 16,475.00 |
| 4/26/21 | 4/26/26 | Abraham | Guzman Martinez | 1268 Trask Dr | Holiister | CA | 95023- | 2530 | 35,700.00 | 22,500.00 |
| 4/27/21 | 6/27/25 | Julio R. | Gonzalez | 1766 Rio Drive | Eagle Pass | TX | 78852- | 2531 | 9,992.00 | 21,250.00 |
| 5/14/21 | 1/14/26 | Tae H. | Lee | 1033 S Bronson Ave | Los Angeles | CA | 90019- | 2539 | 18,980.00 | 17,975.00 |
| 5/19/21 | 5/19/24 | Mara | Figuerora | | | | | 2544 | 3,534.00 | 10,750.00 |
| 5/24/21 | 7/24/25 | Josue M. | Jimenez Caballero | 2150 21st Ave | San Francisco | CA | 94116- | 2545 | 5,192.00 | 10,750.00 |
| 6/7/21 | 12/7/25 | Juan | Garcia Garcia | 8180 11th Ave | Hesperia | CA | 92345- | 2554 | 16,980.00 | 13,725.00 |
| 6/16/21 | 10/16/26 | Timothy H. | Morris | 2256 N 850 W | Clinton | UT | 84015- | 2560 | 12,784.00 | 13,725.00 |
| 6/18/21 | 6/18/26 | Kevin L. | Mcilwain | 9100 Pepper Grass Ave | Odessa | TX | 79765- | 2563 | 34,470.00 | 22,475.00 |
| | | Brandy | Wong | | | | | 2564 | 2,500.00 | |
| 7/6/21 | 6/6/26 | Victor M. | Reyes Larios | 13358 Fern Hollow Way | Victorville | CA | 92392- | 2576 | 34,470.00 | 19,725.00 |
| 7/23/21 | 5/23/25 | Hector J. | Vasquez | 26201 Le Mans Dr | Moren Valley | CA | 92555- | 2586 | 8,275.00 | 13,475.00 |
| 8/11/21 | 2/11/26 | Jose Martin | Lopez | 4222 N. 79th Ln | Phoenix | AZ | 85033- | 2592 | 24,300.00 | 17,249.75 |
| 8/17/21 | 9/30/26 | Marcus C. | Triplett | 1705 Beacon Point Ln | Dickinson | TX | 77539- | 2593 | 27,455.00 | 12,375.00 |
| 8/27/21 | 11/12/25 | Aldo A. | Cedillo | 3716 Santos Morales Dr | Laredo | TX | 78046- | 2600 | 18,150.00 | 13,475.00 |
| 9/13/21 | 9/13/26 | Francisco A. | Gomez Jr. | 15950 Ellington Way | Chino Hills | CA | 91709- | 2607 | 39,564.00 | 21,225.00 |
| 9/14/21 | 9/14/26 | Juan G. | Mora | 414 Beaumont St | Las Vegas | NV | 89106- | 2608 | 57,570.00 | 27,225.00 |
| | | Carlos | Espinoza | | | | | 2612 | 5,000.00 | |
| 10/8/21 | 12/8/25 | Alonso | Ceniseros | 2001 S. Campus Ave Apt E | Ontario | CA | 91761- | 2617 | 11,925.00 | 13,250.00 |
| 10/20/21 | 10/20/25 | Josue N. | Gonzalez Wong | 202 B St | Taft | CA | 93268- | 2623 | 10,788.00 | 18,750.00 |
| 10/21/21 | 9/21/25 | Diego A. | Ugues Guevara | 14730 Shape Dr Unit B | El Paso | TX | 79928- | 2626 | 6,450.00 | 10,625.00 |
| 10/27/21 | 8/28/25 | Marcus D. | Addy | 503 S Flower St Apt 3 | Inglewood | CA | 90301- | 2629 | 11,886.00 | 14,975.00 |
| 11/18/21 | 11/2/25 | Lilia V. | Garcia | 1675 Campbell Rd | Sidney | OH | 45365- | 2634 | 24,880.00 | 11,750.00 |
| 11/23/21 | 2/23/26 | Alvaro | Contreras Jr. | 3819 Finnigan Ct | Riverbank | CA | 95367- | 2639 | 22,776.00 | 13,300.00 |
| | | Arturo | Garcia | | | | | 2640 | 38,125.00 | |
| 11/30/21 | 1/31/26 | Audel | Rodriguez Morfin | 600 E Tulare St | Avenal | CA | 93204- | 2642 | 27,168.00 | 11,975.00 |
| | | Rolando | Flores | | | | | 2660 | 53,144.00 | |
| 1/28/22 | 7/28/25 | Domingo V. | Calderon Cerna | 37142 Sabal Ave | Palmdale | CA | 93552- | 2670 | 10,788.00 | 13,750.00 |
| 2/11/22 | 6/11/25 | Juan C. | Alvarez | 820 Gondola Ln | El Paso | TX | 79912- | 2678 | 7,192.00 | 14,375.00 |
| 3/22/22 | 3/22/25 | Enver A. | Dauti | 3126 Legends Creek Dr | Spring | TX | 77386- | 2685 | 1,825.00 | 13,750.00 |
| 3/23/22 | 9/7/26 | Alfredo | Solis Hernandez | 10961 Larch Ave | Bloomington | CA | 92316- | 2687 | 47,960.00 | 19,975.00 |
| 4/13/22 | 2/13/27 | Iris O. | Funez | 1622 W 259th St | Harbor City | CA | 90710- | 2690 | 62,348.00 | 22,500.00 |
| 4/15/22 | 5/22/25 | Gabriel | Sepulveda Dominguez | 14833 Kingston Dr | Horizon City | TX | 79928- | 2691 | 5,235.00 | 13,748.75 |

EXHIBIT 2, PAGE 32

| DATE BOOK | DATE END | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | CF# | SUM RECEIVABLE | RESIDUAL VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/18/22 | 11/26/26 | Lord B. | Ezell | 27907 Via De La Real | Moreno Valley | CA | 92555- | 2707 | 50,925.00 | 19,662.50 |
| 5/21/22 | 2/21/26 | Maurice L. | Williams | 925 Heath Creek Dr | Desoto | TX | 75115- | 2710 | 27,750.00 | 10,233.75 |
| 5/26/22 | 9/11/25 | Lorena P. | Orozco Ponce | 402 Newton St | Denver | CO | 80204- | 2711 | 10,486.00 | 19,987.50 |
| | | Edwin | Sirin | | | | | 2715 | 65,940.00 | |
| | | Ernesto | Lopez | | | | | 2718 | 60,736.00 | |
| 8/2/22 | 8/2/26 | Maria G. | Hernandez | 43500 Corte Logrono | Temecula | CA | 92592- | 2721 | 39,968.00 | 17,999.75 |
| 8/5/22 | 6/20/25 | Eric R. | Macias Ortega | 3212 David Palacio Dr | El Paso | TX | 79938- | 2722 | 7,490.00 | 11,475.00 |
| 8/10/22 | 10/25/26 | Miguel A. | Bravo | 725 Eggleston Ave | Dos Palos | CA | 93620- | 2724 | 59,960.00 | 20,475.00 |
| 8/17/22 | 8/17/25 | Derian | Soto Vaca | 303 Priest Rapids Dr | Mattawa | WA | 99349- | 2728 | 20,100.00 | 22,475.00 |
| 8/19/22 | 7/19/25 | Gerardo | Torres | 128 Archangel Way | Chaparral | NM | 88081- | 2731 | 11,984.00 | 10,725.00 |
| 8/26/22 | 8/26/27 | Andy | Garcia | 30249 Goldenrain Dr | Menifee | CA | 92584- | 2732 | 89,100.00 | 17,487.50 |
| 9/2/22 | 4/20/26 | Donovan F. | Williams | 11261 San Mateo Drive | Loma Linda | CA | 92354- | 2733 | 37,875.00 | 17,498.75 |
| 9/14/22 | 3/14/26 | Marvin E. | Jackson III | 6434 Westward Wood Way | Humble | TX | 77338- | 2735 | 21,125.00 | 11,737.50 |
| 9/23/22 | 2/23/27 | Adriano | Da Silva | 3651 Prairie Waters Dr. #3108 | Dallas | TX | 75052- | 2739 | 67,450.00 | 20,737.50 |
| 10/5/22 | 7/5/25 | Heidy | Abreu Ramirez | 30523 Animation LN | Wesley Chapel | FL | 33545- | 2742 | 9,250.00 | 12,475.00 |
| 10/14/22 | 6/14/26 | Efrain | Lara | 6522 Cerritos Ave. | Long Beach | CA | 90805- | 2745 | 33,966.00 | 13,750.00 |
| 11/29/22 | 5/26/26 | Marcos R. | Chia | 1309 Alameda Ave | Chowcilla | CA | 93610- | 2752 | 30,772.00 | 15,875.00 |
| 11/29/22 | 2/13/27 | Elmer N. | Crespin Zamora | 1855 Griffin Dr | Vallejo | CA | 94589- | 2753 | 68,328.00 | 13,750.00 |
| 11/30/22 | 1/30/27 | Jaime L. | Cordova Rico | 888 E Rialto Ave | San Bernardino | CA | 92408- | 2754 | 57,454.00 | 18,225.00 |
| 12/12/22 | 6/12/26 | Jose L. | Andrade | 5500 Quince St. | Odessa | TX | 79763- | 2757 | 30,960.00 | 15,625.00 |
| 1/19/23 | 11/6/26 | Dillon C. | Purnell | 206 North Lake Dr. Apt 2006 | Warner Robins | GA | 31093- | 2764 | 41,756.00 | 12,625.00 |
| 2/2/23 | 3/2/26 | Yosmel | Fundora Mojena | 5751 Greenhouse Rd Apt 1432 | Katy | TX | 77449- | 2767 | 29,970.00 | 12,500.00 |
| 2/13/23 | 2/28/26 | Elmer A. | Castillo | 12027 Santian Ct | Jurapa Valley | CA | 91752- | 2769 | 20,972.00 | 8,875.00 |
| 2/17/23 | 11/17/26 | Daniel | De La Garza | 2429 Dakota Rd | Fort Mahave | AZ | 86426- | 2771 | 42,466.00 | 16,237.50 |
| 2/27/23 | 4/27/26 | Syron K. | Collins | 9755 Clanton Pines Dr. | Humble | TX | 77396- | 2776 | 27,168.00 | 9,975.00 |
| 3/8/23 | 9/10/27 | Gerardo P. | Salinas | 216 W Court St Apt 55 | Woodland | CA | 95695- | 2779 | 80,430.00 | 15,500.00 |
| 3/10/23 | 9/10/27 | Cayetano | Valenzuela Orozco | 5800 Aquamarine Peak Dr. | Bakersfield | CA | 93313- | 2780 | 107,200.00 | 26,250.00 |
| 3/31/23 | 9/30/26 | Vicente | Moreno | 22401 Elaine Ave. | Hawaiian Gardens | CA | 90716- | 2786 | 67,158.00 | 22,737.50 |
| 4/13/23 | 2/23/28 | John B. | Blount | 12970 Springfield Rd | Denham Springs | LA | 70706- | 2789 | 105,222.00 | 28,737.50 |
| 5/8/23 | 5/8/27 | Joe N. | Stewart | 34710 Lake Side Drive | Brookshire | TX | 77423- | 2796 | 60,842.00 | 15,000.00 |
| 6/23/23 | 2/23/27 | Marcio | Anaya Valdez | 3811 W Elowin Ave. | Visalia | CA | 93291- | 2803 | 48,750.00 | 12,498.75 |
| 6/29/23 | 12/29/27 | Thomas C. | Rauda | 7925 Ventura Canyon Ave | Panorama City | CA | 91402- | 2804 | 90,930.00 | 22,500.00 |
| 7/13/23 | 7/13/26 | Emilio | Villagomez Alcazar | 1842 N. Mae Carden St. | Visalia | CA | 93291- | 2805 | 23,364.00 | 8,750.00 |
| 7/24/23 | 8/25/25 | Braswell D. | Tanksley | 4430 Castellon Way | Augusta | GA | 30906- | 2808 | 16,695.00 | 9,975.00 |
| 8/3/23 | 2/3/27 | Burna C. | Catone | 16504 Halldale Ave. A | Gardena | CA | 90247- | 2810 | 36,754.00 | 13,000.00 |
| 8/7/23 | 3/7/26 | Miguel A. | Delgadillo | 275 N. McArthur Ave. | Fresno | CA | 93727- | 2811 | 37,935.00 | 10,000.00 |
| 8/9/23 | 11/24/27 | Albert M. | Barr | 19306 Temre Lane | Rowland Heights | CA | 91748- | 2812 | 46,200.00 | 9,999.75 |
| 8/11/23 | 6/11/27 | Jorge H. | Fuentes | 926 S. 21st St. | El Centro | CA | 92243- | 2814 | 50,490.00 | 14,500.00 |
| 8/22/23 | 11/22/26 | Keith | Taylor | 3406 Finney Rd | Modesto | CA | 95358 | 2815 | 35,658.00 | 14,975.00 |
| 8/24/23 | 1/28/26 | Manuel A. | Hernandez | 3086 Corbin Dr | West Valley City | UT | 84120- | 2818 | 67,176.00 | 12,625.00 |

