

**FILED & ENTERED**

**JAN 14 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Mason    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>David Robert Stone<br><br>                              Debtor(s). | Case No.: 6:25-bk-12353-SY<br><br>CHAPTER 7<br><br>**ORDER RESCHEDULING HEARING**<br><br>**OLD DATE:**<br>Date:   January 29, 2026<br>Time:  9:30 a.m.<br>Courtroom:  302<br><br>**NEW DATE:**<br>Date:   February 5, 2026<br>Time:  9:30 a.m.<br>Courtroom:  302 |

///
///
///

-1-

1  The hearing regarding the **Continued Creditor's Motion for Substantive Consolidation**, is **hereby rescheduled** from **January 29, 2026 at 9:30 a.m.** to **February 5, 2026 at 9:30 a.m.**, before the Honorable Scott H. Yun, Courtroom 302 of the United States Bankruptcy Court, 3420 Twelfth Street, Riverside, California 92501.

IT IS SO ORDERED.

###

Date: January 14, 2026

Scott H. Yun
United States Bankruptcy Judge