LYRIC MENGES, (SBN 356378)
*Lyric.menges@btlaw.com*
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:    (310) 284-3880
Facsimile:    (310) 284-3894

Attorneys for
LINDA BRUGGENKAMP

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| In re | Case No.: 6:25-BK-12353-SY |
|---|---|
| DAVID ROBERT STONE, | |
| Debtor. | Chapter 7 |
| | **NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER PURSUANT TO C.D.CA LOCAL BANKRUPTCY RULES 2091-1(A)(2) AND 9013-1(P)(4), AUTHORIZING WITHDRAWAL OF COUNSEL FOR LINDA BRUGGENKAMP** |
| | No Hearing Required |

TO THE HONORABLE SCOTT YUN, UNITED STATES BANKRUPTCY JUDGE, LINDA BRUGGENKAMP, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, THE CHAPTER 7 TRUSTEE AND ALL OTHER PARTIES ENTITLED TO ELECTRONIC NOTICE:

In accordance with Local Rules 2091-1(a)(2) and 9013-1(p)(4), Linda Bruggenkamp, by and through her attorneys, Barnes & Thornburg LLP ("BT"), moves for entry of an order authorizing BT to withdraw as counsel of record for Linda Bruggenkamp so that Linda Bruggenkamp may proceed pro per in the above-captioned chapter 7 case, in accordance with the signed substitution of attorney form attached to the Motion as Exhibit 1.

-1-

NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER PURSUANT TO C.D.CA LOCAL
BANKRUPTCY RULES 2091-1(A)(2) AND 9013-1(P)(4), AUTHORIZING WITHDRAWAL OF
COUNSEL FOR LINDA BRUGGENKAMP

Linda Bruggenkamp requests that the Court grant the Motion without a hearing, as provided in LBR 9013-1(p).  The full Motion is attached to this notice.  Linda Bruggenkamp will promptly lodge an order that the Court may use to rule on the Motion, as the court may rule on the Motion without hearing and without an opportunity for any party to file a request for hearing.

Dated:  February 10, 2026                          Barnes & Thornburg LLP


By: _/s/ Lyric Menges_____
Lyric Menges
Attorneys for
Linda Bruggenkamp

-2-

**NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER PURSUANT TO C.D.CA LOCAL BANKRUPTCY RULES 2091-1(A)(2) AND 9013-1(P)(4), AUTHORIZING WITHDRAWAL OF COUNSEL FOR LINDA BRUGGENKAMP**

1

## MEMORANDUM OF POINTS AND AUTHORITIES

Linda Bruggenkamp, through undersigned counsel, hereby moves pursuant to Local Rule 2091-1(a)(2) and 9013-1(p)(4) for the entry of an order authorizing Barnes & Thornburg LLP ("BT") to withdraw as counsel for Linda Bruggenkamp and, in its place, allow Linda Bruggenkamp to proceed pro per.

As demonstrated by the substitution of counsel form attached hereto as Exhibit 1, Linda Bruggenkamp desires to proceed pro per in the above-referenced chapter 7 bankruptcy cases.

WHEREFORE, Linda Bruggenkamp respectfully requests the entry of an order authorizing BT to withdraw its appearance as Linda Bruggenkamp's counsel, allowing her to proceed pro per.

Dated:  February 10, 2026                    Barnes & Thornburg LLP

By: _/s/ Lyric Menges_
Lyric Menges
Attorneys for
Linda Bruggenkamp

Barnes &
Thornburg LLP
Attorneys At Law
Los Angeles

-3-
NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER PURSUANT TO C.D.CA LOCAL
BANKRUPTCY RULES 2091-1(A)(2) AND 9013-1(P)(4), AUTHORIZING WITHDRAWAL OF
COUNSEL FOR LINDA BRUGGENKAMP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Barnes & Thornburg, 2029 Century Park East, Suite 300, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify **NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER PURSUANT TO C.D.CA LOCAL BANKRUPTCY RULES 2091-1(A)(2) AND 9013-1(P)(4), AUTHORIZING WITHDRAWAL OF COUNSEL FOR LINDA BRUGGENKAMP*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 10, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **February 10, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 10, 2026** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 /
Courtroom 302
Riverside, CA 92501-3819

**Linda Bruggenkamp**
Linda Bruggenkamp
9 S. Roscoe Blvd.
Ponte Vedra Beach, FL 32082

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 10, 2026 | Lyric Menges | */s/  Lyric Menges* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- **Anthony Bisconti**    tbisconti@bklwlaw.com,
  1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Lynda T Bui**    lbui@shulmanbastian.com, ecf.filings@shbllp.com
- **Charles L Doerksen**    cld@doerksentaylor.com
- **Anthony Dutra**    adutra@hansonbridgett.com, ssingh@hansonbridgett.com
- **Christopher Hart**    chart@nutihart.com, admin@nutihart.com
- **Sarah Rose Hasselberger**    shasselberger@marshackhays.com,
  shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmen
  doza@ecf.courtdrive.com
- **Bernard J Kornberg**    bernie.kornberg@millernash.com, edgar.rosales@millernash.com
- **Chris D. Kuhner**    c.kuhner@kornfieldlaw.com
- **Paul J Laurin**    plaurin@btlaw.com, slmoore@btlaw.com
- **Stacey A Miller**    smiller@tharpe-howell.com
- **Leah Anne O'Farrell**    lofarrell@btlaw.com,
  slmoore@btlaw.com;marisa.howell@btlaw.com;michelle.jawor@btlaw.com
- **Maria K Pum**    maria.pum@procopio.com,
  barb.young@procopio.com,calendaringbankruptcy@procopio.com
- **Laila Rais**    lmasud@marshackhays.com,
  lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Gregory A Rougeau**    grougeau@brlawsf.com
- **Vicki L Schennum**    schennumlaw@icloud.com
- **Larry D Simons (TR)**    larry@janus.law,
  c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;keila@janus.law
- **William A Smelko**    William.Smelko@procopio.com,
  anant.pandadiya@procopio.com,calendaringbankruptcy@procopio.com
- **Michael G Spector**    mgspector@aol.com, mgslawoffice@aol.com
- **Edward A Treder**    cdcaecf@bdfgroup.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Darlene C Vigil**    cdcaecf@bdfgroup.com
- **Reilly D Wilkinson**    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

