LAILA RAIS, #311731
lrais@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
LARRY D. SIMONS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| In re<br><br>DAVID ROBERT STONE, dba CORNERSTONE FINANCIAL SERVICES, CBGM LLC,<br><br>Debtor. | Case No. 6:25-bk-12353-SY<br><br>Chapter 7<br><br>NOTICE OF INCREASED HOURLY RATES CHARGED BY MARSHACK HAYS WOOD LLP<br><br>[NO HEARING REQUIRED] |
|---|---|

NOTICE IS HEREBY GIVEN that effective April 1, 2026, the hourly rates charged by Marshack Hays Wood LLP will increase as follows:

| ATTORNEY | PRESENT RATE | INCREASED RATE |
|---|---|---|
| Richard A. Marshack | $770 | $795 |
| D. Edward Hays | $770 | $795 |
| David A. Wood | $670 | $690 |
| Aaron E. de Leest | $670 | $690 |
| Laila Rais | $590 | $650 |
| Tinho Mang | $570 | $650 |
| Kristine A. Thagard | $670 | $690 |
| Matthew W. Grimshaw | $670 | $690 |

1
NOTICE OF INCREASED HOURLY RATES CHARGED BY MARSHACK HAYS WOOD LLP

| Chad V. Haes | $670 | $690 |
|---|---|---|
| Alina N. Mamlyuk | $570 | $600 |
| Bradford N. Barnhardt | $470 | $550 |
| Sarah Hasselberger | $470 | $550 |
| Devan de los Reyes | $400 | $490 |
| **PARAPROFESSIONALS** | | |
| Pamela Kraus | $380 | $390 |
| Chanel Mendoza | $380 | $390 |
| Layla Buchanan | $380 | $390 |
| Cynthia Bastida | $380 | $390 |
| Sandra Pineda | $380 | $390 |
| Laurel Dinkins | $380 | $390 |
| Chantaal Arnold | $350 | $370 |

DATED: February 26, 2026          MARSHACK HAYS WOOD LLP


By: _/s/ Laila Rais_____
    LAILA RAIS
    AARON E. DE LEEST
    SARAH R. HASSELBERGER
    Attorneys for Chapter 7 Trustee,
    LARRY D. SIMONS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF INCREASED HOURLY RATES CHARGED BY MARSHACK HAYS WOOD LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 26, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **February 26, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR – CHANGE OF ADDRESS -DK. NO. 289**
DAVID ROBERT STONE
74923 HWY. 111. P.O. BOX 531
INDIAN WELLS, CA 92210

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NO JUDGE COPY IS REQUIRED.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 26, 2026 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

2. **SERVED BY UNITED STATES MAIL**: CONTINUED

- **INTERESTED PARTY COURTESY NEF:** Anthony Bisconti    tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **INTERESTED PARTY:** Lynda T Bui    lbui@shulmanbastian.com, ecf.filings@shbllp.com
- **ATTORNEY FOR SECURED CREDITOR, WEST AMERICA BANK:** Charles L Doerksen    cld@doerksentaylor.com
- **ATTORNEY FOR SECURED CREDITORS KATAAB LATEEF, KHATEEB AFSAR LATEEF, PATRICIA ANN LATEEF:** Anthony Dutra    adutra@hansonbridgett.com, ssingh@hansonbridgett.com
- **ATTORNEY FOR SECURED CREDITOR ELIZABETH MONTGOMERY:** Christopher Hart    chart@nutihart.com, admin@nutihart.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** Sarah Rose Hasselberger    shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **INTERESTED PARTY:** Bernard J Kornberg    bernie.kornberg@millernash.com, edgar.rosales@millernash.com
- **ATTORNEY FOR CREDITOR FRANK P. GIORGI REVOCABLE TRUST:** Chris D. Kuhner    c.kuhner@kornfieldlaw.com
- **INTERESTED PARTY COURTESY NEF:** Paul J Laurin    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com
- **INTERESTED PARTY:** Lyric Menges    lyric.menges@btlaw.com, slmoore@btlaw.com
- **ATTORNEY FOR CREDITOR PORSCHE FINANCIAL SERVICES, INC. DBA BENTLEY FINANCIAL SERVICES AND PORSCHE LEASING LTD.:** Stacey A Miller    smiller@tharpe-howell.com
- **ATTORNEY FOR CATHERINE THOMAS AND CHARLES DIMICK:** Leah Anne O'Farrell    lofarrell@btlaw.com, slmoore@btlaw.com;marisa.howell@btlaw.com
- **ATTORNEY FOR CREDITOR JANET SIMKINS:** Maria K Pum    maria.pum@procopio.com, barb.young@procopio.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** Laila Rais    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR CARSTEN ANDERSEN:** Gregory A Rougeau    grougeau@brlawsf.com
- **INTERESTED PARTY:** Vicki L Schennum    schennumlaw@icloud.com
- **CHAPTER 7 TRUSTEE:** Larry D Simons (TR)    larry@janus.law, c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;keila@janus.law
- **ATTORNEY FOR CREDITOR JANET SIMKINS:** William A Smelko    William.Smelko@procopio.com, anant.pandadiya@procopio.com,calendaringbankruptcy@procopio.com
- **ATTORNEY FOR DEBTOR DAVID ROBERT STONE:** Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
- **INTERESTED PARTY COURTESY NEF:** Edward A Treder    cdcaecf@bdfgroup.com
- **U.S. TRUSTEE:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- **ATTORNEY FOR CREDITOR WELLS FARGO BANK, N.A.:** Darlene C Vigil    cdcaecf@bdfgroup.com
- **INTERESTED PARTY COURTESY NEF ATTORNEY FOR ERIC STEINBERG:** Reilly D Wilkinson    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**