| DATE BOOK | DATE END | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | CF# | SUM RECEIVABLE | RESIDUAL VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/31/23 | 12/31/27 | Bobby | Jackson | 14050 Cherry Ave #R178 | Fontana | CA | 92337 | 2822 | 66,780.00 | 15,737.50 |
| 9/7/23 | 3/6/26 | Miguel A. | Jaimes Dominguez | 10843 S Reed Ave | Reedley | CA | 93654- | 2824 | 18,850.00 | 8,150.00 |
| 9/8/23 | 4/8/27 | Roberto C. | Gonzalez Anaya | 1602 Brentwood Dr. Apt D | College Station | TX | 77840- | 2825 | 48,600.00 | 16,250.00 |
| 9/19/23 | 9/19/26 | Jitendra S. | Virck | 900 Alphine Way | Tracy | CA | 95376- | 2827 | 37,758.00 | 10,000.00 |
| 9/22/23 | 10/22/26 | Francisco BJ | Solorio Barrera | 35053 Nicklaus Nook. | Beaumont | CA | 92223- | 2828 | 24,885.00 | 7,500.00 |
| 9/26/23 | 10/10/26 | Jose M. | Aguirre | 8807 Baring Cross St | Los Angeles | CA | 90044- | 2829 | 29,960.00 | 9,500.00 |
| 9/27/23 | 1/27/28 | Christopher S. | Hess | 4077 Hillside Drive | Banning | CA | 92220- | 2830 | 96,126.00 | 24,967.75 |
| 9/27/23 | 3/27/26 | Martin | Rivera | 12912 S. Frailey Ave. | Compton | CA | 90221- | 2831 | 23,970.00 | 10,500.00 |
| 9/29/23 | 3/29/27 | Rene | Ortiz Corona | 333 E Green Briar Ln | Dallas | TX | 75203- | 2835 | 42,450.00 | 12,475.00 |
| 9/29/23 | 11/14/26 | Carlos A. | Cota Soto | 82250 Ocotillo Ave. | Indio | CA | 92201- | 2837 | 30,756.00 | 8,375.00 |
| 10/2/23 | 5/2/27 | Jeffrey M. | Nail | 24405 Madison St. | Torrance | CA | 90505- | 2838 | 38,375.00 | 12,000.00 |
| 10/5/23 | 4/5/28 | Anthony V. | Nguyen | 5821 Marquette St. | Arlington | TX | 76018- | 2840 | 83,065.00 | 17,375.00 |
| 10/6/23 | 4/6/27 | Moises A. | Guevara | 1748 W 23rd St | Los Angeles | CA | 90018- | 2841 | 40,446.00 | 12,475.00 |
| 10/10/23 | 4/15/28 | Leonardo D. | Padilla Delgado | 11114 Reichling Ln. | Whitter | CA | 90606- | 2844 | 60,680.00 | 14,500.00 |
| 10/12/23 | 10-12-226 | Kevin K. | Williams | 2879 Havenwood Dr. | Conyers | GA | 30094- | 2845 | 29,700.00 | 8,750.00 |
| 10/16/23 | 11/16/26 | Jaime A. | Letona Lopez | 1952 W. Orange Grove Ave. Apt 25 | Pomona | CA | 91768- | 2846 | 26,950.00 | 8,500.00 |
| 10/18/23 | 2/3/28 | Jorge | Chavez Garcia | 2408 Westbury Rd | Lansing | MI | 48090- | 2848 | 82,695.00 | 17,961.25 |
| 10/20/23 | 8/20/27 | Von C. Jr. | Campbell | 559 Shark St. | Perris | CA | 92571- | 2849 | 56,940.00 | 13,537.50 |
| 10/20/23 | 4/20/26 | Jose C. | Torres Villegas | 281 Santa Cruz St. | Mendota | CA | 93640- | 2850 | 22,275.00 | 9,250.00 |
| 10/30/23 | 3/1/28 | Michael O. | Williams | 2464 Copeland Rd | Valdosta | GA | 31601- | 2852 | 79,724.00 | 16,750.00 |
| 10/31/23 | 9/30/26 | Juan J. | Fernandez | 2045 Juanita Ct. | Modesto | CA | 95350- | 2853 | 42,435.00 | 10,350.00 |
| 11/1/23 | 12/1/27 | Leoney | Pelegrin Diaz | 6704 Fenway Dr. | Pasco | WA | 99301- | 2854 | 78,370.00 | 15,725.00 |
| 11/6/23 | 5/6/27 | Santiago | Castellanos Munoz | 6321 Casitas Ave | Bell | CA | 90201- | 2855 | 53,946.00 | 15,000.00 |
| 11/6/23 | 4/6/27 | Luis E. | Ojeda Campos | 22989 Pahute Rd. | Apple Valley | CA | 92308- | 2856 | 32,775.00 | 10,500.00 |
| 11/14/23 | 11/30/27 | Timothy H. | Morris | 1420 W. 1850 N. | Layton | UT | 84041- | 2859 | 61,132.00 | 10,700.00 |
| 11/17/23 | 11/17/28 | Osman | Fuentes | 16849 Passage Ave. Apt 7 | Paramount | CA | 90723- | 2860 | 110,308.00 | 23,737.50 |
| 11/20/23 | 11/20/26 | Johnpaul S. | Cisneros | 2900 S Highland St. | Amarillo | TX | 79103- | 2861 | 29,810.00 | 8,725.00 |
| 11/30/23 | 10/1/26 | Martin | Moreno Rabago | 1021 Maple Ct. | Ontario | CA | 91762- | 2867 | 21,375.00 | 6,250.00 |
| 12/5/23 | 12/5/26 | Ana C. | Zarate Andrade | 1097 Santiago Dr. | Calexico | CA | 92231- | 2868 | 23,625.00 | 7,250.00 |
| 12/8/23 | 4/8/28 | Sean K. | Monet | 907 Grand Ave. Apt 5 | Long Beach | CA | 90804- | 2869 | 70,122.00 | 13,998.75 |
| 12/11/23 | 6/11/25 | Jesus | Sandoval | 11461 2nd Ave. | Hesperian | CA | 92354- | 2870 | 3,750.00 | 7,000.00 |
| 12/13/23 | 2/13/28 | Hector A. | Padilla Jr. | 11114 Reichling Ln | Whittier | CA | 90606- | 2872 | 85,026.00 | 16,000.00 |
| 12/15/23 | 12/15/27 | Navor | Rodriguez Rojas | 461 Estudillo Ave. | Los Angeles | CA | 90063- | 2873 | 83,930.00 | 12,875.00 |
| 12/20/23 | 12/20/28 | Mercedes | Marquez Osorio | 1467 River Dr. | Brawley | CA | 92227- | 2874 | 68,908.00 | 13,750.00 |
| 12/20/23 | 11/20/26 | Luis | Avila Rivera | 8107 Cole St | Dowey | CA | 90242- | 2875 | 29,854.00 | 9,475.00 |
| 12/21/23 | 7/15/27 | Julian G. | Cabrera | 4642 La Loma St. | San Antonio | TX | 78233- | 2876 | 68,975.00 | 13,237.50 |
| 12/22/23 | 4/22/27 | Michael B. | Conway | 6601 Noah Ave. | Bakersfield | CA | 93308- | 2877 | 36,344.00 | 8,237.50 |
| 12/28/23 | 12/28/27 | Eduardo | Melendez Paulin | 1123 E 28th St. | Los Angeles | CA | 90011- | 2878 | 59,430.00 | 13,000.00 |