2. <u>**SERVED BY UNITED STATES MAIL**</u>:

Linda Bruggenkamp
9 S. Roscoe Blvd.
Ponte Vedra Beach, FL 32082

**Marshack Hays Wood LLP**
870 Roosevelt
Irvine, CA 92620

**RE/MAX**
120 Stony Point Road
Suite 240
Santa Rosa, 95401-4188

**RE/MAX Desert Properties**
120 Stony Point Road
Suite 240
Santa Rosa, CA 95401-4188

**Revelation Machinery Inc**
750 N State Street
Floor 7
Chicago, IL 60654

**Valcor Advisors LLC**
220 Newport Center Drive
Suite 586
Newport Beach, CA 92660

**Yip Associates**
2 South Biscayne Blvd
Ste 2690
Miami, FL 33131

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

# **<u>EXHIBIT 1</u>**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Paul J. Laurin, (SBN 136287)<br>BARNES & THORNBURG LLP<br>2029 Century Park East, Suite 300<br>Los Angeles, California 90067<br>Email: plaurin@btlaw.com<br>Telephone: (310) 284-3880<br>Facsimile: (310) 284-3894<br><br><br><br><br><br>*Attorney for:* LINDA BRUGGENKAMP | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION  ▼

| In re:<br><br>DAVID ROBERT STONE<br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:25-bk-12353-SY<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 7  ▼ |
|---|---|
| <br><br><br>Plaintiff(s),<br><br>vs.<br><br><br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br>**[LBR 2091-1(b)]** |

1.  The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
    Paul J. Laurin, Esq.
    BARNES & THORNBURG LLP
    2029 Century Park East, Suite 300, Los Angeles, CA 90067
2.  The name, address, telephone number, and email address of the new attorney are *(specify)*:
    Linda Bruggenkamp, In Pro Per
    9 S. Roscoe Blvd.
    Ponte Vedra Beach, FL 32082

3.  New attorney hereby appears in the following matters:   ☒ the bankruptcy case  ☒ the adversary proceeding

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney):*

Paul J. Laurin, Esq.

BARNES & THORNBURG LLP, 2029 Century Park East, Suite 300, Los Angeles, CA 90067

Date: 01/05/2026

_____
Signature of party

Paul J. Laurin
_____
Printed name of party

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *second* party (if applicable)

Linda Bruggenkamp
_____
Printed name of *second* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 01/05/2026

_____
Signature of present attorney

Paul J. Laurin
_____
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 01/05/2026

_____
Signature of new attorney

Linda Bruggenkamp, In Pro Per
_____
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

_____

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                      Page 2                          **F 2091-1.SUBSTITUTION.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Barnes & Thornburg, 2029 Century Park East, Suite 300, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify **SUBSTITUTION OF ATTORNEY [LBR 2091-1(b)]*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 5, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 5, 2026** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 5, 2026 | Stephanie L. Moore | */s/ Stephanie L. Moore* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## 1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- **Anthony Bisconti**    tbisconti@bklwlaw.com,
  1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Lynda T Bui**    lbui@shulmanbastian.com, ecf.filings@shbllp.com
- **Charles L Doerksen**    cld@doerksentaylor.com
- **Anthony Dutra**    adutra@hansonbridgett.com, ssingh@hansonbridgett.com
- **Christopher Hart**    chart@nutihart.com, admin@nutihart.com
- **Sarah Rose Hasselberger**    shasselberger@marshackhays.com,
  shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmend
  oza@ecf.courtdrive.com
- **Bernard J Kornberg**    bernie.kornberg@millernash.com, edgar.rosales@millernash.com
- **Chris D. Kuhner**    c.kuhner@kornfieldlaw.com
- **Paul J Laurin**    plaurin@btlaw.com, slmoore@btlaw.com
- **Lyric Menges**    lyric.menges@btlaw.com, slmoore@btlaw.com
- **Stacey A Miller**    smiller@tharpe-howell.com
- **Leah Anne O'Farrell**    lofarrell@btlaw.com,
  slmoore@btlaw.com;marisa.howell@btlaw.com;michelle.jawor@btlaw.com
- **Maria K Pum**    maria.pum@procopio.com,
  barb.young@procopio.com,calendaringbankruptcy@procopio.com
- **Laila Rais**    lmasud@marshackhays.com,
  lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Gregory A Rougeau**    grougeau@brlawsf.com
- **Vicki L Schennum**    schennumlaw@icloud.com
- **Larry D Simons (TR)**    larry@janus.law,
  c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;keila@janus.law
- **William A Smelko**    William.Smelko@procopio.com,
  anant.pandadiya@procopio.com,calendaringbankruptcy@procopio.com
- **Michael G Spector**    mgspector@aol.com, mgslawoffice@aol.com
- **Edward A Treder**    cdcaecf@bdfgroup.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Darlene C Vigil**    cdcaecf@bdfgroup.com
- **Reilly D Wilkinson**    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**