EXHIBIT 2, PAGE 34

| DATE BOOK | DATE END | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | CF # | SUM RECEIVABLE | RESIDUAL VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/5/24 | 1/5/27 | Terrance | Tomlinson | 29 Hawser Way | Port Wentworth | GA | 31407- | 2879 | 33,770.00 | 9,999.75 |
| 1/5/24 | 4/5/28 | Joseph L. | Taylor | 4285 Tomahawk Dr. | Enoch | UT | 84721- | 2880 | 92,426.00 | 16,975.00 |
| 1/16/24 | 1/16/27 | Hector J. | Elizaldi | 2067 Quito Loop | Laredo | TX | 78045- | 2884 | 29,854.00 | 9,375.00 |
| 1/12/24 | 12/12/27 | Rosario | Meza Quintero | 14770 Rd 191 | Porterville | CA | 93258- | 2885 | 54,332.00 | 10,725.00 |
| 1/17/24 | 5/9/27 | Hagos F. | Seyoum | 222 S. Newbern Way | Aurora | CO | 80018- | 2886 | 52,700.00 | 9,237.50 |
| 1/24/24 | 1/24/28 | Bernabe | Chavez | 586 Wild Oak Dr. | Windsor | CA | 95492- | 2887 | 72,150.00 | 14,112.50 |
| 1/25/24 | 1/25/27 | Frank S. | Acuna | 6128 Glenbrook Ln. | Stockton | CA | 95207- | 2888 | 36,840.00 | 9,975.00 |
| 1/26/24 | 9/15/27 | Adrian | Luna Medina | 1850 Rogina Ct | Merced | CA | 95341- | 2890 | 66,430.00 | 13,287.50 |
| 1/26/24 | 3/26/27 | Maria E. | Gonzalez | 614 W. I St. | Wilmington | CA | 90744- | 2891 | 37,746.00 | 9,225.00 |
| 1/31/24 | 12/30/27 | Telisha A. | Jones | 5300 Mantanzas Ave. | Fort Pierce | FL | 34946- | 2892 | 58,500.00 | 14,487.50 |
| 1/31/24 | 12/31/26 | Jarret N. | Brandt | 1206 W. Cheyenne Dr. | Chandler | AZ | 85224- | 2893 | 43,152.00 | 11,225.00 |
| 2/2/24 | 12/12/26 | Carlos J. | Rosales Nunez | 686 La Lomas Ct. | Imperial | CA | 92251- | 2894 | 45,846.00 | 10,875.00 |
| 2/6/24 | 5/6/27 | Alonso | Ceniseros | 2001 S. Campus Ave. Apt. E | Ontario | CA | 91761- | 2895 | 51,246.00 | 9,975.00 |
| 2/12/24 | 12/12/26 | Jose I. | Arreola Jr. | 1142 Pandora Dr. SW | Los Lunas | NM | 87031- | | 34,454.00 | 8,625.00 |
| 3/5/24 | 7/5/27 | Jonathan M. | Diaz | 11129 Pope Ave. | Lynwood | CA | 90262- | 2904 | 46,438.00 | 10,475.00 |
| 3/11/24 | 4/11/27 | Pedro A. | Santillana Jr. | 1407 Reagan Dr. | Laredo | TX | 78046- | 2905 | 40,238.00 | 8,475.00 |
| 3/14/24 | 7/14/27 | Jose A. | Santillan Conejo | 1275 S. Sunset Dr. | Lodi | CA | 95240- | 2906 | 44,940.00 | 9,975.00 |
| 3/18/24 | 9/20/27 | Francisco J. | Vargas Walker | 1102 Loma Mesa | San Antonio | TX | 78214- | 2907 | 46,438.00 | 9,250.00 |
| 3/20/24 | 4/20/28 | Abel A. | Ramos Axume | 236 W. 93rd St. | Los Angeles | CA | 90003- | 2909 | 69,615.00 | 14,375.00 |
| 3/27/24 | 6/27/27 | Satish | Kumar | 475 Dover Way Apt 16 | Campbell | CA | 95008- | 2911 | 44,744.00 | 9,225.00 |
| 4/3/24 | 4/3/27 | Julian | Muniz | 131 Mangana Hein Rd. | Laredo | TX | 78046- | 2912 | 40,446.00 | 8,800.00 |
| 4/4/24 | 10/4/27 | Daniel | Morfin Mancilla | 4147 Polaris Ave | Union City | CA | 94587- | 2913 | 54,336.00 | 10,287.50 |
| 4/8/24 | 7/8/27 | Ana R. | Castillo | 23243 Conifer Dr. | Denham Springs | LA | 70726- | 2914 | 55,738.00 | 18,000.00 |
| 4/11/24 | 3/11/26 | Kelly K. | Stewart | 5955 Linden Ave 2 | Long Beach | CA | 90805- | 2915 | 19,572.00 | 6,975.00 |
| 4/15/24 | 8/15/27 | Jose F. | Gomez Jr. | 17908 Woodruff Ave. Apt. 51 | Bellflower | CA | 90706- | 2916 | 44,940.00 | 9,225.00 |
| 4/17/24 | 4/17/28 | Darwin J. | Osorio | 2621 7th Ave. | Los Angeles | CA | 90018- | 2917 | 74,600.00 | 15,750.00 |
| 4/19/24 | 6/3/27 | Billy W. | Alexander Jr. | 631 State Highway 67 | Graham | TX | 76450- | 2918 | 43,146.00 | 10,975.00 |
| 4/19/24 | 7/19/27 | Hilario | Rodriguez Huerta | 440 Manzanita Dr | Delano | CA | 93215- | 2919 | 39,060.00 | 8,475.00 |
| 4/22/24 | 5/22/27 | Marcus O. | Sanders | 2641 Channing Dr. | Grand Prairie | TX | 75052- | 2920 | 38,500.00 | 8,737.50 |
| 4/23/24 | 1/17/27 | Santiago | Cruz Jr. | 2906 Laredo St. | Laredo | TX | 78043- | 2921 | 39,950.00 | 8,000.00 |
| 4/24/24 | 11/24/27 | Carlton L. | Mattis | 5714 Barrington Run | Union City | GA | 30350- | 2922 | 67,680.00 | 9,987.50 |
| 4/26/24 | 10/25/27 | Luis L. | Andrade Fernandez | 800 15th Ave. Apt. B203 | Longmont | CO | 80501- | 2923 | 66,690.00 | 11,225.00 |
| 4/26/24 | 10/26/27 | Ernersto | Cota Davila | 6470 W. Illinois St. | Tucson | AZ | 85735- | 2924 | 50,325.00 | 9,987.50 |
| 4/29/24 | 5/29/28 | Jodha | Singh | 12252 Chatum Ct. | Rancho Cordova | CA | 95724- | 2925 | 62,322.00 | 12,912.50 |
| 5/2/24 | 9/17/27 | Daniel M. | Garcia | 9546 Mango Ave. | Fontana | CA | 92335- | 2926 | 48,510.00 | 10,475.00 |
| 5/8/24 | 6/8/27 | Andre | Yanez | 8505 Mulberry Ave Apt O | Fontana | CA | 92335- | 2927 | 43,935.00 | 11,225.00 |
| 5/14/24 | 5/14/28 | Satwant S. | Saini | 11824 58th Dr NE | Marysville | WA | 98271- | 2928 | 44,280.00 | 14,000.00 |
| 5/17/24 | 1/17/27 | Yankiel | Caballero Linares | 4230 N. 72nd Ln. | Phoenix | AZ | 85033- | 2930 | 31,455.00 | 7,250.00 |
| 5/22/24 | 3/22/27 | Parvinder | Singh | 1919 Quail Lakes Dr. Apt. 48 | Stockton | CA | 95212- | 2931 | 54,522.00 | 11,725.00 |
| 5/22/24 | 1/7/28 | Nick E. | Warren | 6562 Caliente Rd. | Oakhills | CA | 92344- | 2932 | 84,932.00 | 14,975.00 |

EXHIBIT 2, PAGE 35

Case 6:25-bk-12353-SY    Doc 63    Filed 06/05/25    Entered 06/05/25 11:26:10    Desc
Main Document      Page 18 of 34

| DATE BOOK | DATE END | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | CF# | SUM RECEIVABLE | RESIDUAL VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/30/24 | 11/30/26 | Ronal E. | Portillo Arriola | 9425 Parkwood Manor Dr | Shafter | CA | 93263- | 2933 | 21,850.00 | 4,998.75 |
| 5/31/24 | 6/15/28 | Gabriel | Sepulveda Dominguez | 14833 Kingston Dr | Horizon City | TX | 79928- | 2934 | 68,640.00 | 13,750.00 |
| 6/3/24 | 5/3/26 | Oddiel | Gil Consuegra | 11653 Locust Ave | Hesperia | CA | 92345- | 2835 | 33,960.00 | 6,725.00 |
| 6/12/24 | 11/20/27 | Roxanna A. | Romero | 8157 North 22nd Dr. | Phoenix | AZ | 85012- | 2936 | 57,536.00 | 11,475.00 |
| 6/18/24 | 6/18/27 | Jose | Rodriguez | 12053 Walnut St. | Norwalk | CA | 90650- | 2937 | 52,638.00 | 11,250.00 |
| 6/20/24 | 4/20/27 | Roberto J. | Hernandez Verduzco | 25275 Potrero Valley Rd Spc 73 | Potrero | CA | 91963- | 2938 | 35,046.00 | 8,125.00 |
| 6/21/24 | 3/21/28 | David E. | Mbute | 6948 Nava | Grand Prairie | TX | 75054- | 2939 | 64,524.00 | 11,725.00 |
| 6/21/24 | 8/21/27 | Jose G. | Manzano | 1004 N. Ditman Ave. #2 | Los Angeles | CA | 90063- | 2940 | 58,838.00 | 14,500.00 |
| 6/26/24 | 1/26/28 | Victor M. | Arita Perdomo | 19933 Roscoe Apt 18 | Canoga Park | CA | 91306- | 2941 | 67,500.00 | 14,500.00 |
| 6/26/24 | 4/26/27 | Jesus G. | Munoz | 137 E. Coronado Ln. | Tustin | CA | 92780- | 2942 | 24,246.00 | 14,750.00 |
| 6/28/24 | 4/3/28 | Victor | Arreola Rodriguez | 1769 Ramirez Dr. | Firebaugh | CA | 93622- | 2942 | 54,522.00 | 5,500.00 |
| 6/28/24 | 10/3/27 | Eber J. | Chavez Mercado | 2910 W 8th St. #201 | Los Angeles | CA | 90005- | 2943 | 54,336.00 | 15,375.00 |
| 6/28/24 | 8/20/27 | Irvin M. | Alvarez Aguilar | 404 W. Lincoln Ave. | Earlimart | CA | 93219- | 2944 | 47,936.00 | 9,975.00 |
| 6/28/24 | 10/3/27 | Jose A. | Martinez | 12526 Peachleaf St | Moreno Valley | CA | 92553- | 2945 | 64,532.00 | 8,975.00 |
| 7/10/24 | 7/10/27 | Yasir K. | Hayee | 4202 Minden Ln | Stockton | CA | 95206- | 2946 | 54,375.00 | 9,975.00 |
| 7/11/24 | 11/11/28 | Rafael | Villafana Jr. | 636 Lamoglia St. | Los Banos | CA | 93635- | 2947 | 79,112.00 | 13,725.00 |
| 7/11/24 | 2/11/27 | Humberto J. | Montoya Reyes | 9219 Vista West Dr. #11302 | San Antonio | TX | 78245- | 2948 | 39,240.00 | 8,750.00 |
| 7/12/24 | 6/10/28 | Abel De Jesus | Castillo | 3783 S La Salle Ave | Los Angeles | CA | 90018- | 2949 | 85,722.00 | 12,225.00 |
| 7/12/24 | 10/12/27 | Dedrick A. | McGuire | 5005 Boeingshire Cove | Memphis | TN | 38116- | 2650 | 39,525.00 | 9,237.50 |
| 7/15/24 | 7/15/28 | Julia | Losoya | 917 N McKinley St | Hobbs | NM | 88240- | 2651 | 164,205.00 | 38,562.50 |
| 7/15/24 | 4/15/28 | Terrance G. | Beasley | 17622 Arcadia Point Ln | Humble | TX | 77346- | 2652 | 66,000.00 | 13,475.00 |
| 7/17/24 | 7/17/27 | Andres | Ceballos | 11555 Culebra Rd Lot 418 | San Antonio | TX | 78253- | 2653 | 81,620.00 | 20,875.00 |
| 7/18/24 | 9/18/27 | Karandeep | Singh | 4268 Soloman St | Jurupa Valley | CA | 92509- | 2654 | 61,132.00 | 8,750.00 |
| 7/25/24 | 7/30/26 | Fernando M. | Paniagua-Smith | 427 Pelican Pl | Yuba City | CA | 95993- | 2655 | 18,105.00 | 3,750.00 |
| 7/26/24 | 1/6/27 | Armund L. | Burns | 6007 Sandy Creek Dr. | Baytown | TX | 77523- | 2656 | 31,625.00 | 7,237.50 |
| 7/29/24 | 2/29/28 | Romero A. | Lively | 14764 Santa Fe Trl. | Victorville | CA | 92392- | 2657 | 55,426.00 | 8,975.00 |
| 7/30/24 | 1/30/27 | Darrius L. | Jenkins | 708 Oak St | Garland | TX | 75040- | 2658 | 45,500.00 | 9,725.00 |
| 7/30/24 | 11/30/27 | Jaime | Rodriguez | 5117 Tomahawk Dr | Robstown | TX | 78380- | 2659 | 61,132.00 | 10,700.00 |
| 7/31/24 | 8/31/27 | Victor A. | Rodriguez | 2109 9th Ave. | Oakland | CA | 94606- | 2960 | 47,275.00 | 9,475.00 |
| 8/5/24 | 6/5/27 | Hilton A. | Hopkinson | 11407 Maple Falls Dr | Tomball | TX | 77377- | 2961 | 42,050.00 | 8,500.00 |
| 8/5/24 | 2/5/28 | Bernardo R. | Garcia | 1045 Jason Dr. | Sparks | NV | 89434- | 2962 | 63,540.00 | 11,250.00 |
| 8/15/24 | 6/15/27 | Irison L. | Jones | 42094 21st St. | Landcaster | CA | 93536- | 2963 | 34,300.00 | 6,800.00 |
| 8/30/24 | 5/31/28 | Martha A. | Leyva | 9504 Lindsey Dr | El Paso | TX | 79924- | 2965 | 61,200.00 | 11,987.50 |
| 8/30/24 | 1/31/27 | Flavia V. | Salmeron Haro | 6826 Doriana St. #34 | San Diego | CA | 92154- | 2966 | 26,875.00 | 5,998.75 |
| 8/30/24 | 12/31/27 | Richard G. | Mott Jr. | 1401 McKee Rd. | Bakersfield | CA | 93307- | 2967 | 57,350.00 | 10,787.50 |
| 8/30/24 | 2/3/28 | Dhuntiqam E. | Hargrove | 11354 82nd Place North | Maple Grove | MN | 55369- | 2968 | 70,226.00 | 12,205.25 |
| 9/16/24 | 10/30/27 | Miguel A. | Medina | 440 Gonzalez Drive | Donna | TX | 78537- | 2969 | 26,334.00 | 4,875.00 |
| 9/18/24 | 9/28/17 | Alvin | Lewis Jr. | 36415 Gloria Road | Geismar | LA | 70734- | 2970 | 40,238.00 | 8,725.00 |
| 9/24/24 | 6/24/26 | Armando | Lupercio Garcia | 14865 Totem Pole St | Victorville | CA | 92394- | 2971 | 23,766.00 | 8,500.00 |

EXHIBIT 2, PAGE 36

| DATE BOOK | DATE END | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | CF # | SUM RECEIVABLE | RESIDUAL VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/26/24 | 10/26/27 | Kareem R. | David | 444 All Seasons Dr. | Boiling Springs | SC | 29316- | 2972 | 48,800.00 | 8,749.75 |
| 10/4/24 | 1/4/28 | Jose F. | Torres Vega | 1649 Rigel St. | Beaumont | CA | 92223- | 2974 | 59,400.00 | 10,287.50 |
| 10/4/24 | 8/4/27 | Kenneth | Milan | 15 Stonehenge Ln. 3A | Albany | NY | 12203- | 2975 | 47,936.00 | 8,475.00 |
| 10/7/24 | 4/7/28 | Salvador | Gonzalez Ramirez | 440 Washington St. | Calexico | CA | 92231- | 2976 | 62,200.00 | 9,500.00 |
| 10/7/24 | 11/7/28 | Michael T. | Dalco Jr | 2207 Peachwood Dr | Missouri City | TX | 77489- | 2977 | 121,000.00 | 20,750.00 |
| 10/7/24 | 2/27/28 | Fernando | Gonzalez Acosta | 1512 W. 82nd St. | Los Angeles | CA | 90047- | 2978 | 53,928.00 | 8,487.50 |
| 10/23/24 | 2/23/28 | Victor M. | Vera Caballero | 3810 Standing Oak Dr. | Ceres | CA | 95307- | 2979 | 46,728.00 | 7,225.00 |
| 10/18/24 | 12/7/27 | Juan C. | Garibay Medina | 227 L St. NE | Quincy | WA | 98848- | 2980 | 54,450.00 | 9,375.00 |
| 11/14/24 | 4/14/27 | Alfonso F. | Durazo | 1970 Columbia St Unit 508 | San Diego | CA | 92101- | 2981 | 41,600.00 | 9,200.00 |
| 11/26/24 | 12/26/27 | Jose G. | Gomez | 2716 S. Bridge St. | Visalia | CA | 93277- | 2982 | 57,528.00 | 8,975.00 |
| 11/27/24 | 10/27/28 | Miguel A. | Sanchez | 4326 N. Ellendale Ave. | Fresno | CA | 93722- | 2983 | 83,512.00 | 12,725.00 |
| 12/6/24 | 2/21/27 | Hector D. | Estrada | 10632 Andalusian Ave SW | Albuquerque | NM | 87121- | 2984 | 37,450.00 | 7,475.00 |
| 12/11/24 | 1/26/28 | Ulises De Jesus | Coreas-Umana | 11646 Blue Jay Ln | Fontana | CA | 92337- | 2985 | 61,020.00 | 9,000.00 |
| 12/12/24 | 2/2/28 | Juan M. | Gonzalez | 9868 Elwood Ct. | Fontana | CA | 92335- | 2986 | 44,326.00 | 6,975.00 |
| 12/13/24 | 6/13/28 | Myron S. | Gardner Sr. | 545 Chestnut Ave. 402 | Long Beach | CA | 90802- | 2987 | 47,775.00 | 8,725.00 |
| 12/23/24 | 2/7/27 | Luis M. | Martinez | 14493 Welsh Ct | Hesperia | CA | 92345- | 2988 | 31,152.00 | 6,750.00 |
| 1/9/25 | 6/9/28 | Miguel A. | Lozano | 2248 W College Ave. | San Bernardino | CA | 92407- | 2999 | 71,316.00 | 9,000.00 |
| 1/15/25 | 11/25/28 | Brandon C. | Smith | 7600 N 15th St. Suite 150 | Phoenix | AZ | 85020- | 2990 | 80,370.00 | 11,500.00 |
| 10/16/23 | 7/30/27 | Samuel | Zamora Jr. | 3101 Monterrey St | Laredo | TX | 78046- | 2847 | 59,430.00 | 10,000.00 |
| 1/27/21 | 3/7/25 | Jose | Marin Jr | 10840 Nuevo Dr | Fontana | CA | 92337- | 2471 | 12,784.00 | 15,250.00 |
| 12/22/20 | 4/22/25 | Matthew J. | Rhea | 5130 N. Mendelson Ave | Meridian | ID | 83646- | 2446 | 11,984.00 | 11,237.50 |
| 1/6/21 | 1/11/26 | Mario | Gonzalez Ayala | 224 W Tunnell St | Santa Maria | CA | 93458- | 2454 | 49,350.00 | 19,249.75 |
| 2/19/21 | 2/19/26 | Larry D. | Hill Jr | 18490 Jennings Dr | Lathrop | CA | 95330- | 2482 | 52,430.00 | 14,475.00 |
| 5/26/21 | 10/13/26 | Jesus E. | Lopez Alcantara | 14334 Sierra Grande St | Adelanto | CA | 92301- | 2548 | 18,000.00 | 19,750.00 |
| 7/2/21 | 9/2/25 | Roderick L. | Seals-Jones | 9111 Briar Forest Dr | Houston | TX | 77024- | 2574 | 31,500.00 | 14,975.00 |
| 12/21/21 | 3/21/27 | Jorge | Lopez Mendieta | 10333 Via Pastoral | Moreno Valley | CA | 92557- | 2649 | 109,116.00 | 24,994.25 |
| 1/19/22 | 12/16/25 | Deonte J. | Colvin | 3043 Chamberlain Ave SE | Grand Rapids | MI | 49508- | 2664 | 47,544.00 | 14,000.00 |
| 8/12/22 | 5/11/26 | Jose A. | Bernal Jr. | 1170 Galapago St | Denver | CO | 80204- | 2725 | 32,364.00 | 15,975.00 |
| 12/13/22 | 3/13/26 | Jesus | Maldonado Morales | 14224 Bluesky Point Ct | El Paso | TX | 79938- | 2758 | 65,934.00 | 15,725.00 |
| 12/23/22 | 12/23/26 | Evaristo | Rodriguez Gonzalez | 762 E Pico Blvd | Los Angeles | CA | 90021- | 2759 | 55,944.00 | 17,500.00 |
| 2/23/23 | 2/23/28 | Xavier | Martinez | 5805 Western Rd. | Mission | TX | 78574- | 2773 | 121,410.00 | 22,497.50 |
| 6/9/23 | 3/9/27 | Arnold C. | Shivers Jr. | 5235 S 12th Way | Phoenix | AZ | 85040- | 2801 | 59,334.00 | 11,000.00 |
| 8/1/23 | 6/1/26 | Wrendell R. | Chester | 1002 Suwanee Ln. | Houston | TX | 77090- | 2809 | 20,160.00 | 6,475.00 |
| 8/31/23 | 11/30/26 | Brian A. | Walls | 16515 E Nebraska Ave | Reedley | CA | 93654- | 2821 | 42,450.00 | 11,250.00 |
| 9/29/23 | 7/9/27 | Christopher | Johnson | 2903 Verde Valley Dr. | Manvel | TX | 77578- | 2836 | 59,670.00 | 10,250.00 |
| 10/10/23 | 7/10/27 | Nelson R. | Castellanos | 5008 Cocoa Ln | Laredo | TX | 78046- | 2843 | 49,500.00 | 11,250.00 |
| 1/3/24 | 3/23/27 | Emmanuel G. | Schiazza | 14414 Uvalde Ave. | Lubbock | TX | 79423- | 2883 | 51,850.00 | 8,725.00 |

EXHIBIT 2, PAGE 37

| DATE BOOK | DATE END | FIRST NAME | LAST NAME | ADDRESS | CITY | STATE | ZIP | CF # | SUM RECEIVABLE | RESIDUAL VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/27/24 | 3/27/29 | Rafael | Diaz Velazquez | 2657 Chism Ct. | Fortuna | CA | 95540- | 2973 | 117,450.00 | 16,225.00 |
| TOTALS | | | | | | | | | 10,812,152.00 | 2,980,663.25 |

EXHIBIT 2, PAGE 38

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Robert Stone** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **6:25-bk-12353 SY** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:**   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **49841 Canyon View Drive Palm Desert, CA 92260  Riverside County**<br>Line from *Schedule A/B*: **1.2** | $5,000,000.00 | ■ $628,470.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **2014 Range Rover Located in San Rafael**<br>Line from *Schedule A/B*: **3.7** | $8,500.00 | ■ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **Household, Furniture fixtures, patio furniture, washer, drier,  refrigerator and freezer and effects Palm Desert**<br>Line from *Schedule A/B*: **6.2** | $10,000.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Personal computer and printer**<br>Line from *Schedule A/B*: **7.3** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **2 Home Gyms**<br>Line from *Schedule A/B*: **9.3** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

EXHIBIT 2, PAGE 39

Debtor 1   **David Robert Stone**   _____   Case number (if known)   **6:25-bk-12353 SY**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Small number of long gun and hand guns, law enforcement protective gear and appx 30,000 rounds of ammunition used in law enforcement activities as a reserve sheriff San Rafael, California Line from *Schedule A/B*: **10.3** | $6,000.00 | ■ $6,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| Clothing Line from *Schedule A/B*: **11.1** | $1,500.00 | ■ $1,500.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Rolex Presidentials (20 years old) Line from *Schedule A/B*: **12.1** | Unknown | ■ $8,750.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| H Stern watch Line from *Schedule A/B*: **12.2** | $500.00 | ■ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Wedding Band Line from *Schedule A/B*: **12.3** | $1,000.00 | ■ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Outdoor Funiture Palm Desert Line from *Schedule A/B*: **14.2** | $2,000.00 | ■ $2,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Personal Checking: Westamerica 7333 Redwood Blvd Novato, CA 94948 Acct 4210 David Stone Living Trust Line from *Schedule A/B*: **17.8** | $8,200.00 | ■ $8,200.00 ☐ 100% of fair market value, up to any applicable statutory limit | 42 U.S.C. § 407 |
| Personal Checking: Westamerica 7333 Redwood Blvd Novato, CA 94948 Acct 4210 David Stone Living Trust Line from *Schedule A/B*: **17.8** | $8,200.00 | ■ $8,200.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| Personal Checking: Westamerica 7333 Redwood Blvd Novato, CA 94948 Acct 4210 David Stone Living Trust Line from *Schedule A/B*: **17.8** | $8,200.00 | ■ $8,200.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| IRA: Charles Schwab Acct 5887 Line from *Schedule A/B*: **21.1** | $750,000.00 | ■ $750,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |

EXHIBIT 2, PAGE 40

Debtor 1    **David Robert Stone**                                          Case number (if known)    **6:25-bk-12353 SY**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **IRA: Charles Schwab Acct 5887**  Line from *Schedule A/B*: **21.1** | $750,000.00 | ■  $750,000.00  ☐  100% of fair market value, up to any applicable statutory limit | C.C.P. §§ 704.115(a)(3), (b), (e) |
| **Nassau Re Policy 6489 Term Beneficiary: David Stone Living Trust**  Line from *Schedule A/B*: **31.1** | $0.00 | ■  $0.00  ☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100(a) |
| **Nassau Re Policy 9538 Whole Beneficiary: David Stone Living Trust**  Line from *Schedule A/B*: **31.2** | $9,100.00 | ■  $9,100.00  ☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100(b) |
| **Nassau Re Policy 2483 Term Beneficiary: David Stone Living Trust**  Line from *Schedule A/B*: **31.3** | $0.00 | ■  $0.00  ☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100(a) |
| **State Farm Policy 8969 Term Beneficiary: David Stone Living Trust**  Line from *Schedule A/B*: **31.4** | $0.00 | ■  $0.00  ☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100(a) |

3.  **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☐  No

■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

■  No

☐  Yes

EXHIBIT 2, PAGE 41

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David Robert Stone** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **6:25-bk-12353 SY** |

■ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1.   What is your current marital status?**

■ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property
states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $1,541,395.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

EXHIBIT 2, PAGE 42

Debtor 1   **David Robert Stone**                                    Case number (*if known*)   **6:25-bk-12353 SY**

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year:** (January 1 to December 31, 2024 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $9,779,145.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2023 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $11,906,799.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security | $13,333.00 | | |
| **For last calendar year:** (January 1 to December 31, 2024 ) | Social Security | $40,000.00 | | |
| **For the calendar year before that:** (January 1 to December 31, 2023 ) | Social Security | $40,000.00 | | |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ **No.**   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ **No.**   Go to line 7.
■ **Yes**   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.**   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ **No.**   Go to line 7.
☐ **Yes**   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

EXHIBIT 2, PAGE 43

Debtor 1    **David Robert Stone**                                                    Case number (if known)    **6:25-bk-12353 SY**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **SEE ATTACHMENT** | | $0.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations
    of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for
    a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and
    alimony.

    ☐ No
    ■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **SEE ATTACHMENT** | | $0.00 | $0.00 | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody
    modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Truck Collision Vs Cornerstone<br>and Really Good Service<br>CIV SB 2435897** | | **San Bernardino County<br>Superior Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

EXHIBIT 2, PAGE 44

| Debtor 1 | **David Robert Stone** | Case number (*if known*) | **6:25-bk-12353 SY** |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |
| **Logan Stone**<br>**1127 Highland Drive**<br>**Novato, CA 94949**<br><br>Person's relationship to you: **Son** | **Money** | **4/5/23** | **$30,000.00** |
| **Pia Klausen**<br>**629 Kohler Drive**<br>**West Bend, WI 53090**<br><br>Person's relationship to you: **Daughter** | **Money** | **10/16/23** | **$20,000.00** |
| **Pia Klausen**<br>**629 Kohler Drive**<br>**West Bend, WI 53090**<br><br>Person's relationship to you: **Daughter** | **Money** | **11/16/23** | **$10,000.00** |
| **Granddaughter**<br>**629 Kohler Drive**<br>**West Bend, WI 53090**<br><br>Person's relationship to you: **Granddaughter** | **Money** | **1/29/24** | **$23,300.00** |
| **Ksenia Stone**<br><br>Person's relationship to you: **Daughter** | **Gift** | **2023** | **$70,000.00** |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

EXHIBIT 2, PAGE 45

Debtor 1    David Robert Stone _____    Case number (if known)  6:25-bk-12353 SY

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Michael G. Spector<br>Law Offices of Michael G. Spector<br>2122 N. Broadway<br>Santa Ana, CA 92706 | | 3/25/-4/25 | $50,000.00 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Horizon Motorsports<br>1515 Industrial Blvd<br>Lake Havasu City, AZ 86403<br><br>None | 2008 DVB F29 Boat and 2008 Estreme Boat Trailer | Sale price to 3rd party customer for $139,500, paiod off $72,796 loan to America First.  Net $65,114 deposited into Bank of America Account | 4/25 |

EXHIBIT 2, PAGE 46

Debtor 1   **David Robert Stone** _____   Case number (*if known*)   **6:25-bk-12353 SY**

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **SEE SCHEDULE A/B NO. 10** | | | ☐ No<br>■ Yes |

**Part 9:**  Identify Property You Hold or Control for Someone Else

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

EXHIBIT 2, PAGE 47

| Debtor 1 | David Robert Stone | Case number (if known) | 6:25-bk-12353 SY |
|---|---|---|---|

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- **Environmental law** means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- **Site** means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- **Hazardous material** means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

## Part 11:   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ■ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Stoneway Capital Corporation<br>4310 Redwood Hwy, Suite 200<br>San Rafael, CA 94903 | Commercial lending and Leasing<br><br>Michael Churley<br>Dawn Stanley<br>David Stone | EIN:   47-2769075<br><br>From-To   5/2017-42025 |

EXHIBIT 2, PAGE 48

Debtor 1    **David Robert Stone**                                            Case number *(if known)*   **6:25-bk-12353 SY**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Cornerstone Financial Services**<br>**4310 Redwood Hwy, Suite 100**<br>**San Rafael, CA 94903** | **Commercial Lending and Leasing**<br><br>**Michael Churley**<br>**Dawn Stanley**<br>**Dave Stone** | EIN:<br><br>From-To   **1975-4/25** |
| **Calzona Truck Sales, Inc.**<br>**15689 Valley Blvd**<br>**Fontana, CA 92335** | **Truck Sales**<br><br>**Michael Churley**<br>**Dawn Stanley**<br>**David Stone** | EIN:   **83-43081111**<br><br>From-To   **5/19-4/25** |
| **Stone Motor Company, LLC**<br>**4310 Redwood Hwy, Suite 200**<br>**San Rafael, CA 94903** | **Auto Sales**<br><br>**Michael Churley**<br>**Dawn Stanley**<br>**Dave Stone** | EIN:   **82-1648428**<br><br>From-To |

28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Bank of America** | **2024** |

---

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

(SEE ATTACHED)

**David Robert Stone**
**Signature of Debtor 1**                                         Signature of Debtor 2

Date    **June 4, 2025**                                          Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

EXHIBIT 2, PAGE 49

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Cornerstone Financial Services 4310 Redwood Hwy, Suite 100 San Rafael, CA 94903 | Commercial Lending and Leasing Michael Churley Dawn Stanley Dave Stone | Dates business existed EIN: From-To  1975-4/25 |
| Calzona Truck Sales, Inc. 15689 Valley Blvd Fontana, CA 92335 | Truck Sales Michael Churley Dawn Stanley David Stone | EIN:  83-43081111 From-To  5/19-4/25 |
| Stone Motor Company, LLC 4310 Redwood Hwy, Suite 200 San Rafael, CA 94903 | Auto Sales Michael Churley Dawn Stanley Dave Stone | EIN:  82-1648428 From-To |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all finan institutions, creditors, or other parties.

☐ No

☑ Yes. Fill in the details below.

Name
Address
(Number, Street, City, State and ZIP Code)

Date Issued

Bank of America                          2024

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the an are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in co with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

David Robert Stone
Signature of Debtor 1                         Signature of Debtor 2

Date   June 4, 2025                           Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

EXHIBIT 2, PAGE 50

**CORNERSTONE FINANCIAL SERVICES**            01-14-2025 to 04-14-2025
**SCHEDULE 5 (PAYMENTS MADE OVER 7,000)**

| NAME | PAYMENT DATES | ACCUMULATED PAYMENT |
|---|---|---|
| Alan Thomas | 01-14-25 THRU 04-14-25 | 10,500.00 |
| Alice Garrett | 01-14-25 THRU 04-14-25 | 150,000.00 |
| William Duvall | 01-14-25 THRU 04-14-25 | 25,628.11 |
| Barbara Stenning | 01-14-25 THRU 04-14-25 | 13,812.82 |
| Blake Andros | 01-14-25 THRU 04-14-25 | 86,666.66 |
| Carsten Andersen | 01-14-25 THRU 04-14-25 | 36,666.67 |
| Catherine Thomas | 01-14-25 THRU 04-14-25 | 29,791.66 |
| Charles Dimick | 01-14-25 THRU 04-14-25 | 102,083.31 |
| Chocolate Mountain Farms | 01-14-25 THRU 04-14-25 | 15,000.00 |
| Danielle Dimick | 01-14-25 THRU 04-14-25 | 41,875.02 |
| Elizabeth Montgomery | 01-14-25 THRU 04-14-25 | 9,500.01 |
| Gene and Sharon Ladrech | 01-14-25 THRU 04-14-25 | 18,333.32 |
| George F. Crispo 2000 Trust | 01-14-25 THRU 04-14-25 | 150,000.00 |
| James Gillespie | 01-14-25 THRU 04-14-25 | 115,000.00 |
| Janet Hope Simkins TTEE | 01-14-25 THRU 04-14-25 | 9,833.34 |
| John Russi | 01-14-25 THRU 04-14-25 | 13,750.02 |
| Joseph Russi | 01-14-25 THRU 04-14-25 | 15,125.01 |
| Katherine Munson Crispo | 01-14-25 THRU 04-14-25 | 42,500.01 |
| Kevin Cavalli | 01-14-25 THRU 04-14-25 | 16,500.00 |
| Linda Bonino | 01-14-25 THRU 04-14-25 | 18,333.34 |
| Mike McGrath | 01-14-25 THRU 04-14-25 | 20,000.00 |
| Pacific Premier FBO Leonard Biss | 01-14-25 THRU 04-14-25 | 9,154.58 |
| Robert Terheyden | 01-14-25 THRU 04-14-25 | 11,500.00 |
| Ron Ladrech | 01-14-25 THRU 04-14-25 | 31,250.00 |
| Ryan Thomas | 01-14-25 THRU 04-14-25 | 20,791.67 |
| Sheila Volarvich | 01-14-25 THRU 04-14-25 | 11,458.34 |
| The Robert Vogl Trust | 01-14-25 THRU 04-14-25 | 7,500.00 |
| The Sebastian Family Trust | 01-14-25 THRU 04-14-25 | 8,333.34 |
| Tom Hill | 01-14-25 THRU 04-14-25 | 7,500.00 |
| Westamerica 4310 Mortgage) | 01-14-25 THRU 04-14-25 | 10,769.94 |
| Westamerica (LOC Interest) | 01-14-25 THRU 04-14-25 | 12,398.37 |
| Thomas Ladegaard | 01-14-25 THRU 04-14-25 | 7,000.00 |
| Michael Churley | 01-14-25 THRU 04-14-25 | 94,950.00 |
| Kaiser | 01-14-25 THRU 04-14-25 | 9,553.53 |
| Blue Shield | 01-14-25 THRU 04-14-25 | 38,411.19 |
| Varsity Drive Away | 01-14-25 THRU 04-14-25 | 11,480.00 |
| Bell & Willimas | 01-14-25 THRU 04-14-25 | 16,570.00 |
| B & G Mobile Wash | 01-14-25 THRU 04-14-25 | 7,455.00 |
| Calzona Truck Sales (Truck purchase) | 01-14-25 THRU 04-14-25 | 47,270.00 |
| CDTFA | 01-14-25 THRU 04-14-25 | 7,063.00 |
| Chase Card Services | 01-14-25 THRU 04-14-25 | 34,163.96 |
| Meadow Club | 01-14-25 THRU 04-14-25 | 9,800.00 |

EXHIBIT 2, PAGE 51

Case 6:25-bk-12353-SY    Doc 63    Filed 06/05/25    Entered 06/05/25 11:26:10    Desc
Main Document    Page 34 of 34

**CORNERSTONE FINANCIAL SERVICES**          **01-14-2025 to 04-14-2025**
**SCHEDULE 5 (PAYMENTS MADE OVER 7,000)**

| NAME | PAYMENT DATES | ACCUMULATED PAYMENT |
|------|---------------|---------------------|
|  |  |  |
|  |  |  |
| Payments to Insider Creditors within one year: |  |  |
| From CFS to Calzona | 01-14-25 THRU 04-14-25 | 60,000.00 |
| From CFS to Stoneway | 01-14-25 THRU 04-14-25 | 65,000.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | . |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

EXHIBIT 2, PAGE 52

**EXHIBIT 3**

Richard A. Marshack
D. Edward Hays
David A. Wood
Laila Rais
Aaron E. de Leest
Tinho Mang
Bradford N. Barnhardt
Sarah R. Hasselberger
Devan N. de los Reyes

*Of Counsel*
Kristine A. Thagard
Matthew W. Grimshaw
Chad V. Haes
Alina Mamlyuk



Sender: Laila Rais
lrais@marshackhays.com
Reference No. 1253-021

19 September 2025

*VIA U.S. MAIL AND E-MAIL*
card_bankruptcy_POC@bofa.com

Jeffrey Randall,
    Assistant Vice President,
Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Re:    *In re David Robert Stone dba Cornerstone Financial Services, Case No.:
       6:25-bk-12353-SY*

To Mr. Jeffrey Randall,

Marshack Hays Wood LLP represents Larry D. Simons, in his capacity as the chapter 7 trustee ("Trustee") for the bankruptcy estate of David Robert Stone dba Cornerstone Financial Services ("Debtor").

The purpose of this letter is to inform you of the Trustee's requests for production of documents from Bank of America, N.A. ("Bank of America"). A copy of the request for production of documents is attached to this correspondence as **Exhibit "1."** The Trustee requests that these documents be produced by September 19, 2025, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("FRBP").

Under FRBP 2004, a Trustee may conduct an examination of "any entity" provided that the scope of the examination must relate to "acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate or to the debtor's right to a discharge." *See* Fed. R. Bank. P. 2004(b); *see also In re Subpoena Duces Tecum & Ad Testificandum Pursuant to Fed. R. Bankr. P. 2004*, 461 B.R. 823, 829 (Bankr. C.D. Cal. 2011) ("The scope of a 2004 examination is 'unfettered and broad' and is akin to a 'fishing expedition.'").

19 September 2025
Page 2


In addition, prior to filing a motion for examination under FRBP 2004, the moving party must attempt to meet and confer (in person or telephonically) with Bank of America or its counsel to arrange for a mutually agreeable date, time, place, and scope of an examination or production. *See* Local Bankruptcy Rule 2004-1 for the Central District of California. The Trustee likely will not seek to examine the person most knowledgeable for Bank of America and, instead expects that he will only need Bank of America to produce the documents identified in **Exhibit "1"** attached to this correspondence.

Please reply to this letter by the close of business on or before **September 26, 2025**, to arrange for an in-person or telephonic meet and confer, as required by Local Bankruptcy Rule 2004-1. Please contact us by e-mail at lrais@marshackhays.com, ehays@marshackhays.com, adeleest@marshackhays.com, and shasselberger@marshackhays.com, or our office phone at (949) 333-7777.

The Trustee appreciates in advance your cooperation in this matter. It is the Trustee's hope that an agreement can be reached that obviates the need for the filing of a formal motion with the bankruptcy court, so please contact us at your earliest convenience. If an agreement is not reached regarding the production of documents, then the Trustee intends to proceed with the filing of a motion for production of documents and examination pursuant to FRBP 2004 by **September 26, 2025**.


Sincerely,

*/s/ Laila Rais*

LAILA RAIS


EXHIBIT 3, PAGE 54

# EXHIBIT 1

**Exhibit "1"**

**Rule 2004 Examination Definitions and Instructions**

A.      Definitions

    As used in these Requests, the following terms shall be defined as follows:

    1.      "DEBTOR" shall mean and refer to David Robert Stone *dba* Cornerstone Financial Services, the Debtor in Case No. 6:25-bk-12353-SY, a voluntary Chapter 7 case currently pending in the United States Bankruptcy Court for the Central District of California, Riverside Division.

    2.      "BANKRUPTCY CASE" shall mean the Chapter 7 case currently pending in the United States Bankruptcy Court for the Central District of California, Riverside Division, Case No. 6:25-bk-12353-SY.

    3.      "YOU," and "YOUR," shall mean and refer to Bank of America, N.A., and all other persons or agents acting on its behalf.

    4.      "TRUSTEE" shall mean and refer to Larry D. Simons, in his capacity as Chapter 7 trustee of Debtor's bankruptcy estate, and all other persons or agents acting on his behalf in his capacity as Chapter 7 trustee of this case.

    5.      "ACCOUNT 4796" shall mean and refer to the Bank of America checking account with account no. 000182007496 held by Cornerstone Financial Services.

    6.      "ACCOUNT 6718" shall mean and refer to the Bank of America checking account with account no. 000182576718 held by David R Stone Sole Prop DBA Cornerstone Financial Services.

    7.      "DOCUMENT" or "DOCUMENTS" shall mean and refer to any written, recorded (electronically or otherwise), printed, or graphic matter, however produced or reproduced, whether existing in paper format, as ELECTRONICALLY STORED INFORMATION, or otherwise, of any kind or description, including originals, copies, non-identical copies, and drafts and both sides thereof. DOCUMENTS include but are not limited to sound recordings, electronic memoranda, and files with meta data intact (including e-mail or similar electronic messages or memos and word processing, database, and spreadsheet files), photographs, ESI (defined below), and all other tangible things in

1

EXHIBIT 3, PAGE 56

which words, figures, notations, or sounds are recorded in writing or by any other means,

however denominated, and any such material underlying, supporting, or used in the preparation thereof.

8.    "RELATING TO" shall have the same meaning as "RELATE," "REFER,"

"REFERRING TO," "RELATED TO," "EVIDENCE," "EVIDENCING," and "CONSTITUTE" and

includes referring to, recording, reflecting, supporting, interpreting, prepared in connection with, used

in preparation for, pertaining to, mentioning, having any relationship to, or being in any way legally,

logically, or factually connected with the matter discussed, in whole or in part.

9.    "COMMUNICATION" means any transmission, relation, or delivery of things, facts,

thoughts or ideas by any means, method, or medium on or by which intelligence or information can be

delivered, transported, recorded, maintained or retrieved, including telephonic face to face

conversation, without limitation, any handwritten, typed, printed, graphic, electric, magnetic, or

illustrative material of any kind or description, including ESI (defined below), drafts and final versions,

originals and reproductions, signed and unsigned versions, however produced or reproduced, and

regardless of whether approved, signed, sent, received, redrafted, prepared by or for,

or in the possession, custody or control of the party to whom this discovery is propounded or any other

PERSON acting or purporting to act on behalf of such party.

10.    "ELECTRONICALLY STORED INFORMATION" or "ESI" shall include, without

limitation, the following:

a.    Information that is generated, received, processed, and recorded by laptop

computers, desktop computers, microprocessors, all manner of digital recording devices such as

portable cameras and microphones included with smartphones, and other electronic devices;

b.    Internal or external web sites and servers;

c.    Text, subject lines, attachments, contacts, appointments, and all information

contained within electronic mail ("e-mail") accounts, whether those accounts are hosted or serviced by

a third-party provider such as Google's Gmail, Microsoft Outlook, or Apple Mail;

d.    Any and all communications, posts, text, images, or video messages posted on a

public-facing social media service such as Facebook, Google+, Twitter, Instagram, Wordpress,

2

Snapchat, or other social media service, to the extent not protected by federal and state privacy laws;

     e.    Output resulting from the use of any software program, whether said electronic data exists in an active file, specifying all files that are accessible and stored in a readily usable format (e.g., active, online data; near-line data; offline storage; and archives);

     f.    Activity listings of email receipts and transmittals; and

     g.    All items stored on computer memories, hard disks, solid state drives or hybrid drives, floppy disks, CD-ROMs, DVD-ROMS, Blu-ray disks, magnetic tape, microfiche, USB memory sticks, external hard drives, online "cloud" storage hosted by an external service such as Amazon Web Services, Microsoft OneDrive, iCloud, or a comparable service, the internal flash memory of a smartphone such as an iPhone or Android device, or on any other media for digital data storage or transmittal (e.g., a personal digital assistant such as a Blackberry), and file folder tabs or containers and labels appended or relating to any physical storage device associated with each original or copy of all Documents requested herein.

11.    "IDENTIFY" shall mean:

     a.    When used in reference to a DOCUMENT, to state the type of DOCUMENT (e.g., letter, memorandum, telegram, chart, etc.), its author and originator, its date or dates, all addressees and recipients, and its present location or custodian;

     b.    When used in reference to a natural person, to state the person's full name, current residence and business addresses, current residence and business telephone numbers and, if applicable, his or her title, employment, and job description. If current addresses are unknown, provide the last known business and residence address; and

     c.    When used in reference to an entity, to state the name, address, and telephone number of the entity.

3

B.    Instructions

    1.    Documents Withheld

       If any DOCUMENT is withheld under a claim of privilege or other protection, so as to aid the Court and the parties hereto to determine the validity of the claim of privilege or other protection, please provide the following information with respect to any such DOCUMENT:

       a.    The DOCUMENT'S title, if any;

       b.    The full legal name, address, and title of the person(s) who prepared the DOCUMENT, who signed it, and over whose name it was sent or issued;

       c.    The full legal name, address, and title of each person(s) to whom the DOCUMENT was directed;

       d.    The nature and substance of the DOCUMENT with sufficient particularity to enable the Court and parties to this ACTION to identify the DOCUMENT;

       e.    The date the DOCUMENT was first prepared;

       f.    The full legal name, address, and title of each person(s) who has custody of or control over the DOCUMENT and each copy thereof;

       g.    The full legal name, address, and title of each person to whom copies of the DOCUMENT were furnished;

       h.    The number of pages comprising the DOCUMENT;

       i.    The specific legal or factual basis on which any privilege or other protection is claimed (blanket claims of attorney-client privilege will not be deemed sufficient);

       j.    Whether any non-privileged or non-protected matter is included in the DOCUMENT, and whether the DOCUMENT can be sufficiently redacted to disclose only non-privileged or non-protected matter; and

       k.    The full legal name, address, and title of each person who has seen or reviewed or is likely to have seen or reviewed the document; and a description of the subject matter of the document YOU consider adequate to support the claim of privilege.

4

2.      Partial Production

Whenever YOU object to a particular request, or portion thereof, YOU must produce all documents called for which are not subject to that objection. Similarly, wherever a document is not produced in full, state with particularity the reason or reasons it is not being produced in full, and describe, to the best of YOUR knowledge, information and belief and with as much particularity as possible, those portions of the DOCUMENT which are not produced.

3.      Orderly Response

Please produce DOCUMENTS in such manner with specific reference to which interrogatory, request for production, etc. which the DOCUMENT is responsively produced to. Please produce all DOCUMENTS as they are kept in the usual course of business, organizing, naming, and labeling them to correspond with each Request.

4.      Construction of "And" and "Or"

As used herein, the words "and" and "or" shall be construed both conjunctively and disjunctively, and each shall include the other wherever such dual construction will serve to bring within the scope of this request any documents which would otherwise not be brought within its scope.

5.      Construction of the Singular and Plural Forms

As used herein, the singular form shall include the plural and vice versa whenever such dual construction will serve to bring within the scope of this request any documents which would otherwise not be brought within its scope.

6.      Form of Production

YOU are to produce the requested DOCUMENTS for inspection, copying, or photographing in their original form or legible, accessible electronic reproduction thereof. DOCUMENTS may be produced electronically at YOUR option.

With regard to electronically-stored information, please produce Microsoft PowerPoint presentations containing audio, Microsoft Excel documents containing macros, and Microsoft Access databases in native format. Please produce all other documents produced electronically in native format with metadata intact or in PDF format with metadata intact. Alternatively, DOCUMENTS produced

5

electronically may be produced in TIFF format with standard load files, including .opt image load files and .data metadata load files.

ESI may be provided via CD, DVD, File Transfer Protocol site, portable hard or flash drive, or other reasonably accessible media format. When practicable, please produce hard copy or physical documents in scanned OCR'd PDF format with metadata intact or scanned TIFF format with standard load files, including .opt image load files and .dat metadata load files. Data files should not be zipped, encrypted, or otherwise restricted or proprietarily protected for specific use. If the native file format is derived from software not accessible with Microsoft Office applications (or other common applications), please so state in response to the particular Request.

If the Document or information requested is in a computer-readable form and not produced in PDF or TIFF format, please specify the software (including the exact versions and release) used to create the information. Also specify any other software, hardware, or other information such as passwords or user-supplied files that are required or desirable in order to examine and use the information. Specify the exact configuration of the hardware on which the information was created, including the memory size (and graphics processing unit, if any, in the event the information contains or requires graphics). Please give the exact name, release, and version of the operating system used on the hardware.

NOTE: IF YOU ARE UNSURE AS TO THE INTENT AND MEANING OF ANY OF THE FOREGOING DEFINITIONS OR ANY OF THE FOLLOWING REQUESTS FOR PRODUCTION, YOU ARE HEREBY REQUESTED TO HAVE YOUR ATTORNEY CONTACT ATTORNEYS OF RECORD FOR THE PROPOUNDING PARTY, WHO HEREBY OFFER TO PROVIDE ANY NEEDED ASSISTANCE NECESSARY FOR YOU TO UNDERSTAND THE INTENT AND MEANING OF ANY OF THE FOREGOING THEREBY TO ENSURE THAT THE COURT IS NOT BURDENED BY ANY MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION BECAUSE OF ANY UNCERTAINTY OF THE FOREGOING ON YOUR PART.

6

## Requests for Production of Documents

REQUEST FOR PRODUCTION NO. 1:

Produce all bank account statements for ACCOUNT 7496 for the months of November 2020, December 2020, September 2022, December 2022, March 2025, and April 2025.

REQUEST FOR PRODUCTION NO. 2:

Produce all DOCUMENTS and COMMUNICATIONS supporting any bank statement, including but not limited to, deposit slips, copies of deposited checks, images of deposited items, wire transfer communications, electronic transfer records, and any other documents reflecting deposits, withdrawals, or creditors for ACCOUNT 7496 for the period of January 1, 2020, through April 30, 2025.

REQUEST FOR PRODUCTION NO. 3:

Produce all bank account statements for ACCOUNT 6718 for the months of November 2020, December 2020, February 2025, March 2025, and April 2025.

REQUEST FOR PRODUCTION NO. 4:

Produce all DOCUMENTS and COMMUNICATIONS supporting any bank statement, including but not limited to, deposit slips, copies of deposited checks, images of deposited items, wire transfer communications, electronic transfer records, and any other documents reflecting deposits, withdrawals, or creditors for ACCOUNT 6718 for the period of January 1, 2020, through April 30, 2025.

REQUEST FOR PRODUCTION NO. 5:

Produce all bank account statements for accounts held by the DEBTOR, including but not limited to, checking, savings, money market accounts, certificates of deposit, or any other deposit or transaction account, but excluding ACCOUNT 4796 and ACCOUNT 6718, from January 1, 2020, through April 30, 2025.

REQUEST FOR PRODUCTION NO. 6:

Produce all DOCUMENTS and COMMUNICATIONS supporting any bank statement, including but not limited to, deposit slips, copies of deposited checks, images of deposited items, wire

7

1  transfer communications, electronic transfer records, and any other documents reflecting deposits,

2  withdrawals, or creditors for accounts held by the DEBTOR, including but not limited to, checking,

3  savings, money market accounts, certificates of deposit, or any other deposit or transaction account, but

4  excluding ACCOUNT 4796 and ACCOUNT 6718, for the period of January 1, 2020, through April 30,

5  2025.

6

7  Dated: September 19, 2025                    MARSHACK HAYS WOOD LLP

8

9                                          By: */s/ Laila Rais*

10                                              D. EDWARD HAYS
                                               AARON E. DE LEEST
11                                              LAILA RAIS
                                               SARAH R. HASSELBERGER
12                                              Attorneys for Chapter 7 Trustee,
                                               LARRY D. SIMONS
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

**EXHIBIT 4**

**Layla Buchanan**

---

| | |
|---|---|
| **From:** | Laila Rais |
| **Sent:** | Tuesday, October 7, 2025 8:23 PM |
| **To:** | Layla Buchanan |
| **Subject:** | EXHIBIT 4 FW:  In re David Robert Stone dba Cornerstone Financial Services, Case No.: 6:25-bk-12353-SY |
| | |
| **Categories:** | Filed to ND |

---

**From:** Smeail, Karina <karina.smeail@bofa.com>
**Date:** Thursday, September 25, 2025 at 11:51 AM
**To:** Laila Rais <LRais@marshackhays.com>, Cynthia Bastida <CBastida@MarshackHays.com>
**Cc:** Sarah Hasselberger <shasselberger@marshackhays.com>, Ed Hays <EHays@MarshackHays.com>, Aaron E. de Leest <adeleest@marshackhays.com>
**Subject:** RE: In re David Robert Stone dba Cornerstone Financial Services, Case No.: 6:25-bk-12353-SY

```
Hello Laila

I'm sending all I have in a separate email, most are wires , the deposit
slip, you will need to file a subpoena.

Thank You
Karina Smeail
AVP; BK Specialist II
BK Escalations /COAMBK
Bankruptcy Escalations Team
31303 Agoura Rd.
Westlake Village
California-91361
Direct: (213)345-5093
Fax: (415)228-5345
Karina.Smeail@Bofa.com
```



Please send all new requests/inquiries to the COAMBK inbox for processing.

---

**From:** Laila Rais <LRais@marshackhays.com>
**Sent:** Thursday, September 25, 2025 10:33 AM
**To:** Smeail, Karina <karina.smeail@bofa.com>; Cynthia Bastida <CBastida@MarshackHays.com>
**Cc:** Sarah Hasselberger <shasselberger@marshackhays.com>; Ed Hays <EHays@MarshackHays.com>; Aaron E. de Leest <adeleest@marshackhays.com>
**Subject:** Re: In re David Robert Stone dba Cornerstone Financial Services, Case No.: 6:25-bk-12353-SY

EXHIBIT 4, PAGE 63

Karina:

It appears for the account ending x7496 held in the name of Cornerstone Financial Services, BOA did not produce deposit slips or copies of deposited items. These are needed as there were numerous deposits (shown as Counter Credits on the statements) in this account every month. Is that something you have access to and can provide? Or do we need to get a court order/issue a subpoena?

Thanks.

Laila

---

**From:** Laila Rais <LRais@marshackhays.com>
**Date:** Wednesday, September 24, 2025 at 1:32 PM
**To:** Smeail, Karina <karina.smeail@bofa.com>, Cynthia Bastida <CBastida@MarshackHays.com>
**Cc:** Sarah Hasselberger <shasselberger@marshackhays.com>, Ed Hays <EHays@MarshackHays.com>, Aaron E. de Leest <adeleest@marshackhays.com>
**Subject:** Re: In re David Robert Stone dba Cornerstone Financial Services, Case No.: 6:25-bk-12353-SY Received.

Thank you.

Laila

---

**From:** Smeail, Karina <karina.smeail@bofa.com>
**Date:** Wednesday, September 24, 2025 at 12:19 PM
**To:** Cynthia Bastida <CBastida@MarshackHays.com>
**Cc:** Sarah Hasselberger <shasselberger@marshackhays.com>, Laila Rais <LRais@marshackhays.com>, Ed Hays <EHays@MarshackHays.com>, Aaron E. de Leest <adeleest@marshackhays.com>
**Subject:** RE: In re David Robert Stone dba Cornerstone Financial Services, Case No.: 6:25-bk-12353-SY

 

This is a secure message.

Click here by 2025-10-01 19:19 UTC to read your message.
After that, open the attachment.

If you require assistance opening this message, please click here.

Disclaimer: This email and its content are confidential and intended solely for the use of the addressee. Please notify the sender if you have received this email in error or simply delete it.

Secured by Proofpoint Encryption, Copyright © 2009-2025 Proofpoint, Inc. All rights reserved.

---

This message, and any attachment(s), is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/electronic-disclaimer. If you are not the intended recipient, please

EXHIBIT 4, PAGE 64

delete this message. For more information about how Bank of America protects your privacy, including specific rights that may apply, please visit the following pages: https://business.bofa.com/en-us/content/global-privacy-notices.html (which includes global privacy notices) and https://www.bankofamerica.com/security-center/privacy-overview/ (which includes US State specific privacy notices such as the http://www.bankofamerica.com/ccpa-notice).

EXHIBIT 4, PAGE 65

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING 2004 EXAMINATION OF THE PERSON MOST KNOWLEDGEABLE FOR BANK OF AMERICA, N.A.; DECLARATION OF LAILA RAIS IN SUPPORT; AND REQUEST FOR JUDICIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 7, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **October 7, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
~~DAVID ROBERT STONE~~
~~4310 REDWOOD HWY, SUITE 100~~
~~SAN RAFAEL, CA 94903~~

**DEBTOR**
DAVID ROBERT STONE
49841 CANYON VIEW DRIVE
PALM DESERT, CALIFORNIA 92660

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 7, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY – VIA OVERNIGHT MAIL**
HONORABLE SCOTT H. YUN
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
3420 TWELFTH STREET, SUITE 345 / COURTROOM 302
RIVERSIDE, CA 92501-3819

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 7, 2025 | Layla Buchanan | _/s/ Layla Buchanan_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **INTERESTED PARTY COURTESY NEF:** Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **INTERESTED PARTY COURTESY NEF:** Charles L Doerksen    cld@doerksentaylor.com
- **ATTORNEY FOR SECURED CREDITORS KATAAB LATEEF, KHATEEB AFSAR LATEEF, PATRICIA ANN LATEEF:** Anthony Dutra    adutra@hansonbridgett.com, ssingh@hansonbridgett.com
- **ATTORNEY FOR SECURED CREDITOR ELIZABETH MONTGOMERY:** Christopher Hart    chart@nutihart.com, admin@nutihart.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** Sarah Rose Hasselberger    shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF:** Bernard J Kornberg    bernie.kornberg@millernash.com, edgar.rosales@millernash.com
- **ATTORNEY FOR CREDITOR FRANK P. GIORGI REVOCABLE TRUST:** Chris D. Kuhner    c.kuhner@kornfieldlaw.com
- **INTERESTED PARTY COURTESY NEF:** Paul J Laurin    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com
- **ATTORNEY FOR CREDITOR PORSCHE FINANCIAL SERVICES, INC. DBA BENTLEY FINANCIAL SERVICES AND PORSCHE LEASING LTD.:** Stacey A Miller    smiller@tharpe-howell.com
- **ATTORNEY FOR CATHERINE THOMAS AND CHARLES DIMICK:** Leah Anne O'Farrell lofarrell@btlaw.com, slmoore@btlaw.com;marisa.howell@btlaw.com
- **ATTORNEY FOR CREDITOR JANET SIMKINS:** Maria K Pum    maria.pum@procopio.com, barb.young@procopio.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** Laila Rais    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CARSTEN ANDERSEN:** Gregory A Rougeau    grougeau@brlawsf.com
- **INTERESTED PARTY:** Vicki L Schennum    schennumlaw@icloud.com
- **CHAPTER 7 TRUSTEE:** Larry D Simons (TR)    larry@janus.law, c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;keila@janus.law
- **ATTORNEY FOR CREDITOR JANET SIMKINS:** William A Smelko    William.Smelko@procopio.com, anant.pandadiya@procopio.com,calendaringbankruptcy@procopio.com
- **ATTORNEY FOR DEBTOR DAVID ROBERT STONE:** Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
- **INTERESTED PARTY COURTESY NEF:** Edward A Treder    cdcaecf@bdfgroup.com
- **U.S. TRUSTEE:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- **ATTORNEY FOR ERIC STEINBERG:** Reilly D Wilkinson    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

JEFFREY RANDALL, ASSISTANT VICE PRESIDENT, BANK OF AMERICA, N.A. PO BOX 673033 DALLAS, TX 75267-3033

BANK OF AMERICA, N.A. PO BOX 673033 DALLAS, TX 75267-3033

BANK OF AMERICA ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS PO BOX 25118 TAMPA, FL 33622-5118

BANK OF AMERICA, N.A. ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS PO BOX 31785 TAMPA, FL 33631-3785

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**